UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| TERRESTAR CORPORATION, | ) Case No. 11-10612 (SHL) |
| Debtor. | ) |
| In re: | ) Chapter 11 |
| TERRESTAR HOLDINGS INC., | ) Case No. 11-10613 (SHL) |
| Debtor. | ) |

## NOTICE OF FILING OF LISTS OF EQUITY SECURITY HOLDERS

PLEASE TAKE NOTICE that each of the above-captioned debtors and debtors in possession filed the attached **Lists of Equity Security Holders** with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004.

New York, New York
Dated: March 1, 2011

*/s/ Ira S. Dizengoff*
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the Other TSC Debtors and
Proposed Counsel to the February Debtors*

100622231

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TERRESTAR CORPORATION, | ) Case No. 11-10612 (SHL) |
| | ) |
| Debtor. | ) |

## LIST OF EQUITY SECURITY HOLDERS

### (as of February 16, 2011)

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| JEFFERIES & COMPANY, INC.<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3<br>JERSEY CITY, NJ 07311 | Series A Preferred Stock | 80,000 |
| CITIGROUP GLOBAL MARKETS INC.<br>700 RED BROOK BLVD<br>SUITE 300<br>OWINGS MILLS, MD 21117 | Series A Preferred Stock | 10,000 |
| STATE STREET BANK AND TRUST COMPANY<br>1776 HERITAGE DR.<br>QUINCY, MA 02171 | Series B Preferred Stock | 119,291 |
| J.P. MORGAN CLEARING CORP.<br>3 CHASE METROTECH CENTER<br>PROXY DEPT./NY1-H034<br>BROOKLYN, NY 11245 | Series B Preferred Stock | 60,572 |
| OZ MASTER FUND, LTD<br>9 WEST 57TH STREET, 13TH FLOOR<br>NEW YORK, NY 10019 | Series B Preferred Stock | 34,398 |
| UBS/AG<br>677 WASHINGTON BLVD<br>STAMFORD, CT 06901 | Series B Preferred Stock | 23,661 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| GOLDMAN, SACHS & CO.<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ 07302 | Series B Preferred Stock | 22,840 |
| UBS SECURITIES LLC<br>480 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | Series B Preferred Stock | 17,500 |
| MORGAN STANLEY SMITH BARNEY<br>HARBORSIDE FINANCIAL CENTER<br>PLAZA 3, 4TH FLOOR<br>JERSEY CITY, NJ 07311 | Series B Preferred Stock | 10,000 |
| MORGAN STANLEY & CO. INCORPORATED<br>901 SOUTH BOND ST, 6TH FL<br>BALTIMORE, MD 21231 | Series B Preferred Stock | 6,839 |
| THE BANK OF NEW YORK MELLON<br>525 WILLIAM PENN PLACE, SUITE 300<br>PITTSBURGH, PA 15259 | Series B Preferred Stock | 6,258 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH<br>101 HUDSON ST, 9TH FLOOR<br>JERSEY CITY, NJ 07302 | Series B Preferred Stock | 6,000 |
| RIDGE CLEARING & OUTSOURCING SOLUTIONS<br>55 WATER ST, 32ND FLOOR<br>NEW YORK, NY 10041 | Series B Preferred Stock | 4,000 |
| UBS/AG<br>677 WASHINGTON BLVD<br>STAMFORD, CT 06901 | Series B Preferred Stock | 2,500 |
| JEFFERIES & COMPANY, INC.<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3<br>JERSEY CITY, NJ 07311 | Series B Preferred Stock | 2,000 |
