**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TERRESTAR CORPORATION, *et al.*,[1] | ) Case No. 11-10612 (SHL) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Ira Nikelsberg, being duly sworn, depose and state:

1.    I am a Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.    On March 1, 2011, at the direction of Akin Gump Strauss Hauer & Feld LLP, proposed counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties), by e-mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties with available e-mail addresses), and by overnight delivery on the parties identified on Exhibit C annexed hereto (Office of the United States Trustee):

- Notice of Filing of Lists of Equity Security Holders (as of February 16, 2011) [Docket No. 23]; and

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***"); and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and, collectively with the February Debtors, the "***TSC Debtors***").

1

- Fourth Supplemental Declaration of Ira S. Dizengoff in Support of Debtors' Application to Employ and Retain Akin Gump Strauss Hauer & Feld LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 24].

    /s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 2nd day of
March, 2011

  /s/ Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN ARIK PREIS<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN IRA DIZENGOFF<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN SARAH LINK SCHULTZ<br>1700 PACIFIC AVENUE<br>SUITE 4100<br>DALLAS, TX 75201-4675 | ARIZONA DEPARTMENT OF REVENUE<br>TAX DIVISION - MAIN OFFICE<br>1600 W. MONROE<br>PHOENIX, AZ 85007 |
| AT&T SERVICES INC.<br>ATTN JAMES W. GRUDUS<br>LAW GROUP COUNSEL<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | BALLARD SPAHR LLP<br>ATTN JOSHUA ZUGERMAN, ESQ.<br>919 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 |
| BALLARD SPAHR LLP<br>ATTN TOBEY M. DALUZ, ESQ.<br>919 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801 | BANKRUPTCY ADMINISTRATION<br>BANKRUPTCY ADMINISTRATION<br>IKON FINANCIAL SERVICES<br>P.O. BOX 13708<br>MACON, GA 31208-3708 |
| BANKRUPTCY ADMINISTRATION<br>IKON FINANCIAL SERVICES<br>1738 BASS ROAD<br>MACON, GA 31208-3708 | BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN CJ BROWN<br>345 PARK AVE FL 30<br>NEW YORK, NY 10154 |
| BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN STEVEN ZELIN<br>345 PARK AVE FL 30<br>NEW YORK, NY 10154 | BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN WISAM HIRZALLA<br>345 PARK AVE FL 30<br>NEW YORK, NY 10154 |
| BROWN & CONNERY, LLP<br>ATTN DONALD K. LUDMAN, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | BUCHALTER NEMER, PC<br>ATTN SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126 |
| CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT INFORMATION GROUP, MIC:29<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279 | COMED (AUTOMATIC ACH PAYMENT)<br>PO BOX 805376<br>CHICAGO, IL 60680-5376 |
| COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN SUSAN COMBS<br>111 E 17TH STREET<br>AUSTIN, TX 78711-3528 | DE STATE ATTORNEY GENERAL<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH ST<br>WILMINGTON, DE 19801 |
| DE STATE DEPT. OF TAXATION AND FINANCE<br>CARVEL STATE OFFICE BUILDING<br>820 NORTH FRENCH STREET<br>8TH FLOOR<br>WILMINGTON, DE 19801 | DELAWARE SECRETARY OF STATE<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST., 4TH FLOOR<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| DEPARTMENT OF REVENUE<br>104 CARLTON BLDG.<br>TALLAHASSEE, FL 32399 | DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>TRUST & SECURITIES SERVICES<br>ATTN GEORGE KUBIN<br>222 S RIVERSIDE PLZ, 25TH FL<br>CHICAGO, IL 60606-5808 | DIRECTOR OF ASSESSMENTS & TAXATION<br>301 W. PRESTON ST.<br>BALTIMORE, MD 21201 |
| ELEKTROBIT INC<br>22745 29TH DRIVE SE<br>SUITE 200<br>BOTHELL, WA 98021 | ENVIRONMENTAL PROTECTION AGENCY<br>ATTN SCOTT FULTON<br>ARIEL RIOS BUILDING, RM 4000, MAIL 2310A<br>1200 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20460 |
| ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 2<br>290 BROADWAY<br>NEW YORK, NY 10007-1866 | ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 3<br>1650 ARCH STREET (3PM52)<br>PHILADELPHIA, PA 19103-2029 |
| ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO, IL 60604-3507 | FEDERAL COMMUNICATIONS COMMISSION<br>ATTN AUSTIN SCHLICK, GENERAL COUNSEL<br>445 12TH STREET, SW<br>WASHINGTON, DC 20554 |
| FEDERAL COMMUNICATIONS COMMISSION<br>OFFICE OF THE SECRETARY<br>445 12TH STREET, SW<br>ROOM TW - A325<br>WASHINGTON, DC 20554 | FINANCE SECRETARIAT, TAXATION DEPARTMENT<br>NINTH STREET OFFICE BUILDING<br>202 N. NINTH ST., STE 636<br>P.O. BOX 1475<br>RICHMOND, VA 23218-1115 |
| FOLEY & LARDNER LLP<br>ATTN HAROLD L. KAPLAN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO, IL 60654-5313 | FOLEY & LARDNER LLP<br>ATTN MARK F. HEBBELN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO, IL 60654-5313 |
| FULBRIGHT & JAWORSKI L.L.P.<br>ATTN DAVID A. ROSENZWEIG, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 | FULBRIGHT & JAWORSKI L.L.P.<br>ATTN MARK C. HAUT, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 |
| HAHN LOESER & PARKS LLP<br>ATTN CHRISTOPHER B. WICK, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND, OH 44114-2316 | HAHN LOESER & PARKS LLP<br>ATTN DANIEL A. DEMARCO, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND, OH 44114-2316 |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD.<br>ATTN GERRY MAGRINI<br>450 PARK AVE FL 30<br>NEW YORK, NY 10022 | HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND, L.P.<br>ATTN GERRY MAGRINI<br>450 PARK AVE FL 30<br>NEW YORK, NY 10022 |

