**Hearing Date: August 26, 2011 at 10:00 a.m. (ET)**
**Objection Deadline: August 19, 2011 at 5:00 p.m. (ET)**

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the TSC Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| TERRESTAR CORPORATION, *et al.*,[1] | Case No. 11-10612 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON THE TSC DEBTORS' FIRST OMNIBUS
OBJECTION TO CERTAIN PROOFS OF CLAIM (EQUITY INTERESTS)**

**TO THE CLAIMANTS IDENTIFIED ON SCHEDULE 1 TO EXHIBIT A TO THE
OBJECTION:**

The TSC Debtors provide you with this notice of objection to claim(s) pursuant to Rule

3007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***"); (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and, collectively with the February Debtors, the ***TSC Debtors***").

100904889

You have filed one or more proofs of claim (each, a "***Claim***") in the TSC Debtors' chapter 11 cases to which the TSC Debtors have filed an objection (the "***Objection***").  **Your Claim (a "*Disputed Claim*") will be affected as a result of the Objection.  Therefore, you should read this Notice and the enclosed Objection carefully.**

The TSC Debtors' representatives will be available to discuss and potentially resolve the Objection to your Disputed Claim without the need for you to file a response or attend a hearing. Factual inquiries regarding the Objection and your Disputed Claim may be directed to the TerreStar Corporation Restructuring Hotline at (888) 872-9182 within 14 calendar days after the date on which this notice was served.  Legal matters, however, will be referred to the TSC Debtors' attorneys.  When you contact the hotline, please have your proof(s) of claim available. Your discussions with the TSC Debtors' personnel or the TSC Debtors' attorneys may result in an agreement to settle the Objection.  If you do not reach an agreement with the TSC Debtors before August 19, 2011 at 5:00 p.m. (prevailing Eastern Time) (the "***Response Deadline***"), you must file a response in compliance with the procedures set forth below.  **Speaking with the TSC Debtors' personnel or the TSC Debtors' attorneys will not satisfy the requirement that you must reach an agreement before the Response Deadline or file a response and attend the hearing on the Objection, as discussed below.**

If you disagree with the Objection and are unable or unwilling to consensually resolve the objection with the TSC Debtors before August 19, 2011 at 5:00 p.m. (prevailing Eastern Time), you or your attorney must (i) file a response (the "***Response***") to the Objection with the Clerk of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York  10004-1408 **no later than the Response Deadline**, (ii) serve the Response on (a) TerreStar Corporation, 12010 Sunset Hills

100904889

Road, 6th Flr., Reston, Virginia 20190, Attn:  Doug Brandon, Esq.; (b) counsel to the TSC

Debtors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036,

Attn: Ira S. Dizengoff, Esq. and Arik Preis, Esq., and 1700 Pacific Ave., Suite 4100, Dallas,

Texas 75201, Attn: Sarah Link Schultz, Esq.; (c) the Office of the United States Trustee for the

Southern District of New York; (d) Otterbourg, Steindler, Houston & Rosen, P.C., as counsel to

the statutory committee of unsecured creditors appointed in the October Debtors' chapter 11

cases; (e) the entities listed on the TSC Debtors' Consolidated List of Creditors Holding the 30

Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (f) NexBank, SSB as

agent for the lenders under the Bridge Loan Agreement; (g) Weil, Gotshal & Manges LLP as

counsel to Harbinger Capital Partners LLC and certain of its managed and affiliated funds;

(h) Wachtell, Lipton, Rosen & Katz as counsel to Highland Capital Management, L.P. and certain

of its managed and affiliated funds; (i) Quinn Emanuel Urquhart & Sullivan, LLP as counsel to

Solus Alternative Asset Management LP and as counsel to the agent for the TSC Debtors' post-

petition debtor-in-possession financing; (j) NexBank, SSB as agent for the TSC Debtors' post-

petition debtor-in-possession financing; (k) the Internal Revenue Service; (l) the Securities and

Exchange Commission; (m) the United States Attorney for the Southern District of New York;

(n) the Federal Communications Commission; and (o) parties in interest who have filed a notice

of appearance in these cases pursuant to Bankruptcy Rule 2002.

Your Response, if any, to the Objection must:  (i) be in writing; (ii) conform to the

Bankruptcy Rules, the Local Rules of the Bankruptcy Court  and the Bankruptcy Court's *Order*

*Pursuant to Sections 105(a) and (d) of the Bankruptcy Code and Bankruptcy Rules 1015(c),*

*2002(m) and 9007 Implementing Certain Notice and Case Management Procedures* [Docket No.

12] (the "***Case Management Order***"); (iii) be filed with the Bankruptcy Court either

3

100904889

(a) electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, or (b) on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at http://www.nysb.uscourts.gov); and (iv) shall be served in accordance with General Order M-399.

**A hearing (the "*Hearing*") to consider the Objection shall be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the Courthouse, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on August 26, 2011 at 10:00 a.m. (prevailing Eastern Time).**

If you or your designated attorney or representative do not timely file and serve a Response in accordance with the above-referenced procedures and attend the Hearing (in the absence of an agreement between you and the TSC Debtors providing otherwise), the Bankruptcy Court may enter an order granting the relief requested in the Objection.  If you or your designated attorney or representative do file a Response and attend the Hearing, the matter will be resolved during the Hearing.  Only those Responses made in accordance with the above-referenced requirements and timely filed and received by the Bankruptcy Court and the TSC Debtors' attorneys will be considered by the Bankruptcy Court at the Hearing.  **If you fail to respond in accordance with this Notice, the Bankruptcy Court may grant the relief requested in the Objection without further notice or hearing.**

Nothing in this Notice or the accompanying Objection constitutes a waiver of any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent transfer actions or

100904889

any other bankruptcy claims against you.  All parties reserve the right to assert additional objections to your proof(s) of claim.

