RECEIVED
AUG -4 2011
U.S. BANKRUPTCY COURT, SDNY

(1)

8-3-11

To whom it may concern,

My name is Khaled R Barakat. I am one of the creditors claim # 29.

I recieved your objection notice about my claim being an equity interest.

I do not know any attorneys in new york area and I am afraid it will be costley to fight this from Texas, I have already lost a lot of money on this company. I thought their idea was great and I thought the company could have a bright future. I understand the risk of investing and could not control or anticipate the Chapter 11 Bankrupcy outcome, therefore I would like to be considered for any pay out allowed by the court or any unsecured security distributions. I felt the company could have been more forthcoming about their financials and strength of the company. → follow

again I do not fully understand the scope of this case, but I have trust and confidence that the court will do the right thing. I have lost my life savings on this company investing in what I thought was the Right thing to do based on what the company was telling investors. I do not feel the company (Terrestar corporation) was honest in reporting their news and potential success and earning therefore they some how must be liable ~~its~~ and held responsible for their actions. I ask the court to allow my claim to be heard and executed to further pay me my loses which I have submitted proof as I was asked to. Thank you for taking the time to read this letter and I hope for a fair ~~Resout~~ Resolution to this matter. Sincerely

~~Khaled K Baratta~~

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the TSC Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| TERRESTAR CORPORATION, *et al.*,[1] | Case No. 11-10612 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF OBJECTION TO PROOF OF CLAIM OF KHALED BARAKAT
AND DEADLINE BY WHICH A RESPONSE MUST BE FILED**

> YOU, KHALED BARAKAT, ARE RECEIVING THIS NOTICE BECAUSE THE TSC DEBTORS BELIEVE THAT YOU FILED A CLAIM NOW SUBJECT TO AN OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE AND THE ATTACHED MATERIALS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

**PLEASE TAKE NOTICE THAT** the TSC Debtors filed the *TSC Debtors' First Omnibus Objection to Certain Proofs of Claim (Equity Interests)* [Docket No. 142] (the "***Objection***") on July 22, 2011. The claim here at issue (the "***Equity Claim***") is summarized in

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***"); (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and, collectively with the February Debtors, the "***TSC Debtors***").

the chart below, and may be found on Schedule 1 to Exhibit A attached to the Objection, a copy of which has been provided with this notice (the "*Notice*").

| Date Filed | Claim # | Name | Address | Claim Amount |
|---|---|---|---|---|
| 04/16/11 | 29 | KHALED BARAKAT | 1712 WESTWOOD DR AMARILLO, TX 79124 | $48,275.68 |

The reason for the Objection is that your claim asserts an equity interest rather than a "Claim," as that term is defined in section 101(5) of title 11 of the United States Code (the "*Bankruptcy Code*").

YOU WILL NOTICE THAT the Objection requests that the Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*") expunge and disallow your claim listed above on the ground that your claim is actually an assertion of an equity interest rather than a claim. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the TSC Debtors' estates on the claim you filed.**

PLEASE TAKE FURTHER NOTICE THAT the TSC Debtors' representatives will be available to discuss and potentially resolve the Objection to your Equity Claim without the need for you to file a response or attend a hearing. Factual inquires regarding the Objection and your Equity Claim may be directed to The Garden City Group, Inc., the claims agent retained by the TSC Debtors in these chapter 11 cases (the "*Claims Agent*"), by calling the TerreStar Corporation Restructuring Hotline at (888) 872-9182 within 14 calendar days after the date on which this Notice was served. Legal matters, however, will be referred to the TSC Debtors' undersigned attorneys. When you contact the hotline, please have your proof(s) of claim available. Your discussions with the TSC Debtors' personnel or the TSC Debtors' attorneys may result in an agreement to settle the Objection. If you do not reach an agreement with the TSC Debtors before August 19, 2011 at 5:00 p.m. (prevailing Eastern Time) (the "*Response Deadline*"), you must file a response in compliance with the procedures set forth below. **Speaking with the TSC Debtors' personnel or the TSC Debtors' attorneys will not satisfy the requirement that you must reach an agreement before the Response Deadline or file a response and attend the hearing on the Objection, as discussed below.**

