1005 East 20th Street
San Angelo, Texas 76905
August 15, 2011



The Honorable Judge Sean H. Lane
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Re: Case Number 11-10612

Honorable Sean H. Lane:

I have operated RMH Fabrications, Inc. a one man operation for forty years under the scorching West Texas sun so monies were earned by the sweat of my brow.

I feel that myself and other common stock holders of Terrastar Corporation have been deceived by the corporation officials. It now appears to me that it was a carefully planned, deliberate bankruptcy. I believe as it is now in court filings there is an attempt to swindle the common stock holders out of their money, some investors' life savings.

I believe the common share holders deserve to be treated fairly and with integrity by the whole system of the stock market and judicial system. Integrity is not a gift, it has to be worked at and guarded with discipline at all times.

Please appoint an unbiased equity committee to represent the common share holders.

A letter sent to your office by Mr. Aldo I. Perez, August 2, 2011, I believe, expressed my thoughts as well as thoughts of many other investors.

Sincerely,

Robert M Henson