UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TERRESTAR CORPORATION, *et al.*,[1] | ) ) ) | Case No. 11-10612 (SHL) |
| Debtors. | ) ) ) | Jointly Administered |

**ORDER GRANTING THE TSC DEBTORS' FIRST OMNIBUS OBJECTION
TO CERTAIN PROOFS OF CLAIM (EQUITY INTERESTS)**

Upon the *TSC Debtors' First Omnibus Objection to Certain Proofs of Claim (Equity Interests)* (the "***Objection***")[2] requesting entry of an order disallowing and expunging the Equity Claims listed on Schedule 1 attached hereto pursuant to Bankruptcy Code sections 105(a) and 502(b) and Bankruptcy Rule 3007; and the Court having determined that the Court has jurisdiction over the subject matter of the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Objection is in the best interests of the TSC Debtors, their estates and creditors and all other parties in interest; and upon the arguments and testimony presented at the hearing before the Court, and any responses to the Objection having been withdrawn, resolved or overruled on the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***") and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and together with the February Debtors, the "***TSC Debtors***").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

merits; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED** that:

1. The Objection is granted to the extent set forth herein.

2. The Equity Claims listed on Schedule 1 attached hereto are hereby disallowed and expunged in their entirety pursuant to Bankruptcy Code section 502(b).

3. Upon information and belief, the parties and entities that have filed the Equity Claims listed on Schedule 1 attached hereto are holders of equity interests in TSC. The Bar Date Orders entered in these chapter 11 cases did not require such parties and entities to file proofs of claim in the TSC Debtors' cases on account of their equity interests. Accordingly, for the avoidance of doubt, the rights of such parties and entities as holders of equity interests in TSC shall not be affected by the entry of this order and, to the extent such parties and entities are holders of equity interests as of the record date established by any disclosure statement approved in these cases, such parties and entities shall be entitled to the distribution, if any, that equity interest holders in TSC are entitled to pursuant to any chapter 11 plan that may be approved by this Court for the TSC Debtors.

4. The terms and conditions of this order shall be immediately effective and enforceable upon entry of the order.

5. The TSC Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order and in accordance with the Objection.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this order.

**Date: August 26, 2011**  /s/ Sean H. Lane
New York, New York  United States Bankruptcy Judge

100904889

# SCHEDULE 1

**Equity Claims**

11-10612-shl Doc 176 Filed 08/26/11 Entered 08/26/11 14:36:02 Main Document Pg 3 of 10

