

# Akin Gump
## Strauss Hauer & Feld LLP

TERRESTAR NETWORKS  
ATTN: DOUGLAS BRANDON  
ONE DISCOVERY SQUARE  
12010 SUNSET HILLS ROAD  
SUITE 600  
RESTON, VA 20190

Invoice Number  1400421  
Invoice Date    12/16/11  
Client Number   688669  
Matter Number   0004

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 108.10 | $47,552.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 32.50 | $13,608.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 13.10 | $4,068.00 |
| 0006 | Retention of Professionals | 0.20 | $42.00 |
| 0008 | Court Hearings | 63.90 | $27,504.50 |
| 0009 | Financial Reports and Analysis | 2.70 | $817.00 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 0.50 | $350.00 |
| 0012 | General Claims Analysis/Claims Objections | 260.90 | $119,617.50 |
| 0017 | General Adversary Proceedings/Litigation Matters | 4.80 | $3,120.00 |
| 0018 | Tax Issues | 1.20 | $708.00 |
| 0021 | Exclusivity | 3.60 | $1,408.00 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 121.80 | $59,766.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.30 | $268.50 |
| 0025 | Travel Time | 14.55 | $8,017.25 |
| | TOTAL | 628.15 | $286,847.75 |

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com

TERRESTAR NETWORKS                                                              Page 2
Bill Number: 1400421                                                            12/16/11

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/01/11 | JLS | 0002 | Review correspondence regarding recharacterization argument (.1). | 0.10 |
| 11/01/11 | JLS | 0002 | Review and revise brief regarding examiner motion (.5); Review and respond to correspondence regarding same (.2). | 0.70 |
| 11/01/11 | SJW | 0002 | Call with Chambers and UCC counsel regarding proposed scheduling order (.2); review and revise examiner pleading per comments of A. Preis (.4); communications to S. Schultz and J. Newdeck regarding revised timeline (.2). | 0.80 |
| 11/01/11 | EYP | 0002 | Review of examiner reconsideration reply and correspondence re same. | 1.00 |
| 11/01/11 | EYP | 0002 | Various review of case correspondence. | 0.50 |
| 11/02/11 | SLS | 0002 | Telephone call with J. Liou regarding reconsideration objection. | 0.20 |
| 11/02/11 | BRK | 0002 | Retrieve additional case law from Westlaw and Lexis cited in objection to appointment of examiner. | 0.40 |
| 11/02/11 | SJW | 0002 | Review and revise examiner pleading and accompanying exhibits (3.7); correspondence to J. Newdeck regarding the same (.1); draft letter to equity holder (.3); additional research in connection with examiner pleading (.5). | 4.60 |
| 11/02/11 | EYP | 0002 | Various calls with D. Brandon re strategy. | 0.50 |
| 11/02/11 | EYP | 0002 | Communications to Schultz and team re various case items. | 0.50 |
| 11/03/11 | JLS | 0002 | Work on discovery in connection with examiner motion (.2); Communications with R. Donohue regarding same (.4). | 0.60 |
| 11/03/11 | RJD | 0002 | Draft deposition notice of A. Perez (.40); Review Perez motion for reconsideration and related pleadings (1.50); Conferences with J. Sorkin regarding same (.30); Correspondence with J. Sorkin regarding same (.30). | 2.50 |
| 11/03/11 | SJW | 0002 | Call with M. Snyder regarding examiner pleading (.1); review and revise pleading with respect to comments of preferred shareholders (1.2); further revision of pleading (3). | 4.30 |
| 11/03/11 | EYP | 0002 | Efforts re finalization of examiner pleading. | 1.00 |
| 11/04/11 | JLS | 0002 | Review and edit opposition to motion for reconsideration (.6); Review and finalize deposition notice and correspondence regarding deposition in connection with motion for reconsideration (.3). | 0.90 |
| 11/04/11 | SLS | 0002 | Communication to A. Preis regarding case status. | 0.20 |
| 11/04/11 | SJW | 0002 | Various communications to S. Schultz, A. Preis and J. Newdeck regarding examiner pleading (.3); prepare exhibits for pleading (.5); revise pleading per comments of preferreds, J. Sorkin and A. Preis (.6); review recently filed documents (.2); supervise filing of examiner pleading (.2); coordinate with GCG for service of same (.2). | 2.00 |
| 11/04/11 | RJP | 0002 | Draft and revise cover letter for Perez deposition notice (.4) and serve notice (.2). | 0.60 |
| 11/04/11 | JAS | 0002 | Draft cover letter (.2); Arrange for delivery of courtesy copy of objection to chambers (.1) | 0.30 |
| 11/07/11 | MAG | 0002 | Search Ringtail TSN and TSC databases re: All correspondence containing Aldo Perez in preparation for 11/16 Deposition (3.0) | 3.00 |
| 11/07/11 | EYP | 0002 | Various calls with D. Brandon re overall strategy. | 0.50 |
| 11/07/11 | EYP | 0002 | Internal discussions and correspondence re various case issues. | 0.60 |
| 11/08/11 | RJD | 0002 | Review and analyze Perez motion for reconsideration and related briefing (1.90); Prepare for deposition of A. Perez (.90); Communications to J. Sorkin regarding same (.30); Correspondence to J. Sorkin regarding same (.30). | 3.40 |
| 11/08/11 | SJW | 0002 | Call with chambers regarding available hearing dates (.1); communications to S. Schultz regarding the same (.1, .1); revise plan timeline (.7). | 1.00 |
| 11/08/11 | EYP | 0002 | Communication to I. Dizengoff re case status. | 0.10 |

| | | | | |
|---|---|---|---|---|
| TERRESTAR NETWORKS | | | | Page 3 |
| Bill Number: 1400421 | | | | 12/16/11 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/09/11 | MAG | 0002 | Pull and print all pleadings from docket related to Aldo Perez or J. Swarts (2.0) create and Index Aldo Perez Deposition binder (3.0) | 5.00 |
| 11/09/11 | RJD | 0002 | Internal correspondence regarding Perez deposition (.40); correspondence with counsel for Perez regarding same (.40); Review documents in preparation for Perez deposition (.50). | 1.30 |
| 11/09/11 | SJW | 0002 | Communications to chambers regarding hearing dates (.1) and extension of Perez reply deadline (.1, .2); correspondence to S. Schultz regarding the same (.2). | 0.60 |
| 11/10/11 | DKB | 0002 | Prepare chambers copies of recently filed pleading per B. Kemp (.2); Coordinate delivery of documents to court (.3). | 0.50 |
| 11/10/11 | LZ | 0002 | Review emails for ECF notifications in connection w/Perez deposition. | 0.20 |
| 11/10/11 | MAF | 0002 | Confer with team re upcoming filing. | 0.10 |
| 11/11/11 | JLS | 0002 | Review correspondence and outline of reply in connection with examiner motion (.3); Review and respond to correspondence regarding deposition (.1). | 0.40 |
| 11/11/11 | LWL | 0002 | Research background of Aldo Perez for R. Donohue. | 1.20 |
| 11/11/11 | SAF | 0002 | Research background information on Aldo Perez. | 0.80 |
| 11/11/11 | RJD | 0002 | Internal correspondence regarding Perez motion for reconsideration and deposition (.30); correspondence with counsel for Perez regarding same (.30); Review documents in preparation for Perez deposition (.60). | 1.20 |
| 11/12/11 | RJD | 0002 | Numerous internal correspondence regarding Perez motion for reconsideration (.30); Review Swarts joinder to Perez motion (.50). | 0.80 |
| 11/13/11 | SJW | 0002 | Correspondence to S. Schultz regarding previous communications to Perez (.2); diligence regarding the same (.5). | 0.70 |
| 11/13/11 | EYP | 0002 | Review of examiner documents. | 1.00 |
| 11/14/11 | JLS | 0002 | Review and analyze joinder to motion for reconsideration and arguments made by Jeffrey Swarts in support (.5); Review and analyze reply brief and arguments in support of motion for reconsideration (.8); Confer with Akin Gump attorneys regarding hearing on motion for reconsideration (.7); Review and analyze documents and pleadings in preparation for deposition of Mr. Perez (.7); Prepare for deposition (1.0); Review and respond to correspondence in connection with deposition and hearing (.5). | 4.20 |
| 11/14/11 | SLS | 0002 | Review reply to objection to reconsideration motion (.8); review revised agenda (.2); telephone call with J. Sorkin regarding preparation for upcoming Perez deposition (.3). | 1.30 |
| 11/14/11 | BRK | 0002 | File Pro Hac Vice Application of S. J. Woodell (.5); confer with D. Krasa-Berstel regarding chambers copies (.1). | 0.60 |
| 11/14/11 | DKB | 0002 | Confer with B. Kemp re chambers copies of recently filed pleadings (.1); Draft letter to chambers (.3); Prepare chambers copies (.4); Review and forward documents to court (.3). | 1.10 |
| 11/14/11 | MAG | 0002 | Assist R. Donohue in preparing deposition exhibits re: Aldo Perez (2.0) | 2.00 |
| 11/14/11 | RJD | 0002 | Prepare for Perez deposition (1.30); confer with R. Presa regarding Perez motion for reconsideration and deposition (.30); internal conferences regarding same (.10, .20, .20); Review documents in preparation for Perez deposition (.80) | 2.90 |
| 11/14/11 | SJW | 0002 | Review correspondence from counsel for Perez regarding reply (.2); review reply (.4); review filed version (.3); coordinate generating comparison of the same (.2); review changes from emailed version to filed version (.4); review litigation team outline for Perez deposition (.3); correspondence to R. Donohue re same (.2). | 2.00 |
| 11/14/11 | RJP | 0002 | Conduct research (4.8) and draft memo (.6) in connection w/reconsideration of examiner motion; communications to S. Schultz regarding same (.2); confer w/R. Donohue regarding Perez deposition preparation (.1), (.2). | 5.90 |
| 11/14/11 | EYP | 0002 | Prepping for deposition in connection with examiner motion. | 1.00 |