| PERSHING LLC<br>SECURITIES CORPORATION<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ 07399 | Series B Preferred Stock | 1,566 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| GORDEL HOLDINGS LTD<br>C/O OZ MANAGEMENT LP<br>9 WEST 57TH STREET FLR 39<br>NEW YORK, NY 10019 | Series B Preferred Stock | 602 |
| CITIGROUP GLOBAL MARKETS INC.<br>700 RED BROOK BLVD<br>SUITE 300<br>OWINGS MILLS, MD 21117 | Series B Preferred Stock | 473 |
| ECHOSTAR CORPORATION<br>9601 SOUTH MERIDIAN BLVD<br>ENGLEWOOD, CO 80112 | Series C Preferred Stock | 1 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD<br>C/O HARBINGER CAPITAL PARTNERS LLC<br>450 PARK AVE, 30TH FLOOR<br>NEW YORK, NY 10022 | Series D Preferred Stock | 1 |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD<br>C/O HARBINGER CAPITAL PARTNERS LLC<br>450 PARK AVE, 30TH FLOOR<br>NEW YORK, NY 10022 | Series E Junior Preferred Stock | 864,000 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, LP<br>C/O HARBINGER CAPITAL PARTNERS LLC<br>450 PARK AVE, 30TH FLOOR<br>NEW YORK, NY 10022 | Series E Junior Preferred Stock | 336,000 |
| JEFFREY W EPSTEIN<br>8366 PEDIGRUE COURT<br>GAINESVILLE, VA 20155 | Common Restricted Stock | 420,000 |
| DENNIS MATHESON<br>512 FORTRESS CIRCLE SE<br>LEESBURG, VA 20175 | Common Restricted Stock | 116,389 |
| VINCENT LOIACONO<br>2630 SPARTAN ROAD<br>OLNEY, MD 20832 | Common Restricted Stock | 70,000 |
| DOUGLAS BRANDON<br>435 ORCHARD ST NW<br>VIENNA, VA 22180 | Common Restricted Stock | 68,335 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| ALEXANDRA M FIELD<br>3620 N 21ST AVE<br>ARLINGTON, VA 22207 | Common Restricted Stock | 68,334 |
| NADIA SA'D MULAIRE<br>11605 AUBURN GRV CT<br>RESTON, VA 20194 | Common Restricted Stock | 25,000 |
| EUGENE DAVIS<br>5 CANOE BROOK DRIVE<br>LIVINGSTON, NJ 07039 | Common Restricted Stock | 20,000 |
| WILLIAM R SPARKS<br>7396 CLIFTON RD<br>CLIFTON, VA 20124-2105 | Common Restricted Stock | 12,668 |
| FRANCIS J PATRY<br>9267 BAILEY LANE<br>FAIRFAX, VA 22031 | Common Restricted Stock | 9,168 |
| MICHAEL S HINTZE<br>22454 PINE RIDGE CT<br>ASHBURN, VA 20148-6932 | Common Restricted Stock | 8,334 |
| EARL T PINNEY<br>6126 ROCKWELL CT<br>BURKE, VA 22015 | Common Restricted Stock | 8,334 |
| STEPHEN AUBUCHON<br>8505 SPARGER STREET<br>MCLEAN, VA 22102 | Common Restricted Stock | 7,500 |
| PAUL GREMAUD<br>153 DESALES DRIVE<br>PURCELLVILLE, VA 20132 | Common Restricted Stock | 7,500 |
| EMILY MURPHY<br>4834 25TH RD NORTH<br>ARLINGTON, VA 22207 | Common Restricted Stock | 7,500 |
| MICHAEL TANNER<br>3009 LOCHAVEN DR<br>ROWLETT, TX 75088 | Common Restricted Stock | 7,500 |
| LEONARD WEAVER<br>37968 PIGGOTT BOTTOM ROAD<br>PURCELLVILLE, VA 20132 | Common Restricted Stock | 7,500 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| THOMAS MCNAMARA<br>12629 FANTASIA DR<br>HERNDON, VA 20170 | Common Restricted Stock | 7,334 |
| THOMAS J PORTMAN<br>2315 SAWDUST RD<br>VIENNA, VA 22181 | Common Restricted Stock | 7,168 |