| | |
|---|---|
| HERRICK, FEINSTEIN LLP<br>ATTN JUSTIN B. SINGER, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 | HERRICK, FEINSTEIN LLP<br>ATTN STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| HIGHLAND CRUSADER HOLDING CORPORATION<br>C/O HIGHLAND CAPITAL MANAGEMENT, LP<br>13455 NOEL RD, STE 800<br>DALLAS, TX 75240 | IL STATE ATTORNEY GENERAL<br>CHICAGO MAIN OFFICE<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| IL STATE DEPT. OF TAXATION AND FINANCE<br>JAMES R. THOMPSON CENTER - CONCOURSE<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601-3274 | INTERNAL REVENUE SERVICE<br>500 N. CAPITOL ST., NW<br>WASHINGTON, DC 20221 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN RECORDS MANAGEMENT<br>ATTN TODD ROBINSON, C/S ASSOCIATE<br>8200 PRESTON CT. SUITE ONE<br>JESSUP, MD 20794 |
| JEFFERIES & COMPANY, INC<br>ATTN LEON SZLEZINGER<br>520 MADISON AVENUE, FL 10<br>NEW YORK, NY 10022 | K&L GATES LLP<br>ATTN FELTON E. PARRISH, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202 |
| K&L GATES LLP<br>ATTN JOHN H. CULVER, III, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202 | KELLEY DRYE & WARREN LLP<br>ATTN JAMES S. CARR, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP<br>ATTN KRISTIN S. ELLIOTT, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KIRKLAND & ELLIS LLP<br>ATTN ARUN KURICHETY, ESQ.<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 |
| KIRKLAND & ELLIS LLP<br>ATTN CHRISTOPHER T. GRECO, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | KIRKLAND & ELLIS LLP<br>ATTN JONATHAN S. HENES, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022-4611 |
| KIRKLAND & ELLIS LLP<br>ATTN PATRICK J. NASH, JR., ESQ.<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 | KIRKLAND & ELLIS LLP<br>ATTN STEPHEN E. HESSLER, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022-4611 |
| KLESTADT & WINTERS, LLP<br>ATTN IAN R. WINTERS, ESQ.<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10018 | KLESTADT & WINTERS, LLP<br>ATTN JOSEPH C. CORNEAU, ESQ.<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK, NY 10018 |