If you would like to obtain a copy of the Objection or any other pleadings filed in these chapter 11 cases, you should contact The Garden City Group, Inc., the claims agent retained by the TSC Debtors in these chapter 11 cases by:  (a) calling the TSC Debtors' restructuring hotline at (888) 872-9182;  (b) visiting the TSC Debtors' restructuring website at www.TerreStarCorpRestructuring.com; or (c) writing to TerreStar Corporation, c/o The Garden City Group, Inc. P.O. Pox 9680, Dublin, Ohio  43017-4980.  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee at the Bankruptcy Court's website at http://www.nysb.uscourts.gov for registered users of the Public Access to Court Electronic Records (PACER) System.

New York, New York
Dated: July 22, 2011

*/s/ Ira S. Dizengoff*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
(214) 969-3800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the TSC Debtors*

100904889

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the TSC Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TERRESTAR CORPORATION, *et al.*,[1] | ) | Case No. 11-10612 (SHL) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**TSC DEBTORS' FIRST OMNIBUS OBJECTION
TO CERTAIN PROOFS OF CLAIM (EQUITY INTERESTS)**

> **THIS OBJECTION SEEKS TO DISALLOW AND
> EXPUNGE OR REDUCE CERTAIN FILED
> PROOFS OF CLAIM.  CLAIMANTS RECEIVING
> THIS OBJECTION SHOULD LOCATE THEIR
> NAMES AND CLAIMS ON SCHEDULE 1 TO
> EXHIBIT A OF THIS OBJECTION.**

The TSC Debtors object to certain equity interests filed as proofs of claim as listed on

Schedule 1 to Exhibit A annexed hereto (the "***Equity Claims***").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***"); (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and, collectively with the February Debtors, the ***TSC Debtors***").

The TSC Debtors seek entry of an order, substantially in the form attached hereto as Exhibit A, pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), disallowing and expunging the Equity Claims found on Schedule 1 to Exhibit A.  In support of this objection, the TSC Debtors respectfully state as follows:

## I.    JURISDICTION

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.    Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are Bankruptcy Code sections 105(a) and 502(b) and Bankruptcy Rule 3007.

## II.    BACKGROUND

**A.    The TSC Debtors' Chapter 11 Cases**

4.    On October 19, 2010 (the "**October Petition Date**") and February 16, 2011 (the "**Petition Date**"), the Other TSC Debtors[2] and the February Debtors, respectively, filed petitions with this Court under chapter 11 of the Bankruptcy Code.  The TSC Debtors are operating their business and managing their property as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

5.    On October 29, 2010, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**TSN Committee**") of the October Debtors.  No statutory committees have been appointed or

---

[2] Also on the October Petition Date, TerreStar Networks Inc. ("**TSN**") and certain of its affiliated debtors (collectively, the "**TSN Debtors**," and together with the Other TSC Debtors, the "**October Debtors**") each filed a petition with this Court under chapter 11 of the Bankruptcy Code.

100904889

designated in the February Debtors' cases.  On information and belief, only one member of the

TSN Committee, Van Vlissingen and Company, holds a claim against the TSC Debtors.

6.        A detailed description of the TSC Debtors' business and the reasons for filing

these chapter 11 cases are set forth in the *Declaration of Jeffrey W. Epstein Pursuant to Local*

*Bankruptcy Rule 1007-2 in Support of First Day Pleadings* (the "***First Day Declaration***"), which

was filed contemporaneously with the February Debtors' voluntary petitions for relief under

chapter 11 of the Bankruptcy Code.

7.        On October 20, 2010, the Court entered an order providing for the joint

administration of the Other TSC Debtors' cases with the other October Debtors' cases for

procedural purposes styled as *In re TerreStar Networks Inc., et al.*, Case No. 10-15446 (SHL).

Contemporaneously with the filing of the petitions for the February Debtors, the Other TSC

Debtors requested that their cases be de-consolidated from the cases of the October Debtors, and

the TSC Debtors sought procedural consolidation and joint administration of the chapter 11 cases

of the Other TSC Debtors and the February Debtors under the case of TSC.  On February 23,

2011, the Court entered orders amending joint administration of the October Debtors' chapter 11

cases and providing for the joint administration of the TSC Debtors' cases for procedural

purposes, styled as *In re TerreStar Corporation, et al.*, Case No. 11-10612 (SHL).

**B.        Establishing the Bar Date**

8.        On November 8, 2010 and March 2, 2011, respectively, the Other TSC Debtors

and the February Debtors filed their schedules of assets and liabilities and statement of financial

affairs (collectively, the "***SOFAs and Schedules***").  By order dated November 8, 2010 (the

3

"*October Bar Date Order*"), the Court established December 10, 2010[3] (the "*December Bar Date*") as the deadline by which any person or entity asserting a claim against any of the Other TSC Debtors was required to file written proof of such claim.  On April 6, 2011, the Court entered an order (the "*February Bar Date Order*" and together with the October Bar Date Order, the "*Bar Date Orders*") establishing May 13, 2011 (the "*May Bar Date*"[4] and together with the December Bar Date, the "*Bar Dates*") as the deadline by which each person or entity asserting a claim against any of the February Debtors was required to file written proof of such claim.

9.    As of the date hereof, a substantial number of proofs of claim have been filed against the TSC Debtors asserting equity interests in TSC.

### III.    OBJECTION

10.    The TSC Debtors hereby object to the Equity Claims on Schedule 1 to Exhibit A attached hereto.  The TSC Debtors have reviewed the Equity Claims and have determined that such claims were asserted on account of equity interests held by a person or entity holding TSC common stock.  The TSC Debtors object to the Equity Claims as improperly asserted against the TSC Debtors because, among other reasons, they do not constitute a proper "claim" as such term is defined in Bankruptcy Code section 101(5).  Accordingly, the Equity Claims should be disallowed and expunged from the TSC Debtors' claims register.