PLEASE TAKE FURTHER NOTICE THAT if you disagree with the Objection and are unable to or unwilling to consensually resolve the Objection with the TSC Debtors, you or your attorney must (i) file a response (the "*Response*") to the Objection with the Clerk of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 so as to actually be received no later than the Response Deadline; and (ii) serve the Response on:

(a) TerreStar Corporation, 12010 Sunset Hills Road, 6th Floor, Reston, Virginia 20190, Attn: Doug Brandon, Esq.;

(b) counsel to the TSC Debtors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Ira S. Dizengoff, Esq. and Arik Preis, Esq., and 1700 Pacific Ave., Suite 4100, Dallas, Texas 75201, Attn: Sarah Link Schultz, Esq.;

(c) the Office of the United States Trustee for the Southern District of New York;

(d) Otterbourg, Steindler, Houston & Rosen, P.C., as counsel to the statutory committee of unsecured creditors appointed in the October Debtors' chapter 11 cases;

(e) the entities listed on the TSC Debtors' Consolidated List of Creditors Holding the 30 Largest Unsecured Claims filed pursuant to Bankruptcy Rule 1007(d);

(f) NexBank, SSB as agent for the lenders under the Bridge Loan Agreement;

(g) Weil, Gotshal & Manges LLP as counsel to Harbinger Capital Partners LLC and certain of its managed and affiliated funds;

(h) Wachtell, Lipton, Rosen & Katz as counsel to Highland Capital Management, L.P. and certain of its managed and affiliated funds;

(i) Quinn Emanuel Urquhart & Sullivan, LLP as counsel to Solus Alternative Asset Management LP and as counsel to the agent for the TSC Debtors' post-petition debtor-in-possession financing;

(j) NexBank, SSB as agent for the TSC Debtors' post-petition debtor-in-possession financing;

(k) the Internal Revenue Service;

(l) the Securities and Exchange Commission;

(m) the United States Attorney for the Southern District of New York;

(n) the Federal Communications Commission; and

(o) parties in interest who have filed a notice of appearance in these cases pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE THAT** your Response, if any, to the Objection must: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, and the *Order Pursuant to Sections 105(a) and (d) of the Bankruptcy Code and Bankruptcy Rules 1015(c), 2002(m) and 9007 Implementing Certain Notice and Case Management Procedures* [Docket No. 12]; (iii) be filed with the Bankruptcy Court either (a) electronically in accordance with General Order M-399 (which can be found at

3

http://www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, or (b) on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at http://www.nysb.uscourts.gov); and (iv) shall be served in accordance with General Order M-399.

**PLEASE TAKE FURTHER NOTICE THAT** if your Response is timely filed, served and received and such Response is not otherwise timely resolved, a hearing to consider such Response and the Objection will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the Courthouse, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on August 26, 2011 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES TO THE OBJECTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR A HEARING.**

**PLEASE TAKE FURTHER NOTICE THAT** nothing in this Notice or the accompanying Objection constitutes a waiver of any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent transfer actions or any other bankruptcy claims against you. All parties reserve the right to assert additional objections to your proof(s) of claim.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Objection or any other pleadings filed in these chapter 11 cases, you should contact the Claims Agent by: (a) calling the TSC Debtors' restructuring hotline at (888) 872-9182; (b) visiting the TSC Debtors' restructuring website at http://www.TerreStarCorpRestructuring.com; or (c) writing to TerreStar Corporation, c/o The Garden City Group, Inc., P.O. Box 9680, Dublin, Ohio 43017-4980. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee at the Bankruptcy Court's website at http://www.nysb.uscourts.gov for registered users of the Public Access to Court Electronic Records (PACER) System.

| | |
|---|---|
| New York, New York<br>Dated: July 22, 2011 | */s/ Ira S. Dizengoff*<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000 (Telephone)<br>(212) 872-1002 (Facsimile)<br>Ira S. Dizengoff<br>Arik Preis<br><br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>(214) 969-3800 (Telephone)<br>(214) 969-4343 (Facsimile)<br>Sarah Link Schultz<br><br>*Counsel to the TSC Debtors* |

4