**SCHEDULE 1**

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ALDO ISMAEL PEREZ<br>6184 EAST 7 AVENUE<br>HIALEAH, FL 33013 | 05/13/11 | TerreStar Corporation | 11-10612 | 132 | $2,950.00 | Equity Interest - Common | |
| 2 | ALDO ISMAEL PEREZ<br>9510 SW 146 STREET<br>MIAMI, FL 33176 | 05/13/11 | TerreStar Corporation | 11-10612 | 130 | $64,400.00 | Equity Interest - Common | |
| 3 | ALDO ISMAEL PEREZ<br>9510 SW 146 STREET<br>MIAMI, FL 33176 | 05/13/11 | TerreStar Corporation | 11-10612 | 131 | $98,600.00 | Equity Interest - Common | |
| 4 | ALEX STRAMENGA<br>1001 KELLY ST<br>ROTTERDAM, NY 12306 | 05/13/11 | TerreStar Corporation | 11-10612 | 129 | $1,000.00 | Equity Interest - Common | |
| 5 | ALEXIS BLAKE TRAMONTANO<br>5 INDIAN KNOLL ROAD<br>GREENWICH, CT 06831 | 05/13/11 | TerreStar Corporation | 11-10612 | 133 | $140.00 | Equity Interest - Common | |
| 6 | ANDREW S DOWER<br>7938 MISSION CENTER CT UNIT A<br>SAN DIEGO, CA 92108 | 04/29/11 | TerreStar Corporation | 11-10612 | 66 | $2,999.79 | Equity Interest - Common | |
| 7 | ANTHONY T PIERCE<br>3214 CHESTNUT ST NW<br>WASHINGTON, DC 20015 | 04/22/11 | TerreStar Corporation | 11-10612 | 38 | $2,500.00 | Equity Interest - Common | |
| 8 | BERNARD WOO<br>#505, 9620-102 AVE NW<br>EDMONTON ALBERTA T5H 0E6<br>CANADA | 05/04/11 | TerreStar Corporation | 11-10612 | 79 | $62,792.00 | Equity Interest - Common | |
| 9 | BRIAN WISSER<br>(REBA WISSER)<br>6135 SW 116 ST<br>PINECREST, FL 33156 | 05/13/11 | TerreStar Corporation | 11-10612 | 128 | $2,573.97 | Equity Interest - Common | |
| 10 | BUTTERFIELD TRUST (BERMUDA) LTD AS TTEE<br>OF THE OLIVER R GRACE JR MILLENIUM TR<br>C/O SHIRLEY RICHARDSON, INVESTMENT SVCS<br>65 FRONT STREET<br>HAMILTON, HM AX, BERMUDA | 05/10/11 | TerreStar Corporation | 11-10612 | 98 | $257,310.00 | Equity Interest - Common | |
| 11 | CARLO SANTARROMANA<br>2122 SYLVIA ST<br>WEST COVINA, CA 91792 | 05/16/11 | TerreStar Corporation | 11-10612 | 151 | $2,210.95 | Equity Interest - Common | |
| 12 | CHRIS OWEN MEADE<br>908 MERCURY DR<br>ALBION, MI 49224 | 05/07/11 | TerreStar Corporation | 11-10612 | 87 | $3,500.00 | Equity Interest - Common | |
| 13 | CHRISTIAN C MAZUR<br>3553 BROOKFIELD RD<br>HOOVER, AL 35226 | 04/25/11 | TerreStar Corporation | 11-10612 | 53 | $594.05 | Equity Interest - Common | |
| 14 | CHRISTINA E METTERNICH<br>C/O CHRISTIE METTERNICH<br>5033 CANDLEBROOK PLACE<br>BESSEMER, AL 35022 | 05/05/11 | TerreStar Corporation | 11-10612 | 83 | $195.00 | Equity Interest - Common | |

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 15 | CRAIG S BROWNLEE<br>PO BOX 480<br>EMMETSBURG, IA 50536 | 05/02/11 | TerreStar Corporation | 11-10612 | 74 | $6,805.29 | Equity Interest - Common | |
| 16 | CYNTHIA CHEN<br>2087 33RD AVE<br>SAN FRANCISCO, CA 94116 | 05/13/11 | TerreStar Corporation | 11-10612 | 140 | $399.60 | Equity Interest - Common | |
| 17 | DALE WARKENTINE<br>PO BOX 1657<br>PALMER LAKE, CO 80133 | 05/02/11 | TerreStar Corporation | 11-10612 | 72 | $2,003.16 | Equity Interest - Common | |
| 18 | DAVID WOLTIN<br>3413 HICKORY WOODS TRL<br>MARIETTA, GA 80066 | 04/23/11 | TerreStar Corporation | 11-10612 | 43 | $1,412.95 | Equity Interest - Common | |
| 19 | DEBORAH DEVINE<br>453 ATLANTIC ST<br>E NORTHPORT, NY 11731 | 04/23/11 | TerreStar Corporation | 11-10612 | 39 | Unliquidated | Equity Interest - Common | |
| 20 | DENNIS W YOUNG<br>190 GLEN HOLLOW LANE<br>WARRIOR, AL 35180 | 05/09/11 | TerreStar Corporation | 11-10612 | 96 | $1,300.00 | Equity Interest - Common | |
| 21 | DIANA LEIGH TRAMONTANO<br>5 INDIAN KNOLL ROAD<br>GREENWICH, CT 06831 | 05/13/11 | TerreStar Corporation | 11-10612 | 134 | $140.00 | Equity Interest - Common | |
| 22 | DONALD BODKIN<br>115 ROBIN RD<br>LOUISVILLE, KY 40229 | 05/13/11 | TerreStar Corporation | 11-10612 | 138 | $3,500.00 | Equity Interest - Common | |
| 23 | EARL HAYES<br>2541 7TH AVE<br>APT 20E<br>NEW YORK, NY 10039 | 05/14/11 | TerreStar Corporation | 11-10612 | 145 | $350.00 | Equity Interest - Common | |
| 24 | ED HYMAN<br>ED HYMAN TRUST ED HYMAN TTEE<br>2779 MONTE MAR TER<br>LOS ANGELES, CA 90064 | 04/25/11 | TerreStar Corporation | 11-10612 | 56 | $67,217.38 | Equity Interest - Common | |
| 25 | EDDA MARI MONTEJO<br>MARI MONTEJO<br>718 PLACER DR<br>WOODLAND, CA 95695 | 05/16/11 | TerreStar Corporation | 11-10612 | 148 | $2,746.00 | Equity Interest - Common | |
| 26 | EMILIO FRATTARUOLO<br>34 DUTCHESS DR<br>ORANGEBURG, NY 10962 | 04/23/11 | TerreStar Corporation | 11-10612 | 40 | $2,514.00 | Equity Interest - Common | |
| 27 | ERIK MOSSBERG<br>16006 MANOR SQUARE DRIVE<br>HOUSTON, TX 77062 | 05/02/11 | TerreStar Corporation | 11-10612 | 71 | $707.00 | Equity Interest - Common | |
| 28 | EVA CAMPBELL<br>1702 COPPERFIELD<br>SAN ANTONIO, TX 78251 | 05/03/11 | TerreStar Corporation | 11-10612 | 77 | $81,379.10 | Equity Interest - Common | |
| 29 | EVA CAMPBELL<br>1702 COPPERFIELD<br>SAN ANTONIO, TX 78251 | 05/03/11 | TerreStar Holdings Inc. | 11-10613 | 78 | $81,379.10 | Equity Interest - Common | |