| | | | | Page 4 |
|---|---|---|---|---|
| **TERRESTAR NETWORKS** | | | | 12/16/11 |
| Bill Number: 1400421 | | | | |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/15/11 | JLS | 0002 | Prepare for deposition and hearing in connection with motion to appoint an examiner (2.5). | 2.50 |
| 11/15/11 | JFN | 0002 | Emails re creditor inquiry. | 0.10 |
| 11/15/11 | JFN | 0002 | Review Swarts joinder (.2); review Perez pleadings (.4); communication re same (.2). | 0.80 |
| 11/15/11 | MAG | 0002 | Create final deposition exhibits for Aldo Perez per R. Donohue (4.0); Add additional exhibits per R. Presa and renumber per updated outline (1.5) | 5.50 |
| 11/15/11 | RJD | 0002 | Prepare for Perez deposition (1.90); internal correspondence regarding Perez motion for reconsideration and deposition (.30, .10, .20); internal conferences regarding same (.20, .20, .30); Review documents in preparation for Perez deposition (.90) | 4.10 |
| 11/15/11 | SJW | 0002 | Draft correspondence to TSC shareholder regarding equity interest inquiry (.3). | 0.30 |
| 11/15/11 | RJP | 0002 | Review documents in preparation for deposition of A. Perez in connection w/motion for reconsideration of examiner motion (1.5); create outline of documents/potential exhibits for use in deposition (1); communications to M. Gyure (.2), (.1) and R. Donohue (.1), (.1) regarding same. | 3.00 |
| 11/16/11 | JLS | 0002 | Prepare for and attend deposition of Aldo Perez (2.4). Review and respond to correspondence regarding deposition issues (.4). | 2.80 |
| 11/16/11 | JFN | 0002 | Review and comment on order re motion to reconsider (.2, .1); confer with S. Woodell re same (.1). | 0.40 |
| 11/16/11 | MAG | 0002 | Assist R. Donohue re: preparation for deposition of Aldo Perez (2.0) | 2.00 |
| 11/16/11 | RJD | 0002 | Prepare for Perez deposition (1.50); Take deposition of A. Perez in connection with motion for reconsideration (1.70); Review transcript (.50); Attend hearing on motion for reconsideration (2.50); Correspondence with counsel for Perez (.30) | 6.50 |
| 11/16/11 | SJW | 0002 | Preparations for Perez deposition (.5); participate in deposition telephonically (1.3) (partial); draft proposed order with respect to the court's ruling denying the Perez motion (.8); review and revise order per comments of J. Newdeck (.5); further revise and circulate to preferreds (.3). | 3.40 |
| 11/16/11 | RJP | 0002 | Prepare for (1) and participate in (1.7) deposition of A. Perez in connection w/motion to reconsider denial of examiner; multiple follow-up tasks (.3). | 3.00 |
| 11/16/11 | EYP | 0002 | Prepare for (.3) and participate in (1.7) deposition of A. Perez. | 2.00 |
| 11/17/11 | SLS | 0002 | Participate in Board meeting. | 0.50 |
| 11/17/11 | SJW | 0002 | Review and revise proposed order re reconsideration per comments of preferred shareholders (.3); follow up correspondence re same (.1); correspondence to counsel for Perez re same (.2); coordinate service of filed documents (.2). | 0.80 |
| 11/18/11 | JLS | 0002 | Review correspondence regarding notice of hearing (.1). | 0.10 |
| 11/18/11 | JFN | 0002 | Emails re motion to reconsider and follow-up. | 0.20 |
| 11/18/11 | DKB | 0002 | Review, prepare and forward copies of recently filed pleadings to chambers. | 0.40 |
| 11/18/11 | SJW | 0002 | Coordinate and supervise filing of several TSC documents, including communications with paralegal (.3). | 0.30 |
| 11/18/11 | SJW | 0002 | Correspondence to S. Schultz regarding proposed order re examiner denial (.1); correspondence with Perez counsel regarding the same (.2); call with M. Snyder regarding case status items (.2); follow up work re same (.3). | 0.80 |
| 11/21/11 | SJW | 0002 | Revise TSC case calendar (1.3); communications with working group (1.2), Weil (.2) and chambers (.1) regarding hearing. | 1.90 |
| 11/23/11 | SLS | 0002 | Communications regarding examiner reconsideration order (.3); communications with team regarding case status (.3) | 0.60 |
| 11/23/11 | SJW | 0002 | Review correspondence from Bellido re Perez order (.1); | 0.70 |

| | | | | Page 5 |
|---|---|---|---|---|
| **TERRESTAR NETWORKS** | | | | |
| Bill Number: 1400421 | | | | 12/16/11 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | correspondence with S. Schultz re Perez order (.2); draft correspondence to chambers transmitting proposed order (.2); communications with GCG regarding recently filed documents and coordinate service of the same (.2). | |
| 11/29/11 | SLS | 0002 | Telephone call with P. Holoman regarding various case related issues (.2); telephone call with A. Preis regarding same (.1) | 0.30 |
| 11/04/11 | SJW | 0003 | Review and revise prebill with respect to task coding and privilege (.4); begin to draft interim fee application (2.1). | 2.50 |
| 11/06/11 | SJW | 0003 | Review and revise prebill with respect to proper task coding and privilege. | 7.50 |
| 11/07/11 | SJW | 0003 | Communications with K. Prater regarding instructions for revisions to TSC prebill (.2); continue drafting TSC interim fee application (4.5). | 4.70 |
| 11/08/11 | SJW | 0003 | Review and revise interim fee application. | 1.00 |
| 11/09/11 | SLS | 0003 | Preparing monthly fee statement (4.5) | 4.50 |
| 11/10/11 | SLS | 0003 | Review interim fee application (2.8). | 2.80 |
| 11/10/11 | SJW | 0003 | Review and revise fee application per comments of S. Schultz. | 0.90 |
| 11/14/11 | SLS | 0003 | Review quarterly fee application (.2) | 0.20 |
| 11/14/11 | BRK | 0003 | Prepare, review and file Second Interim Fee Application of Akin Gump. | 0.60 |
| 11/14/11 | SJW | 0003 | Begin drafting monthly fee application. | 1.50 |
| 11/15/11 | SJW | 0003 | Draft monthly fee application. | 1.30 |
| 11/16/11 | SJW | 0003 | Continue drafting monthly fee application (1.8); draft notice of hearing on interim fee application (.3). | 2.10 |
| 11/17/11 | SLS | 0003 | Review and comment on monthly fee application. | 0.40 |
| 11/17/11 | SJW | 0003 | Draft notice of hearing on interim fee applications (.2). | 0.20 |
| 11/18/11 | BRK | 0003 | Prepare, review and file October Fee Statement for Akin Gump. | 0.70 |
| 11/18/11 | SJW | 0003 | Correspondence to S. Schultz regarding fee application (.2); review and revise the same with respect to updated invoice (.8); review and revise same per comments of S. Schultz (.6). | 1.60 |
| 11/01/11 | SJW | 0004 | Review Blackstone fee statement for September. | 0.30 |
| 11/02/11 | BRK | 0004 | Prepare, review and file Blackstone Seventh Monthly Fee Statement. | 0.60 |
| 11/03/11 | SLS | 0004 | Telephone call with Deloitte team regarding monthly fee statement. | 0.30 |
| 11/03/11 | SJW | 0004 | Call with Deloitte team regarding fee application (.3); follow up work and correspondence regarding the same (.3). | 0.60 |
| 11/08/11 | BRK | 0004 | Prepare, review and file Sixth Monthly Fee Statement of Deloitte. | 0.70 |
| 11/08/11 | SJW | 0004 | Review revised Deloitte invoice (.4); communication to S. Schultz regarding same (.1). | 0.50 |
| 11/09/11 | SJW | 0004 | Review Weil invoice. | 0.50 |
| 11/10/11 | SJW | 0004 | Continue reviewing Weil invoice. | 0.60 |
| 11/11/11 | SJW | 0004 | Correspondence to D. Brandon regarding GCG invoice (.1). | 0.10 |
| 11/12/11 | SJW | 0004 | Review and comment on Blackstone interim compensation application (.9); further review Deloitte interim compensation application (1.1); correspondence to S. Schultz regarding the same (.1). | 2.10 |
| 11/14/11 | SLS | 0004 | Review Blackstone fee application (.2); review Deloitte fee application (.2). | 0.40 |
| 11/14/11 | BRK | 0004 | Prepare, review and file Second Interim Fee Application of Deloitte Tax, LLP. | 0.60 |
| 11/14/11 | BRK | 0004 | Prepare, review and file Second Interim Fee Application of Blackstone Advisory. | 0.60 |
| 11/14/11 | SJW | 0004 | Call with Blackstone regarding fee application (.2); communications to S. Schultz regarding same (.2); correspondence to Blackstone re further revisions to application (.2); supervise filing of application (.1); correspondence to S. Schultz regarding Deloitte application (.1); supervise filing of same (.1); coordinate service with respect to Blackstone and Deloitte fee applications (.1). | 1.00 |
| 11/15/11 | BRK | 0004 | Update professional fee chart provided by Blackstone. | 1.90 |
| 11/16/11 | RAC | 0004 | Draft and coordinate filing of notice of hearing for TSC settlement motion. | 0.50 |