| MICHAEL BAMBURAK<br>7405 SANDALFOOT WAY<br>COLUMBIA, MD 21046 | Common Restricted Stock | 6,667 |
| NEERAJ MOONDRA<br>12353 STRONG CRT<br>FAIRFAX, VA 22033 | Common Restricted Stock | 6,667 |
| GIRIDHAR PREMSINGH<br>11633 CHARTER OAK CT, APT 102<br>RESTON, VA 20190 | Common Restricted Stock | 6,667 |
| TERRENCE RILEY<br>1220 BLAIR MILL RD, #608<br>SILVER SPRING, MD 20910 | Common Restricted Stock | 6,667 |
| RHYS ROBINSON<br>2222 38TH ST NW<br>WASHINGTON, DC 20007 | Common Restricted Stock | 6,667 |
| SVEND AAGESEN<br>116 FOXWOOD RD<br>PORTOLA VALLEY, CA 94028 | Common Restricted Stock | 5,000 |
| CLIVE KING<br>117 REGINA DRIVE<br>POTOMAC FALLS, VA 20165 | Common Restricted Stock | 5,000 |
| RICHARD HENRY CLARK<br>202 JUNEWAY DR<br>CHITTENANGO, NY 13037-1013 | Common Restricted Stock | 3,850 |
| TODD FROST<br>125 SARAH WAY<br>MURPHY, TX 75094 | Common Restricted Stock | 3,850 |
| ROBERT GOODWIN<br>1563 RANDALL CT<br>WOODBRIDGE, VA 22191 | Common Restricted Stock | 3,850 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| SU-TSUNG LEE<br>9477 DERAMUS FARM COURT<br>VIENNA, VA 22182 | Common Restricted Stock | 3,850 |
| DAVID LAFRANCE<br>330 E MAIN ST<br>PURCELLVILLE, VA 20132-3165 | Common Restricted Stock | 3,500 |
| SETH PARKOFF<br>6206 PRESTONCREST LANE<br>DALLAS, TX 75230 | Common Restricted Stock | 3,500 |
| DANIEL TILLET<br>3348 FERN HOLLOW PLACE<br>OAK HILL, VA 20171 | Common Restricted Stock | 3,500 |
| SHAWN XIE<br>1326 HALIFAX WAY<br>SAN RAMON, CA 94582 | Common Restricted Stock | 3,500 |
| YU-NENG YEH<br>20656 CUTWATER PLACE<br>POTOMAC FALLS, VA 20165 | Common Restricted Stock | 3,500 |
| BRADLEY GLIDEWELL<br>2602 PIN OAK LANE<br>WYLIE, TX 75098 | Common Restricted Stock | 3,168 |
| BRYAN MOOREHEAD<br>2406 GLEN MORRIS RD<br>CARROLLTON, TX 75007 | Common Restricted Stock | 3,168 |
| DOUGLAS HARDMAN<br>PO BOX 220662<br>CHANTILLY, VA 20153-6662 | Common Restricted Stock | 2,667 |
| DHARMESH CHAVDA<br>4014 DOUBLETREE TRAIL<br>IRVING, TX 75061 | Common Restricted Stock | 2,500 |
| CHARLES FREUND<br>902 APPALACHIAN DRIVE<br>WYLIE, TX 75098 | Common Restricted Stock | 2,500 |
| RICHARD GARNER<br>3109 DOGWOOD COURT<br>BEDFORD, TX 76021 | Common Restricted Stock | 2,500 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| STEVEN KENNEDY<br>7105 LANGMUIR DRIVE<br>MCKINNEY, TX 75071 | Common Restricted Stock | 2,500 |
| AMIR ABDOLLAHL<br>1404 LAND DRIVE<br>PLANO, TX 75093 | Common Restricted Stock | 1,667 |
| JACK ARONSON<br>111 MISTY GLEN LN<br>MURPHY, TX 75094 | Common Restricted Stock | 1,667 |
| TAMMY BURTON<br>93060 JENNA COURT<br>SPRINGFIELD, VA 22153 | Common Restricted Stock | 1,667 |
| IBRAHIM ELKHODARY<br>21407 LIAN FALLS LN<br>RICHMOND, TX 77407 | Common Restricted Stock | 1,667 |
| BRIAN GREEN<br>39930 QUARTER BRANCH RD<br>LOVETTSVILLE, VA 20180 | Common Restricted Stock | 1,667 |
| BAHRAM KASHEL<br>2905 CASCADE DRIVE<br>PLANO, TX 75025 | Common Restricted Stock | 1,667 |