| | |
|---|---|
| LORAL SPACE & COMMUNICATIONS, INC.<br>ATTN AVI KATZ, ESQ.<br>SR. V.P., GENERAL COUNSEL & SECRETARY<br>600 THIRD AVENUE<br>NEW YORK, NY 10016 | MEHLMAN CAPITOL STRATEGIES INC.<br>ATTN AMY MEHLMAN<br>1750 K STREET, NW, 3RD FL<br>WASHINGTON, DC 20006 |
| MORGAN STANLEY SMITH BARNEY LLC<br>ATTN THOMAS MONCHEK<br>1585 BROADWAY<br>NEW YORK, NY 10036 | NEW YORK SECRETARY OF STATE<br>ATTN LORRAINE CORTÉS-VÁZQUEZ<br>41 STATE ST<br>ALBANY, NY 12231-0001 |
| NEXBANK, SSB<br>ATTN JEFF SCOTT<br>13455 NOEL RD FL 22<br>DALLAS, TX 75240 | NEXBANK, SSB<br>ATTN JEFF SCOTT<br>13455 NOEL RD FL 22<br>DALLAS, TX 75240 |
| NY STATE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | NYC DEPT. OF FINANCE<br>ATTN LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS STREET<br>3RD FLOOR<br>BROOKLYN, NY 11201 |
| NYS DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | NYS UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY, NY 12201 |
| OFFICE OF THE STATE TAX COMMISSIONER<br>STATE CAPITOL<br>600 E. BOULEVARD AVENUE<br>BISMARK, ND 58505 | OFFICE OF THE US ATTORNEY<br>2100 JAMIESON AVE<br>ALEXANDRIA, VA 22314 |
| OFFICE OF THE US ATTORNEY<br>219 S. DEARBORN STREET, FIFTH FLOOR<br>CHICAGO, IL 60604 | OFFICE OF THE US ATTORNEY<br>CLAIMS UNIT - ROOM 417<br>ONE ST. ANDREW'S PLAZA<br>NEW YORK, NY 10007 |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN DAVID M. POSNER, ESQ.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN SCOTT L. HAZAN, ESQ.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN BRIAN P. GUINEY<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN DANIEL A. LOWENTHAL, ESQ.<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 |
| QUALCOMM INCORPORATED<br>ATTN DAVID WOOD<br>5775 MOREHOUSE DRIVE<br>SAN DIEGO, CA 92121-1714 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN JAMES C. TECCE<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010 |