### IV.    RELIEF REQUESTED

11.    By this objection and pursuant to Bankruptcy Code section 502 and Bankruptcy Rule 3007, the TSC Debtors request that the Court enter an order disallowing and expunging the Equity Claims found on Schedule 1 to Exhibit A attached hereto.

---

[3] For governmental units (as such term is defined in Bankruptcy Code section 101(27)), the applicable bar date was April 18, 2011.

[4] For governmental units (as such term is defined in Bankruptcy Code section 101(27)), the applicable bar date was August 15, 2011.

100904889

## V.    SUPPORTING AUTHORITY

12.    A filed proof of claim is deemed allowed unless a party in interest objects thereto. *See* 11 U.S.C. § 502(a); *see also id.* § 1111(a) ("A proof of claim . . . is deemed filed under section 501 of this title for any claim . . . that appears in the schedules . . . except a claim . . . that is scheduled as disputed, contingent, or unliquidated.").  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate validity of the claim. *See, e.g., Sherman v. Novak* (*In re Reilly*), 245 B.R. 768, 773 (2d Cir. BAP 2000); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000); *In re St. Johnsbury Trucking Co.*, 206 B.R. 318. 323 (Bankr. S.D.N.Y. 1997).

13.    Bankruptcy Rule 3007 expressly permits omnibus claim objections when the grounds for the objections are that the claims should be disallowed, in whole or in part, because:

> (1) they duplicate other claims; (2) they have been filed in the wrong case; (3) they have been amended by subsequently filed proofs of claim; (4) they were not timely filed; (5) they have been satisfied or released during the case in accordance with the Code, applicable rules, or a court order; (6) they were presented in a form that does not comply with applicable rules, and the objection states that the objector is unable to determine the validity of the claim because of the noncompliance; or (7) they are interests, rather than claims; or (8) they assert priority in an amount that exceeds the maximum amount under § 507 of the Code.

Fed. R. Bankr. P. 3007(d).

14.    To provide claimants affected by omnibus objections with adequate notice thereof, Bankruptcy Rule 3007 requires that omnibus objections:

> (1) state in a conspicuous place that claimants receiving the objection should locate their names and claims in the objection; (2) list claimants alphabetically, provide a crossreference to claim numbers, and, if appropriate, list claimants by category of claims; (3) state the grounds of the objection to each claim and provide a cross-reference to the pages in the omnibus objection pertinent to the stated grounds; (4) state in the title the identity of the objector and the grounds for the objections; (5) be numbered consecutively

100904889

with other omnibus objections filed by the same objector; and
(6) contain objections to no more than 100 claims.

Fed. R. Bankr. P. 3007(e).

15.     Following a thorough review of the claims filed by the Bar Dates, the TSC

Debtors have determined that the Equity Claims identified on <u>Schedule 1</u> to <u>Exhibit A</u> are based

on alleged equity interests in TSC and that the Equity Claims should therefore be disallowed.

16.     The TSC Debtors submit that this objection meets or exceeds the procedural

requirements under Bankruptcy Rule 3007(e).  The recent changes to Bankruptcy Rule 3007,

which limited the number and nature of claims which could be included in an omnibus objection,

were intended to ensure each claimant's due process rights by preventing the claimant from being

forced to search an otherwise cumbersome omnibus objection for its name or claim.  Indeed, the

clear purpose of Bankruptcy Rule 3007 is to ensure greater transparency to creditors than is often

the case in an omnibus claims objection process.  This objection has been served on each

affected creditor, and clearly identifies the claims filed by that claimant that are subject to the

objection and the grounds and response deadline therefor.  Specifically, the objection explicitly

states:  (a) the name of the claimant asserting the Equity Claim; (b) the claim number from the

claims docket or other information identifying the Equity Claim; and (c) the name of the TSC

Debtor entity against which the Equity Claim is asserted.  Additionally, the notice accompanying

this objection:  (i) states the basis of the objection; (ii) identifies a response date and response

procedures; (iii) identifies the hearing date and related procedures; and (iv) describes how proofs

of claim, the SOFAs and Schedules and other pleadings in the TSC Debtors' cases may be

obtained from the TSC Debtors' claims agent or its website.  The TSC Debtors believe that such

notice satisfies the due process concerns that led to the change in Bankruptcy Rule 3007 limiting

omnibus objections to claims.

17.     For the reasons stated above, the TSC Debtors object to the allowance of the Equity Claims as set forth herein and the TSC Debtors respectfully request this Court enter an order disallowing and expunging the Equity Claims.

## VI.     RESERVATION OF RIGHTS

18.     This objection is limited to the grounds stated herein.  Accordingly, it is without prejudice to the rights of the TSC Debtors or any other party in interest to object to any of the Equity Claims on any ground whatsoever, and the TSC Debtors expressly reserve all further substantive and/or procedural objections they may have to the Equity Claims.

## VII.     MOTION PRACTICE

19.     This objection includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated, and a discussion of their application to this objection.  Accordingly, the TSC Debtors submit that this motion satisfies Rule 9013-1(a) of the Local Rules of Bankruptcy Practice and Procedure for the Southern District of New York.