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 30 | FMT CO CUST IRA, FBO BURTON MANNE<br>C/O EMMONS & JACKSON PC<br>ATTN: BURTON MANNE<br>3900 ESSEX LN SUITE 1116<br>HOUSTON, TX 77027 | 05/02/11 | TerreStar Corporation | 11-10612 | 70 | $30,000.00 | Equity Interest - Common | |
| 31 | FRANCINE TRAMONTANO<br>5 INDIAN KNOLL ROAD<br>GREENWICH, CT 06831 | 05/13/11 | TerreStar Corporation | 11-10612 | 135 | $700.00 | Equity Interest - Common | |
| 32 | FRANCIS CECIL<br>307 SO HUBBARDS LANE<br>LOUISVILLE, KY 40207 | 05/17/11 | TerreStar Corporation | 11-10612 | 157 | $2,800.00 | Equity Interest - Common | |
| 33 | GARY WILLIAMSON<br>3603 BALCONES DR<br>AUSTIN, TX 78746 | 05/07/11 | TerreStar Corporation | 11-10612 | 91 | Unliquidated | Equity Interest - Common | |
| 34 | GEOFFREY SCHWARTZ<br>6620 AMBROSIA LANE, #428<br>CARLSBAD, CA 92011 | 05/05/11 | TerreStar Corporation | 11-10612 | 84 | $939.70 | Equity Interest - Commom | |
| 35 | GHOLAMHOSSEIN PALAD<br>2323 QUEENS AVE<br>WEST VANCOUVER BC V7V 2Y5 CANADA | 05/07/11 | TerreStar Corporation | 11-10612 | 93 | $1,330.00 | Equity Interest - Common | |
| 36 | HENRY C MCCALL<br>1833 LAUREL RIDGE DRIVE<br>NASHVILLE, TN 37215 | 05/16/11 | TerreStar Corporation | 11-10612 | 153 | $261.17 | Equity Interest - Common | |
| 37 | HENRY R & PAULA J MCGOUGH<br>PO BOX 35<br>CARBON HILL, AL 35549 | 05/07/11 | TerreStar Corporation | 11-10612 | 90 | $1,500.00 | Equity Interest - Common | |
| 38 | THE IBS OPPORTUNITY FUND LTD<br>FORT NASSAU CENTRE<br>MARLBOROUGH STREET<br>PO BOX N-4875<br>NASSAU THE BAHAMAS | 05/12/11 | TerreStar Corporation | 11-10612 | 117 | $4,835,819.88 | Equity Interest - Preferred Series B | |
| 39 | THE IBS TURNAROUND FUND LP<br>1 INTERNATIONAL PLACE<br>SUITE 2401<br>BOSTON, MA 02110 | 05/12/11 | TerreStar Corporation | 11-10612 | 116 | $6,945,592.04 | Equity Interest - Preferred Series B | |
| 40 | THE IBS TURNAROUND FUND QP LP<br>1 INTERNATIONAL PLACE<br>SUITE 2401<br>BOSTON, MA 02110 | 05/12/11 | TerreStar Corporation | 11-10612 | 115 | $14,491,913.95 | Equity Interest - Preferred Series B | |
| 41 | JAMES ACKERMAN<br>2249 WASHINGTON ST<br>HOLLISTON, MA 01746 | 04/27/11 | TerreStar Corporation | 11-10612 | 59 | $3,956.25 | Equity Interest - Common | |
| 42 | JAMES MAURICE WALKER<br>14 MUSSENDEN RD<br>DOWNHILL<br>COLERAINE<br>N IRELAND BT51 4KP | 05/10/11 | TerreStar Corporation | 11-10612 | 102 | $6,136.00 | Equity Interest - Common | |