TERRESTAR NETWORKS                                                                                       Page 6
Bill Number: 1400421                                                                                     12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/17/11 | BRK | 0004 | Prepare, review and file Notice of Hearing on Second Interim Fee Applications. | 0.60 |
| 11/21/11 | SJW | 0004 | Review Deloitte monthly fee statement. | 0.40 |
| 11/22/11 | SLS | 0004 | Review Deloitte fee application (.1). | 0.10 |
| 11/22/11 | SJW | 0004 | Review GCG letter and invoice. | 0.10 |
| 11/30/11 | SJW | 0004 | Review Blackstone's monthly fee statement for October (.3); supervise filing (.2) and coordinate service (.1) of same. | 0.60 |
| 11/02/11 | BRK | 0006 | Retrieve March 23 hearing transcript regarding Blackstone retention and prepare for attorney review. | 0.20 |
| 11/03/11 | BRK | 0008 | Prepare electronic materials for S. Schultz in preparation for hearing. | 0.20 |
| 11/07/11 | SLS | 0008 | Prepare for hearing on motion for reconsideration (.9). | 0.90 |
| 11/07/11 | BRK | 0008 | Supervise preparation of index for November 16 hearing (.2). | 0.20 |
| 11/08/11 | SLS | 0008 | Preparation for hearing on motion to reconsider examiner order. | 0.60 |
| 11/08/11 | BRK | 0008 | Retrieve and upload relevant documents in preparation for assembly of hearing binders regarding November 16 hearing. | 2.30 |
| 11/09/11 | SLS | 0008 | Review notice of adjournment (.1); office conference with S. Woodell regarding upcoming hearing (.2) | 0.30 |
| 11/09/11 | SLS | 0008 | Prepare for reconsideration hearing (1.4); telephone call with J. Liou regarding same (.1); telephone call with D. Holzman regarding same (.1) | 1.60 |
| 11/09/11 | BRK | 0008 | Draft Agenda Letter regarding November 16 hearing. | 1.20 |
| 11/09/11 | SJW | 0008 | Communications with paralegals regarding preparation of hearing materials (.1, .1, .2); review and comment on draft hearing agenda (.3); review documents included in binders (.2); office conference with S. Schultz regarding hearing (.2). | 1.10 |
| 11/09/11 | JAS | 0008 | Pull exhibits for motion and send to attorney (.3); e-mail exchange with S. Woodell re hearing preparation (.1) | 0.40 |
| 11/10/11 | SLS | 0008 | Review agenda letter (.4); preparation for upcoming hearing (1.1) | 1.50 |
| 11/10/11 | SJW | 0008 | Begin to prepare materials for 11/22 hearing, including review of documents prepared for previous examiner hearing (.8); communications with L. Zahradka and paralegals regarding same (.2); and review of draft agenda (.3). | 1.30 |
| 11/10/11 | LZ | 0008 | Call w/S. Woodell re: coordinating hearing materials for 11/16 hearing. | 0.10 |
| 11/11/11 | SLS | 0008 | Review hearing materials (.2); preparation for hearing (.3) | 0.20 |
| 11/11/11 | BRK | 0008 | Update and finalize Agenda letter. | 1.30 |
| 11/11/11 | SJW | 0008 | Several communications to B. Kemp regarding hearing preparation (.3); review and comment on draft agenda (.2). | 0.50 |
| 11/13/11 | SLS | 0008 | Preparation for reconsideration hearing. | 2.00 |
| 11/14/11 | SLS | 0008 | Preparation for upcoming hearing on reconsideration motion (3.3). | 3.30 |
| 11/14/11 | BRK | 0008 | Continue preparing for November 16 hearing (1.0); revise agenda letter (.3); prepare index of potential evidence exhibits (1.5). | 2.80 |
| 11/14/11 | BRK | 0008 | Review, prepare and file Agenda Letter regarding November 16 hearing. | 0.60 |
| 11/14/11 | JFN | 0008 | Communication to S. Schultz re hearing (.1); follow-up with S. Woodell (.1); emails re same (.1). | 0.30 |
| 11/14/11 | DKB | 0008 | Communication to J. Samper re preparation of hearing notebooks for chambers (.1); Update the above (.6); Update index therefore (.3); Coordinate sending documents to court (.2). | 1.20 |
| 11/14/11 | SJW | 0008 | Review and comment on revised hearing agenda (.3, .2); review Perez reply in preparation for hearing (.4); assemble documents to be used as potential evidence at hearing (.9); several communications with paralegals regarding evidence preparation (.1, .1, .1). | 2.10 |
| 11/14/11 | JAS | 0008 | Revise hearing files for 11/16 hearing (.7); confer with S. Woodell re hearing preparation (.1); pull and compile potential evidence for 11/16 hearing (2.0). | 2.80 |
| 11/15/11 | SLS | 0008 | Preparation for upcoming hearing (2.0); office conference with Akin working group regarding hearing (.3). | 2.30 |
| 11/15/11 | JFN | 0008 | Confer with S. Woodell re hearing prep (.4); follow-up emails re same (.2); hearing prep (.5, .2); confer with S. Woodell re hearing script (.4); | 2.50 |

TERRESTAR NETWORKS  
Bill Number: 1400421

Page 7  
12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | team meeting and follow-up re same (.8) | |
| 11/15/11 | DKB | 0008 | Review and prepare sets of exhibits for hearing (1.3); communication to J. Samper re above (.1). | 1.40 |
| 11/15/11 | SJW | 0008 | Prepare for 11/16 hearing, including review of pending pleadings (2.9); confer with J. Newdeck regarding hearing prep (.4); several communications with paralegals regarding materials to be prepared for hearing (.2, .2, .1, .2); prepare notes for presentation of omnibus claims objection (.8); meeting with J. Newdeck regarding hearing script (.4); further preparations for presentation (.9); strategy meeting with TSC team (.7); further preparation for hearing (.6). | 7.40 |
| 11/15/11 | EYP | 0008 | Internal team meeting regarding TSC hearing and prep for hearing (review docs, etc). | 0.10 |
| 11/15/11 | JAS | 0008 | Develop file of all potential evidence for 11/16 hearing (5.6); Correspond with S. Woodell re hearing preparation (.2) (.2) (.1); finalize all hearing materials and arrange delivery to U.S. Bankruptcy Court (.6); | 6.70 |
| 11/16/11 | JLS | 0008 | Prepare for and attend hearing on motion for reconsideration and other matters (2.0). | 2.00 |
| 11/16/11 | SLS | 0008 | Prepare for upcoming hearing (.5); deposition regarding same (1.5); participate in hearing (2.0); review order resolving motion to reconsider (.2). | 4.00 |
| 11/16/11 | JFN | 0008 | Attend hearing (2.0); follow-up re same (.8). | 2.80 |
| 11/16/11 | SJW | 0008 | Prepare materials for hearing (.3); participate in TSC hearing (2.0). | 2.30 |
| 11/16/11 | RJP | 0008 | Prepare documents for (.2) and attend hearing on reconsideration of examiner motion (2). | 2.20 |
| 11/16/11 | JAS | 0008 | Communications to S. Woodell re storage of hearing materials (.2); transfer hearing materials to records (.2) | 0.40 |
| 11/17/11 | JFN | 0008 | Review and revise various hearing notices (.2, .3, .2); various communications re hearing issues (.3). | 1.00 |
| 11/13/11 | SJW | 0009 | Correspondence to T. Martin regarding MOR. | 0.20 |
| 11/16/11 | SJW | 0009 | Review and revise monthly operating report. | 0.80 |
| 11/17/11 | SJW | 0009 | Review and revise monthly operating report. | 0.50 |
| 11/18/11 | BRK | 0009 | File October 2011 Operating Report. | 0.70 |
| 11/18/11 | SJW | 0009 | Communications to S. Schultz regarding comments to MOR (.1, .1); review and revise the same per comments (.2); draft correspondence to client regarding the same (.1). | 0.50 |
| 11/17/11 | SLS | 0010 | Review and comment on MOR. | 0.30 |
| 11/18/11 | SLS | 0010 | Communication to S. Woodell regarding MOR (.1) (.1). | 0.20 |
| 11/01/11 | JFN | 0012 | Communication re EB claim (.3); review documents re same (1.5). | 1.80 |
| 11/01/11 | SJW | 0012 | Research in connection with Elektrobit claim (.4); review correspondence from R. Donohue and J. Newdeck regarding the same (.1). | 0.50 |
| 11/01/11 | RJP | 0012 | Conduct legal and factual research in connection w/Elektrobit claim. | 4.10 |
| 11/01/11 | JHB | 0012 | Conduct legal research re: Elektrobit claim. | 1.00 |
| 11/02/11 | JFN | 0012 | Review EB documents and draft timeline (1.0, 1.6, .4); emails re same (.2, .1); confer with R. Presa (.4). | 3.70 |
| 11/02/11 | SJW | 0012 | Research related to Elektrobit claim (.7); communication to J. Newdeck regarding the same (.2). | 0.90 |
| 11/02/11 | RJP | 0012 | Review background materials (.1); call w/J. Newdeck regarding same (.4). | 0.50 |
| 11/03/11 | SJW | 0012 | Review potential claims for matches with schedules. | 0.20 |
| 11/03/11 | RJP | 0012 | Research legal and factual issues in connection w/Elektrobit claim. | 2.30 |
| 11/04/11 | JFN | 0012 | Review Proof of Claim and begin analysis re same (.7); communications to S. Woodell (.2). | 0.90 |
| 11/04/11 | JFN | 0012 | Call regarding Sprint settlement and follow-up. | 0.50 |
| 11/04/11 | RJD | 0012 | Review and analyze documents in connection with Elektrobit claim objection (.50); internal correspondence regarding same (.10, .20, .30); | 1.50 |