| RUSSELL WITT<br>PO BOX 1046<br>QUINLAN, TX 75474 | Common Restricted Stock | 1,667 |
| TERRANCE VAUGHN<br>7184 LAZY MEADOW LANE<br>FRISCO, TX 75034 | Common Restricted Stock | 1,000 |
| BRIAN MINTER<br>212 N RUSTIC TR<br>WYLIE, TX 75098 | Common Restricted Stock | 667 |
| ANDRE MONCION<br>402 STONE CREEK DR<br>ALLEN, TX 75002 | Common Restricted Stock | 667 |
| JASON ROBERSON<br>118 FAIRCHILD<br>GRAND PRAIRIE, TX 75051 | Common Restricted Stock | 667 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| JOHN MUSA<br>20529 BRANDY STATION CT<br>POTOMAC FALLS, VA  20165 | Common Restricted Stock | 50 |
| CHARLES SCHWAB & CO., INC.<br>2423 E LINCOLN DRIVE<br>PHXPEAK-01-1B571A<br>PHOENIX, AZ  85016 | Common Stock | 34,007,877 |
| J.P. MORGAN CLEARING CORP.<br>3 CHASE METROTECH CENTER<br>PROXY DEPT./NY1-H034<br>BROOKLYN, NY  11245 | Common Stock | 25,099,113 |
| GOLDMAN, SACHS & CO.<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ  07302 | Common Stock | 16,833,756 |
| TD AMERITRADE CLEARING, INC.<br>1005 AMERITRADE PLACE<br>BELLEVUE, NE  68005 | Common Stock | 5,683,058 |
| NATIONAL FINANCIAL SERVICES LLC<br>200 LIBERTY STREET<br>NEW YORK, NY  10281 | Common Stock | 5,669,346 |
| CITIGROUP GLOBAL MARKETS INC.<br>700 RED BROOK BLVD, SUITE 300<br>OWINGS MILLS, MD  21117 | Common Stock | 5,210,700 |
| RIDGE CLEARING & OUTSOURCING SOLUTIONS<br>55 WATER ST, 32ND FLOOR<br>NEW YORK, NY  10041 | Common Stock | 5,126,235 |
| BARCLAYS CAPITAL INC./LE<br>70 HUDSON STREET, 7TH FLOOR<br>JERSEY CITY, NJ  07302 | Common Stock | 5,061,534 |
| E*TRADE CLEARING LLC<br>10951 WHITE ROCK ROAD<br>RANCHO CORDOVA, CA  95670 | Common Stock | 4,998,130 |
| PERSHING LLC<br>SECURITIES CORPORATION<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ  07399 | Common Stock | 4,813,748 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| SCOTTRADE, INC.<br>12855 FLUSHING MEADOWS DR<br>ST LOUIS, MO 63131 | Common Stock | 4,031,100 |
| TERRESTAR CORPORATION<br>ONE DISCOVERY SQUARE, SUITE 900<br>12010 SUNSET HILLS RD<br>RESTON, VA 20191 | Common Stock | 3,951,201 |
| GOLDMAN SACHS EXECUTION & CLEARING<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ 07302 | Common Stock | 2,934,119 |
| THE BANK OF NEW YORK MELLON<br>525 WILLIAM PENN PLACE, SUITE 300<br>PITTSBURGH, PA 15259 | Common Stock | 2,772,463 |
| CITIBANK, N.A.<br>3800 CITIBANK CENTER B3-12<br>TAMPA, FL 33610 | Common Stock | 2,249,327 |
| FIRST CLEARING, LLC<br>ONE NORTH JEFFERSON STREET<br>ST LOUIS, MO 63103 | Common Stock | 1,210,937 |
| DEUTSCHE BANK SECURITIES INC.<br>5022 GATE PARKWAY, SUITE 100<br>JACKSONVILLE, FL 32256 | Common Stock | 1,082,206 |
| BROWN BROTHERS HARRIMAN & CO.<br>525 WASHINGTON BLVD<br>NEWPORT TOWER<br>JERSEY CITY, NJ 07310 | Common Stock | 1,077,611 |