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SCOTT C. SHELLEY<br>51 MADISON AVE, 22ND FLOOR<br>NEW YORK, NY 10010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SCOTT C. SHELLEY<br>51 MADISON AVE, 22ND FLOOR<br>NEW YORK, NY 10010 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SCOTT C. SHELLEY<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SUSHEEL KIRPALANI<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010 |
| QUINN, EMANUEL, URQUHART & SULLIVAN LLP<br>ATTN KATHERINE A. SCHERLING, ESQ.<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010 | QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>ATTN DANIEL S. HOLZMAN<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010 |
| R4 SERVICES LLC<br>ATTN GREG SMITAS, C/S REPRESENTATIVE<br>1301 W. 35TH STREET<br>CHICAGO, IL 60609 | REED SMITH LLP<br>ATTN DEBRA TURETSKY, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| REED SMITH LLP<br>ATTN KURT F. GWYNNE, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | REED SMITH LLP<br>ATTN TIMOTHY P. REILEY, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| REVENUE DEPARTMENT<br>9055 CENTER STREET, NE<br>REVENUE BUILDING<br>SALEM, OR 97301 | SCHULTE ROTH & ZABEL LLP<br>ATTN FREDERIC L. RAGUCCI<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 |
| SECURITIES EXCHANGE COMMISSION<br>175 W JACKSON BLVD<br>STE 900<br>CHICAGO, IL 60604 | SECURITIES EXCHANGE COMMISSION<br>3 WORLD FINANCIAL CENTER<br>STE 400<br>NEW YORK, NY 10281-1022 |
| SECURITIES EXCHANGE COMMISSION<br>ATTN GENERAL COUNSEL, SEC HEADQUARTERS<br>450 FIFTH STREET, NW<br>WASHINGTON, DC 20549 | SECURITIES EXCHANGE COMMISSION<br>C/O CARLA MONZON<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA, PA 10281-1022 |
| SECURITIES EXCHANGE COMMISSION<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BUILDING<br>233 BROADWAY-JOHN MURRAY<br>NEW YORK, NY 10279 | SOLA LTD<br>C/O SOLUS ALTERNATIVE ASSET MGMT., L.P.<br>430 PARK AVE<br>NEW YORK, NY 10022 |
| SPACE SYSTEMS/LORAL, INC.<br>ATTN JOHN W. RAKOW, ESQ.<br>SR., V.P., BUSINESS AND LEGAL AFFAIRS<br>3825 FABIAN WAY<br>PALO ALTO, CA 94303 | SULLIVAN & WORCESTER LLP<br>ATTN MICHAEL J. STUDENT, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |

| | |
|---|---|
| SULLIVAN & WORCESTER LLP<br>ATTN PAMELA SMITH HOLLEMAN, ESQ.<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | TAXATION AND REVENUE DEPARTMENT<br>P.O. BOX 630<br>SANTA FE, NM 87504 |
| THE GARDEN CITY GROUP, INC.<br>ATTN DANIELLA GOLSHANI<br>1985 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | THE GARDEN CITY GROUP, INC.<br>ATTN ISABEL I. BAUMGARTEN<br>1985 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 |
| US DEPARTMENT OF JUSTICE<br>ATTN TONY WEST, ASST. ATTORNEY GENERAL<br>CIVIL DIVISION<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84116 |
| VA STATE ATTORNEY GENERAL<br>900 E MAIN STREET<br>RICHMOND, VA 23219 | VAN VLISSINGEN AND CO<br>ATTN KAREN KRAUSE<br>300 KNIGHTSBRIDGE OPERATING CO<br>ONE OVERLOOK POINT, #100<br>LINCOLNSHIRE, IL 60069 |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN ALEXANDER B. LEES, ESQ.<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN NEIL M. SNYDER<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN SCOTT K. CHARLES, ESQ.<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | WEIL, GOTSHAL & MANGES LLP<br>ATTN DEBRA A. DANDENEAU, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153 |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN RONIT J. BERKOVICH, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153 | WHITEFORD TAYLOR & PRESTON LLP<br>ATTN BRENT C. STRICKLAND, ESQ.<br>SEVEN SAINT PAUL STREET<br>BALTIMORE, MD 21202 |
| WHITEFORD TAYLOR & PRESTON LLP<br>ATTN DENNIS J. SHAFFER, ESQ.<br>SEVEN SAINT PAUL STREET<br>BALTIMORE, MD 21202 | WILLKIE FARR & GALLAGHER LLP<br>ATTN MATTHEW A. FELDMAN, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| WILLKIE FARR & GALLAGHER LLP<br>ATTN RACHEL C. STRICKLAND, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | WILMER CUTLER PICKERING HALE AND DORR<br>ATTN GEORGE W. SHUSTER, JR., ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| WILMER CUTLER PICKERING HALE AND DORR<br>ATTN PHILIP D. ANKER, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 | |