## VIII.     NOTICE

20.     The TSC Debtors have provided notice of this motion to:  (a) the Office of the United States Trustee for the Southern District of New York; (b) Otterbourg, Steindler, Houston & Rosen, P.C., as counsel to the statutory committee of unsecured creditors appointed in the October Debtors' chapter 11 cases; (c) the entities listed on the TSC Debtors' Consolidated List of Creditors Holding the 30 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d); (d) NexBank, SSB as agent for the lenders under the Bridge Loan Agreement; (e) Weil, Gotshal & Manges LLP as counsel to Harbinger Capital Partners LLC and certain of its managed and affiliated funds; (f) Wachtell, Lipton, Rosen & Katz as counsel to Highland Capital Management, L.P. and certain of its managed and affiliated funds; (g) Quinn Emanuel Urquhart & Sullivan, LLP as counsel to Solus Alternative Asset Management LP and as counsel to the

7

agent for the TSC Debtors' post-petition debtor-in-possession financing; (h) NexBank, SSB as agent for the TSC Debtors' post-petition debtor-in-possession financing; (i) the Internal Revenue Service; (j) the Securities and Exchange Commission; (k) the United States Attorney for the Southern District of New York; (l) the Federal Communications Commission; and (m) parties in interest who have filed a notice of appearance in these cases pursuant to Bankruptcy Rule 2002 (collectively, the "***Notice Parties***").   In light of the nature of the relief requested, the TSC Debtors respectfully submit that no further notice is necessary.

8

WHEREFORE, for the reasons set forth herein, the TSC Debtors respectfully request that the Court (a) enter an order disallowing and expunging the Equity Claims listed on Schedule 1 to Exhibit A and (b) grant such other and further relief as is just and proper.

New York, New York
Dated: July 22, 2011

_/s/ Ira S. Dizengoff_ 

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the TSC Debtors*

9

## EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TERRESTAR CORPORATION, *et al.*,[1] | ) ) | Case No. 11-10612 (SHL) |
| Debtors. | ) ) ) | Jointly Administered |

**ORDER GRANTING THE TSC DEBTORS' FIRST OMNIBUS OBJECTION
TO CERTAIN PROOFS OF CLAIM (EQUITY INTERESTS)**

Upon the *TSC Debtors' First Omnibus Objection to Certain Proofs of Claim (Equity*

*Interests)* (the "***Objection***")[2] requesting entry of an order disallowing and expunging the Equity

Claims listed on <u>Schedule 1</u> attached hereto pursuant to Bankruptcy Code sections 105(a) and

502(b) and Bankruptcy Rule 3007; and the Court having determined that the Court has

jurisdiction over the subject matter of the Objection and the relief requested therein pursuant to

28 U.S.C. §§ 157 and 1334; and this is a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Objection having been provided and it appearing that no other or further

notice need be provided; and the Court having determined that the relief requested in the

Objection is in the best interests of the TSC Debtors, their estates and creditors and all other

parties in interest; and upon the arguments and testimony presented at the hearing before the

Court, and any responses to the Objection having been withdrawn, resolved or overruled on the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***") and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and together with the February Debtors, the "***TSC Debtors***").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

merits; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY**

**ORDERED** that:

      1.      The Objection is granted to the extent set forth herein.

      2.      The Equity Claims listed on <u>Schedule 1</u> attached hereto are hereby disallowed and

expunged in their entirety pursuant to Bankruptcy Code section 502(b).

      3.      The terms and conditions of this Order shall be immediately effective and

enforceable upon entry of the Order.

      4.      The TSC Debtors are authorized to take all actions necessary to effectuate the

relief granted pursuant to this Order and in accordance with the Objection.

      5.      This Court shall retain jurisdiction with respect to all matters arising from or

relating to the implementation of this order.

Date: _____, 2011
New York, New York

_____
United States Bankruptcy Judge

100904889

# SCHEDULE 1

**Equity Claims**

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ALDO ISMAEL PEREZ<br>6184 EAST 7 AVENUE<br>HIALEAH, FL 33013 | 05/13/11 | TerreStar Corporation | 11-10612 | 132 | $2,950.00 | Equity Interest - Common | |
| 2 | ALDO ISMAEL PEREZ<br>9510 SW 146 STREET<br>MIAMI, FL 33176 | 05/13/11 | TerreStar Corporation | 11-10612 | 130 | $64,400.00 | Equity Interest - Common | |
| 3 | ALDO ISMAEL PEREZ<br>9510 SW 146 STREET<br>MIAMI, FL 33176 | 05/13/11 | TerreStar Corporation | 11-10612 | 131 | $98,600.00 | Equity Interest - Common | |
| 4 | ALEX STRAMENGA<br>1001 KELLY ST<br>ROTTERDAM, NY 12306 | 05/13/11 | TerreStar Corporation | 11-10612 | 129 | $1,000.00 | Equity Interest - Common | |
| 5 | ALEXIS BLAKE TRAMONTANO<br>5 INDIAN KNOLL ROAD<br>GREENWICH, CT 06831 | 05/13/11 | TerreStar Corporation | 11-10612 | 133 | $140.00 | Equity Interest - Common | |
| 6 | ANDREW S DOWER<br>7938 MISSION CENTER CT UNIT A<br>SAN DIEGO, CA 92108 | 04/29/11 | TerreStar Corporation | 11-10612 | 66 | $2,999.79 | Equity Interest - Common | |
| 7 | ANTHONY T PIERCE<br>3214 CHESTNUT ST NW<br>WASHINGTON, DC 20015 | 04/22/11 | TerreStar Corporation | 11-10612 | 38 | $2,500.00 | Equity Interest - Common | |
| 8 | BERNARD WOO<br>#505, 9620-102 AVE NW<br>EDMONTON ALBERTA T5H 0E6<br>CANADA | 05/04/11 | TerreStar Corporation | 11-10612 | 79 | $62,792.00 | Equity Interest - Common | |
| 9 | BRIAN WISSER<br>(REBA WISSER)<br>6135 SW 116 ST<br>PINECREST, FL 33156 | 05/13/11 | TerreStar Corporation | 11-10612 | 128 | $2,573.97 | Equity Interest - Common | |
| 10 | BUTTERFIELD TRUST (BERMUDA) LTD AS TTEE<br>OF THE OLIVER R GRACE JR MILLENIUM TR<br>C/O SHIRLEY RICHARDSON, INVESTMENT SVCS<br>65 FRONT STREET<br>HAMILTON, HM AX, BERMUDA | 05/10/11 | TerreStar Corporation | 11-10612 | 98 | $257,310.00 | Equity Interest - Common | |
| 11 | CARLO SANTARROMANA<br>2122 SYLVIA ST<br>WEST COVINA, CA 91792 | 05/16/11 | TerreStar Corporation | 11-10612 | 151 | $2,210.95 | Equity Interest - Common | |
| 12 | CHRIS OWEN MEADE<br>908 MERCURY DR<br>ALBION, MI 49224 | 05/07/11 | TerreStar Corporation | 11-10612 | 87 | $3,500.00 | Equity Interest - Common | |
| 13 | CHRISTIAN C MAZUR<br>3553 BROOKFIELD RD<br>HOOVER, AL 35226 | 04/25/11 | TerreStar Corporation | 11-10612 | 53 | $594.05 | Equity Interest - Common | |
| 14 | CHRISTINA E METTERNICH<br>C/O CHRISTIE METTERNICH<br>5033 CANDLEBROOK PLACE<br>BESSEMER, AL 35022 | 05/05/11 | TerreStar Corporation | 11-10612 | 83 | $195.00 | Equity Interest - Common | |