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 43 | JAMES W FLORY<br>10330 S TYPHOON AVE<br>YUMA, AZ 85365 | 04/28/11 | TerreStar Corporation | 11-10612 | 60 | $85.39 | Equity Interest - Common | |
| 44 | JANIE L VAUGHAN<br>344 S 46TH W AVE<br>TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 47 | $1,256.95 | Equity Interest - Common | |
| 45 | JEFFREY A KLEIN<br>1484 LAUREL HOLLOW RD<br>SYOSSET, NY 11791 | 04/25/11 | TerreStar Corporation | 11-10612 | 55 | $35,002.00 | Equity Interest - Common | |
| 46 | JEFFREY S KESSLER<br>2846 MERCURY ROAD<br>JACKSONVILLE, FL 32207 | 05/06/11 | TerreStar Corporation | 11-10612 | 85 | $5,852.80 | Equity Interest - Common | |
| 47 | JESSE L CASAS<br>1262 S CRAYCROFT RD<br>APT #E-128<br>TUCSON, AZ 85711 | 05/10/11 | TerreStar Corporation | 11-10612 | 99 | $3,493.73 | Equity Interest - Common | |
| 48 | JESSE L CASAS<br>1262 S CRAYCROFT RD<br>APT #E-128<br>TUCSON, AZ 85711 | 05/10/11 | TerreStar Corporation | 11-10612 | 100 | $4,495.86 | Equity Interest - Common | |
| 49 | JOANNE E HAFF<br>PO BOX 313<br>UNION SPRINGS, NY 13160 | 04/22/11 | TerreStar Corporation | 11-10612 | 36 | Unliquidated | Equity Interest - Common | |
| 50 | JOHN & THERESA GUARINO<br>1327 FRANKLIN DRIVE<br>MADISON, IN 47250 | 06/03/11 | TerreStar Corporation | 11-10612 | 160 | $1,019.50 | Equity Interest - Common | |
| 51 | JOSEPH A STEPHENS<br>2545 BEACON HILL PKWY<br>TUSCALOOSA, AL 35406 | 04/21/11 | TerreStar Corporation | 11-10612 | 31 | $1,374.90 | Equity Interest - Common | |
| 52 | JOSEPH F MONACELLI<br>31 STONEWALL LANE<br>CONGERS, NY 10920 | 04/21/11 | TerreStar Corporation | 11-10612 | 34 | $4,162.79 | Equity Interest - Common | |
| 53 | KENNETH WOODFIN<br>5382 QUEEN ESTER CT<br>ELLENWOOD, GA 30294 | 05/13/11 | TerreStar Corporation | 11-10612 | 141 | $2,400.00 | Equity Interest - Common | |
| 54 | KHALED BARAKAT<br>1712 WESTWOOD DR<br>AMARILLO, TX 79124 | 04/16/11 | TerreStar Corporation | 11-10612 | 29 | $48,275.68 | Equity Interest - Common | |
| 55 | KRIS A LESLEY<br>10470 SYCAMORE AVE<br>GRANT, MI 49327 | 05/07/11 | TerreStar Corporation | 11-10612 | 92 | $751.30 | Equity Interest - Common | |
| 56 | LESLY FENG<br>8419 51 AVE APT #4E<br>ELMHURST, NY 11373 | 05/12/11 | TerreStar Corporation | 11-10612 | 118 | $1,308.90 | Equity Interest - Common | |
| 57 | LEWIS ANILE<br>133 LAURELWOOD PLACE<br>WEIRTON, WV 26062 | 04/21/11 | TerreStar Corporation | 11-10612 | 32 | $9,879.07 | Equity Interest - Common | |