TERRESTAR NETWORKS  
Bill Number: 1400421

Page 8  
12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | correspondence with counsel for preferred shareholders regarding same (.10, .10, .20). | |
| 11/04/11 | SJW | 0012 | Call with working group, Blackstone and D. Brandon regarding Sprint issues (.5); follow up review of DIP (.3). | 0.80 |
| 11/04/11 | RJP | 0012 | Meet with J. Bell to discuss research in connection w/Elektrobit claim. | 0.20 |
| 11/04/11 | DAK | 0012 | Review and revise TSC settlement motion. | 2.70 |
| 11/04/11 | JHB | 0012 | Discuss Elektrobit guarantee research with R. Presa. | 0.20 |
| 11/05/11 | EYP | 0012 | Revise TSC settlement papers. | 1.50 |
| 11/06/11 | LZ | 0012 | Revise Sprint 9019 motion. | 0.40 |
| 11/06/11 | EYP | 0012 | Review and revise stip and motion (1.0); correspondence re same (.2). | 1.20 |
| 11/06/11 | JHB | 0012 | Conduct legal research regarding Elektrobit guarantee and arguments for possible claim objection. | 6.50 |
| 11/06/11 | ALB | 0012 | Review and revise TSC Sprint 9019 and stip. | 0.90 |
| 11/07/11 | JLS | 0012 | Review and analyze draft claim objection (1.0); Confer with Akin Gump attorneys regarding arguments in connection with claim objection (.8); Review and analyze documents in connection with discovery requests relevant to objection (1.8); Analyze documents in connection with Elektrobit claim objection (.4); Review and respond to correspondence regarding proposed stipulated facts (.2); Review and respond to correspondence regarding discovery (.2). | 4.40 |
| 11/07/11 | SLS | 0012 | Review and comment on 9019 for sprint claim (1.0); communications to A. Preis regarding same (.2); review Elektrobit claim objection (1.5). | 2.70 |
| 11/07/11 | JFN | 0012 | Call re potential claim objection with R. Donohue, J. Bell and S. Woodell (.5) and follow-up communications to S. Woodell re same (.2); team emails re same (.2); analyze claim issues (.8); research re same (1.2). | 2.90 |
| 11/07/11 | MAG | 0012 | Assist J. Sorkin with identifying all outstanding Elektrobit Agreements in connection with claim objection (1.0). Search Ringtail databases (TSN and TSC) regarding same (2.0) | 2.00 |
| 11/07/11 | RJD | 0012 | Research and analysis in connection with objection to Elektrobit claim (1.10); Review background materials regarding same (.60); Conference with J. Bell regarding same (1.00); Teleconference with J. Newdeck, S. Woodell and J. Bell regarding same (.50); Numerous internal correspondence regarding same (.30, .20, .10); Correspondence with preferred shareholders regarding same (.30). | 4.10 |
| 11/07/11 | SJW | 0012 | Call with J. Newdeck R. Donohue and J. Bell regarding Elektrobit claim objection. | 0.40 |
| 11/07/11 | LZ | 0012 | Review TSC Sprint 9019 motion. | 0.10 |
| 11/07/11 | DAK | 0012 | Review and revise TSC settlement stipulation (3.0) and motion (2.2) and correspondence to A. Preis (.5) and Sprint (.8) re: same. | 6.50 |
| 11/07/11 | EYP | 0012 | Review of EB draft objection and related discussions. | 2.10 |
| 11/07/11 | EYP | 0012 | Review of stipulated EB facts draft and related correspondence. | 0.50 |
| 11/07/11 | JHB | 0012 | Conduct legal research regarding Elektrobit guarantee (1.0); discuss Elektrobit guarantee with R. Donohue (1.0); confer with R. Donohue, J. Newdeck and S. Woodell re: same (0.5); review and circulate endorsed letter regarding Sprint and DBSD settlement (0.3); research and draft outline of Elektrobit claim objection arguments (5.3). | 7.80 |
| 11/07/11 | MAF | 0012 | Cite check 9019 motion. | 0.90 |
| 11/08/11 | SLS | 0012 | Preparation for call regarding Elektrobit claim objection (3.7); participate in pre-call with Akin working group regarding same (.3); participate in call with Akin working group and counsel to preferreds (.7); related follow-up call with Akin working group (.2); follow-up communications to A. Preis and J. Sorkin regarding same (.2). | 5.10 |
| 11/08/11 | JFN | 0012 | Review EB documents (.5); internal pre-call (.3); call with preferreds' professionals (.7); follow-up call (.3); communication re same (.2). | 2.00 |
| 11/08/11 | SLN | 0012 | Review Sprint settlement motion. | 0.70 |
| 11/08/11 | MAG | 0012 | Search data room for all Elektrobit agreements, specifically statements | 10.00 |

TERRESTAR NETWORKS                                                                                    Page 9
Bill Number: 1400421                                                                                  12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | of work in connection with claim objection (2.0); create binder of all Elektrobit Agreements and statements of work (3.0); Create binder of cases cited in Elektrobit Guaranty Research (3.0); Create binder of relevant Blackstone Emails (2.0). | |
| 11/08/11 | RJD | 0012 | Teleconference with R. Presa regarding Elektrobit claim (.50); Research legal and factual issues regarding same (2.3); Review and revise outline of legal arguments (.40); Review preferred shareholders' draft claim objection (.40); Prepare for and participate in internal teleconference regarding same (.3); Teleconference with counsel for preferred shareholders regarding Elektrobit claim (.7); post call with working group (.3). | 4.90 |
| 11/08/11 | SJW | 0012 | Review preferreds' draft of objection to Elektrobit claim (.3); prepare materials for call re same (.2); attend pre-call with working group and litigation team regarding Elektrobit claim analysis (.3); attend call with preferreds re same (.9); attend internal post-call (.2); review correspondence from A. Preis and preferreds regarding Sprint settlement (.2). | 1.90 |
| 11/08/11 | RJP | 0012 | Call w/R. Donohue regarding Elektrobit claim (.5); research legal and factual issues in connection w/same (4); review and revise outline legal arguments (.3); review Harbinger/Weil draft claims objection (.3); prepare for/participate in prep call w/Akin attorneys (.5); call w/Preferreds regarding Elektrobit claim (.6); follow-up call (.2) and meeting (.2) w/Akin attorneys. | 6.60 |
| 11/08/11 | DAK | 0012 | Incorporate global comments into TSC settlement documents. | 1.40 |
| 11/08/11 | EYP | 0012 | Review EB documents, prep for various EB calls, and participate in various EB calls. | 2.50 |
| 11/08/11 | EYP | 0012 | Various calls and correspondence with preferred holders regarding Sprint settlement. | 0.50 |
| 11/08/11 | JHB | 0012 | Revise outline of potential Elektrobit claim objection arguments (2.8); prepare for call with preferreds regarding Elektrobit claim (0.7); attend precall (.3); attend call with working group and preferreds (.7); attend post call (.3). | 4.80 |
| 11/09/11 | RJD | 0012 | Review legal research and factual issues in connection with Elektrobit claim (.70); Review draft objection to Elektrobit proof of claim (1.10); Teleconference with R. Presa regarding same (.50). | 2.30 |
| 11/09/11 | SJW | 0012 | Communications to R. Donohue re Elektrobit claim objection issues (.2); follow up work re same (.4). | 0.60 |
| 11/09/11 | RJP | 0012 | Research legal and factual issues in connection w/Elektrobit claim (.9); draft and revise objection to Elektrobit proof of claim (5.4); call w/R. Donohue regarding same (.5). | 6.80 |
| 11/09/11 | DAK | 0012 | Calls with Preferreds (.8) and Sprint (1.0) re: settlement documents; review and revise TSC motion and stipulation reflecting revisions to same (5.0). | 6.80 |
| 11/10/11 | MAG | 0012 | Create binder of cases cited in Draft Elektrobit Claims Objection (1.0) | 1.00 |
| 11/10/11 | RJD | 0012 | Review legal research and factual issues in connection with Elektrobit claim (.90); Review and revise draft objection to Elektrobit proof of claim (1.30); Numerous teleconferences with R. Presa regarding same (.10, .20, .10, .30); Numerous internal correspondence regarding same (.20, .10, .30). | 3.50 |
| 11/10/11 | SJW | 0012 | Draft revised order for second omnibus claims objection (.5); review and revise per comments of S. Schultz (.2); correspondence with working group and work in connection with Sprint stipulation (.4). | 1.10 |
| 11/10/11 | LZ | 0012 | Emails to A. Preis re: TSC stipulation (.1); revise same (.1). | 0.20 |
| 11/10/11 | RJP | 0012 | Research legal and factual issues in connection w/Elektrobit claim (1.4); draft and revise objection to Elektrobit proof of claim (6.1); communications w/R. Donohue regarding same (.1), (.2), (.1), (.3). | 8.20 |
| 11/10/11 | DAK | 0012 | Review and revise TSC settlement documents. | 4.70 |