| PENSON FINANCIAL SERVICES, INC.<br>1700 PACIFIC AVENUE, SUITE 1400<br>DALLAS, TX 75201 | Common Stock | 877,007 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH<br>101 HUDSON ST, 9TH FL<br>JERSEY CITY, NJ 07302 | Common Stock | 742,729 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND LP<br>C/O HARBERT MANAGEMENT CORP<br>2100 THIRD AVENUE NORTH, SUITE 600<br>BIRMINGHAM, AL 35203 | Common Stock | 729,577 |
| STATE STREET BANK AND TRUST COMPANY<br>1776 HERITAGE DR.<br>QUINCY, MA 02171 | Common Stock | 632,750 |
| TD WATERHOUSE CANADA INC.<br>60 NORTH WINDPLACE<br>SCARBOROUGH, ON M1S 5L4 CANADA | Common Stock | 626,218 |
| UBS FINANCIAL SERVICES INC.<br>1200 HARBOR BLVD<br>WEEHAWKEN, NJ 07086 | Common Stock | 543,909 |
| BARCLAYS CAPITAL INC.<br>222 BROADWAY<br>NEW YORK, NY 10038 | Common Stock | 489,329 |
| INTERACTIVE BROKERS RETAIL EQUITY CL<br>1 PICKWICK PLAZA<br>GREENWICH, CT 06830 | Common Stock | 408,522 |
| FIRST SOUTHWEST COMPANY<br>1700 PACIFIC AVENUE, SUITE 500<br>DALLAS, TX 75201 | Common Stock | 384,037 |
| CREDIT SUISSE SECURITIES (USA) LLC<br>7033 LOUIS STEVENS DRIVE<br>GLOBAL PROXY SERVICES<br>RESEARCH TRIANGLE, NC 27709 | Common Stock | 356,277 |
| USAA INVESTMENT MANAGEMENT COMPANY<br>P.O. BOX 659453<br>SAN ANTONIO, TX 78265 | Common Stock | 344,681 |
| VANGUARD MARKETING CORPORATION<br>100 VANGUARD BOULEVARD<br>MALVERN, PA 19355 | Common Stock | 326,011 |
| RBC DOMINION SECURITIES INC./CDS<br>200 BAY STREET, 6TH FLOOR<br>ROYAL BANK PLAZA NORTH TOWER<br>TORONTO, ON M5J 2W7 CANADA | Common Stock | 256,119 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| CANACCORD FINANCIAL LTD.<br>P.O. BOX 10337, PACIFIC CENTER<br>2200-609 GRANVILLE STREET<br>VANCOUVER, BC  V7Y 1H2  CANADA | Common Stock | 213,925 |
| BMO NESBITT BURNS INC.<br>1 FIRST CANADIAN PLACE, 13TH FL<br>P.O. BOX 150<br>TORONTO, ON  M5X 1H3  CANADA | Common Stock | 205,274 |
| TRADITION ASIEL SECURITIES INC.<br>75 PARK PLACE, 4TH FLOOR<br>NEW YORK, NY  10007 | Common Stock | 198,017 |
| MORGAN STANLEY & CO. INCORPORATED<br>901 SOUTH BOND ST, 6TH FL<br>BALTIMORE, MD  21231 | Common Stock | 182,715 |
| BNY CONVERGEX EXECUTION SOLUTIONS LLC<br>11486 CORPORATE BLVD, SUITE 375<br>ORLANDO, FL  32817 | Common Stock | 178,658 |
| UBS SECURITIES LLC<br>480 WASHINGTON BLVD<br>JERSEY CITY, NJ  07310 | Common Stock | 146,392 |
| ABN/AMRO<br>175 W. JACKSON BLVD, SUITE 400<br>CHICAGO, IL  60605 | Common Stock | 146,300 |
| SCOTIA CAPITAL INC.<br>P.O. BOX 4085<br>STATION "A"<br>TORONTO, ON  M5W 2X6  CANADA | Common Stock | 144,150 |
| CIBC WORLD MARKETS INC.<br>161 BAY ST, 10TH FL<br>TORONTO, ON  M5J 2S8  CANADA | Common Stock | 126,398 |
| JPMORGAN CHASE BANK, NA<br>PARADIGM, B WING , FLOOR 6<br>MINDSPACE, MALAD (W)<br>MUMBAI  400 064 I00000  INDIA | Common Stock | 116,919 |
| OPPENHEIMER & CO. INC.<br>125 BROAD STREET, 15TH FLOOR<br>NEW YORK, NY  10004 | Common Stock | 112,385 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| LPL FINANCIAL CORPORATION<br>9785 TOWNE CTR DRIVE<br>SAN DIEGO, CA  92121 | Common Stock | 111,516 |