# EXHIBIT B

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN ARIK PREIS<br>ONE BRYANT PARK<br>NEW YORK, NY 10036<br>email: apreis@akingump.com | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN IRA DIZENGOFF<br>ONE BRYANT PARK<br>NEW YORK, NY 10036<br>email: idizengoff@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN SARAH LINK SCHULTZ<br>1700 PACIFIC AVENUE<br>SUITE 4100<br>DALLAS, TX 75201-4675<br>email: sschultz@akingump.com | AT&T SERVICES INC.<br>ATTN JAMES W. GRUDUS<br>LAW GROUP COUNSEL<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921<br>email: jg5786@att.com |
| BALLARD SPAHR LLP<br>ATTN JOSHUA ZUGERMAN, ESQ.<br>919 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801<br>email: zugermanj@ballardspahr.com | BALLARD SPAHR LLP<br>ATTN TOBEY M. DALUZ, ESQ.<br>919 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON, DE 19801<br>email: daluzt@ballardspahr.com |
| BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN CJ BROWN<br>345 PARK AVE FL 30<br>NEW YORK, NY 10154<br>email: brownc@blackstone.com | BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN STEVEN ZELIN<br>345 PARK AVE FL 30<br>NEW YORK, NY 10154<br>email: zelin@blackstone.com |
| BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN WISAM HIRZALLA<br>345 PARK AVE FL 30<br>NEW YORK, NY 10154<br>email: wisam.hirzalla@blackstone.com | BROWN & CONNERY, LLP<br>ATTN DONALD K. LUDMAN, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096<br>email: dludman@brownconnery.com |
| BUCHALTER NEMER, PC<br>ATTN SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126<br>email: schristianson@buchalter.com | CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT INFORMATION GROUP, MIC:29<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279<br>email: Victoria.Baker@boe.ca.gov |
| COMED (AUTOMATIC ACH PAYMENT)<br>PO BOX 805376<br>CHICAGO, IL 60680-5376<br>email: legalcollections@comed.com | COMPTROLLER OF PUBLIC ACCOUNTS<br>ATTN SUSAN COMBS<br>111 E 17TH STREET<br>AUSTIN, TX 78711-3528<br>email: comptroller.help@cpa.state.tx.us |

| | |
|---|---|
| DE STATE ATTORNEY GENERAL<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH ST<br>WILMINGTON, DE 19801<br>email: attorney.general@state.de.us | DE STATE DEPT. OF TAXATION AND FINANCE<br>CARVEL STATE OFFICE BUILDING<br>820 NORTH FRENCH STREET<br>8TH FLOOR<br>WILMINGTON, DE 19801<br>email: colleen.yegla@state.de.us |
| DELAWARE SECRETARY OF STATE<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST., 4TH FLOOR<br>WILMINGTON, DE 19801<br>email: dosdoc_web@state.de.us | ENVIRONMENTAL PROTECTION AGENCY<br>ATTN SCOTT FULTON<br>ARIEL RIOS BUILDING, RM 4000, MAIL 2310A<br>1200 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20460<br>email: fulton.scott@epa.gov |
| ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 2<br>290 BROADWAY<br>NEW YORK, NY 10007-1866<br>email: schaaf.eric@epa.gov | ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 3<br>1650 ARCH STREET (3PM52)<br>PHILADELPHIA, PA 19103-2029<br>email: r3public@epa.gov |
| ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO, IL 60604-3507<br>email: cohen.eric@epa.gov | FEDERAL COMMUNICATIONS COMMISSION<br>ATTN AUSTIN SCHLICK, GENERAL COUNSEL<br>445 12TH STREET, SW<br>WASHINGTON, DC 20554<br>email: austin.schlick@fcc.gov |
| FEDERAL COMMUNICATIONS COMMISSION<br>OFFICE OF THE SECRETARY<br>445 12TH STREET, SW<br>ROOM TW - A325<br>WASHINGTON, DC 20554<br>email: fccinfo@fcc.gov | FINANCE SECRETARIAT, TAXATION DEPARTMENT<br>NINTH STREET OFFICE BUILDING<br>202 N. NINTH ST., STE 636<br>P.O. BOX 1475<br>RICHMOND, VA 23218-1115<br>email: taxbusquestions@tax.virginia.gov |
| FOLEY & LARDNER LLP<br>ATTN HAROLD L. KAPLAN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO, IL 60654-5313<br>email: hkaplan@foley.com | FOLEY & LARDNER LLP<br>ATTN MARK F. HEBBELN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO, IL 60654-5313<br>email: mhebbeln@foley.com |
| FULBRIGHT & JAWORSKI L.L.P.<br>ATTN DAVID A. ROSENZWEIG, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103<br>email: drosenzweig@fulbright.com | FULBRIGHT & JAWORSKI L.L.P.<br>ATTN MARK C. HAUT, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103<br>email: mhaut@fulbright.com |