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 15 | CRAIG S BROWNLEE<br>PO BOX 480<br>EMMETSBURG, IA 50536 | 05/02/11 | TerreStar Corporation | 11-10612 | 74 | $6,805.29 | Equity Interest - Common | |
| 16 | CYNTHIA CHEN<br>2087 33RD AVE<br>SAN FRANCISCO, CA 94116 | 05/13/11 | TerreStar Corporation | 11-10612 | 140 | $399.60 | Equity Interest - Common | |
| 17 | DALE WARKENTINE<br>PO BOX 1657<br>PALMER LAKE, CO 80133 | 05/02/11 | TerreStar Corporation | 11-10612 | 72 | $2,003.16 | Equity Interest - Common | |
| 18 | DAVID WOLTIN<br>3413 HICKORY WOODS TRL<br>MARIETTA, GA 80066 | 04/23/11 | TerreStar Corporation | 11-10612 | 43 | $1,412.95 | Equity Interest - Common | |
| 19 | DEBORAH DEVINE<br>453 ATLANTIC ST<br>E NORTHPORT, NY 11731 | 04/23/11 | TerreStar Corporation | 11-10612 | 39 | Unliquidated | Equity Interest - Common | |
| 20 | DENNIS W YOUNG<br>190 GLEN HOLLOW LANE<br>WARRIOR, AL 35180 | 05/09/11 | TerreStar Corporation | 11-10612 | 96 | $1,300.00 | Equity Interest - Common | |
| 21 | DIANA LEIGH TRAMONTANO<br>5 INDIAN KNOLL ROAD<br>GREENWICH, CT 06831 | 05/13/11 | TerreStar Corporation | 11-10612 | 134 | $140.00 | Equity Interest - Common | |
| 22 | DONALD BODKIN<br>115 ROBIN RD<br>LOUISVILLE, KY 40229 | 05/13/11 | TerreStar Corporation | 11-10612 | 138 | $3,500.00 | Equity Interest - Common | |
| 23 | EARL HAYES<br>2541 7TH AVE<br>APT 20E<br>NEW YORK, NY 10039 | 05/14/11 | TerreStar Corporation | 11-10612 | 145 | $350.00 | Equity Interest - Common | |
| 24 | ED HYMAN<br>ED HYMAN TRUST ED HYMAN TTEE<br>2779 MONTE MAR TER<br>LOS ANGELES, CA 90064 | 04/25/11 | TerreStar Corporation | 11-10612 | 56 | $67,217.38 | Equity Interest - Common | |
| 25 | EDDA MARI MONTEJO<br>MARI MONTEJO<br>718 PLACER DR<br>WOODLAND, CA 95695 | 05/16/11 | TerreStar Corporation | 11-10612 | 148 | $2,746.00 | Equity Interest - Common | |
| 26 | EMILIO FRATTARUOLO<br>34 DUTCHESS DR<br>ORANGEBURG, NY 10962 | 04/23/11 | TerreStar Corporation | 11-10612 | 40 | $2,514.00 | Equity Interest - Common | |
| 27 | ERIK MOSSBERG<br>16006 MANOR SQUARE DRIVE<br>HOUSTON, TX 77062 | 05/02/11 | TerreStar Corporation | 11-10612 | 71 | $707.00 | Equity Interest - Common | |
| 28 | EVA CAMPBELL<br>1702 COPPERFIELD<br>SAN ANTONIO, TX 78251 | 05/03/11 | TerreStar Corporation | 11-10612 | 77 | $81,379.10 | Equity Interest - Common | |
| 29 | EVA CAMPBELL<br>1702 COPPERFIELD<br>SAN ANTONIO, TX 78251 | 05/03/11 | TerreStar Holdings Inc. | 11-10613 | 78 | $81,379.10 | Equity Interest - Common | |