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 58 | LOREN F VAN NESS<br>11 PORTER RD<br>BELFAST, ME 04915 | 04/25/11 | TerreStar Corporation | 11-10612 | 57 | $727.84 | Equity Interest - Common | |
| 59 | LORI A SCOTT<br>19639 AZALEA BROOK WAY<br>HOUSTON, TX 77084 | 04/25/11 | TerreStar Corporation | 11-10612 | 54 | $569.21 | Equity Interest - Common | |
| 60 | MARIAN FARRELL<br>5409 EMERSON AVE S<br>MINNEAPOLIS, MN 55419 | 04/23/11 | TerreStar Corporation | 11-10612 | 42 | $1,277.90 | Equity Interest - Common | |
| 61 | MARION KELFER<br>6662 BOCA DEL MAR DR #715<br>BOCA RATON, FL 33437 | 05/17/11 | TerreStar Corporation | 11-10612 | 154 | $208.95 | Equity Interest - Common | |
| 62 | MARK ANTONOFF<br>3802 NE 207TH ST #1703-2<br>AVENTURA, FL 33180 | 05/02/11 | TerreStar Corporation | 11-10612 | 73 | $3,481.71 | Equity Interest - Common | |
| 63 | MARK T CLEERE<br>10 SULLIVAN AVE<br>FARMINGDALE, NY 11735 | 04/22/11 | TerreStar Corporation | 11-10612 | 35 | $11,979.62 | Equity Interest - Common | |
| 64 | MARSHALL VIDRINE<br>108 ALYENE DRIVE UNIT C<br>LAFAYETTE, LA 70506 | 05/02/11 | TerreStar Corporation | 11-10612 | 69 | $8,800.00 | Equity Interest - Common | |
| 65 | MARY KILPATRICK<br>36 ALLOWAY<br>AYR AYRSHIRE<br>UK KA7 4PQ | 04/29/11 | TerreStar Corporation | 11-10612 | 65 | $4,841.90 | Equity Interest - Common | |
| 66 | MICHAEL J VAUGHAN<br>4425 W 1 ST<br>TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 46 | $1,538.65 | Equity Interest - Common | |
| 67 | MICHELLE GREAUX<br>3436 MCCORMICK WOODS DR<br>OCOEE, FL 34761 | 04/22/11 | TerreStar Corporation | 11-10612 | 37 | $35.00 | Equity Interest - Common | |
| 68 | MIHAYL GERGOVSKI<br>PO BOX 1631<br>BOLTON LANDING, NY 12814 | 05/16/11 | TerreStar Corporation | 11-10612 | 149 | $3,185.28 | Equity Interest - Common | |
| 69 | MIKE & CHRISSY CASSA<br>188 WASHINGTON ST<br>WELLESLEY, MA 02481 | 05/11/11 | TerreStar Corporation | 11-10612 | 106 | $8,346.18 | Equity Interest - Common | |
| 70 | MR CARY BOYKO<br>49 BALMORAL DR<br>PITTSTOWN, NJ 08867 | 05/12/11 | TerreStar Corporation | 11-10612 | 124 | $4,509.80 | Equity Interest - Common | |
| 71 | NANCY NEUMANN<br>10035 N MILLER CT<br>MEQUON, WI 53092 | 04/29/11 | TerreStar Corporation | 11-10612 | 67 | $2,687.23 | Equity Interest - Common | |
| 72 | NGAT KWANG TAN<br>102 PARC PLACE DR<br>MILPITAS, CA 95035 | 05/02/11 | TerreStar Corporation | 11-10612 | 75 | $20,049.32 | Equity Interest - Common | |
| 73 | NORV RIVERA<br>21805 PINTO WAY<br>WALNUT, CA 91789 | 05/16/11 | TerreStar Corporation | 11-10612 | 150 | $9,026.00 | Equity Interest - Common | |