TERRESTAR NETWORKS                                                                                 Page 10
Bill Number: 1400421                                                                              12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/10/11 | EYP | 0012 | Revise Sprint settlement docs. | 2.00 |
| 11/10/11 | JHB | 0012 | Review draft Elektrobit claim objection. | 1.00 |
| 11/11/11 | JLS | 0012 | Review and edit Elektrobit claim objection and authority in support (3.5); Review and respond to correspondence regarding Elektrobit claim objection (.3). | 3.70 |
| 11/11/11 | SLS | 0012 | Review and comment on Elektrobit claim objection (.3) | 0.30 |
| 11/11/11 | JFN | 0012 | Communications re Sprint settlement (.2); attention to research re claims objection (.8). | 1.00 |
| 11/11/11 | MAG | 0012 | Draft and revise Table of Authorities for Elektrobit Claims Objections (2.0) | 2.00 |
| 11/11/11 | RJD | 0012 | Review legal research and factual issues in connection with Elektrobit claim (.60); Review and revise draft objection to Elektrobit proof of claim (1.10); Numerous internal correspondence regarding same (.30, .20, .10, .10). | 2.40 |
| 11/11/11 | SJW | 0012 | Correspondence with GCG regarding exhibit for second omnibus claims objection order (.2). | 0.20 |
| 11/11/11 | LZ | 0012 | Revise Sprint settlement motion and stipulation. | 0.20 |
| 11/11/11 | LZ | 0012 | Revise TSC 9019 motion (3.3) (.9) and stipulation (1.0) (.7); call w/Prefs re: same (1.1) and communications to A. Preis re: same (.4). | 7.40 |
| 11/11/11 | RJP | 0012 | Research legal and factual issues in connection e/Elektrobit claim (1.8); draft and revise objection to Elektrobit proof of claim (4); communications to J. Sorkin regarding same (.1), (.1). | 6.00 |
| 11/11/11 | DAK | 0012 | Incorporate Sprint comments into TSC documents (.9) and various follow up correspondence re: same (.8); review and revise global comments received and re: draft documents (3.0). | 4.70 |
| 11/11/11 | EYP | 0012 | Review and comment on EB objection. | 1.00 |
| 11/11/11 | EYP | 0012 | Review and revise settlement papers. | 1.50 |
| 11/12/11 | JLS | 0012 | Review correspondence regarding Elektrobit claim objection (.3). | 0.30 |
| 11/12/11 | RJD | 0012 | Numerous internal correspondence regarding Elektrobit claim objection (.40). | 0.40 |
| 11/12/11 | SJW | 0012 | Review numerous communications and drafts circulated among Akin Gump working group, preferred shareholders and client with respect to Sprint settlement (.2) and draft objection to Elektrobit claim (.3). | 0.50 |
| 11/12/11 | LZ | 0012 | Revise TSC-sprint settlement documents. | 0.40 |
| 11/12/11 | RJP | 0012 | Draft and revise objection to Elektrobit proof of claim (.9); corresp. to Akin team (.1) and company (.1) regarding same. | 1.10 |
| 11/13/11 | JLS | 0012 | Review and respond to correspondence regarding draft claim objection (.2); Review and edit draft claim objection (.3); Draft correspondence regarding draft claim objection (.2). | 0.70 |
| 11/13/11 | RJD | 0012 | Numerous internal communications regarding Elektrobit claim objection (.30). | 0.30 |
| 11/13/11 | SJW | 0012 | Review numerous substantial communications and drafts circulated among Akin Gump working group, preferred shareholders and client with respect to Sprint settlement (.2) and draft objection to Elektrobit claim (.4). | 0.60 |
| 11/13/11 | LZ | 0012 | Revise TSC-Sprint settlement documents. | 0.30 |
| 11/13/11 | RJP | 0012 | Draft and revise objection to Elektrobit proof of claim (.8). | 0.80 |
| 11/13/11 | EYP | 0012 | Various correspondence re TSC settlement with Sprint. | 0.80 |
| 11/14/11 | JLS | 0012 | Review and respond to correspondence regarding Elektrobit claim objection (.3); Review non-disclosure agreement (.3). | 0.60 |
| 11/14/11 | MAG | 0012 | Cite check claims objection (1.0) prepare exhibits for claims objection to be served hard copy to court, unsealed version (2.0) create updated Table of Contents and Table of Authorities for Claims Objection (1.5) | 4.50 |
| 11/14/11 | RJD | 0012 | Review legal research and factual issues in connection with Elektrobit claim (.40); Review and revise draft objection to Elektrobit proof of claim (1.10); internal correspondence regarding same (.10, .10) | 1.60 |
| 11/14/11 | SJW | 0012 | Call with working group, preferred shareholders and Sprint regarding | 0.90 |

TERRESTAR NETWORKS                                                                              Page 11
Bill Number: 1400421                                                                            12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | draft stipulation (.4); review extensive emails among Akin Gump team, Sprint and counsel for preferreds regarding stipulation and 9019 (.5). | |
| 11/14/11 | LZ | 0012 | Prepare for call re: settlement documents (.7); call re: same (.6); various revisions of documents re: same (1.2)(1.3)(.9)(2.3)(1.7); draft notice of 9019 motion (.2); communication to w/A. Preis re: same (.2); revise same (.1); prepare 9019 motion (.5) and stipulation (.6) for filing; supervise filing same (.4); various emails w/professionals re: filing same (.2); emails w/chambers re: same (.1); emails w/GCG re: instructions on serving same (.2). | 11.20 |
| 11/14/11 | RJP | 0012 | Research legal issues in connection w/Elektrobit claim objection (1.8). | 1.10 |
| 11/14/11 | DAK | 0012 | Calls with TSC constituents re: settlement documents (1.0); review and revise TSC settlement documents and prepare for filing (1.9). | 2.90 |
| 11/14/11 | EYP | 0012 | Numerous calls with Sprint (.5, .5) and preferreds (.2, .3, .5) regarding Sprint settlement; discussion of same with co-counsel (.2, .1, .2); analysis of issues related to same (2.0); review and comment on documentation of same (1.5). | 6.00 |
| 11/14/11 | MAF | 0012 | Prepare and file 9019 Motion. | 0.50 |
| 11/14/11 | JAS | 0012 | Cite check sprint settlement 9019 motion (.8); review authorities in 9019 motion and revise table of authorities (.6); communication to L. Zahradka re redlines (.1). | 1.50 |
| 11/15/11 | JLS | 0012 | Edit objection to Elektrobit claim (1.4); Review and respond to correspondence regarding Elektrobit claim objection (.5); Confer with Akin Gump attorneys regarding claim objection (.5); Confer with counsel to preferreds regarding claim objection (.3). | 2.20 |
| 11/15/11 | SLS | 0012 | Telephone call with M. Snyder regarding Elektrobit objection (.1); telephone call with J. Liou regarding same (.1); office conference with Akin working group regarding same (.2); follow-up communication to A. Preis regarding filing of same (.1). | 0.50 |
| 11/15/11 | JFN | 0012 | Communication to A. Blaylock re claims objection (.2); communications re EB objection (.2). | 0.40 |
| 11/15/11 | MAG | 0012 | Assist R. Presa with finalizing all exhibits for Claims Objection (3.0); prepare all sealed and unsealed versions of exhibits (2.0) | 5.00 |
| 11/15/11 | RJD | 0012 | Review legal research and factual issues in connection with Elektrobit claim (.90); Review and revise draft objection to Elektrobit proof of claim (.90); internal correspondence regarding same (.10, .10, .20) | 2.20 |
| 11/15/11 | SJW | 0012 | Review and revise objection to Elektrobit claim. | 0.80 |
| 11/15/11 | RJP | 0012 | Research legal and factual issues in connection w/Elektrobit claim (2.1); draft and revise objection to same (2.5); meeting w/Akin team to discuss same (.5); multiple corresp./calls/confers w/R. Donohue (.2), (.1), (.1) and communications to J. Sorkin (.1), (.2) regarding same; multiple corresp. w/counsel for Preferred Shareholders regarding same (.2), (.1), (.2). | 6.30 |
| 11/15/11 | EYP | 0012 | Review and comment on EB objection and calls re same. | 1.00 |
| 11/15/11 | JHB | 0012 | Review and circulate ICO global motion to dismiss in DBSD case in connection with Sprint settlement. | 0.30 |
| 11/15/11 | DRC | 0012 | Cite-check Debtors' Objection to Elektrobit Claim for R. Presa | 2.20 |
| 11/16/11 | JLS | 0012 | Revise and finalize objection to Elektrobit claim (1.0). Review and respond to correspondence regarding Elektrobit claim objection (.4). | 1.40 |
| 11/16/11 | SLS | 0012 | Review Elektrobit claim objection (.8); communications with M. Snyder regarding same (.2). | 1.00 |
| 11/16/11 | JFN | 0012 | Communication re EB objection. | 0.20 |
| 11/16/11 | DKB | 0012 | Communications to M. Gyure re filing of objection to claim (.2); Assist with filing thereof (.5); Confer with attorney re status (.1). | 0.80 |
| 11/16/11 | DKB | 0012 | Review notice of hearing re Sprint settlement (.1); Prepare the above to be efiled (.2); Effect the above (.2); Confer with R. Cohen re status (.1). | 0.60 |
| 11/16/11 | MAG | 0012 | Assist R. Presa with finalizing of exhibits (both sealed and unsealed) (1.0); electronic filing of claims objection re: claim 58 (.5); Prepare and | 3.50 |