| STERNE, AGEE & LEACH, INC.<br>813 SHADES CREEK PARKWAY, SUITE 100-B<br>BIRMINGHAM, AL  35242 | Common Stock | 106,940 |
| PENSON FINANCIAL SERVICES CANADA INC<br>330 BAY ST, SUITE 711<br>TORONTO, ON  M5H 2S8  CANADA | Common Stock | 101,490 |
| GENESIS SECURITIES, LLC<br>50 BROAD STREET, 2ND FLOOR<br>NEW YORK, NY  10004 | Common Stock | 99,573 |
| SOUTHWEST SECURITIES, INC.<br>1201 ELM STREET, SUITE 3700<br>DALLAS, TX  75270 | Common Stock | 97,373 |
| OPTIONSXPRESS, INC.<br>311 W. MONROE STREET<br>CHICAGO, IL  60606 | Common Stock | 93,213 |
| JEFFERIES & COMPANY, INC.<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3<br>JERSEY CITY, NJ  07311 | Common Stock | 90,887 |
| THE NORTHERN TRUST COMPANY<br>801 S CANAL STREET<br>ATTN: CAPITAL STRUCTURES-C1N<br>CHICAGO, IL  60607 | Common Stock | 84,398 |
| NBCN INC.<br>1010 RUE DE LA GAUCHETIERE ST WEST<br>SUITE 1925<br>MONTREAL, QC  H3B 2N2  CANADA | Common Stock | 82,400 |
| STIFEL, NICOLAUS & COMPANY, INCORPORATED<br>501 N. BROADWAY, 7TH FL<br>STOCK RECORD DEPT<br>ST LOUIS, MO  63102 | Common Stock | 80,020 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| GOLDMAN SACHS INTERNATIONAL<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ 07302 | Common Stock | 79,105 |
| RAYMOND JAMES & ASSOCIATES, INC.<br>880 CARILION PARKWAY<br>P.O. BOX 12749<br>ST PETERSBURG, FL 33716 | Common Stock | 77,663 |
| AMERICAN ENTERPRISE INVESTMENT SERVICES<br>2178 AXP FINANCIAL CENTER<br>MINNEAPOLIS, MN 55474 | Common Stock | 75,885 |
| MORGAN STANLEY SMITH BARNEY<br>HARBORSIDE FINANCIAL CENTER<br>PLAZA 3, 4TH FLOOR<br>JERSEY CITY, NJ 07311 | Common Stock | 64,472 |
| EDWARD D. JONES & CO.<br>700 MARYVILLE CENTER DRIVE<br>ST LOUIS, MO 63141 | Common Stock | 59,096 |
| KNIGHT CLEARING SERVICES LLC<br>545 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310 | Common Stock | 53,581 |
| RBC CAPITAL MARKETS CORPORATION<br>510 MARQUETTE AVE SOUTH<br>MINNEAPOLIS, MN 55402 | Common Stock | 51,401 |
| J P MORGAN SECURITIES INC<br>4 NEW YORK PLAZA, 16TH FLOOR<br>NEW YORK, NY 10004 | Common Stock | 50,000 |
| STOCKCROSS FINANCIAL SERVICES, INC.<br>77 SUMMER STREET, 2ND FLOOR<br>BOSTON, MA 02210 | Common Stock | 42,980 |
| CDS CLEARING AND DEPOSITORY SERVICES<br>600 BOUL.DE MAISONNEUVE<br>OUEST BUREAU 210<br>MONTREAL, QC H3A 3J2 CANADA | Common Stock | 42,050 |
| THE BANK OF NEW YORK MELLON<br>525 WILLIAM PENN PLACE, SUITE 300<br>PITTSBURGH, PA 15259 | Common Stock | 39,702 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| AMERICAN ENTERPRISE INVESTMENT SERVICES<br>719 GRISWOLD STREET, SUITE 1700<br>DETROIT, MI 48226 | Common Stock | 38,700 |
| DAVID ANDONIAN<br>C/O AFFINOVA<br>52 SECOND AVE<br>WALTHAM, MA 02451 | Common Stock | 30,000 |
| JACQUES LEDUC<br>C/O VIDEOTRON<br>612 SAINT-JACQUES ST<br>MONTREAL, QC H3C 4M8 CANADA | Common Stock | 30,000 |
| RAYMOND L STEELE<br>4150 LAS PALMAS WAY<br>SARASOTA, FL 34238-4532 | Common Stock | 30,000 |