| | |
|---|---|
| HAHN LOESER & PARKS LLP<br>ATTN CHRISTOPHER B. WICK, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND, OH 44114-2316<br>email: cbwick@hahnlaw.com | HAHN LOESER & PARKS LLP<br>ATTN DANIEL A. DEMARCO, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND, OH 44114-2316<br>email: dademarco@hahnlaw.com |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD.<br>ATTN GERRY MAGRINI<br>450 PARK AVE FL 30<br>NEW YORK, NY 10022<br>email: gmagrini@harbingercapital.com | HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND, L.P.<br>ATTN GERRY MAGRINI<br>450 PARK AVE FL 30<br>NEW YORK, NY 10022<br>email: gmagrini@harbingercapital.com |
| HERRICK, FEINSTEIN LLP<br>ATTN JUSTIN B. SINGER, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016<br>email: jsinger@herrick.com | HERRICK, FEINSTEIN LLP<br>ATTN STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016<br>email: sselbst@herrick.com |
| HIGHLAND CRUSADER HOLDING CORPORATION<br>C/O HIGHLAND CAPITAL MANAGEMENT, LP<br>13455 NOEL RD, STE 800<br>DALLAS, TX 75240<br>email: marketing@hcmlp.com | IL STATE ATTORNEY GENERAL<br>CHICAGO MAIN OFFICE<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601<br>email: MAILoag@oag.state.va.us |
| IL STATE DEPT. OF TAXATION AND FINANCE<br>JAMES R. THOMPSON CENTER - CONCOURSE<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601-3274<br>email: kevin.richards@illinois.gov | IRON MOUNTAIN RECORDS MANAGEMENT<br>ATTN TODD ROBINSON, C/S ASSOCIATE<br>8200 PRESTON CT. SUITE ONE<br>JESSUP, MD 20794<br>email: bankruptcy@ironmountain.com |
| JEFFERIES & COMPANY, INC<br>ATTN LEON SZLEZINGER<br>520 MADISON AVENUE, FL 10<br>NEW YORK, NY 10022<br>email: LSZLEZINGER@jefferies.com | K&L GATES LLP<br>ATTN FELTON E. PARRISH, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202<br>email: Felton.Parrish@klgates.com |
| K&L GATES LLP<br>ATTN JOHN H. CULVER, III, ESQ.<br>214 N. TRYON STREET, 47TH FLOOR<br>CHARLOTTE, NC 28202<br>email: John.Culver@klgates.com | KELLEY DRYE & WARREN LLP<br>ATTN JAMES S. CARR, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>email: KDWBankruptcyDepartment@kelleydrye.com |

KELLEY DRYE & WARREN LLP
ATTN KRISTIN S. ELLIOTT, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KIRKLAND & ELLIS LLP
ATTN ARUN KURICHETY, ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654
email: arun.kurichety@kirkland.com

KIRKLAND & ELLIS LLP
ATTN CHRISTOPHER T. GRECO, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022
email: christopher.greco@kirkland.com

KIRKLAND & ELLIS LLP
ATTN JONATHAN S. HENES, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
email: jhenes@kirkland.com

KIRKLAND & ELLIS LLP
ATTN PATRICK J. NASH, JR., ESQ.
300 NORTH LASALLE
CHICAGO, IL 60654
email: patrick.nash@kirkland.com

KIRKLAND & ELLIS LLP
ATTN STEPHEN E. HESSLER, ESQ.
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
email: stephen.hessler@kirkland.com