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 30 | FMT CO CUST IRA, FBO BURTON MANNE C/O EMMONS & JACKSON PC ATTN: BURTON MANNE 3900 ESSEX LN SUITE 1116 HOUSTON, TX 77027 | 05/02/11 | TerreStar Corporation | 11-10612 | 70 | $30,000.00 | Equity Interest - Common | |
| 31 | FRANCINE TRAMONTANO 5 INDIAN KNOLL ROAD GREENWICH, CT 06831 | 05/13/11 | TerreStar Corporation | 11-10612 | 135 | $700.00 | Equity Interest - Common | |
| 32 | FRANCIS CECIL 307 SO HUBBARDS LANE LOUISVILLE, KY 40207 | 05/17/11 | TerreStar Corporation | 11-10612 | 157 | $2,800.00 | Equity Interest - Common | |
| 33 | GARY WILLIAMSON 3603 BALCONES DR AUSTIN, TX 78746 | 05/07/11 | TerreStar Corporation | 11-10612 | 91 | Unliquidated | Equity Interest - Common | |
| 34 | GEOFFREY SCHWARTZ 6620 AMBROSIA LANE, #428 CARLSBAD, CA 92011 | 05/05/11 | TerreStar Corporation | 11-10612 | 84 | $939.70 | Equity Interest - Commom | |
| 35 | GHOLAMHOSSEIN PALAD 2323 QUEENS AVE WEST VANCOUVER BC V7V 2Y5 CANADA | 05/07/11 | TerreStar Corporation | 11-10612 | 93 | $1,330.00 | Equity Interest - Common | |
| 36 | HENRY C MCCALL 1833 LAUREL RIDGE DRIVE NASHVILLE, TN 37215 | 05/16/11 | TerreStar Corporation | 11-10612 | 153 | $261.17 | Equity Interest - Common | |
| 37 | HENRY R & PAULA J MCGOUGH PO BOX 35 CARBON HILL, AL 35549 | 05/07/11 | TerreStar Corporation | 11-10612 | 90 | $1,500.00 | Equity Interest - Common | |
| 38 | THE IBS OPPORTUNITY FUND LTD FORT NASSAU CENTRE MARLBOROUGH STREET PO BOX N-4875 NASSAU THE BAHAMAS | 05/12/11 | TerreStar Corporation | 11-10612 | 117 | $4,835,819.88 | Equity Interest - Preferred Series B | |
| 39 | THE IBS TURNAROUND FUND LP 1 INTERNATIONAL PLACE SUITE 2401 BOSTON, MA 02110 | 05/12/11 | TerreStar Corporation | 11-10612 | 116 | $6,945,592.04 | Equity Interest - Preferred Series B | |
| 40 | THE IBS TURNAROUND FUND QP LP 1 INTERNATIONAL PLACE SUITE 2401 BOSTON, MA 02110 | 05/12/11 | TerreStar Corporation | 11-10612 | 115 | $14,491,913.95 | Equity Interest - Preferred Series B | |
| 41 | JAMES ACKERMAN 2249 WASHINGTON ST HOLLISTON, MA 01746 | 04/27/11 | TerreStar Corporation | 11-10612 | 59 | $3,956.25 | Equity Interest - Common | |
| 42 | JAMES MAURICE WALKER 14 MUSSENDEN RD DOWNHILL COLERAINE N IRELAND BT51 4KP | 05/10/11 | TerreStar Corporation | 11-10612 | 102 | $6,136.00 | Equity Interest - Common | |

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 43 | JAMES W FLORY<br>10330 S TYPHOON AVE<br>YUMA, AZ 85365 | 04/28/11 | TerreStar Corporation | 11-10612 | 60 | $85.39 | Equity Interest - Common | |
| 44 | JANIE L VAUGHAN<br>344 S 46TH W AVE<br>TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 47 | $1,256.95 | Equity Interest - Common | |
| 45 | JEFFREY A KLEIN<br>1484 LAUREL HOLLOW RD<br>SYOSSET, NY 11791 | 04/25/11 | TerreStar Corporation | 11-10612 | 55 | $35,002.00 | Equity Interest - Common | |
| 46 | JEFFREY S KESSLER<br>2846 MERCURY ROAD<br>JACKSONVILLE, FL 32207 | 05/06/11 | TerreStar Corporation | 11-10612 | 85 | $5,852.80 | Equity Interest - Common | |
| 47 | JESSE L CASAS<br>1262 S CRAYCROFT RD<br>APT #E-128<br>TUCSON, AZ 85711 | 05/10/11 | TerreStar Corporation | 11-10612 | 99 | $3,493.73 | Equity Interest - Common | |
| 48 | JESSE L CASAS<br>1262 S CRAYCROFT RD<br>APT #E-128<br>TUCSON, AZ 85711 | 05/10/11 | TerreStar Corporation | 11-10612 | 100 | $4,495.86 | Equity Interest - Common | |
| 49 | JOANNE E HAFF<br>PO BOX 313<br>UNION SPRINGS, NY 13160 | 04/22/11 | TerreStar Corporation | 11-10612 | 36 | Unliquidated | Equity Interest - Common | |
| 50 | JOHN & THERESA GUARINO<br>1327 FRANKLIN DRIVE<br>MADISON, IN 47250 | 06/03/11 | TerreStar Corporation | 11-10612 | 160 | $1,019.50 | Equity Interest - Common | |
| 51 | JOSEPH A STEPHENS<br>2545 BEACON HILL PKWY<br>TUSCALOOSA, AL 35406 | 04/21/11 | TerreStar Corporation | 11-10612 | 31 | $1,374.90 | Equity Interest - Common | |
| 52 | JOSEPH F MONACELLI<br>31 STONEWALL LANE<br>CONGERS, NY 10920 | 04/21/11 | TerreStar Corporation | 11-10612 | 34 | $4,162.79 | Equity Interest - Common | |
| 53 | KENNETH WOODFIN<br>5382 QUEEN ESTER CT<br>ELLENWOOD, GA 30294 | 05/13/11 | TerreStar Corporation | 11-10612 | 141 | $2,400.00 | Equity Interest - Common | |
| 54 | KHALED BARAKAT<br>1712 WESTWOOD DR<br>AMARILLO, TX 79124 | 04/16/11 | TerreStar Corporation | 11-10612 | 29 | $48,275.68 | Equity Interest - Common | |
| 55 | KRIS A LESLEY<br>10470 SYCAMORE AVE<br>GRANT, MI 49327 | 05/07/11 | TerreStar Corporation | 11-10612 | 92 | $751.30 | Equity Interest - Common | |
| 56 | LESLY FENG<br>8419 51 AVE APT #4E<br>ELMHURST, NY 11373 | 05/12/11 | TerreStar Corporation | 11-10612 | 118 | $1,308.90 | Equity Interest - Common | |
| 57 | LEWIS ANILE<br>133 LAURELWOOD PLACE<br>WEIRTON, WV 26062 | 04/21/11 | TerreStar Corporation | 11-10612 | 32 | $9,879.07 | Equity Interest - Common | |