# In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 74 | ORLANDO FRATTARUOLO<br>34 DUTCHESS DR<br>ORANGEBURG, NY 10962 | 04/23/11 | TerreStar Corporation | 11-10612 | 44 | $5,300.00 | Equity Interest - Common | |
| 75 | PATRICE ROMAN<br>AV VAN VOLXEM 208<br>M90 FOREST (BRUXELLES) BELGIUM | 05/04/11 | TerreStar Corporation | 11-10612 | 80 | $39,000.00 | Equity Interest - Common | |
| 76 | PATRICK M HOGAN<br>2030 ARGYLE<br>BATTLE, MT 59701 | 04/25/11 | TerreStar Corporation | 11-10612 | 51 | Unliquidated | Equity Interest - Common | |
| 77 | PEDRO HERNANDEZ<br>PO BOX 2655<br>MOCA, PR 00676 | 06/01/11 | TerreStar Corporation | 11-10612 | 159 | $31,624.34 | Equity Interest - Common | |
| 78 | PETER M STEKR INH IRA<br>584 RIDGESIDE DR<br>GOLDEN, CO 80401 | 05/02/11 | TerreStar Corporation | 11-10612 | 68 | $12,132.95 | Equity Interest - Common | |
| 79 | PHILIP PENY<br>3311 WEST 21ST WAY<br>ENGLEWOOD, CO 80110 | 05/11/11 | TerreStar Corporation | 11-10612 | 107 | $1,616.00 | Equity Interest - Common | |
| 80 | PHILIP PENY<br>3311 WEST LAYTON AVE<br>ENGLEWOOD, CO 80110 | 05/11/11 | TerreStar Corporation | 11-10612 | 108 | $1,584.00 | Equity Interest - Common | |
| 81 | R AND S HEILAND<br>3. THE HIVES<br>ST NEOTS - CAMBRIDGESHIRE<br>PE 19 7SY<br>UNITED KINGDOM | 05/09/11 | TerreStar Corporation | 11-10612 | 94 | $11,080.00 | Equity Interest - Common | |
| 82 | RAKESH PATEL<br>657 GRAND FIR AVE #1<br>SUNNYVALE, CA 94086 | 04/28/11 | TerreStar Corporation | 11-10612 | 63 | $3,860.00 | Equity Interest - Common | |
| 83 | RHONDA GUARD<br>1974 CR 307<br>CLEBURNE, TX 76033 | 05/14/11 | TerreStar Corporation | 11-10612 | 146 | $1,550.23 | Equity Interest - Common | |
| 84 | RHONDA GUARD ROLLOVER IRA<br>1974 CR 307<br>CLEBURNE, TX 76033 | 05/14/11 | TerreStar Corporation | 11-10612 | 147 | $3,314.95 | Equity Interest - Common | |
| 85 | RITA CENTRONE<br>2310 SOUTH 15TH STREET<br>PHILADELPHIA, PA 19145 | 05/07/11 | TerreStar Corporation | 11-10612 | 86 | $18,500.00 | Equity Interest - Preferred Series B | |
| 86 | RMH FABRICATIONS INC<br>1005 EAST 20TH STREET<br>SAN ANGELO, TX 76903 | 05/13/11 | TerreStar Corporation | 11-10612 | 139 | $240,000.00 | Equity Interest - Common | |
| 87 | ROBERT L & CHRISTINE A OLSON<br>CHRISTINE A OLSON TEN ENT<br>110 BEECHWOOD CT<br>CHESTERFIELD, MO 63017 | 05/07/11 | TerreStar Corporation | 11-10612 | 88 | $35.00 | Equity Interest - Common | |
| 88 | ROY LILLEY<br>405-2260 2ND AVE WEST<br>VANCOUVER BC V6K 1H9 CANADA | 05/12/11 | TerreStar Corporation | 11-10612 | 123 | $5,854.25 | Equity Interest - Common | |