TERRESTAR NETWORKS  
Bill Number: 1400421

Page 12  
12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | effect service of unsealed objection and exhibits (2.0). | |
| 11/16/11 | RJD | 0012 | Review and revise draft objection to Elektrobit proof of claim in preparation for filing (1.20); internal correspondence regarding revisions to same (.10, .10, .20, .10) | 1.70 |
| 11/16/11 | SJW | 0012 | Review and submit to chambers the proposed order for the supplemental claims objection (.1); review Elektrobit objection (.2); coordinate combined service of same (.2). | 0.50 |
| 11/16/11 | RJP | 0012 | Research legal and factual issues in connection w/Elektrobit claim (.8); draft and revise objection to same (.9); prepare objection and exhibits for filing (2); multiple calls w/counsel for Preferred Shareholders regarding same (.1), (.1), (.2); confer w/Akin Gump attorneys regarding same (.5). | 4.60 |
| 11/17/11 | SJW | 0012 | Communications with R. Presa regarding notice of hearing on Elektrobit claim objection. | 0.20 |
| 11/17/11 | RJP | 0012 | Draft and revise notice of hearing on Elektrobit claim objection (2); confer w/S. Woodell (.1), (.1) and communication to J. Newdeck (.1), (.1), (.1) S. Schultz (.1) regarding same; communication to D. Krasa-Berstel regarding filing of same (.1); corresp. w/counsel for Preferred Shareholders regarding exhibits to Elektrobit claim objection (.2); call w/D. Brandon regarding Elektrobit claims objections filed by Debtors and Preferreds (.1); research legal issues in connection w/Elektrobit claim (.5). | 3.50 |
| 11/18/11 | MAG | 0012 | Create binder of all pleadings relevant to Elektrobit Claims Objection 58 per R. Presa (2.0) | 2.00 |
| 11/21/11 | MAG | 0012 | Create binders of all Elektrobit Claims Objections responses and Objections and all other related Pleadings (2.0); Create index re: same and distribute to team (2.0). | 4.00 |
| 11/21/11 | RJP | 0012 | Review Jefferies amended POCs, disclosure statement objection, and claims objection filed by debtors (.6); communications to R. Cohen (.1) and R. Donohue (.1) regarding same; draft email to R. Donohue summarizing status of claim (.2). | 1.00 |
| 11/21/11 | MDW | 0012 | Retrieve and prepare proofs of claim for R. Presa. | 0.80 |
| 11/22/11 | SLS | 0012 | Telephone call with Akin attorneys regarding Jefferies claim objection (.6) | 0.60 |
| 11/22/11 | RJD | 0012 | Numerous internal correspondence regarding discovery in connection with Elektrobit claim objection (.10, .10, .20, .30) | 0.70 |
| 11/28/11 | RJP | 0012 | Correspondence to R. Donohue regarding discovery requests to Elektrobit (.1). | 0.10 |
| 11/29/11 | RJP | 0012 | Correspondence to R. Donohue regarding discovery requests (.1). | 0.10 |
| 11/08/11 | JLS | 0017 | Review and respond to correspondence regarding deposition of Aldo Perez (.2); Confer with Akin Gump attorneys regarding deposition of Aldo Perez (.2); Review and analyze arguments and documents in connection with Elektrobit claim objection (1.7); Prepare for and participate in phone call regarding Elektrobit claim objection (1.2); Analyze issues in connection with Elektrobit claim objection(.3); Review and respond to correspondence regarding stipulated facts (.2); Review reply brief in support of reconsideration motion (.6). | 4.40 |
| 11/30/11 | JLS | 0017 | Review and respond to correspondence regarding discovery issues (.4). | 0.40 |
| 11/08/11 | HBJ | 0018 | Follow-up correspondence to S Schultz re ownership change questionnaires. | 0.20 |
| 11/09/11 | HBJ | 0018 | Reviewing tax attribute carry forward schedules. | 0.20 |
| 11/10/11 | HBJ | 0018 | Call with S Tarrant at Deloitte re tax attributes on emergence. | 0.20 |
| 11/15/11 | SLN | 0018 | Review restructuring chart with respect to tax attributes. | 0.60 |
| 11/01/11 | SJW | 0021 | Review and revise exclusivity motion. | 0.70 |
| 11/08/11 | SLS | 0021 | Review motion to extend exclusivity(.5); telephone conference with M. Snyder regarding same (.1) | 0.60 |
| 11/10/11 | SJW | 0021 | Review and revise exclusivity motion. | 0.60 |
| 11/11/11 | JFN | 0021 | Communications re exclusivity motion. | 0.20 |

TERRESTAR NETWORKS  
Bill Number: 1400421

Page 13  
12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/11/11 | SJW | 0021 | Draft correspondence to preferreds regarding exclusivity motion (.2). | 0.20 |
| 11/14/11 | BRK | 0021 | File Exclusivity motion. | 0.60 |
| 11/14/11 | SJW | 0021 | Review and finalize exclusivity motion (.4); communications with chambers regarding bridge order (.1, .1); supervise filing of motion (.1). | 0.70 |
| 10/09/11 | TWD | 0022 | Review TSC pref issues. | 1.00 |
| 11/01/11 | JLS | 0022 | Review correspondence regarding document production (.1). | 0.10 |
| 11/01/11 | SLS | 0022 | Participate in call with Akin and Blackstone regarding TSC notes (.4); telephone call with M. Snyder regarding resolution of EB disclosure statement objection (.2). | 0.60 |
| 11/01/11 | JFN | 0022 | Call with GCG and S. Woodell re service/solicitation issues and follow-up re same (.7); confer with S. Woodell (.1). | 0.80 |
| 11/01/11 | CT | 0022 | Prepare case documents for production with respect to EB. | 4.60 |
| 11/01/11 | RJD | 0022 | Communications to J. Sorkin and R. Presa regarding Elektrobit discovery (.10, .20, .20); further internal correspondence regarding same (.30, .20, .30); Manage and coordinate document collection and review in preparation for rolling document production (1.90); Teleconferences with counsel for preferred shareholders regarding same (.10, .10, .10). | 3.50 |
| 11/01/11 | SJW | 0022 | Coordinate call with J. Swarts regarding disclosure statement objections (.1); call with J. Newdeck and GCG regarding solicitation issues (.7); call with working group and Blackstone regarding new TSC note (.3); revise plan and disclosure statement timeline (.3). | 1.40 |
| 11/01/11 | RJP | 0022 | Coordinate production of documents to Elektrobit(.4); corresp. to Elektrobit (.3) and Preferreds (.1) regarding same; calls w/R. Donohue regarding same (.1), (.1); numerous calls and corresp. w/eDiscovery (.1), (.1) and paralegals (.2) regarding document review logistics. | 1.40 |
| 11/01/11 | RS | 0022 | Prepare and circulate FTP link of document production to parties requested by R. Presa. | 0.80 |
| 11/01/11 | JEK | 0022 | Prepare and assemble key document files in connection with Elektrobit production. | 1.30 |
| 11/02/11 | JLS | 0022 | Review and respond to correspondence regarding Elektrobit discovery (.2); Confer with Akin Gump attorneys regarding discovery (.3). | 0.50 |
| 11/02/11 | SLS | 0022 | Communication to A. Preis regarding plan related matters (.2); telephone call with M. Snyder regarding same (.1); communication to working group regarding note term sheet call (.2). | 0.50 |
| 11/02/11 | JFN | 0022 | Review revised plan dates/timeline (.2, .2); correspondence re same (.2). | 0.60 |
| 11/02/11 | SJW | 0022 | Revise plan timeline (.5). | 0.50 |
| 11/02/11 | SJW | 0022 | Communication to S. Schultz regarding GCG invoice, solicitation issues, and other timeline matters (.2); review claims register and correspondence from GCG regarding solicitation issues (.8). | 1.00 |
| 11/02/11 | RJP | 0022 | Review and analyze documents in connection w/Elektrobit discovery requests (1.6); liaise w/EDiscovery regarding same (.2); manage and coordinate partner review of documents (.3). | 2.10 |
| 11/02/11 | EYP | 0022 | Supervise document review for EB discovery and related calls. | 2.00 |
| 11/02/11 | JBS | 0022 | Review of Blackstone mark-up of term sheet and review of T-3. | 0.80 |
| 11/03/11 | SLS | 0022 | Telephone call with Akin working group regarding note term sheet (.8); telephone call with CJ Brown regarding same (.2); telephone call with J. Swarts and Akin working group regarding Swarts disclosure statement objection (.8); related follow-up call with Akin working group (.1). | 1.90 |
| 11/03/11 | JFN | 0022 | Review notes term sheet and call re same (.7); revise term sheet (.2, .1); call re DS with Swarts (.8); follow-up call (.1). | 1.90 |
| 11/03/11 | RAT | 0022 | Participating in conference with TSC team regarding revised term sheet (.8) and reviewing the Wachtell draft against our markup in advance of the meeting (.7). | 1.50 |
| 11/03/11 | MAG | 0022 | Create binder of Blackstone Electronic documents for J. Sorkin in connection with Elektrobit, per R. Presa (4.0) | 4.00 |
| 11/03/11 | CT | 0022 | Prepare case documents for attorney review in connection with Elektrobit production. | 4.80 |