| DAVID MELTZER<br>7904 RADNOR RD<br>BETHESDA, MD 20817 | Common Stock | 25,000 |
| JANNEY MONTGOMERY SCOTT LLC<br>1801 MARKET STREET, 9TH FLOOR<br>PHILADEPHIA, PA 19103 | Common Stock | 24,246 |
| MORGAN KEEGAN & COMPANY, INC.<br>50 NORTH FRONT STREET<br>MEMPHIS, TN 38103 | Common Stock | 21,448 |
| BNYM/HSBC US<br>525 WILLIAM PENN PLACE, SUITE 300<br>PITTSBURGH, PA 15259 | Common Stock | 21,200 |
| MANUFACTURERS AND TRADERS TRUST COMP<br>P.O. BOX 1377<br>BUFFALO, NY 14240 | Common Stock | 18,519 |
| DELAWARE CHARTER<br>GUARANTEE & TRUST CO CUST<br>C/O MICHAEL WOLF<br>804 SUNFISH ST<br>AUSTIN, TX 78734-4412 | Common Stock | 17,045 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| DESJARDINS SECURITIES INC.<br>2 COMPLEXE DESJARDINS, E. TWR, 15TH FL<br>P.O. BOX 394, DESJARDINS STATION<br>MONTREAL, QC  H5B 1J2  CANADA | Common Stock | 17,000 |
| HSBC SECURITIES (USA) INC.<br>452 FIFTH AVENUE, 11TH FLOOR<br>NEW YORK, NY  10018 | Common Stock | 15,500 |
| GLOBAL SECURITIES CORPORATION<br>3 BENTALL CENTRE<br>595 BURRARD STREET, 11TH FL<br>VANCOUVER, BC  V7X 1C4  CANADA | Common Stock | 15,000 |
| CAJA DE VALORES S.A.<br>AVE 25 DE MAYO 362<br>C1002ABH BUENOS AIRES<br>ARGENTINA | Common Stock | 13,000 |
| DANIEL B PENDERGRASS &<br>JUDITH A PENDERGRASS JT TEN<br>706 ROUND HILL RD<br>MENDOTA HEIGHTS, MN  55118-3710 | Common Stock | 11,567 |
| TRADESTATION SECURITIES, INC<br>TRADESTATION BLDG<br>8050 SW 10TH STREET, SUITE 2000<br>PLANTATION, FL  33324 | Common Stock | 11,501 |
| FABIAN E SOUZA<br>18623 POPLAR GLEN CT<br>BOYDS, MD  20841 | Common Stock | 10,835 |
| WEDBUSH MORGAN SECURITIES INC.<br>1000 WILSHIRE BLVD<br>LOS ANGELES, CA  90017 | Common Stock | 10,600 |
| LEK SECURITIES CORPORATION<br>140 BROADWAY, 29TH FLOOR<br>NEW YORK, NY  10005 | Common Stock | 7,500 |
| DEAN VENTURES VII<br>ATTN DEAN WILDE<br>CHAIRMAN<br>8065 LEESBURG PIKE<br>VIENNA, VA  22182 | Common Stock | 7,440 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| LEGENT CLEARING LLC<br>C/O MEDIANT COMMUNICATION<br>8000 REGENCY PARKWAY<br>CARY, NC 27518 | Common Stock | 7,270 |
| THE BANK OF NEW YORK MELLON<br>525 WILLIAM PENN PLACE, SUITE 300<br>PITTSBUGH, PA 15259 | Common Stock | 6,000 |
| MESIROW FINANCIAL, INC.<br>353 NORTH CLARK STREET<br>CHICAGO, IL 60654 | Common Stock | 6,000 |
| M&I MARSHALL & ILSLEY BANK<br>770 NORTH WATER ST<br>MILWAUKEE, WI 53202 | Common Stock | 5,500 |
| VISION FINANCIAL MARKETS LLC<br>4 HIGH RIDGE PARK, SUITE 100<br>STAMFORD, CT 06905 | Common Stock | 5,499 |
| LINCOLN TRUST COMPANY<br>717 17TH STREET, SUITE 21<br>DENVER, CO 80202 | Common Stock | 5,200 |
| QTRADE SECURITIES INC./CDS<br>SUITE 1920, ONE BENTALL CENTRE<br>505 BURRARD STREET<br>VANCOUVER, BC V7X 1M6 CANADA | Common Stock | 5,175 |
| ALPINE SECURITIES CORPORATION<br>440 EAST 400 SOUTH<br>SALT LAKE CITY, UT 84111 | Common Stock | 5,000 |