LORAL SPACE & COMMUNICATIONS, INC.
ATTN AVI KATZ, ESQ.
SR. V.P., GENERAL COUNSEL & SECRETARY
600 THIRD AVENUE
NEW YORK, NY 10016
email: avi.katz@hq.loral.com

MEHLMAN CAPITOL STRATEGIES INC.
ATTN AMY MEHLMAN
1750 K STREET, NW, 3RD FL
WASHINGTON, DC 20006
email: evanmoses@mehlmaninc.com

MORGAN STANLEY SMITH BARNEY LLC
ATTN THOMAS MONCHEK
1585 BROADWAY
NEW YORK, NY 10036
email: thomas.monchek@morganstanleysmithbarney.com

NEW YORK SECRETARY OF STATE
ATTN LORRAINE CORTÉS-VÁZQUEZ
41 STATE ST
ALBANY, NY 12231-0001
email: eric.schneiderman@ag.ny.gov

NEXBANK, SSB
ATTN JEFF SCOTT
13455 NOEL RD FL 22
DALLAS, TX 75240
email: jeff.scott@nexbank.com

NEXBANK, SSB
ATTN JEFF SCOTT
13455 NOEL RD FL 22
DALLAS, TX 75240
email: jeff.scott@nexbank.com

NYC DEPT. OF FINANCE
ATTN LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET
3RD FLOOR
BROOKLYN, NY 11201
email: maura_archambeault@tax.state.ny.us

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201
email: nysdol@labor.ny.gov

OFFICE OF THE US ATTORNEY
2100 JAMIESON AVE
ALEXANDRIA, VA 22314
email: usavae.usattys@usdoj.gov

OFFICE OF THE US ATTORNEY
CLAIMS UNIT - ROOM 417
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007
email: askdoj@usdoj.gov

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN DAVID M. POSNER, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
email: dposner@oshr.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN
ATTN SCOTT L. HAZAN, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169
email: shazan@oshr.com

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN BRIAN P. GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
email: bguiney@pbwt.com

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN DANIEL A. LOWENTHAL, ESQ.
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
email: dalowenthal@pbwt.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN JAMES C. TECCE
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: jamestecce@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010
email: scottshelley@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010
email: scottshelley@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: scottshelley@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SUSHEEL KIRPALANI
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: susheelkirpalani@quinnemanuel.com

QUINN, EMANUEL, URQUHART & SULLIVAN LLP
ATTN KATHERINE A. SCHERLING, ESQ.
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: katherinescherling@quinnemanuel.com

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
ATTN DANIEL S. HOLZMAN
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
email: danielholzman@quinnemanuel.com

R4 SERVICES LLC
ATTN GREG SMITAS, C/S REPRESENTATIVE
1301 W. 35TH STREET
CHICAGO, IL 60609
email: service@r4services.com

| | |
|---|---|
| REED SMITH LLP<br>ATTN DEBRA TURETSKY, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022<br>email: dturetsky@reedsmith.com | REED SMITH LLP<br>ATTN KURT F. GWYNNE, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br>email: kgwynne@reedsmith.com |
| REED SMITH LLP<br>ATTN TIMOTHY P. REILEY, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br>email: treiley@reedsmith.com | REVENUE DEPARTMENT<br>9055 CENTER STREET, NE<br>REVENUE BUILDING<br>SALEM, OR 97301<br>email: questions.dor@state.or.us |
| SCHULTE ROTH & ZABEL LLP<br>ATTN FREDERIC L. RAGUCCI<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>email: frederic.ragucci@srz.com | SECURITIES EXCHANGE COMMISSION<br>175 W JACKSON BLVD<br>STE 900<br>CHICAGO, IL 60604<br>email: chicago@sec.gov |
| SECURITIES EXCHANGE COMMISSION<br>3 WORLD FINANCIAL CENTER<br>STE 400<br>NEW YORK, NY 10281-1022<br>email: newyork@sec.gov | SECURITIES EXCHANGE COMMISSION<br>ATTN GENERAL COUNSEL, SEC HEADQUARTERS<br>450 FIFTH STREET, NW<br>WASHINGTON, DC 20549<br>email: chairmanoffice@sec.gov |
| SECURITIES EXCHANGE COMMISSION<br>C/O CARLA MONZON<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA, PA 10281-1022<br>email: philadelphia@sec.gov | SECURITIES EXCHANGE COMMISSION<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BUILDING<br>233 BROADWAY-JOHN MURRAY<br>NEW YORK, NY 10279<br>email: newyork@sec.gov |
| SPACE SYSTEMS/LORAL, INC.<br>ATTN JOHN W. RAKOW, ESQ.<br>SR., V.P., BUSINESS AND LEGAL AFFAIRS<br>3825 FABIAN WAY<br>PALO ALTO, CA 94303<br>email: rakowj@ssd.loral.com | SULLIVAN & WORCESTER LLP<br>ATTN MICHAEL J. STUDENT, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104<br>email: mstudent@sandw.com |
| SULLIVAN & WORCESTER LLP<br>ATTN PAMELA SMITH HOLLEMAN, ESQ.<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109<br>email: pholleman@sandw.com | TAXATION AND REVENUE DEPARTMENT<br>P.O. BOX 630<br>SANTA FE, NM 87504<br>email: poffice@state.nm.us |