In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 58 | LOREN F VAN NESS<br>11 PORTER RD<br>BELFAST, ME 04915 | 04/25/11 | TerreStar Corporation | 11-10612 | 57 | $727.84 | Equity Interest - Common | |
| 59 | LORI A SCOTT<br>19639 AZALEA BROOK WAY<br>HOUSTON, TX 77084 | 04/25/11 | TerreStar Corporation | 11-10612 | 54 | $569.21 | Equity Interest - Common | |
| 60 | MARIAN FARRELL<br>5409 EMERSON AVE S<br>MINNEAPOLIS, MN 55419 | 04/23/11 | TerreStar Corporation | 11-10612 | 42 | $1,277.90 | Equity Interest - Common | |
| 61 | MARION KELFER<br>6662 BOCA DEL MAR DR #715<br>BOCA RATON, FL 33437 | 05/17/11 | TerreStar Corporation | 11-10612 | 154 | $208.95 | Equity Interest - Common | |
| 62 | MARK ANTONOFF<br>3802 NE 207TH ST #1703-2<br>AVENTURA, FL 33180 | 05/02/11 | TerreStar Corporation | 11-10612 | 73 | $3,481.71 | Equity Interest - Common | |
| 63 | MARK T CLEERE<br>10 SULLIVAN AVE<br>FARMINGDALE, NY 11735 | 04/22/11 | TerreStar Corporation | 11-10612 | 35 | $11,979.62 | Equity Interest - Common | |
| 64 | MARSHALL VIDRINE<br>108 ALYENE DRIVE UNIT C<br>LAFAYETTE, LA 70506 | 05/02/11 | TerreStar Corporation | 11-10612 | 69 | $8,800.00 | Equity Interest - Common | |
| 65 | MARY KILPATRICK<br>36 ALLOWAY<br>AYR AYRSHIRE<br>UK KA7 4PQ | 04/29/11 | TerreStar Corporation | 11-10612 | 65 | $4,841.90 | Equity Interest - Common | |
| 66 | MICHAEL J VAUGHAN<br>4425 W 1 ST<br>TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 46 | $1,538.65 | Equity Interest - Common | |
| 67 | MICHELLE GREAUX<br>3436 MCCORMICK WOODS DR<br>OCOEE, FL 34761 | 04/22/11 | TerreStar Corporation | 11-10612 | 37 | $35.00 | Equity Interest - Common | |
| 68 | MIHAYL GERGOVSKI<br>PO BOX 1631<br>BOLTON LANDING, NY 12814 | 05/16/11 | TerreStar Corporation | 11-10612 | 149 | $3,185.28 | Equity Interest - Common | |
| 69 | MIKE & CHRISSY CASSA<br>188 WASHINGTON ST<br>WELLESLEY, MA 02481 | 05/11/11 | TerreStar Corporation | 11-10612 | 106 | $8,346.18 | Equity Interest - Common | |
| 70 | MR CARY BOYKO<br>49 BALMORAL DR<br>PITTSTOWN, NJ 08867 | 05/12/11 | TerreStar Corporation | 11-10612 | 124 | $4,509.80 | Equity Interest - Common | |
| 71 | NANCY NEUMANN<br>10035 N MILLER CT<br>MEQUON, WI 53092 | 04/29/11 | TerreStar Corporation | 11-10612 | 67 | $2,687.23 | Equity Interest - Common | |
| 72 | NGAT KWANG TAN<br>102 PARC PLACE DR<br>MILPITAS, CA 95035 | 05/02/11 | TerreStar Corporation | 11-10612 | 75 | $20,049.32 | Equity Interest - Common | |
| 73 | NORV RIVERA<br>21805 PINTO WAY<br>WALNUT, CA 91789 | 05/16/11 | TerreStar Corporation | 11-10612 | 150 | $9,026.00 | Equity Interest - Common | |