11-10612-shl    Doc 176    Filed 08/26/11    Entered 08/26/11 14:36:02    Main Document
Pg 10 of 10

## In re TerreStar Corporation, *et al.*
## Schedule 1 - Equity Interest Claims

Note: Claimants are listed alphabetically by last name or by entity name.

| SEQ# | NAME | DATE FILED | CLAIMED DEBTOR | CASE NUMBER | SCHEDULED CLAIM OR CLAIM NUMBER | CLAIM AMOUNT | CATEGORY | OBJECTION PAGE # REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 89 | RUSSELL B JEX, DEBRA ADAMSON & JOHN JEX CO-TTEES RUSSELL B JEX TRUST DATED 12/28/90<br>2315 SCENIC DR<br>SALT LAKE CITY, UT 84109 | 05/09/11 | Undetermined | | 104 | $1,000.00 | Equity Interest - Common | |
| 90 | SUSAN SILVESTRE PEREZ<br>629 HERITAGE CT<br>AZUSA, CA 91702 | 05/09/11 | TerreStar Corporation | 11-10612 | 97 | $29,807.33 | Equity Interest - Common | |
| 91 | TERRY M FORSTER<br>PO BOX 339<br>LOMPOC, CA 93438 | 05/12/11 | TerreStar Corporation | 11-10612 | 125 | $20,634.26 | Equity Interest - Common | |
| 92 | THOMAS L WILLIS & HELEN L WILLIS<br>4425 W 1 ST<br>TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 48 | $61,951.65 | Equity Interest - Common | |
| 93 | THOMAS L WILLIS CUST FOR BRITTANY LYNN VAUGHAN<br>4425 W 1 ST<br>TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 45 | $2,387.01 | Equity Interest - Common | |
| 94 | THOMAS L WILLIS CUST FOR STEVEN MICHAEL VAUGHAN<br>4425 W 1 ST<br>TULSA, OK 74127 | 04/22/11 | TerreStar Corporation | 11-10612 | 49 | $2,383.16 | Equity Interest - Common | |
| 95 | THOMUS E RICHARDSON<br>PO BOX 4045<br>HAILEY, ID 83333 | 04/25/11 | TerreStar Corporation | 11-10612 | 52 | $5,415.20 | Equity Interest - Common | |
| 96 | TOM TRUONG<br>2N226 GLEN ELLYN RD<br>GLENDALE HEIGHTS, IL 60139 | 04/28/11 | TerreStar Corporation | 11-10612 | 62 | $490.69 | Equity Interest - Common | |
| 97 | UMANG PATEL<br>8719 SAN JACINTO AVE<br>HERPERIA, CA 92344 | 05/10/11 | TerreStar Corporation | 11-10612 | 101 | $10,191.00 | Equity Interest - Common | |
| 98 | WAI SHUN CHIU & LAI LING MOY CHIU<br>1051 W 32ND ST 2/F<br>CHICAGO, IL 60608 | 04/29/11 | TerreStar Corporation | 11-10612 | 103 | $0.14 | Equity Interest - Common | |
| 99 | WILLIAM A MAY III<br>4435 GRINDSTONE RIDGE ROAD<br>PIGEON FORGE, TN 37863 | 05/06/11 | TerreStar Corporation | 11-10612 | 105 | $10,654.35 | Equity Interest - Common | |
| 100 | WINETTA BILLINGS<br>6914 LA MIRADA DRIVE<br>HOUSTON, TX 77083 | 05/16/11 | TerreStar Corporation | 11-10612 | 152 | $257.00 | Equity Interest - Common | |

**Total:    $27,795,815.30**