TERRESTAR NETWORKS                                                    Page 14
Bill Number: 1400421                                                  12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/03/11 | RJD | 0022 | Review and analyze documents in connection with Elektrobit discovery (1.50); communications to J. Sorkin and R. Presa regarding same (.30, .20, .30); further internal correspondence regarding same (.10, .20, .20); Manage and coordinate document collection and review in preparation for rolling document production (1.90); Teleconferences with counsel for preferred shareholders regarding same (.10, .10, .10). | 5.00 |
| 11/03/11 | SJW | 0022 | Call with corporate team regarding TSC note term sheet (.3); review and revise proposed disclosure statement language from DOJ (.4); call with Chambers regarding potential hearing dates (.1); revise plan timeline based on proposed dates (.8); call with J. Swarts regarding DS objections (.8); follow up call with working group (.3); follow up correspondence with D. Brandon (.3) regarding questions raised during call; draft email to Swarts regarding the same (.4). | 3.30 |
| 11/03/11 | RJP | 0022 | Coordinate production of documents in connection w/Elektrobit discovery requests (1.3); calls and corresp. w/eDiscovery regarding same (.2), (.1), (.2) review and analyze documents (2.0) manage and coordinate partner review of documents (.5). | 4.30 |
| 11/03/11 | EYP | 0022 | Call with Swarts re DS (.8) and related follow up call with working group (.2). | 1.00 |
| 11/03/11 | MAF | 0022 | Review Plan and Swarts POC. | 0.20 |
| 11/03/11 | JBS | 0022 | Teleconference with Akin team regarding Blackstone's proposed term sheet. | 0.40 |
| 11/03/11 | RS | 0022 | Post password protected zip file containing potentially responsive documents onto Akin Gump's FTP site, as per R. Presa's request, in anticipation of sharing the data with co-counsel. | 0.20 |
| 11/04/11 | JLS | 0022 | Confer with Akin Gump attorneys regarding Elektrobit document review and production (.5). | 0.50 |
| 11/04/11 | SLS | 0022 | Telephone call with M. Snyder regarding plan status (.1); telephone call with J. Liou regarding same (.1). | 0.20 |
| 11/04/11 | CT | 0022 | Prepare case documents for attorney review in connection with Elektrobit production. | 1.40 |
| 11/04/11 | RJP | 0022 | Coordinate production (.4); review and analyze documents (2.8); numerous calls (.2), (.2), (.1) and corresp. (.2), (.1), (.2), (.1) w/eDiscovery regarding document production; communications to J. Sorkin regarding same (.4). | 4.70 |
| 11/07/11 | SLS | 0022 | Preparation for disclosure statement hearing (.2); review preferreds stipulated facts related to disclosure statement objection (.2); communications to with A. Preis regarding plan related issues (.3) | 0.70 |
| 11/07/11 | JFN | 0022 | Emails re note term sheet (.2); follow-up re same (.1). | 0.30 |
| 11/07/11 | RJD | 0022 | Numerous communications to J. Sorkin and R. Presa regarding Elektrobit discovery (.10, .20, .30); further internal correspondence regarding same (.10, .20, .30); Manage and coordinate document collection and review in preparation for rolling document production (1.10). | 2.30 |
| 11/07/11 | RJP | 0022 | Manage and coordinate document review/production. | 0.50 |
| 11/07/11 | EYP | 0022 | Call with Wachtell and related follow up regarding plan. | 0.60 |
| 11/07/11 | JBS | 0022 | Updating indenture to reflect current draft of term sheet. | 4.70 |
| 11/08/11 | JLS | 0022 | Review and respond to correspondence regarding disclosure statement hearing (.2). | 0.20 |
| 11/08/11 | TWD | 0022 | Email to C. Bjornson re: status of comments on short form narrative exhibit (.20) telephone call from C. Bjornson re: same (.20); multiple email correspondence with D. Brandon re: FCC meeting date (.30). | 0.60 |
| 11/08/11 | JFN | 0022 | Emails re notes term sheet. | 0.20 |
| 11/08/11 | RJP | 0022 | Manage and coordinate document review and production in connection w/Elektrobit discovery requests. | 0.40 |
| 11/08/11 | EYP | 0022 | Prep for (.5) call with DOJ (.4) and related follow up (.1). | 1.00 |
| 11/08/11 | EYP | 0022 | Correspondence with Blackstone and related discussions regarding | 0.30 |

TERRESTAR NETWORKS　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 15
Bill Number: 1400421　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　12/16/11

| Date | Tkpr | Task | Notes. | Hours |
|---|---|---|---|---|
| 11/08/11 | JBS | 0022 | Reviewing revised indenture. | 0.80 |
| 11/09/11 | JLS | 0022 | Phone call with Blackstone regarding Elektrobit discovery (.4); Review documents in connection with discovery (.8). | 1.20 |
| 11/09/11 | JLS | 0022 | Review and respond to correspondence regarding deposition (.2); Review and respond to correspondence regarding reply brief in connection with examiner motion (.1). | 0.30 |
| 11/09/11 | SLS | 0022 | Conference call with Akin and Blackstone teams regarding revised notes terms sheet (.4). | 0.40 |
| 11/09/11 | ISD | 0022 | Review settlement issues re: TSC documents. | 5.20 |
| 11/09/11 | SJW | 0022 | Draft notice of adjournment of disclosure statement hearing. | 0.40 |
| 11/10/11 | JLS | 0022 | Review correspondence regarding Elektrobit discovery and analyze discovery issues. | 0.20 |
| 11/10/11 | BRK | 0022 | File Notice of Adjournment of Hearing on Disclosure Statement Motion (.4); coordinate with D. Krasa-Berstel regarding chamber copy (.2). | 0.60 |
| 11/10/11 | JFN | 0022 | DS communications (.1); call with J. Smith re notes issues (.8). | 0.90 |
| 11/10/11 | RAT | 0022 | Communication to S. Schultz regarding notes. | 0.20 |
| 11/10/11 | SJW | 0022 | Coordinate filing, service and delivery of notice of adjournment of disclosure statement hearing, including communications with paralegals and GCG (.4); prepare list of all claimants receiving notes under TSC plan (.8). | 1.20 |
| 11/10/11 | JBS | 0022 | Teleconference with J. Newdeck to review T-3 and required information. | 0.90 |
| 11/11/11 | SLS | 0022 | Telephone call with working group regarding filing of T-3 (.9); review proposed revisions to disclosure statement (.3). | 1.20 |
| 11/11/11 | JFN | 0022 | Call with working group TSC notes (.9); follow-up re same (.3); review issues (.2). | 1.10 |
| 11/11/11 | RAT | 0022 | Participating in conference with TSC team regarding comments from preferred stockholder counsel regarding converting to a 4(2) private placement (.9); discussing securities law analysis (.1); and communication to R. Parks regarding same (.1); reviewing Form T-3 requirements (.1). | 1.20 |
| 11/11/11 | SJW | 0022 | Attend call with S. Schultz, J. Newdeck and R. Testani regarding TSC notes (partial). | 0.60 |
| 11/12/11 | EYP | 0022 | Review and revise TSC settlement docs. | 2.00 |
| 11/14/11 | JBS | 0022 | Reviewed TIA and Form T-3 for disclosure requirements. | 0.80 |
| 11/15/11 | SJW | 0022 | Correspondence to Blackstone regarding professional fees for exit financing projections (.1); work on chart re same (.3); communications to B. Kemp re same (.2); further communications with Blackstone re same (.2). | 0.80 |
| 11/16/11 | JLS | 0022 | Confer with Akin Gump attorneys regarding discovery issues in connection with Elektrobit requests (.3). Phone call with counsel to Elektrobit regarding discovery (.2). | 0.50 |
| 11/17/11 | RJD | 0022 | Numerous communications to J. Sorkin and R. Presa regarding Elektrobit discovery (.50); internal correspondence regarding same (.50); Manage and coordinate document collection and review in preparation for continued rolling document production (.50) | 1.50 |
| 11/18/11 | JLS | 0022 | Confer with Akin Gump attorneys regarding discovery issues in connection with Elektrobit requests (.5). | 0.50 |
| 11/18/11 | JFN | 0022 | Communications re note term sheet. | 0.20 |
| 11/18/11 | RJD | 0022 | Conference with R. Presa regarding discovery in connection with Elektrobit claim (.7); Internal correspondence regarding same (.4). | 1.10 |
| 11/18/11 | RJP | 0022 | Meet w/R. Donohue to discuss Elektrobit discovery issues. | 0.70 |
| 11/21/11 | RJP | 0022 | Draft and revise annotated discovery responses summarizing discovery activities and documents produced (1.2). | 1.50 |
| 11/22/11 | RJD | 0022 | Conference with R. Presa regarding Elektrobit discovery in connection with disclosure statement (.60); Internal correspondence regarding same | 4.00 |