| BNP PARIBAS SECURITIES CORP.<br>555 CROTON ROAD<br>KING OF PRUSSIA, PA 19406 | Common Stock | 4,773 |
| BANK OF AMERICA, NA<br>GWIM TRUST OPERATIONS<br>411 N. AKARD, 5TH FL<br>DALLAS, TX 75201 | Common Stock | 4,496 |
| MANULIFE SECURITIES INCORPORATED /CDS<br>85 RICHMOND STREET WEST<br>TORONTO, ON M5H 2C9 CANADA | Common Stock | 4,200 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| ROBERT W. BAIRD & CO. INCORPORATED<br>777 E. WISCONSIN AVENUE<br>MILWAUKEE, WI 53202 | Common Stock | 3,906 |
| HILLIARD LYONS, LLC<br>500 WEST JEFFERSON STREET<br>LOUISVILLE, KY 40202 | Common Stock | 3,731 |
| ALLIANT SECURITIES, INC.<br>695 NORTH LEGACY RIDGE DRIVE, SUITE 300<br>LIBERTY LAKE, WA 99019 | Common Stock | 3,456 |
| SAMMY F SNODGRASS<br>HC 70 BOX 30<br>BROWNSVILLE, TN 78521 | Common Stock | 3,358 |
| PRIMEVEST FINANCIAL SERVICES, INC<br>400 1ST STREET SOUTH, SUITE 300<br>ST CLOUD, MN 56301 | Common Stock | 3,010 |
| WOLVERTON SECURITIES<br>777 DUMSMUIR ST<br>VANCOUVER, BC V7Y 1J5 CANADA | Common Stock | 2,100 |
| STEPHEN A HAASS<br>BOX 5700<br>LIGHTHOUSE POINT, FL 33074-5700 | Common Stock | 1,866 |
| FOLIOFN INVESTMENTS, INC.<br>8180 GREENSBORO DRIVE, 8TH FLOOR<br>MCLEAN, VA 22102 | Common Stock | 1,762 |
| ELECTRONIC TRANSACTION CLEARING, INC<br>660 S. FIGUEROA STREET, SUITE 1450<br>LOS ANGELES, CA 90017 | Common Stock | 1,400 |
| D. A. DAVIDSON & CO.<br>P.O. BOX 5015<br>GREAT FALLS, MT 59403 | Common Stock | 1,311 |
| MACQUARIE PRIVATE WEALTH INC.<br>26 WELLINGTON STREET E, SUITE 300<br>TORONTO, ON M5E 1S2 CANADA | Common Stock | 1,300 |
| EDWARD JONES/CDS<br>700 MARYVILLE CENTRE<br>ST LOUIS, MO 63141 | Common Stock | 1,000 |

| Name and last known address or place of business of holder | Security Class | Number of Securities |
|---|---|---|
| U.S. BANCORP INVESTMENTS, INC.<br>60 LIVINGSTON AVE<br>EP-MN-WN2H<br>ST PAUL, MN  55107 | Common Stock | 1,000 |
| ERIC A GLASGOW<br>8205 FENWAY ROAD<br>BETHESDA, MD  20817 | Common Stock | 896 |
| LAZARD CAPITAL MARKETS LLC<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY  10020 | Common Stock | 500 |
| PNC BANK, NATIONAL ASSOCIATION<br>8800 TINICUM BLVD<br>MS F6-F266-02-2<br>PHILADELPHIA, PA  19153 | Common Stock | 400 |
| MARSCO INVESTMENT CORPORATION<br>101 EISENHOWER PARKWAY<br>ROSELAND, NJ  07068 | Common Stock | 200 |
| TODD H STEPHENS<br>6005/405 MEDORA RD<br>LINTHICUM, MD  21090 | Common Stock | 2 |
| UMB BANK NA<br>928 GRAND BLVD<br>MAILSTOP 1010404<br>KANSAS CITY, MO  64106 | Common Stock | 1 |
| MARSHALL WOLF<br>BOX 7059 CHURCH ST STATION<br>NEW YORK, NY  10008-7059 | Common Stock | 1 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| TERRESTAR HOLDINGS INC., | ) Case No. 11-10613 (SHL) ) |
| Debtor. | ) ) |

## LIST OF EQUITY SECURITY HOLDERS

### (as of February 16, 2011)

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| TERRESTAR CORPORATION<br>12010 SUNSET HILLS ROAD<br>RESTON, VA 20190 | Common Shares | 100 | 100% |