| | |
|---|---|
| TERRESTAR CORPORATION<br>ATTN DOUG BRANDON<br>ONE DISCOVERY SQUARE<br>12010 SUNSET HILLS ROAD, 6TH FLOOR<br>RESTON, VA 20190<br>email: doug.brandon@terrestar.com | THE GARDEN CITY GROUP, INC.<br>ATTN DANIELLA GOLSHANI<br>1985 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042<br>email: tshteam@gardencitygroup.com |
| THE GARDEN CITY GROUP, INC.<br>ATTN ISABEL I. BAUMGARTEN<br>1985 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042<br>email: isabel.baumgarten@gardencitygroup.com | US DEPARTMENT OF JUSTICE<br>ATTN TONY WEST, ASST. ATTORNEY GENERAL<br>CIVIL DIVISION<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001<br>email: askdoj@usdoj.gov |
| VA STATE ATTORNEY GENERAL<br>900 E MAIN STREET<br>RICHMOND, VA 23219<br>email: seniors@oag.state.va.us | VAN VLISSINGEN AND CO<br>ATTN KAREN KRAUSE<br>300 KNIGHTSBRIDGE OPERATING CO<br>ONE OVERLOOK POINT, #100<br>LINCOLNSHIRE, IL 60069<br>email: klk@vvco.com |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN ALEXANDER B. LEES, ESQ.<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019<br>email: ABLees@wlrk.com | WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN NEIL M. SNYDER<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019<br>email: nmsnyder@wlrk.com |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN SCOTT K. CHARLES, ESQ.<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019<br>email: SKCharles@wlrk.com | WEIL, GOTSHAL & MANGES LLP<br>ATTN DEBRA A. DANDENEAU, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>email: debra.dandeneau@weil.com |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN RONIT J. BERKOVICH, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>email: ronit.berkovich@weil.com | WHITEFORD TAYLOR & PRESTON LLP<br>ATTN BRENT C. STRICKLAND, ESQ.<br>SEVEN SAINT PAUL STREET<br>BALTIMORE, MD 21202<br>email: bstrickland@wtplaw.com |
| WHITEFORD TAYLOR & PRESTON LLP<br>ATTN DENNIS J. SHAFFER, ESQ.<br>SEVEN SAINT PAUL STREET<br>BALTIMORE, MD 21202<br>email: dshaffer@wtplaw.com | WILLKIE FARR & GALLAGHER LLP<br>ATTN MATTHEW A. FELDMAN, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>email: mfeldman@willkie.com |

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: rstrickland@willkie.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN GEORGE W. SHUSTER, JR., ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
email: george.shuster@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN PHILIP D. ANKER, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com

# EXHIBIT C

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN RICHARD C. MORRISSEY<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 | OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN SUSAN GOLDEN<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 |