## In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 74 | ORLANDO FRATTARUOLO<br>34 DUTCHESS DR<br>ORANGEBURG, NY 10962 | 04/23/11 | TerreStar Corporation | 11-10612 | 44 | $5,300.00 | Equity Interest - Common | |
| 75 | PATRICE ROMAN<br>AV VAN VOLXEM 208<br>M90 FOREST (BRUXELLES) BELGIUM | 05/04/11 | TerreStar Corporation | 11-10612 | 80 | $39,000.00 | Equity Interest - Common | |
| 76 | PATRICK M HOGAN<br>2030 ARGYLE<br>BATTLE, MT 59701 | 04/25/11 | TerreStar Corporation | 11-10612 | 51 | Unliquidated | Equity Interest - Common | |
| 77 | PEDRO HERNANDEZ<br>PO BOX 2655<br>MOCA, PR 00676 | 06/01/11 | TerreStar Corporation | 11-10612 | 159 | $31,624.34 | Equity Interest - Common | |
| 78 | PETER M STEKR INH IRA<br>584 RIDGESIDE DR<br>GOLDEN, CO 80401 | 05/02/11 | TerreStar Corporation | 11-10612 | 68 | $12,132.95 | Equity Interest - Common | |
| 79 | PHILIP PENY<br>3311 WEST 21ST WAY<br>ENGLEWOOD, CO 80110 | 05/11/11 | TerreStar Corporation | 11-10612 | 107 | $1,616.00 | Equity Interest - Common | |
| 80 | PHILIP PENY<br>3311 WEST LAYTON AVE<br>ENGLEWOOD, CO 80110 | 05/11/11 | TerreStar Corporation | 11-10612 | 108 | $1,584.00 | Equity Interest - Common | |
| 81 | R AND S HEILAND<br>3. THE HIVES<br>ST NEOTS - CAMBRIDGESHIRE<br>PE 19 7SY<br>UNITED KINGDOM | 05/09/11 | TerreStar Corporation | 11-10612 | 94 | $11,080.00 | Equity Interest - Common | |
| 82 | RAKESH PATEL<br>657 GRAND FIR AVE #1<br>SUNNYVALE, CA 94086 | 04/28/11 | TerreStar Corporation | 11-10612 | 63 | $3,860.00 | Equity Interest - Common | |
| 83 | RHONDA GUARD<br>1974 CR 307<br>CLEBURNE, TX 76033 | 05/14/11 | TerreStar Corporation | 11-10612 | 146 | $1,550.23 | Equity Interest - Common | |
| 84 | RHONDA GUARD ROLLOVER IRA<br>1974 CR 307<br>CLEBURNE, TX 76033 | 05/14/11 | TerreStar Corporation | 11-10612 | 147 | $3,314.95 | Equity Interest - Common | |
| 85 | RITA CENTRONE<br>2310 SOUTH 15TH STREET<br>PHILADELPHIA, PA 19145 | 05/07/11 | TerreStar Corporation | 11-10612 | 86 | $18,500.00 | Equity Interest - Preferred Series B | |
| 86 | RMH FABRICATIONS INC<br>1005 EAST 20TH STREET<br>SAN ANGELO, TX 76903 | 05/13/11 | TerreStar Corporation | 11-10612 | 139 | $240,000.00 | Equity Interest - Common | |
| 87 | ROBERT L & CHRISTINE A OLSON<br>CHRISTINE A OLSON TEN ENT<br>110 BEECHWOOD CT<br>CHESTERFIELD, MO 63017 | 05/07/11 | TerreStar Corporation | 11-10612 | 88 | $35.00 | Equity Interest - Common | |
| 88 | ROY LILLEY<br>405-2260 2ND AVE WEST<br>VANCOUVER BC V6K 1H9 CANADA | 05/12/11 | TerreStar Corporation | 11-10612 | 123 | $5,854.25 | Equity Interest - Common | |

In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 89 | RUSSELL B JEX, DEBRA ADAMSON & JOHN JEX CO-TTEES RUSSELL B JEX TRUST DATED 12/28/90 2315 SCENIC DR SALT LAKE CITY, UT 84109 | 05/09/11 | Undetermined | | 104 | $1,000.00 | Equity Interest - Common | |
| 90 | SUSAN SILVESTRE PEREZ 629 HERITAGE CT AZUSA, CA 91702 | 05/09/11 | TerreStar Corporation | 11-10612 | 97 | $29,807.33 | Equity Interest - Common | |
| 91 | TERRY M FORSTER PO BOX 339 LOMPOC, CA 93438 | 05/12/11 | TerreStar Corporation | 11-10612 | 125 | $20,634.26 | Equity Interest - Common | |
| 92 | THOMAS L WILLIS & HELEN L WILLIS 4425 W 1 ST TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 48 | $61,951.65 | Equity Interest - Common | |
| 93 | THOMAS L WILLIS CUST FOR BRITTANY LYNN VAUGHAN 4425 W 1 ST TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 45 | $2,387.01 | Equity Interest - Common | |
| 94 | THOMAS L WILLIS CUST FOR STEVEN MICHAEL VAUGHAN 4425 W 1 ST TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 49 | $2,383.16 | Equity Interest - Common | |
| 95 | THOMUS E RICHARDSON PO BOX 4045 HAILEY, ID 83333 | 04/25/11 | TerreStar Corporation | 11-10612 | 52 | $5,415.20 | Equity Interest - Common | |
| 96 | TOM TRUONG 2N226 GLEN ELLYN RD GLENDALE HEIGHTS, IL 60139 | 04/28/11 | TerreStar Corporation | 11-10612 | 62 | $490.69 | Equity Interest - Common | |
| 97 | UMANG PATEL 8719 SAN JACINTO AVE HERPERIA, CA 92344 | 05/10/11 | TerreStar Corporation | 11-10612 | 101 | $10,191.00 | Equity Interest - Common | |
| 98 | WAI SHUN CHIU & LAI LING MOY CHIU 1051 W 32ND ST 2/F CHICAGO, IL 60608 | 04/29/11 | TerreStar Corporation | 11-10612 | 103 | $0.14 | Equity Interest - Common | |
| 99 | WILLIAM A MAY III 4435 GRINDSTONE RIDGE ROAD PIGEON FORGE, TN 37863 | 05/06/11 | TerreStar Corporation | 11-10612 | 105 | $10,654.35 | Equity Interest - Common | |
| 100 | WINETTA BILLINGS 6914 LA MIRADA DRIVE HOUSTON, TX 77083 | 05/16/11 | TerreStar Corporation | 11-10612 | 152 | $257.00 | Equity Interest - Common | |

**Total:** **$27,795,815.30**