TERRESTAR NETWORKS  
Bill Number: 1400421

Page 16  
12/16/11

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.10, .20, .20); Review and analyze documents (1.80); Teleconference with Blackstone regarding same (1.10) | |
| 11/22/11 | SJW | 0022 | Revise plan and disclosure statement timeline. | 0.90 |
| 11/22/11 | RJP | 0022 | Teleconf. w/Blackstone to discuss Elektrobit subpoena and document requests (1.3); conference with R. Donohue regarding Elektrobit discovery (.7); update record of Debtors' responses to Elektrobit discovery (.6). | 2.60 |
| 11/23/11 | SLS | 0022 | Review Blackstone revisions to note term sheet (.2). | 0.20 |
| 11/23/11 | RAT | 0022 | Participating in internal conferences regarding status of deal and T-3 question. | 0.20 |
| 11/23/11 | RJD | 0022 | Numerous internal communications regarding Elektrobit discovery in connection with disclosure statement (.10, .20, .20, .10, .30); Correspondence with Blackstone regarding same (.30) | 1.20 |
| 11/23/11 | RJP | 0022 | Draft email to Elektrobit regarding status of discovery (.4); correspondence to w/R. Donohue and J. Sorkin regarding same (.1); multiple corresp. to C. Reyes regarding TerreStar documents (.1), (.1); review TerreStar board minutes for production to Elektrobit (.2); corresp. to A. Preis and S. Schultz regarding same (.1). | 1.00 |
| 11/23/11 | JBS | 0022 | Attention to correspondence on T-3 call and TIA inquiry from R. Testani. | 0.60 |
| 11/28/11 | SLS | 0022 | Telephone call with M. Snyder regarding note term sheet (.2); telephone call with CJ Brown regarding same (.2) | 0.40 |
| 11/28/11 | RJD | 0022 | Communications to J. Sorkin and R. Presa regarding Elektrobit discovery in connection with disclosure statement (.50); further internal correspondence regarding same (.10, ..30, .10); Review and analyze documents (1.30); call with R. Presa regarding same (.2). | 2.50 |
| 11/28/11 | SJW | 0022 | Communications to S. Schultz (.1, .1) and coordinate call with preferreds re T-3 (.1). | 0.30 |
| 11/28/11 | RJP | 0022 | Manage and coordinate discovery in response to Elektrobit requests (.3); call w/R. Donohue regarding same (.2); corresp. to M.Gyure (.1) and C. Torres (.1), (.1) regarding document review. | 0.80 |
| 11/29/11 | SLS | 0022 | Telephone call with M. Snyder regarding plan term sheet (.1); communication to A. Preis regarding same (.1). | 0.20 |
| 11/29/11 | MAG | 0022 | Create 2 binder sets of documents for J. Sorkin review related to Elektrobit discovery (1.5). Separate and chron documents re: Blackstone and FTP. (.5) | 2.00 |
| 11/29/11 | RJD | 0022 | Review and analyze deposition subpoenas to 1.4 Holdings and Blackstone (.80); Draft and edit responses to same (2.10); Internal correspondence to J. Sorkin and R. Presa regarding same (.30); Internal correspondence regarding Elektrobit discovery in connection with disclosure statement (.50) | 3.70 |
| 11/29/11 | RJP | 0022 | Corresp. to M. Gyure (.1) and C. Torres (.1), (.1) regarding document review and production. | 0.30 |
| 11/30/11 | MAG | 0022 | Create binder and index of all post Oct. 2010 TSC Board Minutes in connection with Elektrobit discovery. | 1.00 |
| 11/30/11 | RJD | 0022 | Internal correspondence regarding Elektrobit discovery in connection with disclosure statement (.10, .30, .20); Numerous teleconferences with R. Presa regarding same (.10, .30); Review and analyze documents (.70) | 1.70 |
| 11/30/11 | SJW | 0022 | Correspondence to S. Schultz (.1) and TSN team (.1) regarding terms of Sprint settlement with respect to TSC plan and disclosure statement; review and revise disclosure statement (.6); communications with Blackstone regarding disclosure statement objection chart (.2). | 1.00 |
| 11/30/11 | RJP | 0022 | Multiple confs. w/R. Donohue regarding Elektrobit discovery (.1), (.3); corresp. to D. Brandon and Z. Wittenburg regarding same (.1), (.1). | 0.60 |
| 11/11/11 | RWP | 0024 | Telephone call regarding disclosures; T-3 and private placement issues. | 0.30 |
| 11/14/11 | SLS | 0025 | Travel from Dallas to NY (Actual time - 4.0) | 2.00 |
| 11/14/11 | SJW | 0025 | Travel from Dallas to NY. (Actual time - 3.1) | 1.55 |

TERRESTAR NETWORKS                                                                      Page 17
Bill Number: 1400421                                                                    12/16/11

---

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/15/11 | JFN | 0025 | Travel to New York. (Actual time - 2.5) | 1.25 |
| 11/16/11 | JLS | 0025 | Travel to/from hearing on motion for reconsideration (1.4). (Actual time - 1.4) | 0.70 |
| 11/16/11 | SLS | 0025 | Travel to and from hearing. (Actual time - 1.0 ) | 0.50 |
| 11/16/11 | JFN | 0025 | Travel to and from hearing (2.0). (Actual time - 2.0) | 1.00 |
| 11/16/11 | SJW | 0025 | Travel to (.8) and from (.8) TSC hearing. (Actual time - 1.6) | 0.80 |
| 11/16/11 | RJP | 0025 | Travel to and from hearing on reconsideration of examiner motion. (Actual time - .8) | 0.40 |
| 11/17/11 | SLS | 0025 | Return travel from New York (Actual time - 5.0). | 2.50 |
| 11/17/11 | JFN | 0025 | Travel to DC. (Actual time - 3.0) | 1.50 |
| 11/17/11 | SJW | 0025 | Travel from NY to Dallas. (Actual time - 4.7) | 2.35 |

                                                    Total Hours                         628.15

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| T W DAVIDSON | 1.60 | at | $705.00 | = | $1,128.00 |
| H B JACOBSON | 0.60 | at | $740.00 | = | $444.00 |
| R W PARKS | 0.30 | at | $895.00 | = | $268.50 |
| I S DIZENGOFF | 5.20 | at | $975.00 | = | $5,070.00 |
| R A TESTANI | 3.10 | at | $910.00 | = | $2,821.00 |
| J L SORKIN | 37.10 | at | $650.00 | = | $24,115.00 |
| S L SCHULTZ | 51.10 | at | $700.00 | = | $35,770.00 |
| A PREIS | 36.30 | at | $700.00 | = | $25,410.00 |
| J F NEWDECK | 31.45 | at | $625.00 | = | $19,656.25 |
| S L NAEGEL | 1.30 | at | $440.00 | = | $572.00 |
| R J DONOHUE | 74.80 | at | $535.00 | = | $40,018.00 |
| S J WOODELL | 99.40 | at | $335.00 | = | $33,299.00 |
| L ZAHRADKA | 20.50 | at | $360.00 | = | $7,380.00 |
| R A COHEN | 0.50 | at | $360.00 | = | $180.00 |
| R J PRESA | 89.30 | at | $360.00 | = | $32,148.00 |
| D A KAZLOW | 29.70 | at | $510.00 | = | $15,147.00 |
| J H BELL | 21.60 | at | $535.00 | = | $11,556.00 |
| A L BLAYLOCK | 0.90 | at | $550.00 | = | $495.00 |
| J B SMITH | 9.00 | at | $535.00 | = | $4,815.00 |
| C TORRES | 10.80 | at | $225.00 | = | $2,430.00 |
| R STANCUT | 1.00 | at | $225.00 | = | $225.00 |
| B R KEMP | 18.00 | at | $210.00 | = | $3,780.00 |
| D KRASA-BERSTELL | 6.00 | at | $230.00 | = | $1,380.00 |
| M A GYURE | 58.50 | at | $250.00 | = | $14,625.00 |
| M A FOLEY | 1.70 | at | $185.00 | = | $314.50 |
| D R CADET | 2.20 | at | $200.00 | = | $440.00 |
| M D WEIN | 0.80 | at | $195.00 | = | $156.00 |
| J E KRANE | 1.30 | at | $195.00 | = | $253.50 |
| J A SAMPER | 12.10 | at | $210.00 | = | $2,541.00 |
| L W LANPHEAR | 1.20 | at | $215.00 | = | $258.00 |
| S A FENER | 0.80 | at | $190.00 | = | $152.00 |

                    Current Fees                                                $286,847.75

FOR COSTS ADVANCED AND EXPENSES INCURRED:
    Computerized Legal Research - Lexis                    $344.70

TERRESTAR NETWORKS  
Bill Number: 1400421

Page 18  
12/16/11

| | |
|---|---:|
| Computerized Legal Research - Westlaw | $3,976.80 |
| Courier Service/Messenger Service- Off Site | $79.25 |
| Duplication - In House | $1,528.00 |
| Filing Fees | $200.00 |
| Meals - Business | $291.91 |
| Meals (100%) | $277.75 |
| Postage | $1.08 |
| Audio and Web Conference Services | $98.19 |
| Travel - Airfare | $5,085.80 |
| Travel - Ground Transportation | $615.42 |
| Travel - Lodging (Hotel, Apt, Other) | $2,329.95 |
| Travel - Parking | $58.00 |
| Travel - Telephone & Fax | $20.72 |
| Travel - Train Fare | $4.50 |

**Current Expenses**  $14,912.07

**Total Amount of This Invoice**  $301,759.82

**Prior Balance Due**  $469,790.95

**Total Balance Due Upon Receipt**  $771,550.77