Objection Deadline: May 21, 2013 at 4:00 p.m. (prevailing Eastern Time)
Hearing Date: June 5, 2013 at 2:00 p.m. (prevailing Eastern Time)

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the Reorganized TSC Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRESTAR CORPORATION, *et al.*,[1] | ) | Case No. 11-10612 (SHL) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF FINAL FEE APPLICATION

**PLEASE TAKE NOTICE** that, on April 22, 2013, Akin Gump Strauss Hauer & Feld

LLP ("***Akin Gump***") filed the *Fifth Interim and Final Fee Application of Akin Gump Strauss*

*Hauer & Feld LLP for Final Allowance of Compensation and Reimbursement of Expenses for*

*the Period from February 16, 2011 Through March 7, 2013* (the "***Application***"). Pursuant to the

*Order Directing that Certain Orders in the Chapter 11 Cases of TerreStar Networks Inc., et al.*

*Be Made Applicable to the Chapter 11 Cases of TerreStar Corporation and TerreStar Holdings*

*Inc. Nunc Pro Tunc to the Petition Date*, dated February 23, 2011 [Docket No. 13] (the

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer identification number, are: (a) TerreStar Corporation [6127] ("***TSC***") and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***"); and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and, collectively with the February Debtors, the "***TSC Debtors***").

"*Applicability Order*"), Akin Gump is seeking final allowance of 100% of its fees ($6,803,458.50) and reimbursement of 100% of its expenses ($237,342.29) relating to services rendered during the period from February 16, 2011 through March 7, 2013 (the "*Final Fee Period*") and payment of all unpaid amounts on account of fees withheld ($532,080.40) during the Final Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Applicability Order, any response to the Application must be in writing and served upon: (i) TerreStar Corporation, 344 Maple Avenue West, #275, Vienna, Virginia 22180, Attn: Doug Brandon, Esq.; (ii) counsel to the TSC Debtors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Ira S. Dizengoff, Esq. and Arik Preis, Esq., and 1700 Pacific Avenue, Suite 4100, Dallas, Texas, 75201, Attn: Sarah Link Schultz, Esq.; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Susan D. Golden, Esq.; (iv) Weil, Gotshal & Manges LLP as counsel to Harbinger Capital Partners, LLC and certain of its managed and affiliated funds, 767 Fifth Avenue, New York, New York 10153, Attn: Debra A. Dandeneau and Ronit Berkovich; (v) Richards Kibbe & Orbe LLP as counsel to West Face Long Term Opportunities Global Master L.P., One World Financial Center, New York, New York 10281-1003, Attn: Michael Friedman; (vi) Wachtell, Lipton, Rosen & Katz as counsel to Highland Capital Management, L.P. and certain of its managed and affiliated funds and as counsel to the agent for the TSC Debtors' post-petition debtor-in-possession financing, 51 West 52nd Street, New York, New York 10019, Attn: Scott K. Charles and Alexander B. Lees; (vii) Quinn Emanuel Urquhart & Sullivan, LLP as counsel to Solus Alternative Asset Management, L.P. and counsel to OZ Management LP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Scott C.

104137877

Shelley and Daniel Holzman; and (viii) NexBank, SSB, 13455 Noel Road, 22nd Flr., Dallas, Texas 75240 as administrative agent under the Bridge Loan and as agent for the TSC Debtors' post-petition debtor-in-possession financing, Attn: Jeff Scott, in each case **so as to be received no later than May 21, 2013 at 4:00 p.m. (ET)** (the "*Objection Deadline*").

      **PLEASE TAKE FURTHER NOTICE** that, if no responses are timely filed with respect to the Application by the Objection Deadline, in accordance with the Applicability Order, the reorganized TSC Debtors are authorized and directed to promptly pay the amounts requested in the Application.

New York, New York
Dated: April 22, 2013

/s/ *Ira S. Dizengoff*
_____
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the Reorganized TSC Debtors*

3

**Objection Deadline: May 21, 2013 at 4:00 p.m. (prevailing Eastern Time)**
**Hearing Date: June 5, 2013 at 2:00 p.m. (prevailing Eastern Time)**

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the Reorganized TSC Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TERRESTAR CORPORATION, *et al.*,[1] | Case No. 11-10612 (SHL) |
| Reorganized Debtors. | Jointly Administered |

**FIFTH INTERIM AND FINAL FEE APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 16, 2011 THROUGH MARCH 7, 2013**

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | TSC Debtors[2] |
| Date of Retention: | November 17, 2010 (*nunc pro tunc* to October 19, 2010) with respect to the Other TSC Debtors; March 9, 2011 (*nunc pro tunc* to February 16, 2011) with respect to the February Debtors |

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer identification number, are: (a) TerreStar Corporation [6127] ("*TSC*") and TerreStar Holdings Inc. [0778] (collectively, the "*February Debtors*"); and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "*Other TSC Debtors*" and, collectively with the February Debtors, the "*TSC Debtors*").

[2] Capitalized terms used but not defined in this summary shall have the meanings ascribed to such terms in the body of this Application.

104137877

Period for which Compensation
and Reimbursement is sought:        On an interim basis: July 1, 2012 through March 7, 2013;
                                    On a final basis: February 16, 2011 through March 7, 2013

Amount of Compensation sought
as actual, reasonable, and necessary: $1,313,543.50 (July 1, 2012 through March 7, 2013);
                                      $6,803,458.50 (February 16, 2011 through March 7, 2013)

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary: $54,665.79 (July 1, 2012 through March 7, 2013);
                                      $237,342.29 (February 16, 2011 through March 7, 2013)

Total compensation and reimbursement for expenses previously awarded:

| Time Period | Fees | Expenses | Status |
|---|---|---|---|
| First Interim Fee Application: February 16, 2011 through May 31, 2011 | $559,071.50 | $17,063.34 | Approved on an interim basis. Pursuant to the First Interim Fee Order and the Second Interim Fee Order, Akin Gump has received 100% of fees and expenses awarded. |
| Second Interim Fee Application: June 1, 2011 through September 30, 2011 | $1,210,631.75 | $18,181.92 | Approved on an interim basis. Pursuant to the Second Interim Fee Order and the Third Interim Fee Order, Akin Gump has received 100% of fees and expenses awarded. |
| Third Interim Fee Application: October 1, 2011 through February 29, 2012 | $2,602,915.25 | $102,634.76 | Approved on an interim basis. Pursuant to the Third Interim Fee Order and the Fourth Interim Fee Order, Akin Gump has received 100% of fees and expenses awarded. |
| Fourth Interim Fee Application: March 1, 2012 through June 30, 2012 | $1,117,296.50 | $44,796.48 | Approved on an interim basis. Pursuant to the Fourth Interim Fee Order, Akin Gump has received 80% of fees and 100% of expenses awarded. |
| Fifth Interim Fee Application: July 1, 2012 through March 7, 2013 | $1,313,543.50 | $54,665.79 | Pending. Pursuant to the Interim Compensation Order, Akin Gump has received 80% of the fees and 100% of expenses requested in the Monthly Fee Statements. Akin Gump has not yet received fees or expenses for the period from March 1, 2013 through March 7, 2013, because this Application is the first request for payment of such fees and expenses. |
| Total | $6,803,458.50 | $237,342.29 | |

# TABLE OF CONTENTS

**Page**

I.      PRELIMINARY STATEMENT ................................................................. 1

II.     RELIEF REQUESTED .......................................................................... 3

III.    JURISDICTION AND VENUE ............................................................... 3

IV.     GENERAL BACKGROUND ................................................................... 3

V.      PRIOR INTERIM FEE PERIODS ........................................................... 6

VI.     SUMMARY OF SERVICES RENDERED ................................................ 11

 A.     Fifth Interim Period ......................................................................... 12

 B.     Final Fee Period .............................................................................. 13

 C.     Summary of Services Rendered by Category ...................................... 14

        (i)     Case Administration ............................................................... 14

                (a)     Examiner Requests ...................................................... 15

                (b)     Standing Request ......................................................... 17

        (ii)    Preparation of Monthly Billing Statements/Other Professionals' Monthly Billing Statements ...................................................................................... 17

        (iii)   Review and Analysis of Financial Reports, Schedules, Statements ..................... 19

        (iv)    Retention of Professionals ...................................................... 19

        (v)     Court Hearings ..................................................................... 21

        (vi)    Post-Petition Financing .......................................................... 22

        (vii)   Analysis of Claims ................................................................ 23

                (a)     Sprint Claims ............................................................. 24

                (b)     Jefferies Claims .......................................................... 25

                (c)     TSC Elektrobit Claim .................................................. 25

                (d)     Swarts Claim .............................................................. 27

        (viii)  Litigation Matters ................................................................. 28

        (ix)    Tax Issues ............................................................................ 29

        (x)     Plan and Disclosure Statement ................................................ 30

                (a)     Confirmation and Consummation of the Plan ................... 30

                (b)     Plan-Related Litigation ................................................ 34

VII.    FACTORS TO BE CONSIDERED IN AWARDING ATTORNEYS' FEES ................. 35

VIII.   ALLOWANCE OF COMPENSATION ...................................................... 38

i

104137877

**EXHIBIT A**                                                        Affirmation of Ira S. Dizengoff

**EXHIBIT B**                             Invoices for the Fifth Interim Period

**EXHIBIT C**        Hours and Billing Rate Schedule for the Fifth Interim Period

**EXHIBIT D**       Compensation by Project Category for the Fifth Interim Period

**EXHIBIT E**            Expenses by Category for the Fifth Interim Period

**EXHIBIT F**        Hours and Billing Rate Schedule for the Final Fee Period

**EXHIBIT G**       Compensation by Project Category for the Final Fee Period

**EXHIBIT H**            Expenses by Category for the Final Fee Period

104137877

Akin Gump Strauss Hauer & Feld LLP ("*Akin Gump*"), counsel to the TSC Debtors, hereby files this application (the "*Application*") pursuant to (i) sections 330 and 331 of title 11 of the United States Code (the "*Bankruptcy Code*"), (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), (iii) Rule 2016-1 of the Local Rules of Bankruptcy Procedure for the Southern District of New York (the "*Local Rules*"), (iv) the *Order Establishing Procedures for Interim and Compensation and Reimbursement of Expenses for Professionals* entered on November 17, 2010 (the "*Initial Interim Compensation Order*") made applicable to these cases by the *Order Directing That Certain Orders in the Chapter 11 Cases of TerreStar Networks Inc., et al. Be Made Applicable to the Chapter 11 Cases of TerreStar Corporation and TerreStar Holdings Inc. Nunc Pro Tunc to the Petition Date*, dated February 23, 2011 [Docket No. 13] (the "*Applicability Order*" and, together with the Initial Interim Compensation Order, the "*Interim Compensation Order*"), and (v) the *Findings of Fact, Conclusions of Law and Order Confirming the Joint Chapter 11 plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.* [Docket No. 668] (the "*Confirmation Order*") for final allowance of compensation for services rendered and for reimbursement of expenses incurred during the entirety of the TSC Debtors' chapter 11 cases. In connection therewith, Akin Gump respectfully states as follows:

## I.    PRELIMINARY STATEMENT[1]

1.    This Application is for the final approval and allowance of Akin Gump's fees and expenses for both the Fifth Interim Period and the entire case. It can safely be said that throughout the 22 months that these cases have been pending, these cases have been highly

---

[1] Capitalized terms used but not defined in this Preliminary Statement shall have the meanings ascribed to such terms in the body of this Application.

contentious and that Akin Gump, in conjunction with the TSC Debtors' other professionals, has worked tirelessly on behalf of the TSC Debtors' estates to maximize value for their stakeholders.

2.      The TSC Debtors entered chapter 11 with a pre-negotiated plan of reorganization that was supported by the Preferred Shareholders. Almost immediately, TSC's common shareholders began objecting to the plan because, among other things, the plan provided that TSC's common stock would be cancelled. Certain shareholders also sought the appointment of an equity committee and an examiner to investigate many unsupported allegations. Akin Gump professionals assisted the TSC Debtors in successfully defeating these requests and continue to defend this Court's decisions with respect to such requests in connection with the currently pending appeals to the District Court.

3.      Nearly 14 months after filing for chapter 11 protection, the Spectrum Lease—the TSC Debtors' primary source of revenue—was terminated. Akin Gump professionals and paraprofessionals addressed many issues arising out of the Spectrum Lease termination, including by negotiating and successfully seeking approval of a second $16.5 million postpetition financing facility provided by the Preferred Shareholders, who also committed to provide the TSC Debtors with exit financing for emergence from chapter 11. In addition, Akin Gump prepared and filed the Disclosure Statement Supplement to address, among other things, termination of the Spectrum Lease and the DIP Financing.

4.      Akin Gump professionals and paraprofessionals also focused their efforts on preserving value for the TSC Debtors' estates and their stakeholders by arduously litigating several contentious claim objections, including a $104 million claim asserted by Sprint, a $14 million claim asserted by Jefferies, a $27.9 million claim asserted by Elektrobit, and a $1 million claim asserted by Swarts. Akin Gump's efforts and expertise resulted in value-adding settlements with each of Sprint, Jefferies, and Elektrobit and preserved significant value for the

2

TSC Debtors' stakeholders and maximized distributions for the TSC Debtors' creditors. Accordingly, Akin Gump respectfully submits that its fees and expenses incurred during the Final Fee Period on behalf of, and at the direction of, the TSC Debtors were reasonable, necessary, and integral to the successful conclusion of these cases.

## II.    RELIEF REQUESTED

5.    By this Application, Akin Gump seeks (i) final allowance and award of compensation for professional services rendered to the TSC Debtors for the period February 16, 2011 through March 7, 2013 (the "*Final Fee Period*") in the amount of $6,803,458.50, representing more than 14,000 hours of professional and paraprofessional services, (ii) reimbursement of actual and necessary expenses incurred by Akin Gump during the Final Fee Period in connection with the rendition of such professional and paraprofessional services in the amount of $237,342.29; and (iii) payment of all unpaid amounts on account of fees withheld during the Final Fee Period in accordance with the Interim Compensation Order in the amount of $532,080.40 (the "*Holdback*") and unpaid expenses in the amount of $9,099.90.

## III.    JURISDICTION AND VENUE

6.    This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7.    The bases for the relief requested herein are Bankruptcy Code sections 328, 330 and 331, Bankruptcy Rule 2016, and Local Rule 2016-1.

## IV.    GENERAL BACKGROUND

8.    On October 19, 2010 (the "*October Petition Date*") and February 16, 2011 (the "*Petition Date*"), the Other TSC Debtors,[2] and the February Debtors, respectively, filed petitions

---

[2] Also on October 19, 2010, TerreStar Networks Inc. and certain of its affiliated debtors (collectively, the "*TSN Debtors*," and together with the Other TSC Debtors, the "*October Debtors*") each filed a petition with this

with this Court under chapter 11 of the Bankruptcy Code. During the course of their chapter 11 cases, the TSC Debtors operated their business as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

9.    On October 20, 2010, the Court entered an order providing for the joint administration of the Other TSC Debtors' cases with the chapter 11 cases of TerreStar Networks Inc. and its affiliated debtors and debtors in possession for procedural purposes, styled *In re TerreStar Networks Inc., et al.*, Case No. 10-15446 (SHL). Contemporaneously with the filing of the petitions for the February Debtors on the Petition Date, the Other TSC Debtors requested that their cases be deconsolidated from the case of TerreStar Networks Inc., and the TSC Debtors sought procedural consolidation and joint administration of the chapter 11 cases of the Other TSC Debtors and the February Debtors under the case number of TSC. On February 23, 2011, the Court entered orders amending joint administration of the Other TSC Debtors' chapter 11 cases and providing for the joint administration of the TSC Debtors' cases for procedural purposes, styled *In re TerreStar Corporation, et al.*, Case No. 11-10612 (SHL).

10.    On October 29, 2010, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**TSN Committee**") of the October Debtors.[3] No statutory committee was appointed or designated in the February Debtors' cases.

11.    On November 17, 2010 and March 9, 2011, this Court authorized the Other TSC Debtors and the February Debtors, respectively,[4] to retain Akin Gump to serve as their counsel in

---

Court under chapter 11 of the Bankruptcy Code. As this Court is aware, the TSN Debtors confirmed a chapter 11 plan that became effective on or about March 29, 2012.

[3] The TSN Debtors have confirmed and consummated their chapter 11 plan. Therefore, the TSN Committee is no longer in existence.

[4] The Other TSC Debtors' retention of Akin Gump was approved by the Court *nunc pro tunc* to October 19, 2010, and the February Debtors' retention of Akin Gump was approved by the Court *nunc pro tunc* to February 16, 2011.

104137877

these proceedings pursuant to Bankruptcy Code sections 327(a) and 328(a), Bankruptcy Rule 2014, and the terms set forth in the respective orders authorizing the Other TSC Debtors and the February Debtors to retain Akin Gump.  By orders entered October 20, 2010 and February 23, 2011, the Court authorized the Other TSC Debtors and the February Debtors, respectively, to retain The Garden City Group, Inc. ("*GCG*") as claims agent.  On November 23, 2010 and December 22, 2010, the Court entered interim and final orders, respectively, authorizing the Other TSC Debtors to retain Blackstone Advisory Partners L.P. ("*Blackstone*") as their financial advisor.  On March 23, 2011 and April 26, 2011, the Court entered interim and final orders, respectively, authorizing the February Debtors to retain Blackstone as their financial advisor.  On January 13, 2010 and May 4, 2011, the Court authorized the Other TSC Debtors and the February Debtors, respectively, to retain Deloitte Tax LLP ("*Deloitte*") as their tax services provider.

12.     The TSC Debtors have advised Akin Gump that, to date, they have paid all quarterly fees due to the U.S. Trustee and have filed all required monthly operating reports with the U.S. Trustee.

13.     As stated in the Affirmation of Ira S. Dizengoff, Esq., annexed hereto as Exhibit A, all of the services for which compensation is sought herein were rendered for or on behalf of the TSC Debtors solely in connection with these chapter 11 cases.

14.     Before the Petition Date, at the outset of its retention, Akin Gump received an advance payment retainer from the February Debtors as compensation for professional services to be performed relating to the potential restructuring of the February Debtors' financial obligations and the commencement and administration of these chapter 11 cases and for the reimbursement of reasonable and necessary expenses incurred in connection therewith.  Akin Gump used this advance to credit the February Debtors' account for its charges for professional

104137877

services performed and expenses incurred before the Petition Date. After application of the amounts from the advance for payment of pre-petition professional services and related expenses, the excess amount of approximately $65,000.00 was held as an advance payment retainer (the "*Retainer*"). Akin Gump applied the Retainer to credit the February Debtors' account against its monthly fee statement for December 2011. As a result, the Retainer has been exhausted. There is no agreement or understanding between Akin Gump and any other person (other than members of Akin Gump) for the sharing of compensation to be received for the services rendered in these cases.

15.    On September 11, 2012, the TSC Debtors filed the solicitation version of the Plan (as defined below) [Docket No. 614]. On October 24, 2012, the Court entered the Confirmation Order. On March 7, 2013, the Plan became effective (the "*Effective Date*") and on March 11, 2013, the TSC Debtors filed the *Notice of (A) The Occurrence of the Effective Date Under the Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.; (B) Administrative Claim Bar Date; and (C) Deadline for Professionals To File Final Fee Applications* [Docket No. 734]. Pursuant to such notice, Akin Gump has chosen to file one combined application for the Fifth Interim Period and the Final Fee Period by April 22, 2013.

### V.    PRIOR INTERIM FEE PERIODS

16.    On July 15, 2011, Akin Gump filed the *First Interim Application of Akin Gump Strauss Hauer & Feld LLP for Approval and Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from February 16, 2011 Through May 31, 2011* [Docket No. 129] (the "*First Interim Fee Application*") seeking interim allowance of compensation for services rendered in the aggregate amount of $559,071.50 and for

6

104137877

reimbursement of actual and necessary expenses in connection therewith in the amount of $17,063.34. On August 29, 2011, the Court entered an order [Docket No. 178] (the "*First Interim Fee Order*") granting the relief requested in the First Interim Fee Application and allowing Akin Gump $447,257.20 in fees and $17,063.34 in expense reimbursement. As a result, Akin Gump has received 100% of the fees and expenses requested in the First Interim Fee Application.[5]

17.    On November 14, 2011, Akin Gump filed the *Second Interim Application of Akin Gump Strauss Hauer & Feld LLP for Approval and Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from June 1, 2011 Through September 30, 2011* [Docket No. 267] (the "*Second Interim Fee Application*") seeking interim allowance of compensation for services rendered in the aggregate amount of $1,210,631.75 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $18,181.92. On December 27, 2011, the Court entered an order [Docket No. 311] (the "*Second Interim Fee Order*") granting the relief requested in the Second Interim Fee Application and allowing Akin Gump $1,210,631.75 in fees and $18,181.92 in expense reimbursement. As a result, Akin Gump has received 100% of fees and expenses requested in the Second Interim Fee Application.[6]

18.    On April 11, 2012, Akin Gump filed the *Third Interim Application of Akin Gump Strauss Hauer & Feld LLP for Approval and Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from October 1, 2011 Through February 29, 2012* [Docket No. 461] (the "*Third Interim Fee Application*") seeking interim allowance of compensation for services rendered in the aggregate amount of

---

[5] Pursuant to the Second Interim Fee Order (as defined below), the Court released all court-appointed professionals' awarded interim fees held back pursuant to the First Interim Fee Order.

[6] Pursuant to the Third Interim Fee Order (as defined below), the Court released all court-appointed professionals' awarded interim fees held back pursuant to the Second Interim Fee Order.

104137877

$2,602,915.25 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $102,634.76. On July 9, 2012, the Court entered an order [Docket No. 535] (the "*Third Interim Fee Order*") granting the relief requested in the Third Interim Fee Application and allowing Akin Gump $2,082,332.20 in fees and $102,634.76 in expense reimbursement. As a result, Akin Gump has received payment for 100% of fees and expenses requested in the Third Interim Fee Application.[7]

19.    On September 7, 2012, Akin Gump filed the *Fourth Interim Application of Akin Gump Strauss Hauer & Feld LLP for Approval and Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from March 1, 2012 Through June 30, 2012* [Docket No. 609] (the "*Fourth Interim Fee Application*" and, collectively with the First Interim Fee Application, the Second Interim Fee Application, and the Third Interim Fee Application, the "*Interim Fee Applications*") seeking interim allowance of compensation for services rendered in the aggregate amount of $1,117,296.50 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $45,688.17. On November 19, 2012, the Court entered an order [Docket No. 690] (the "*Fourth Interim Fee Order*") granting the relief requested in the Fourth Interim Fee Application. As a result, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Fourth Interim Fee Application.[8]

20.    On August 20, 2012, Akin Gump filed the *Eighteenth Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from July 1, 2012 Through July 31, 2012* [Docket No. 574] (the "*Eighteenth Monthly Fee Statement*") seeking interim

---

[7] Pursuant to the Fourth Interim Fee Order (as defined below), the Court released all court-appointed professionals' awarded interim fees held back pursuant to the Third Interim Fee Order.

[8] Pursuant to the Fourth Interim Fee Order, the Court held back 20% of all court-appointed professionals' awarded interim fees.

8

allowance of compensation for services rendered in the aggregate amount of $277,782.50 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $8,780.91. Pursuant to the Interim Compensation Order, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Eighteenth Monthly Fee Statement.

21.     On September 20, 2012, Akin Gump filed the *Nineteenth Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from August 1, 2012 Through August 31, 2012* [Docket No. 628] (the "**Nineteenth Monthly Fee Statement**") seeking interim allowance of compensation for services rendered in the aggregate amount of $238,026.00 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $4,482.06. Pursuant to the Interim Compensation Order, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Nineteenth Monthly Fee Statement.

22.     On October 22, 2012, Akin Gump filed the *Twentieth Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from September 1, 2012 Through September 30, 2012* [Docket No. 666] (the "**Twentieth Monthly Fee Statement**") seeking interim allowance of compensation for services rendered in the aggregate amount of $227,605.00 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $9,117.53. Pursuant to the Interim Compensation Order, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Twentieth Monthly Fee Statement.

23.     On November 27, 2012, Akin Gump filed the *Twenty-First Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from October 1, 2012*

104137877

*Through October 31, 2012* [Docket No. 693] (the "**Twenty-First Monthly Fee Statement**") seeking interim allowance of compensation for services rendered in the aggregate amount of $311,920.50 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $14,315.57. Pursuant to the Interim Compensation Order, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Twenty-First Monthly Fee Statement.

24.    On December 20, 2012, Akin Gump filed the *Twenty-Second Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from November 1, 2012 Through November 30, 2012* [Docket No. 704] (the "**Twenty-Second Monthly Fee Statement**") seeking interim allowance of compensation for services rendered in the aggregate amount of $55,083.50 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $2,644.90. Pursuant to the Interim Compensation Order, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Twenty-Second Monthly Fee Statement.

25.    On January 22, 2013, Akin Gump filed the *Twenty-Third Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from December 1, 2012 Through December 31, 2012* [Docket No. 717] (the "**Twenty-Third Monthly Fee Statement**") seeking interim allowance of compensation for services rendered in the aggregate amount of $68,448.50 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $7.84. Pursuant to the Interim Compensation Order, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Twenty-Third Monthly Fee Statement.

104137877

26.     On February 20, 2013, Akin Gump filed the *Twenty-Fourth Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from January 1, 2013 Through January 31, 2013* [Docket No. 728] (the "**Twenty-Fourth Monthly Fee Statement**") seeking interim allowance of compensation for services rendered in the aggregate amount of $30,471.50 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $3,396.31.  Pursuant to the Interim Compensation Order, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Twenty-Fourth Monthly Fee Statement.

27.     On March 20, 2013, Akin Gump filed the *Twenty-Fifth Monthly Application of Akin Gump Strauss Hauer & Feld LLP for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period from February 1, 2013 Through February 28, 2013* [Docket No. 740] (the "**Twenty-Fifth Monthly Fee Statement**")[9] seeking interim allowance of compensation for services rendered in the aggregate amount of $46,815.50 and for reimbursement of actual and necessary expenses in connection therewith in the amount of $2,821.67.  Pursuant to the Interim Compensation Order, Akin Gump has received payment for 80% of fees and 100% of expenses requested in the Twenty-Fifth Monthly Fee Statement.

## VI.    SUMMARY OF SERVICES RENDERED

28.     Since the Petition Date, Akin Gump has rendered professional services to the TSC Debtors as requested and as necessary and appropriate in furtherance of the TSC Debtors' interests.  The variety and complexity of the issues in these chapter 11 cases and the need to act

---

[9] The Eighteenth Monthly Fee Statement, Nineteenth Monthly Fee Statement, Twentieth Monthly Fee Statement, Twenty-First Monthly Fee Statement, Twenty-Second Monthly Fee Statement, Twenty-Third Monthly Fee Statement, Twenty-Fourth Monthly Fee Statement and Twenty-Fifth Monthly Fee Statement are collectively referred to herein as the "***Monthly Fee Statements***."

104137877

or respond to such issues on an expedited basis in furtherance of the TSC Debtors' needs have required the expenditure of substantial time by Akin Gump personnel from numerous legal disciplines, on an as-needed basis.

### A.    Fifth Interim Period

29.    Pursuant to the Interim Compensation Order, Akin Gump seeks final allowance and approval of compensation for professional services rendered to the TSC Debtors during the period from July 1, 2012 through March 7, 2013 (the "*Fifth Interim Period*") in the aggregate amount of $1,313,543.50 and reimbursement of expenses incurred in connection with such services in the aggregate amount of $54,665.79. Akin Gump professionals and paraprofessionals expended a total of 2630.90 hours during the Fifth Interim Period in rendering necessary and beneficial legal services to the TSC Debtors. Akin Gump maintains written records of the time expended by attorneys and paraprofessionals in the rendition of their professional services to the TSC Debtors. Such time records were made contemporaneously with the rendition of services by the person performing such services and in the ordinary course of Akin Gump's practice, and they are presented in a form that is in compliance with the Local Rules and the General Order M-389, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "*Local Guidelines*") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, effective January 30, 1996 (the "*UST Guidelines*," and, collectively with the Local Guidelines, the "*Guidelines*"). A compilation showing the name of the attorney or paraprofessional, the date on which the services were performed, a description of the services rendered, and the amount of time spent in performing the services during the Fifth Interim Period is annexed hereto as Exhibit B. A summary chart of the hours expended by each Akin Gump professional and paraprofessional during the Fifth Interim Period with a billing rate schedule is

12

annexed hereto as <u>Exhibit C</u>.  A summary chart of the services rendered during the Fifth Interim Period organized by project category is annexed hereto as <u>Exhibit D</u>.

30.    Akin Gump also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services, which are also available for inspection.  A schedule of the categories of expenses and amounts in connection with the Fifth Interim Period for which reimbursement is requested is annexed hereto as <u>Exhibit E</u>.

31.    Akin Gump respectfully submits that the professional services it rendered on behalf of the TSC Debtors during the Fifth Interim Period were necessary and appropriate, and have directly contributed to the effective administration of these chapter 11 cases.

**B.    Final Fee Period**

32.    Pursuant to the Interim Compensation Order and the Confirmation Order, by this Application, Akin Gump seeks final allowance and approval of compensation for professional services rendered to the TSC Debtors during the Final Fee Period in the aggregate amount of $6,803,458.50 and reimbursement of expenses incurred in connection with such services in the aggregate amount of $237,342.29, for a total allowance of $7,040,800.79 for fees and expenses incurred.  To date, Akin Gump has received total payment of $6,271,389.10 for legal services rendered to the TSC Debtors and $228,243.29 for related expenses during the Final Fee Period pursuant to the Interim Compensation Order.

33.    Akin Gump professionals and paraprofessionals expended a total of more than 14,000 hours during the Final Fee Period in rendering necessary and beneficial legal services to the TSC Debtors.  Copies of Akin Gump's monthly fee statements, including a compilation showing the name of the attorney or paraprofessional, the date on which the services were performed, a description of the services rendered, and the amount of time spent in performing the

13

services each applicable compensation period were previously filed with each of the prior Interim Fee Applications [Docket Nos. 129, 267, 461, and 609]. A summary chart of the hours expended by each Akin Gump professional and paraprofessional during the Final Fee Period with a billing rate schedule is annexed hereto as <u>Exhibit F</u>. A summary chart of the services rendered during the Final Fee Period organized by project category is annexed hereto as <u>Exhibit G</u>. A summary schedule of the categories of expenses and amounts in connection with the Final Fee Period for which reimbursement is requested is annexed hereto as <u>Exhibit H</u>.

34.    Akin Gump respectfully submits that the professional services it rendered on behalf of the TSC Debtors throughout the Final Fee Period were necessary and appropriate, and have directly contributed to the effective administration of these chapter 11 cases and their successful conclusion.

### C.    Summary of Services Rendered by Category

35.    The following summary of services rendered during the Fifth Interim Period and the Final Fee Period is not intended to be a detailed description of the work performed, because those day-to-day services and the time expended in performing such services are fully set forth in <u>Exhibit B</u> or were filed with each of the prior Interim Fee Applications, as applicable. Rather, this summary is merely an attempt to highlight certain of those areas in which services were rendered to the TSC Debtors, as well as to identify some of the problems and issues that Akin Gump was required to address during the Fifth Interim Period and the Final Fee Period.

(i)    <u>Case Administration</u>

36.    A portion of the services rendered during the Final Fee Period, including the Fifth Interim Period, related to the TSC Debtors' organizational and administrative needs. Akin Gump spent time during the Final Fee Period on a variety of tasks that were necessary to ensure the efficient and smooth administration of legal services related to the TSC Debtors' chapter 11

14

cases, including: (a) following established procedures for case administration and reviewing and monitoring the docket and related pleadings and correspondence; (b) preparing case calendars and task lists; (c) conducting team meetings and conferring with the TSC Debtors as needed in relation to task lists and pending matters; (d) coordinating service of pleadings and notices with GCG, the claims agent retained in these chapter 11 cases; and (e) attending to staffing issues and internally coordinating among Akin Gump professionals, GCG, and the TSC Debtors.  Due to Akin Gump's experience in counseling debtors in possession, Akin Gump believes it was able to efficiently address all issues related to case administration that have arisen during these chapter 11 proceedings.

(a)    *Examiner Requests*

37.    This subject matter also relates to services rendered by Akin Gump attorneys and paraprofessionals in connection with the requests for the appointment of an examiner filed by Jeffrey R. Swarts, Mohawk Capital LLC ("*Mohawk*"), and Aldo I. Perez (collectively, the "*Examiner Requests*").  During the Final Fee Period, Akin Gump prepared the *Objection of the TSC Debtors to the Request for Appointment of an Examiner*, which was filed on September 14, 2011 [Docket No. 201].  A hearing on the Examiner Requests was held before this Court on September 19, 2011.  On September 23, 2011, the Court entered an order denying the Examiner Requests [Docket No. 207] (the "*Denial Order*").

38.    On October 11, 2011, Perez filed a motion to reconsider the Denial Order [Docket No. 232].  Akin Gump researched the legal and factual issues raised in the motion to reconsider and prepared the *TSC Debtors' Objection to Motion of Aldo I. Perez for Reconsideration of Order Denying Motion To Appoint Examiner*, which was filed on November 4, 2011 [Docket No. 253].  Swarts filed a joinder to the motion to reconsider on November 15, 2011 [Docket No. 273].    In connection with the reconsideration motion, Akin Gump attorneys and

15

paraprofessionals, on behalf of the TSC Debtors, prepared for and held a deposition of Perez, where they sought to discover the bases for Perez's assertions. At the hearing on November 16, 2011, the Court denied the motion to reconsider the Denial Order and, separately, denied Perez's request to appoint an examiner in the TSC Debtors' cases [Docket No. 290].

39.     Subsequently, Perez appealed the Court's denial of his requests to appoint an examiner [Docket Nos. 310, 334, and 335] to the United States District Court for the Southern District of New York (the "*District Court*"). Akin Gump professionals and paraprofessionals have diligently monitored the appeal docket and carefully evaluated the effect of such appeal on the TSC Debtors' chapter 11 cases. The appeal was subsequently reassigned from District Court Judge Paul A. Crotty to Judge Ronnie Abrams. After a period of inactivity, Judge Abrams ordered Perez and the TSC Debtors to each submit a letter informing the District Court as to whether the parties intend to proceed with the appeal, and the District Court set a briefing schedule. Perez failed to file an appellate brief in the time allotted by the District Court pursuant to such briefing schedule. As a result, Akin Gump professionals researched and drafted a motion to dismiss the appeal. Thereafter, Perez submitted a letter to the District Court requesting additional time to file a brief, and the District Court granted the request and set a new briefing schedule. The new deadline for Perez to file an opening brief was set for December 28, 2012. On December 28, 2012, Perez filed a motion in the District Court seeking leave to supplement the record on appeal and seeking an extension of time to file an initial brief. The District Court granted the motion and set February 8, 2013 as the new deadline for Perez to file an initial brief, with the TSC Debtors' appellee brief due on February 22, 2013. On January 3, 2013, Perez filed a designation of contents on appeal with this Court [Docket No. 707].

40.     Perez failed to file an opening brief by the February 8, 2013 deadline. As a result, Akin Gump professionals researched and began drafting a motion to dismiss the appeal for

16

mootness and failure to prosecute. Perez filed his opening brief after the deadline, on February 14, 2013, and such brief was entered on the District Court's docket on February 22, 2013. On February 25, 2013, the TSC Debtors submitted a letter to the District Court requesting that the District Court dismiss the appeal or, alternatively, order a new briefing schedule to allow the TSC Debtors additional time to prepare their appellate brief. The District Court declined to dismiss and set March 8, 2013 as the deadline for the TSC Debtors' opening brief. Accordingly, Akin Gump professionals conducted research and drafted an appellee brief. The reorganized TSC Debtors filed their appellee brief shortly after the Final Fee Period on March 8, 2013. On March 28, 2013, the District Court held a status conference on the appeal and ordered both parties to submit certain additional evidence in support of their briefs, which Akin Gump submitted on behalf of the reorganized TSC Debtors on April 5, 2013. Akin Gump's review and analysis of the appeal is ongoing as of the date hereof.

*(b)    Standing Request*

41.    This subject matter also relates to services rendered by Akin Gump attorneys and paraprofessionals in connection with requests by Mohawk for standing to pursue an alleged intercompany fraudulent transfer action on behalf of TSC and its affiliates. On January 9, 2012, Mohawk filed a motion seeking standing to pursue the alleged intercompany fraudulent transfer action [Docket No. 328]. Akin Gump, on behalf of the TSC Debtors, prepared an objection to Mohawk's motion, which was filed on January 18, 2012 [Docket No. 345]. On February 21, 2012, following a hearing on Mohawk's motion for standing where Akin Gump opposed the motion on behalf of the TSC Debtors, the Court denied Mohawk's motion.

(ii)    Preparation of Monthly Billing Statements/Other Professionals' Monthly Billing Statements

42.    During the Fifth Interim Period, Akin Gump prepared each of the Monthly Fee Statements, as well as the Fourth Interim Fee Application. Further, Akin Gump professionals

104137877

and paraprofessionals reviewed all time entries and expenses to ensure compliance with the Guidelines, the Interim Compensation Order, and applicable provisions of the Bankruptcy Code. Akin Gump professionals also reviewed the time entries substantively to preserve the confidentiality of the work performed for the TSC Debtors. During the Final Fee Period, Akin Gump prepared each of its prior monthly fee statements and Interim Fee Applications. In addition, Akin Gump professionals and paraprofessionals assisted Blackstone and Deloitte with their monthly fee statements and interim fee applications during the Final Fee Period.

43.    Throughout the Final Fee Period, Akin Gump also analyzed certain professionals' fee statements for compliance with the *Final Order (A) Authorizing the February Debtors to Obtain Postpetition Financing and (B) Authorizing the February Debtors to Use Cash Collateral* [Docket No. 43], which were submitted to the February Debtors by the following professionals: (a) Weil, Gotshal & Manges LLP as counsel to Harbinger Capital Partners, LLC ("*Harbinger*") and certain of its managed and affiliated funds, (b) Wachtell, Lipton, Rosen & Katz as counsel to Highland Capital Management, L.P. ("*Highland*"), (c) Quinn Emanuel Urquhart & Sullivan, LLP as counsel to Solus Alternative Asset Management, L.P. ("*Solus*" and, collectively with Harbinger and Highland, the "*Preferred Shareholders*"), counsel to NexBank, SSB, the agent for the TSC Debtors' post-petition debtor-in-possession financing and counsel to OZ Management LP, and (d) Kirkland & Ellis LLP as tax counsel to Solus and OZ Management LP. Additionally, throughout the Final Fee Period, Akin Gump tracked the aggregate amount of fees and expenses cumulatively requested by each professional to ensure that the cumulative amount of fees and expenses sought were not excessive in relation to the cumulative services each professional provided and prepared a chart detailing the fees and expenses incurred by all professionals compensated by the TSC Debtors' estates.

104137877

(iii)    Review and Analysis of Financial Reports, Schedules, Statements

44.    These chapter 11 cases required that Akin Gump dedicate resources to helping the TSC Debtors comply with the requirements of being debtors in possession under the Bankruptcy Code.  In this regard, Akin Gump professionals and paraprofessionals worked to assist the February Debtors in preparing their schedules of assets and liabilities and statements of financial affairs (collectively, the "*Schedules*") as required by Bankruptcy Rule 1007, which were filed on March 2, 2011 [Docket Nos. 25 through 28]. In addition to work related to the Schedules, this billing category includes time spent by Akin Gump professionals and paraprofessionals related to compliance with bankruptcy disclosure requirements. Thus, this billing category includes time spent preparing information for disclosure pursuant to the *U.S. Trustee's Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*.

45.    Additionally, Akin Gump attorneys participated in numerous conference calls with the TSC Debtors' representatives, Blackstone, the Preferred Shareholders, and other parties in interest to discuss the TSC Debtors' liquidity and reorganization efforts throughout the Final Fee Period.

(iv)    Retention of Professionals

46.    This subject matter relates to services performed by Akin Gump attorneys and paraprofessionals during the Final Fee Period in connection with the preparation of the February Debtors' professionals' retention applications and negotiations in connection therewith.  During the Final Fee Period, Akin Gump assisted in preparing and filing an application requesting authority for the February Debtors to retain Blackstone as financial advisor in the February Debtors' chapter 11 cases, which was filed on March 4, 2011 [Docket No. 35].  Interim and final orders authorizing the February Debtors to retain Blackstone were entered on March 23, 2011 and April 17, 2011, respectively [Docket Nos. 56 and 82].

104137877

47.     In addition, this subject matter includes Akin Gump's assistance to the February

Debtors in preparing and filing an application to retain Deloitte as tax services provider *nunc pro*

*tunc* to the Petition Date, which was filed on April 22, 2011 [Docket No. 78]. This Court entered

an order authorizing the February Debtors to retain Deloitte on May 4, 2011 [Docket No. 88].

48.     Akin Gump also assisted the TSC Debtors by negotiating terms for the retention

of RKF Engineering Solutions, LLC to evaluate the technical aspects of the TSC Debtors'

primary asset, the 1.4 Spectrum.[10]   In connection therewith, Akin Gump prepared the *TSC*

*Debtors' Motion for an Order Authorizing Entry into a Consulting Agreement with RKF*

*Engineering Solutions, LLC*, which was filed on June 15, 2012 [Docket No. 497] (the "***RKF***

***Motion***"). Akin Gump also prepared a motion to shorten the notice period and expedite the

hearing on the RKF Motion, which was filed concurrently with the RKF Motion [Docket No.

498]. Elektrobit Inc. ("***Elektrobit***") filed a response to the RKF Motion on June 27, 2012

[Docket No. 511], and Perez filed an objection to the RKF Motion that was entered on the docket

on June 29, 2012 [Docket No. 524]. Following a hearing on the RKF Motion, the Court entered

an order granting the relief requested therein [Docket No. 533].

49.     During the Final Fee Period, the TSC Debtors, with the assistance of Akin Gump,

determined to modify their management structure to ensure an efficient exit from chapter 11. In

connection therewith, Akin Gump negotiated the terms of and prepared the TSC Debtors' *Motion*

*for an Order Authorizing the TSC Debtors To Make Certain Payments in Connection with*

---

[10] During the Final Fee Period, Akin Gump professionals and paraprofessionals addressed issues arising out of the rights of TerreStar 1.4 Holdings LLC ("*1.4 Holdings*") to use 1.4 GHz terrestrial spectrum ("*1.4 Spectrum*") pursuant to 64 FCC licenses (the "***FCC Licenses***") held by 1.4 Holdings. In September 2009, 1.4 Holdings entered into a lease agreement (the "***Spectrum Lease***") with One Dot Four Corp. ("***One Dot Four***"), a subsidiary of LightSquared, Inc., whereby One Dot Four leased the rights to use the 1.4 Spectrum for which 1.4 Holdings holds the FCC Licenses. Pursuant to the Spectrum Lease, One Dot Four was obligated to pay 1.4 Holdings $2 million per month on the first day of each month (each, a "***Lease Agreement Payment***"). On or about April 1, 2012, One Dot Four defaulted on its Lease Agreement Payment due 1.4 Holdings. As a result, 1.4 Holdings issued a notice of default to One Dot Four with respect to the Spectrum Lease on April 3, 2012. One Dot Four and 1.4 Holdings agreed to terminate the Spectrum Lease as of April 20, 2012.

104137877

*Restructuring Compensation Program Nunc Pro Tunc to the Payment Dates*, which was filed on June 27, 2012 [Docket No. 514] (the "**Compensation Motion**"). By the Compensation Motion, the TSC Debtors sought authority to (a) appoint TSC Board member Eugene I. Davis as chief restructuring officer ("**CRO**") and president of TSC and of each of the remaining TSC Debtors, (b) revise the employment terms of TSC's then-general counsel Douglas Brandon from an unpaid to a paid position, and (c) transition the services of TSC's then-president Jeffrey Epstein to a consultant position. In addition to his position as CRO, Davis was appointed as the sole member of a restructuring subcommittee authorized to take any and all actions necessary to facilitate the restructuring of the TSC Debtors including, but not limited to, authorizing the TSC Debtors to obtain exit financing. The Court entered an order approving the Compensation Motion on August 24, 2012 [Docket No. 590].

(v)    Court Hearings

50.    Akin Gump's activities during the Final Fee Period included preparing for and participating in numerous hearings before this Court on a variety of matters. Over the course of the 25 months these cases were pending before this Court, Akin Gump appeared on behalf of the TSC Debtors at approximately 33 hearings. During the Fifth Interim Period, Akin Gump attorneys appeared either in person or telephonically at 8 hearings held before this Court where they actively represented the TSC Debtors and asserted the TSC Debtors' positions with respect to matters being considered.

51.    Akin Gump attorneys, with the assistance of paraprofessionals, prepared for such hearings by reviewing all formal and informal responses to the pending motions and consulting with the TSC Debtors and the TSC Debtors' other professionals to formulate appropriate strategies. Accordingly, Akin Gump's participation in these hearings was beneficial to the TSC Debtors' estates and the interests of their stakeholders.

104137877

(vi)    Post-Petition Financing

52.    Before and after the filing of these chapter 11 cases, Akin Gump and the TSC

Debtors' other advisors consulted with and advised the February Debtors regarding complex

negotiations, analyses, and discussions related to the February Debtors' debtor-in-possession

financing facility and related documents (collectively, the "**DIP Documents**").    Specifically,

Akin Gump negotiated the terms of the DIP Documents, reviewed the formal and informal

responses to the DIP Documents by Solus and Colbeck Capital Management, LLC ("**Colbeck**"),

facilitated negotiations regarding the same, and negotiated the terms of the proposed order

approving the DIP Documents.[11]    On March 9, 2011, this Court entered a final order approving

the DIP Documents [Docket No. 43] and authorizing the TSC Debtors to enter into the related

facility (the "**Initial DIP Financing**").    The Court's approval of the DIP Documents played a

crucial role in achieving a smooth transition to chapter 11 operations.    The Initial DIP Financing

provided the TSC Debtors over $13 million in cash and ongoing access to cash collateral.

Pursuant to the terms of the DIP Documents, funds received by 1.4 Holdings under the Spectrum

Lease were upstreamed to TSC and used to repay the Initial DIP Financing on a quarterly basis.

The Initial DIP Financing was repaid and satisfied in full on January 3, 2012.

53.    After the Initial DIP Financing was repaid, One Dot Four defaulted on its

payments under the Spectrum Lease.    As a result, the February Debtors' budget projections

showed that, absent access to additional financing, the February Debtors' reorganization could be

jeopardized.    Accordingly, during the Final Fee Period, Akin Gump and the TSC Debtors' other

advisors negotiated the terms of, and advised the TSC Debtors regarding, a second debtor-in-

---

[11] Also during the Final Fee Period, Akin Gump facilitated negotiations among Colbeck and the Preferred Shareholders regarding Colbeck's response to the DIP Documents and negotiated the terms of the *Stipulation and Order Resolving Objection of Colbeck Capital Management, LLC* (the "**Colbeck Stipulation**").    The Colbeck Stipulation was filed by Akin Gump on April 13, 2011 [Docket No. 68] on behalf of the TSC Debtors, Colbeck, Solus, Highland, and Harbinger.    An order approving the Colbeck Stipulation was entered on April 22, 2011 [Docket No. 79].

104137877

possession financing facility and related documents (collectively, the "*Second DIP Documents*"). In connection therewith, Akin Gump prepared the *Motion of the February Debtors and the Guarantor for Order (A) Authorizing the February Debtors To Obtain Post-Petition Financing and (B) Authorizing the February Debtors To Use Cash Collateral*, which was filed on June 27, 2012 [Docket No. 512] (the "*Second DIP Motion*"), whereby the February Debtors sought authority to enter into a debtor-in-possession financing facility in the amount of $3 million (the "*DIP Financing*").

54.    Following the filing of the Second DIP Motion, and as described in further detail below, the TSC Debtors and the Preferred Shareholders entered into a settlement resolving all of their disputes with Elektrobit whereby, in full and final satisfaction of Elektrobit's claim against TSC (the "*TSC Elektrobit Claim*"), Elektrobit would receive an immediate cash payment of $13.5 million. To provide the TSC Debtors with sufficient cash to fund the settlement with Elektrobit, Akin Gump negotiated the terms of amendments to the Second DIP Documents and prepared a supplemental motion regarding such amendments [Docket No. 560] seeking to increase the amount of the DIP Financing to $16.5 million, which was filed on August 2, 2012. This Court entered an order approving the TSC Debtors' entry into the DIP Financing on August 24, 2012 [Docket No. 592], and approval of the DIP Financing facilitated the TSC Debtors' successful exit from chapter 11.

(vii)    Analysis of Claims

55.    This subject matter relates to the analysis of claims asserted against the TSC Debtors. On March 18, 2011, Akin Gump professionals prepared and filed a motion to establish the deadline for filing claims against the February Debtors [Docket No. 51].[12] On April 6, 2011,

---

[12] On November 8, 2010, the Court entered an order establishing December 10, 2010 as the deadline by which each entity asserting a claim against any of the Other TSC Debtors was required to file written proof of such claim.

104137877

this Court entered an order establishing May 13, 2011 at 5:00 p.m. (prevailing Eastern Time) as the deadline to file proofs of claim against the February Debtors [Docket. No. 64].[13] Prior to and continuing throughout the Final Fee Period, Akin Gump has reviewed and analyzed proofs of claim filed in the TSC Debtors' cases, and such review remains ongoing as of the date hereof.

(a)    *Sprint Claims*

56.    During the Final Fee Period, Akin Gump negotiated a complex settlement among TSC, Sprint (one of the TSC Debtors' most significant claimholders), and the Preferred Shareholders. Sprint/Nextel Corporation ("***Sprint***") asserted a claim against each of the TSC Debtors in the amount of approximately $104 million. Pursuant to the settlement, in full and final satisfaction of Sprint's claim against the TSC Debtors, Sprint agreed to forego any distribution it would be entitled to receive under the Plan (as defined below) and, instead, agreed to receive an assignment of TSC's rights to receive the first $2.6 million payable on account of an intercompany claim. In short, rather than the TSC Debtors potentially (a) incurring millions of dollars in fees, (b) delaying exit from chapter 11 on account of time-consuming litigation, and (c) potentially having an additional $104 million in debt upon emergence from chapter 11, TSC assigned its right to receive payment from TerreStar Networks Inc. ("***TSN***") of $2.6 million in cash to Sprint to resolve Sprint's claim. During the Final Fee Period, Akin Gump prepared and filed the *TSC Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Code Section 363(b) and Federal Rule of Bankruptcy Procedures 9019 Approving the Stipulation Between the Debtors and Sprint Nextel Corporation* [Docket No. 270]. A hearing on the settlement was held on December 14, 2011, where the Court authorized the TSC Debtors to enter into the Sprint settlement [Docket No. 299]. Akin Gump respectfully submits that its work on the TSC

---

[13] Such order also set the deadline for certain debtor and non-debtor affiliates of the TSC Debtors to file proofs of claim with respect to intercompany claims.

104137877

Debtors' behalf in connection with such settlement resulted in a substantial benefit to the TSC
Debtors' estates.

(b)    *Jefferies Claims*

57.    In addition, during the Final Fee Period, Akin Gump negotiated a settlement with
Jefferies & Company, Inc. ("***Jefferies***"), resolving claim numbers 8-14, 81, 82 and 165-171
against the TSC Debtors in an unsecured amount, as amended, of potentially over $14 million.[14]
Pursuant to the settlement, in full and final satisfaction of Jefferies' claims against the TSC
Debtors, Jefferies agreed to forego any distribution it would have been entitled to receive under
the Plan (as defined below) and, instead, agreed to receive an assignment of TSC's rights to
receive cash on account of an intercompany claim against TSN up to an amount equal to $1
million less the distribution that Jefferies received from TSN based on its allowed unsecured
claim against TSN in the amount of $1.7 million.  To the extent that these amounts do not equal
$1 million, the parties agreed that TSC would make a cash payment to Jefferies after the two
distributions described above have been made, such that Jefferies' total recovery is $1 million.
During the Final Fee Period, Akin Gump prepared and filed the *TSC Debtors' Motion for Entry*
*of an Order Pursuant to Bankruptcy Code Section 363(b) and Federal Rule of Bankruptcy*
*Procedure 9019, Approving the Stipulation Between the TSC Debtors and Jefferies & Company,*
*Inc. Resolving Claim Numbers 8-14, 81, 82 and 165-171* [Docket No. 319].   Following the
hearing on such motion, the settlement was approved by this Court's order dated January 30,
2012 [Docket No. 358].

(c)    *TSC Elektrobit Claim*

58.    Akin Gump, on behalf of the TSC Debtors, conducted diligence and legal
research in connection with the TSC Elektrobit Claim (proof of claim numbered 58).  During the

---

[14] This amount is composed of a liquidated claim amount of $1.7 million, plus unliquidated amounts that
potentially could equal approximately $12.5 million.

104137877

Final Fee Period, Akin Gump prepared an objection to the TSC Elektrobit Claim, which was filed on November 16, 2011 [Docket No. 275]. Harbinger,[15] Highland, and Solus also prepared an objection to the TSC Elektrobit Claim, which was filed on November 16, 2011 [Docket No. 276]. Elektrobit filed an omnibus response to such objections on December 12, 2011 [Docket No. 296] and filed a related motion to approve a case management order in connection therewith [Docket No. 297]. Akin Gump, on behalf of the TSC Debtors, prepared and filed a reply in support of the TSC Debtors' objection to the TSC Elektrobit Claim and in response to Elektrobit's motion to approve a case management order [Docket No. 323]. Akin Gump also negotiated an agreed case management order with Elektrobit and Harbinger, Highland, and Solus, which was approved by this Court's order entered on January 25, 2012 [Docket No. 353].

59.    For several months during the Final Fee Period, Akin Gump engaged in extensive discovery in connection with the Elektrobit claim litigation. Specifically, Akin Gump attorneys and paraprofessionals, in consultation with the Preferred Shareholders, reviewed and responded to Elektrobit's document requests, which included requests for large quantities of documents and correspondence among the TSC Debtors, Blackstone, and the Preferred Shareholders. Akin Gump attorneys spent substantial time during the Final Fee Period reviewing documents in an effort to identify material relevant to the TSC Elektrobit Claim. Additionally, Akin Gump received more than 30,000 pages of documents from the Preferred Shareholders and Elektrobit. Accordingly, a team of Akin Gump attorneys conducted an extensive review of more than 50,000 requested documents and correspondence to determine their relevance to Elektrobit's requests and for privilege and confidentiality. To ensure that attorney review of such documents and emails was as efficient as possible, and in order to conserve estate resources, Akin Gump utilized in-house e-discovery specialists and paralegals extensively to assist in preparing and

---

[15] In February 2012, West Face purchased Harbinger's interests in TSC's Series B Preferred Stock and became Harbinger's successor-in-interest in its capacity as a preferred shareholder.

104137877

organizing documents during the review process. The e-discovery specialists and paralegals performed a variety of tasks in connection with the attorneys' review, including document identification and electronic processing and assistance with planning and organizing, database development, and document production.

60.    Ultimately, Akin Gump professionals negotiated a settlement on behalf of the TSC Debtors with Highland, Solus, West Face (as successor-in-interest to Harbinger), Och-Ziff, and Elektrobit. Pursuant to the settlement, in full and final satisfaction of Elektrobit's claims against the TSC Debtors and in resolution of multiple contested issues between the TSC Debtors and the Preferred Shareholders, on the one hand, and Elektrobit, on the other hand, (a) Elektrobit received an immediate cash payment of $13.5 million, (b) Elektrobit supported the Plan (as defined below), and (c) the TSC Debtors and the Preferred Shareholders, on the one hand, and Elektrobit, on the other hand, mutually released one another with regard to all issues relating to the TSC Debtors' chapter 11 cases. In connection therewith, Akin Gump prepared the *TSC Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Code Section 363(b) and Federal Rule of Bankruptcy Procedure 9019, Approving the Stipulation Between the TSC Debtors, Elektrobit Inc. and Certain of the Preferred Shareholders and Bridge Lenders*, which was filed on August 2, 2012 [Docket No. 558]. The settlement represented the final resolution of several uncertain contested issues among the parties and of the then-largest remaining unsecured claim against the TSC Debtors' estates. The Court entered an order approving the settlement on August 24, 2012 [Docket No. 593].

(d)    <em>Swarts Claim</em>

61.    In addition, during the Final Fee Period, Akin Gump professionals prepared the *TSC Debtors' Objection to Claim of Jeffrey M. and Patricia E. Swarts (Claim No. 142)*, which was filed on January 26, 2012 [Docket No. 357]. In connection with the objection, on February

104137877

1, 2012, Swarts filed a declaration [Docket No. 363] and a response [Docket No. 403]. Akin Gump attorneys conducted a detailed review of the declaration and response and prepared a reply to the same, which was filed on March 12, 2012 [Docket No. 421]. A hearing on the Swarts claim was held on March 16, 2012. The Court reserved judgment on the Swarts claim and set a supplemental response deadline of March 23, 2012. Following the hearing, Akin Gump reviewed the voluminous additional documents submitted by Swarts in connection with the Swarts claim [Docket Nos. 427, 429, 430, 433 and 446]. A telephonic hearing on the Swarts claim was held on March 30, 2012, where the Court granted the TSC Debtors' objection to the claim.[16] The Court entered an order memorializing its ruling on April 6, 2012 [Docket No. 455].

62.    Thereafter, during the Final Fee Period, Swarts filed a motion for reconsideration of his claim and supporting documents relating thereto [Docket Nos. 633, 634, 635, 663, 670, 680]. The Court denied the motion to reconsider by order entered on February 28, 2013 [Docket No. 730]. Following the Final Fee Period, on March 14, 2013, Swarts filed a notice of appeal with respect to the Court's order [Docket No. 743] and filed a statement of issues and designation of record on appeal with respect to the same on March 27, 2013 [Docket No. 744]. Akin Gump, on behalf of the reorganized TSC Debtors, filed a counter-designation of the record on appeal on April 8, 2013 [Docket No. 746]. The TSC Debtors' review and analysis of the appeal remains ongoing.

(viii)    Litigation Matters

63.    During the Final Fee Period, the TSN Committee filed the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Re-characterizing the Claim of TerreStar Corporation as an Equity Contribution to TerreStar Networks Inc.* (the

---

[16] Swarts alleged an identical claim against the TSN Debtors. The TSN Debtors also objected to the Swarts claim in the TSN Debtors' cases. At the telephonic hearing ruling on the Swarts claim against the TSC Debtors, the Court also granted the TSN Debtors' objection to the Swarts claim.

104137877

"*Recharacterization Motion*") in the TSN Debtors' chapter 11 cases.  Akin Gump conducted a thorough analysis of legal and factual issues raised in the Recharacterization Motion, including communicating extensively with the TSC Debtors and Blackstone to formulate a litigation strategy with respect thereto.  Akin Gump professionals performed in-depth factual and legal research and prepared memoranda in connection with the same.  Additionally, Akin Gump professionals held calls and communicated as appropriate with the Preferred Shareholders regarding the issues by the Recharacterization Motion.

64.    During the Final Fee Period, Akin Gump prepared the *Opposition of TerreStar Corporation to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Recharacterizing the Claim of TerreStar Corporation as an Equity Contribution to TerreStar Networks Inc.*, which was filed on August 27, 2011 [Case No. 10-15446, Docket No. 751].  In addition, Akin Gump assisted the TSC Debtors in preparing the *Declaration of Douglas Brandon in Support of TerreStar Corporation's Opposition to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Recharacterizing the Claim of TerreStar Corporation as an Equity Contribution to TerreStar Networks Inc.* and the related exhibits, which were also filed on August 27, 2011 [Case No. 10-15446, Docket Nos. 752 & 753, respectively].  The issues raised by the Recharacterization Motion were settled in connection with the settlement of Sprint's claim at TSN.

(ix)    Tax Issues

65.    During the Final Fee Period, Akin Gump attorneys prepared the *Motion for Entry of an Order Establishing Notification and Hearing Procedures for Transfers of Certain Preferred Stock and for Related Relief*, which was filed on February 10, 2012 [Docket No. 376].  By the motion, the TSC Debtors sought authorization to protect and preserve their valuable tax attributes, including net operating losses and capital loss carryforwards, by establishing

29

notification and hearing procedures regarding the trading of certain preferred stock to be complied with before trades or transfers of such securities become effective. An interim hearing on such motion was held on February 17, 2012, where the Court approved the relief requested on an interim basis [Docket No. 387]. A final hearing on the motion was held on March 7, 2012, and this Court entered a final order approving the motion on March 8, 2012 [Docket No. 413].

(x)     Plan and Disclosure Statement

(a)     *Confirmation and* Consummation *of the Plan*

66.     Prior to the Petition Date and continuing throughout the Final Fee Period, Akin Gump worked with the TSC Debtors' management and their stakeholders to develop and refine a plan of reorganization, disclosure statement and associated documents for the TSC Debtors. During the Final Fee Period, Akin Gump prepared, in consultation with the Preferred Shareholders, the *Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.* [Docket No. 141] (the "***Original Plan***"), which was filed on July 22, 2011. Additionally, Akin Gump prepared the *Disclosure Statement for the Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.* [Docket No. 149] (the "***Original Disclosure Statement***") and the related *Motion for Entry of an Order (A) Approving the Disclosure Statement for the Joint Chapter 11 Plan of the TSC Debtors and (B) Establishing Solicitation and Voting Procedures with Respect to the Joint Chapter 11 Plan of the TSC Debtors* [Docket No. 150], which were each filed on August 3, 2011. Subsequent to filing the Original Plan and Original Disclosure Statement, Akin Gump spent substantial time negotiating the terms of the Original Plan with various constituents,

30

reviewing certain objections to the Original Disclosure Statement and revising the Original Plan and Original Disclosure Statement (and exhibits related thereto) to reflect changes in light of those discussions.

67.     On December 27, 2012, Akin Gump filed the *First Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.* [Docket No. 313] and the *First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.* [Docket No. 315] (as amended from time to time, the "***Disclosure Statement***"). Certain creditors and common equity holders, including Elektrobit and Mohawk, objected to the Disclosure Statement, and Akin Gump, on behalf of the TSC Debtors, prepared and filed a reply to such objections [Docket No. 321]. A hearing on the adequacy of the Disclosure Statement was held on January 10, 2012.  On January 12, 2012, Akin Gump filed the *Second Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.* [Docket No. 336] and the *Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.* [Docket No. 338].  This Court approved the Disclosure Statement, as amended, and the TSC Debtors' proposed solicitation procedures by order entered January 17, 2012 [Docket No. 343].  Akin Gump subsequently finalized the plan supplement

104137877

documents, which were filed on February 3, 2012 [Docket No. 364], and began soliciting votes to accept or reject the Plan.

68.     On June 27, 2012, Akin Gump professionals and paraprofessionals filed the *Third Amended Joint Chapter 11 Plan of TerreStar Corporation, Motient Communications Inc., Motient Holdings Inc., Motient License Inc., Motient Services Inc., Motient Ventures Holding Inc., MVH Holdings Inc., TerreStar Holdings Inc. and TerreStar New York Inc.* [Docket No. 513] (as amended, supplemented, or modified from time to time, the "***Plan***"), the *First Supplement to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of the TSC Debtors* [Docket No. 515] (the "***Initial Disclosure Statement Supplement***"), and the *Motion for Entry of an Order: (A) Approving the First Supplement to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of the TSC Debtors; (B) Approving Related Notice and Objection Procedures; (C) Approving Amended Forms of Ballots for the Solicitation of Votes to Accept or Reject the Third Amended Plan; and (D) Scheduling Confirmation Hearing* [Docket No. 516]. This amended version of the Plan and the Initial Disclosure Statement Supplement were filed to address, among other things, issues arising out of the termination of the Spectrum Lease.[17]    Akin Gump professionals and paraprofessionals also prepared the *First Amended Supplement to the Second Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of the TSC Debtors*, which was filed on August 10, 2012 [Docket No. 564], and certain amended exhibits thereto, which were filed on August 15, 2012 [Docket No. 569] (the "***First Amended Disclosure Statement Supplement***" and together with the Initial Disclosure Statement Supplement, the "***Disclosure Statement Supplement***") to address, among other things, the settlement with Elektrobit and the

---

[17] After the termination of the Spectrum Lease, 1.4 Holdings entered into a lease for a geographically small portion of the 1.4 Spectrum, which provides the reorganized TSC Debtors with approximately $40,000 per month in revenue.

104137877

relief requested in the Second DIP Motion. The Court approved the adequacy of the Disclosure Statement, as supplemented by the Disclosure Statement Supplement, by order entered on August 24, 2012 [Docket No. 591]. Akin Gump also prepared and filed amended plan supplement documents [Docket Nos. 582, 611, 641, 656] and assisted with the preparation, review and filing of certain declarations in support of the Plan [Docket Nos. 645 & 655].

69.    Certain of TSC's common shareholders filed objections to the Plan. Also, one TSC common shareholder directed certain discovery requests to the TSC Debtors in connection with, among other things, the valuation of the TSC Debtors and other provisions of the Plan. Akin Gump reviewed each such objection and conducted diligence and produced documents in connection with such discovery request. Akin Gump responded to such objections in the TSC Debtors' memorandum of law in support of confirmation of the Plan, which was filed on October 5, 2012 [Docket No. 650]. At the hearing held on October 10, 2012, the Court overruled all objections and confirmed the Plan on the record. The Court entered an order confirming the Plan on October 24, 2012 [Docket No. 668]. On November 9, 2012, Mr. Perez filed a notice of appeal of the confirmation order [Docket No. 691]. Akin Gump's review and analysis of such appeal on behalf of the TSC Debtors remains ongoing as of the date hereof.

70.    Following confirmation of the Plan, Akin Gump professionals continued to work on behalf of the TSC Debtors to prepare closing documents and to coordinate with counsel for the TSC Debtors' preferred shareholders to consummate the Plan, including preparation of the requisite FCC application, finalizing the exit facility and related documents, and performing the restructuring transactions pursuant to the Plan. The Plan was consummated, and the effective date occurred, on March 7, 2013 [Docket No. 734].

104137877

*(b)*        *Plan-Related Litigation*

71.    In connection with the approximately $27.9 million claim asserted by Elektrobit

in the TSC Debtors' cases and with Elektrobit's objection to the TSC Debtors' proposed

Disclosure Statement [Docket No. 186] and preliminary objection to confirmation of the TSC

Debtors proposed Plan [Docket No. 222], Elektrobit served the TSC Debtors with more than 30

broad requests for production of documents during the Final Fee Period.    Akin Gump attorneys

and paraprofessionals, in consultation with the Preferred Shareholders,[18] spent substantial time

reviewing and responding to Elektrobit's requests for production.    Akin Gump professionals

participated in numerous calls with Elektrobit and the Preferred Shareholders with respect to

these matters.    Elektrobit's document requests included requests for large quantities of

documents and correspondence among Akin Gump professionals, Blackstone, and the Preferred

Shareholders.    Accordingly, during the Final Fee Period, a team of 15 Akin Gump attorneys

undertook an extensive review of more than 10,000 requested documents and emails with respect

to their relevance to Elektrobit's requests and for privilege and confidentiality.    To ensure that

attorney review of such documents and emails was as efficient as possible, and in order to

conserve estate resources, Akin Gump utilized in-house e-discovery specialists and paralegals

extensively to assist in preparation and organization of documents during the review process.

The e-discovery specialists and paralegals performed a variety of tasks in connection with the

attorneys' review, including document identification, electronic processing, assistance with

planning and organizing, database development, and production.    In addition, Akin Gump

attorneys negotiated and prepared an agreed order to establish procedures to protect confidential

information in connection with production of documents to Elektrobit, which was filed on

October 18, 2011 [Docket Nos. 239 & 240] and approved by the Court by order entered October

---

[18] Elektrobit also served certain document requests on the Preferred Shareholders.

104137877

26, 2011 [Docket No. 247]. During the Final Fee Period, the TSC Debtors and the Preferred

Shareholders also spent substantial time preparing for, defending, and/or attending depositions.

## VII.  FACTORS TO BE CONSIDERED IN AWARDING ATTORNEYS' FEES

72.    The factors to be considered in awarding attorneys' fees have been enumerated in

*In re Red Carpet Corp. of Panama City Beach*, 708 F.2d 1576, 1578 (11th Cir. 1983) (citing

*Robinson v. Am. Benefit Life Ins. Co. (In re First Colonial Corporation of America)*, 544 F.2d

1291, 1298-99 (5th Cir. 1977), *reh'g denied*, 547 F.2d 573, *cert. denied*, 431 U.S. 904 (1977),

and have been adopted by most courts. Akin Gump respectfully submits that a consideration of

these factors should result in this Court's allowance of the full compensation sought.

(A)    The Time and Labor Required.    The professional services rendered by

Akin Gump on behalf of the TSC Debtors have required the continuous

expenditure of substantial time and effort, under significant time

pressures. The services rendered required a high degree of professional

competence and expertise in order to be administered with skill and

dispatch.

(B)    The Novelty and Difficulty of Questions.    In this case, as in all others in

which the firm is involved, Akin Gump's effective advocacy and creative

approach helped clarify and resolve a number of complex and novel

issues.

(C)    The Skill Requisite to Perform the Legal Services Properly.    Akin Gump

believes that its recognized expertise in the area of corporate

reorganization, its ability to draw from highly experienced professionals in

other areas of Akin Gump's practice, and its creative approach to the

35

resolution of issues contributed to the maximization of distributions to the TSC Debtors' creditors and preferred equity holders.

(D)     <u>The Preclusion of Other Employment by Applicant Due to Acceptance of the Case</u>.  Due to the size of Akin Gump's insolvency department, Akin Gump's representation of the TSC Debtors did not preclude its acceptance of new clients.

(E)     <u>The Customary Fee</u>.  The fee sought herein is based upon Akin Gump's normal hourly rates for services of this kind.  Akin Gump respectfully submits that the fee sought herein is not unusual given the magnitude and complexity of these chapter 11 cases and the time expended in attending to the representation of the TSC Debtors, and is commensurate with fees Akin Gump has been awarded in other cases, as well as with fees charged by other attorneys of comparable experience.

(F)     <u>Whether the Fee Is Fixed or Contingent</u>.  Pursuant to Bankruptcy Code sections 330 and 331, all fees sought by professionals employed under Bankruptcy Code section 1103 are contingent pending final approval by this Court, and are subject to adjustment dependent upon the services rendered and the results obtained.  The collective efforts of the various parties in interest and their respective professionals, including Akin Gump, resulted in the consensual resolution of many significant issues in these cases in a relatively short period of time given the complexity of the TSC Debtors' chapter 11 cases and the achievement of a commendable result.

36

(G)    <u>Time Limitations Imposed by Client or Other Circumstances</u>.  As already indicated, Akin Gump was required to attend to certain issues arising in these chapter 11 cases in compressed and urgent time periods.

(H)    <u>The Amount Involved and Results Obtained</u>.  Through the efforts of Akin Gump, actions taken by the TSC Debtors have greatly benefited the interests of the TSC Debtors' estates and their stakeholders and contributed to the efficient administration of these chapter 11 cases.

(I)    <u>The Experience, Reputation and Ability of the Attorneys</u>.  Akin Gump has a large and sophisticated financial restructuring practice and plays, and has played, a major role in numerous cases of national import, including the reorganization proceedings of *In re Allegiance Telecom, Inc.*; *In re American Commercial Lines LLC*; *In re ATA Holdings Corp.*; *In re Bally Total Fitness of Greater New York, Inc.*; *In re Calpine Corporation*; *In re Chemtura Corporation*; *In re Delta Air Lines, Inc.*; *In re Exide Technologies, Inc.*; *In re Globalstar, LP*; *In re Hayes Lemmerz, Inc.*; *In re Heilig Meyers Company*; *In re Kaiser Aluminum Corporation*; *In re Kimball Hill, Inc.*; *In re Loral Space & Communications Ltd.*; *In re LTV Steel Company, Inc.*; *In re Magellan Health Services, Inc.*; *In re Nortel Networks, Inc.*; *In re Pegasus Satellite Television, Inc.*; *In re Pierre Foods, Inc.*; *In re Propex Inc.*; *In re Quebecor World (USA), Inc.*; *In re Solutia Inc.*; *In re Tower Automotive, Inc.*; *In re TOUSA, Inc.*; *In re Venture Holdings Company, LLC*; *In re VeraSun Energy Corporation*; *In re Washington Mutual, Inc.*; *In re WorldCom, Inc.*; and *In re XO Communications, Inc.*  Akin Gump's experience enables it to perform the

104137877

services described herein competently and expeditiously. In addition to its expertise in the area of corporate reorganization, Akin Gump has called upon the expertise of its partners and associates in other practice areas to perform the wide ranging scope of the legal work necessitated by these chapter 11 cases, including corporate, tax, and litigation.

(J)    <u>The "Undesirability" of the Case</u>. These cases are not undesirable.

(K)    <u>Nature and Length of Professional Relationship</u>. Akin Gump was retained by the Other TSC Debtors and the February Debtors by orders entered November 17, 2010, *nunc pro tunc* to October 19, 2010, and March 9, 2011, *nunc pro tunc* to February 16, 2011, respectively. Akin Gump has rendered services to certain of the TSC Debtors since 2007 and continuing through the Final Fee Period, as necessary and appropriate.

## VIII.  <u>ALLOWANCE OF COMPENSATION</u>

73.    The professional services rendered by Akin Gump required a high degree of professional competence and expertise so that the numerous issues requiring evaluation and determination by the TSC Debtors could be addressed with skill and dispatch and have therefore required the expenditure of substantial time and effort. It is respectfully submitted that the services rendered to the TSC Debtors were performed efficiently, effectively, and economically, and that the results obtained have benefited not only the members of the TSC Debtors, but also their creditors and other parties in interest.

74.    The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in Bankruptcy Code section 331:

> Any professional person . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

38

11 U.S.C. § 331.  Moreover, this Court authorized the filing of this Application in the Interim

Compensation Order and the Confirmation Order.

75.     With respect to the level of compensation, Bankruptcy Code section 330 provides,

in pertinent part, that the Court may award to a professional person "reasonable compensation

for actual, necessary services rendered . . . ."  11 U.S.C. § 330(a)(1).  Further, Bankruptcy Code

section 330(a)(3), provides that:

> In determining the amount of reasonable compensation to be
> awarded, the court shall consider the nature, the extent, and the
> value of such services, taking into account all relevant factors,
> including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of,
> or beneficial at the time at which the service was rendered toward
> the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable
> amount of time commensurate with the complexity, importance,
> and nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is
> board certified or otherwise has demonstrated skill and experience
> in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the
> customary compensation charged by comparably skilled
> practitioners in cases other than cases under this title.

11 U.S.C. §330(a)(3).  The clear Congressional intent and policy expressed in this statute is to

provide for adequate compensation in order to continue to attract qualified and competent

bankruptcy practitioners to bankruptcy cases.

76.     The time spent by Akin Gump attorneys and paraprofessionals during the Fifth

Interim Period totaled 2,630.90 hours and during the Final Fee Period totaled more than 14,000

104137877

hours.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.

77.    As shown by this Application and supporting documents, Akin Gump spent its time economically and without unnecessary duplication of time.  Attached hereto as <u>Exhibits C</u> <u>and F</u> are schedules of the hours expended by the attorneys and paraprofessionals during the Fifth Interim Period and the Final Fee Period, respectively, their normal hourly rates, and the value of their services.

78.    Akin Gump incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the TSC Debtors during the Fifth Interim Period in the amount of $54,665.79 and during the Final Fee Period in the amount of $237,342.29, for which Akin Gump respectfully requests approval of the TSC Debtors' reimbursement in full.  The disbursements and expenses have been incurred in accordance with Akin Gump's normal practice of charging clients for expenses clearly related to and required by particular matters. Akin Gump has endeavored to minimize these expenses to the fullest extent possible.  Schedules of the categories of expenses and amounts for which reimbursement is requested for the Fifth Interim Period and Final Fee Period are attached hereto as <u>Exhibits E and H</u>, respectively.

79.    Akin Gump's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services because the needs of each client for such services differ.  Akin Gump believes that it is fairest to charge each client for only the services actually used in performing services for it.  In these proceedings, Akin Gump charges $.10 per page for internal duplicating.  Akin Gump does not charge for long distance telephone calls and has reduced its charges for "working meals" to $20.00 per person.  Akin Gump does not charge for facsimile transmissions, other than those made by an attorney while traveling.

104137877

80.    No agreement or understanding exists between Akin Gump and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with these chapter 11 cases.

81.    Except for the Interim Fee Applications, no prior application has been made in this Court or in any other court for the relief requested herein for the Final Fee Period.

**WHEREFORE**, Akin Gump respectfully requests that this Court enter an order:

(a)    approving and granting the final allowance of $6,803,458.50 for compensation for professional services rendered to the TSC Debtors during the period from February 16, 2011 through and including March 7, 2013, which amount includes $1,313,543.50 for professional services during the Fifth Interim Period;

(b)    approving and granting the final reimbursement of Akin Gump's out-of-pocket expenses incurred in connection with the rendering of such services during the period from February 16, 2011 through and including March 7, 2013 in the amount of $237,342.29, which amount includes $54,665.79 in expenses incurred during the Fifth Interim Period;

(c)    approving and granting the full payment of all amounts due and owing with respect to the Holdback in the aggregate amount of $532,080.40 and unpaid expenses in the amount of $9,099.00;

(d)    authorizing and directing the TSC Debtors and/or post-confirmation TSC Debtors to pay the fees and expenses awarded; and

(e)    granting such other and further relief as this Court may deem just and proper.

104137877

New York, New York
Dated:  April 22, 2013

*/s/ Ira S. Dizengoff*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Arik Preis

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
Sarah Link Schultz

*Counsel to the Reorganized TSC Debtors*

104137877

## EXHIBIT A

**Affirmation of Ira S. Dizengoff**

104137877

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRESTAR CORPORATION, *et al.*,[1] | ) | Case No. 11-10612 (SHL) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## AFFIRMATION OF IRA S. DIZENGOFF

**Ira S. Dizengoff** respectfully certifies as follows:

I am a partner of the firm of Akin Gump Strauss Hauer & Feld LLP ("*Akin Gump*"),

which firm maintains offices for the practice of law at, among other locations, One Bryant Park,

New York, New York 10036. Akin Gump was retained as counsel to the Other TSC Debtors

and the February Debtors on October 19, 2010 and February 16, 2011, respectively.

1.     This affirmation is submitted pursuant to Rule 2016(a) of the Federal Rules of

Bankruptcy Procedure (the "*Bankruptcy Rules*") in support of Akin Gump's application for

(i) final allowance and award of compensation for professional services rendered to the TSC

Debtors for the period February 16, 2011 through March 7, 2013 (the "*Final Fee Period*") in the

amount of $6,803,458.50, (ii) reimbursement of actual and necessary expenses incurred by Akin

Gump during the Final Fee Period in the amount of $237,342.29, and (iii) payment of all unpaid

amounts on account of fees withheld during the Final Fee Period in accordance with the Interim

Compensation Order in the amount of $532,080.40.

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer identification number, are: (a) TerreStar Corporation [6127] ("*TSC*") and TerreStar Holdings Inc. [0778] (collectively, the "*February Debtors*"); and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "*Other TSC Debtors*" and, collectively with the February Debtors, the "*TSC Debtors*").

2.      All services for which compensation is requested by Akin Gump were professional services performed for and on behalf of the TSC Debtors and not on behalf of any other person.

3.      In accordance with 18 U.S.C. § 155, neither I nor any member or associate of Akin Gump has entered into any agreement, express or implied, with any other party in interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the TSC Debtors' estates.

4.      In accordance with section 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), no agreement or understanding exists between me, the firm or any member or associate thereof, on the one hand, and any other person, on the other hand, for division of such compensation as Akin Gump may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Bankruptcy Code section 504 be made by me or any partner or associate of Akin Gump.

## CERTIFICATION

5.      I have been designated by Akin Gump (the "**Applicant**") as a professional with responsibility in these jointly administered cases for compliance with General Order M-389, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "**Local Guidelines**") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, effective January 30, 1996 (the "**UST Guidelines**," and, collectively with the Local Guidelines, the "**Guidelines**").

6.      I have read the Applicant's application for compensation and reimbursement of expenses (the "**Application**").    To the best of my knowledge, information and belief, the

2

104137877

Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines.

7.    Except to the extent that fees or expenses are prohibited or restricted by the Guidelines, the fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

8.    In providing a reimbursable service, the Applicant does not make a profit on that service, whether the service is performed by the Applicant in-house or through a third party.

9.    In seeking reimbursement for the expenditures described on Exhibit D, the Applicant is seeking reimbursement for only the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

10.    In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement for only the amount actually paid by the Applicant to the third party.

11.    Pursuant to the Guidelines and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered on November 17, 2010, made applicable to these cases by the *Order Directing That Certain Orders in the Chapter 11 Cases of TerreStar Networks Inc., et al. Be Made Applicable to the Chapter 11 Cases of TerreStar Corporation and TerreStar Holdings Inc. Nunc Pro Tunc to the Petition Date*, dated February 23, 2011 [Docket No. 13], the TSC Debtors and the U.S. Trustee will each be provided with a copy of the Application simultaneously with the filing thereof and will have at least 14 days to review the Application before the objection deadline with respect thereto.

104137877

**I HEREBY CERTIFY** that the foregoing is true and correct.

Dated:   New York, New York                    /s/ Ira S. Dizengoff
         April 22, 2013                         **IRA S. DIZENGOFF**

4

104137877

## EXHIBIT B

**Monthly Fee Statements for the
Fifth Interim Period**



TERRESTAR NETWORKS
ATTN: DOUGLAS BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA 20190

| | |
|---|---|
| Invoice Number | 1437181 |
| Invoice Date | 08/17/12 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 51.60 | $26,978.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 20.70 | $9,710.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 12.10 | $3,665.00 |
| 0006 | Retention of Professionals | 1.60 | $904.00 |
| 0008 | Court Hearings | 28.20 | $15,207.50 |
| 0009 | Financial Reports and Analysis | 3.30 | $1,476.50 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 27.60 | $16,189.50 |
| 0012 | General Claims Analysis/Claims Objections | 354.20 | $172,202.00 |
| 0018 | Tax Issues | 0.10 | $75.50 |
| 0021 | Exclusivity | 2.50 | $925.00 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 35.10 | $23,694.50 |
| 0025 | Travel Time | 12.20 | $6,755.00 |
| | TOTAL | 549.20 | $277,782.50 |

TERRESTAR NETWORKS
Invoice Number: 1437181

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 07/02/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 07/03/12 | SLS | 0002 | Participate in call with Akin working group, Blackstone working group and D. Brandon regarding spectrum report. | 1.00 |
| 07/03/12 | BRK | 0002 | Prepare chart of shareholders. | 0.80 |
| 07/03/12 | JFN | 0002 | Review filed 2019 and emails re same. | 0.10 |
| 07/03/12 | SJC | 0002 | Correspondence to J. Newdeck and A. Beane re preferred stock (.2); further communications regarding case status (.1, .2); draft chart of preferred stock holdings (.4). | 0.90 |
| 07/03/12 | EYP | 0002 | Internal meetings and correspondence re overall case strategy issues. | 0.50 |
| 07/05/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 07/05/12 | SJC | 0002 | Correspondence to A. Beane re case status (.3). | 0.30 |
| 07/05/12 | EYP | 0002 | Correspondence and calls with preferred shareholders and internally re various case issues. | 1.00 |
| 07/06/12 | DKB | 0002 | Update transcripts file. | 0.50 |
| 07/08/12 | EYP | 0002 | Call with D. Brandon re strategy issues and related emails. | 1.00 |
| 07/09/12 | SLS | 0002 | Communications with CJ Brown regarding sharing of Spectrum report. | 0.20 |
| 07/09/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 07/09/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 07/09/12 | DKB | 0002 | Update transcripts file (.5); review docket for S. Crow (.3). | 0.80 |
| 07/09/12 | DKB | 0002 | Update transcripts file. | 0.60 |
| 07/09/12 | SJC | 0002 | Correspondence to D. Krasa-Berstell re transcripts (.1); correspondence with GCG re service of recently filed orders (.1). | 0.20 |
| 07/10/12 | BRK | 0002 | Review docket to determine status of Aldo Perez appeal notice. | 0.30 |
| 07/10/12 | SJC | 0002 | Review document filed by Perez and correspondence to working group re same (.3); several communications re transcripts (.3); communications to B. Kemp re calendar and task list (.2); draft notice of marketing (2.1); draft notice of omnibus hearings (.3); communications to A. Beane and A. Preis re same (.1, .1). | 3.40 |
| 07/11/12 | SLS | 0002 | Communications to A. Preis regarding case status. | 0.30 |
| 07/11/12 | BRK | 0002 | Electronically file Notice of Omnibus Hearing Dates (.3); update case calendar (.2). | 0.50 |
| 07/11/12 | DKB | 0002 | Review and update transcripts file. | 0.50 |
| 07/11/12 | ARB | 0002 | Participate in informal court conference with Elektrobit. | 0.30 |
| 07/11/12 | RJD | 0002 | Teleconference with court. | 0.40 |
| 07/11/12 | EYP | 0002 | Prepare for and participate in court call (1.0). | 1.00 |
| 07/12/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 07/13/12 | BRK | 0002 | Update Notice of Adjournment of August 9 hearing. | 0.40 |
| 07/13/12 | SJC | 0002 | Review previous disclosure statement hearing notice (.2); communication to A. Beane re service of adjournment notice (.2, .1); email to S. Schultz and A. Preis re same (.2); prepare documents for GCG re service issues (1.2). | 1.90 |
| 07/16/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 07/16/12 | SJC | 0002 | Communications to J. Sorkin re scheduling (.1, .1); follow up re calendar (.1); coordinate filing and service of notice (.2); review task list (.1); correspondence to A. Beane re status (.2). | 0.80 |
| 07/16/12 | EYP | 0002 | Various correspondence internally and with preferreds re case issues. | 0.50 |
| 07/17/12 | MR | 0002 | Review and comment on draft bridge loan amendment. | 1.20 |
| 07/17/12 | EYP | 0002 | Review and comment on bridge loan amendment. | 0.80 |
| 07/17/12 | JJI | 0002 | Review draft sixth amendment to TSC Bridge (1.1); correspondence and comments re TSC Bridge (.2). | 1.50 |
| 07/18/12 | SLS | 0002 | Communications to A. Preis regarding status of case. | 0.80 |
| 07/18/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 07/18/12 | SJC | 0002 | Review case calendar and revise task list. | 0.40 |
| 07/18/12 | EYP | 0002 | Communications with Schultz re general case update (1.0); various calls with D. Brandon and CJ Brown re strategy (.5). | 1.50 |

TERRESTAR NETWORKS

Invoice Number: 1437181

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 07/19/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 07/19/12 | ARB | 0002 | Correspondence with team re confidentiality agreement. | 0.20 |
| 07/19/12 | EYP | 0002 | Various calls with Blackstone re strategy (.5); correspondence to I. Dizengoff re general update on case (1.0). | 1.50 |
| 07/20/12 | SLS | 0002 | Telephone call with D. Brandon regarding case status. | 0.30 |
| 07/20/12 | BRK | 0002 | Update case calendar. | 0.80 |
| 07/20/12 | ARB | 0002 | Research re standards under Bankruptcy Code section 1112. | 2.20 |
| 07/20/12 | SJC | 0002 | Review and update case calendar and website (.6); communications to paralegal re same (.1, .2); review correspondence from D. Brandon re TSC budget (.2). | 1.10 |
| 07/20/12 | EYP | 0002 | Review and revise confidentiality agreement (.6) and correspondence with preferreds (.2). | 0.80 |
| 07/21/12 | ARB | 0002 | Continue research re standards under Bankruptcy Code section 1112. | 6.40 |
| 07/21/12 | SJC | 0002 | Numerous communications with company and Blackstone re TSC. | 0.60 |
| 07/22/12 | SJC | 0002 | Continued communications re TSC (.4); review substantial memo from A. Preis re case strategy (.4). | 0.80 |
| 07/22/12 | EYP | 0002 | Correspondence with team and client re overall case strategy. | 1.50 |
| 07/23/12 | SLS | 0002 | Professionals' call to prepare for status call with preferreds (.5); call with preferreds regarding case status (.5). | 1.00 |
| 07/23/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 07/23/12 | ARB | 0002 | Prepare for (.5) and participate in (.5) call with company, preferred shareholders, Akin and Blackstone re case strategy. | 1.00 |
| 07/23/12 | SJC | 0002 | Attend case status call with Akin, Blackstone and preferreds (.5); coordinate service of recently filed document (.1). | 0.60 |
| 07/23/12 | EYP | 0002 | Call with preferreds (.5) and prepare for same (1.5); various calls with D. Brandon re strategy (.5); correspondence with preferreds counsel re case (.5). | 2.50 |
| 07/25/12 | SJC | 0002 | Several communications with Akin team re case status. | 0.40 |
| 07/26/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 07/26/12 | EYP | 0002 | Calls and correspondence with D. Brandon and Blackstone and WLRK re case. | 1.00 |
| 07/27/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 07/30/12 | EYP | 0002 | Various calls with Blackstone and D. Brandon re case status. | 1.00 |
| 07/31/12 | EYP | 0002 | Call with D. Brandon and CJ Brown re strategy. | 0.50 |
| 07/10/12 | SJC | 0003 | Review and revise prebill with respect to task coding. | 0.70 |
| 07/11/12 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 0.90 |
| 07/12/12 | SJC | 0003 | Review and revise prebill with respect to task coding. | 4.30 |
| 07/16/12 | ARB | 0003 | Revise monthly invoice. | 1.40 |
| 07/17/12 | ARB | 0003 | Continue preparing monthly invoice. | 0.30 |
| 07/18/12 | ARB | 0003 | Finalize monthly invoice. | 0.20 |
| 07/18/12 | SJC | 0003 | Draft monthly fee application . | 3.40 |
| 07/19/12 | SLS | 0003 | Review and revise exhibit to fee statement (3.0); review and comment on fee statement (1.0). | 4.00 |
| 07/19/12 | SJC | 0003 | Review and revise monthly fee statement. | 1.30 |
| 07/20/12 | SLS | 0003 | Review revised fee application. | 1.00 |
| 07/20/12 | BRK | 0003 | Update exhibits to June fee statement. | 1.00 |
| 07/20/12 | ARB | 0003 | Correspondence re monthly invoice. | 0.20 |
| 07/20/12 | SJC | 0003 | Review and revise fee statement per comments of S. Schultz. | 0.40 |
| 07/23/12 | SLS | 0003 | Finalize monthly fee application. | 0.30 |
| 07/23/12 | BRK | 0003 | File Seventeenth Monthly Fee Application of Akin Gump. | 0.70 |
| 07/23/12 | SJC | 0003 | Review and revise monthly fee statement. | 0.60 |
| 07/06/12 | SJC | 0004 | Correspondence with client (.1. ,1) and to A. Blaylock and A. Beane re GCG invoices (.2). | 0.40 |
| 07/10/12 | BRK | 0004 | Update monthly fee chart. | 1.00 |
| 07/11/12 | ARB | 0004 | Review and comment on Deloitte monthly fee statement. | 0.40 |
| 07/11/12 | SJC | 0004 | Review professional fee chart (.5); review Deloitte invoice (.5); review interim fee order and correspondence to A. Preis and client re same (.4). | 1.40 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/16/12 | SJC | 0004 | Follow up with Deloitte re May fee statement (.1, .2); correspondence to A. Preis re payment of invoices (.1, .1). | 0.50 |
| 07/17/12 | BRK | 0004 | Update monthly fee chart. | 0.40 |
| 07/17/12 | BRK | 0004 | File Deloitte Tax May fee statement. | 0.60 |
| 07/17/12 | ARB | 0004 | Review correspondence re outstanding invoices of other professionals. | 0.30 |
| 07/17/12 | SJC | 0004 | Review professional invoices and draft email to client re same. | 0.70 |
| 07/18/12 | BRK | 0004 | Update monthly fee chart. | 0.60 |
| 07/23/12 | BRK | 0004 | Update monthly fee chart. | 0.80 |
| 07/23/12 | SJC | 0004 | Several communications and research re Weil invoices (.5); review Deloitte monthly fee statement (.4). | 0.90 |
| 07/25/12 | SJC | 0004 | Review WLRK invoices. | 0.20 |
| 07/26/12 | BRK | 0004 | Update monthly fee chart. | 0.60 |
| 07/26/12 | BRK | 0004 | File Fifteenth Monthly Fee Statement of Deloitte Tax. | 0.70 |
| 07/27/12 | BRK | 0004 | Update monthly fee chart. | 0.90 |
| 07/27/12 | SJC | 0004 | Review Blackstone invoice (.4); communications with Blackstone re professional fee chart (.3, .1). | 0.80 |
| 07/28/12 | SJC | 0004 | Review WLRK invoice (.4) and email S. Schultz and A. Preis re same (.1). | 0.50 |
| 07/30/12 | SJC | 0004 | Correspondence with D. Brandon re payment of professional fees. | 0.20 |
| 07/31/12 | SJC | 0004 | Review Blackstone fee statement and provide comments to same. | 0.20 |
| 07/03/12 | EYP | 0006 | Call with RKF re engagement and related correspondence. | 1.00 |
| 07/25/12 | BRK | 0006 | File Second Supplemental Declaration of R. Gentile. | 0.60 |
| 07/01/12 | JLS | 0008 | Prepare for hearing. | 1.00 |
| 07/01/12 | SLS | 0008 | Prepare for omnibus hearing (2.0). | 2.00 |
| 07/01/12 | SJC | 0008 | Review relevant documents in preparation for hearing (1.5); prepare hearing script (2.2). | 3.70 |
| 07/02/12 | JLS | 0008 | Prepare for (1.0) and attend hearing (2.5). | 3.50 |
| 07/02/12 | SLS | 0008 | Prepare for hearing (1.0); attend hearing (2.5). | 3.50 |
| 07/02/12 | JFN | 0008 | Various emails re 7/2 hearing (.1); telephonic hearing participation (.8). | 0.90 |
| 07/02/12 | ARB | 0008 | Attend July 2 hearing telephonically (1.5) and submit orders to Court for entry in connection with same (.2). | 1.70 |
| 07/02/12 | SJC | 0008 | Prepare for hearing (2.2); attend and participate in hearing (1.9); draft summary of hearing results (.4). | 4.50 |
| 07/02/12 | EYP | 0008 | Various calls regarding status update re TSC hearing. | 0.50 |
| 07/09/12 | ARB | 0008 | Communication to S. Crow re notices re upcoming omnibus hearing dates. | 0.20 |
| 07/10/12 | BRK | 0008 | Draft notice of cancellation of July 31 hearing. | 0.50 |
| 07/11/12 | JLS | 0008 | Prepare for and participate in conference with court re discovery issues and scheduling. | 0.60 |
| 07/11/12 | JFN | 0008 | Confer re status conference (.1); various emails re status conference (.1); follow-up correspondence to A. Beane and S. Crow (.1); court status conference (.4); follow-up conferences re same (.1); follow-up email to A. Beane re same (.1). | 0.90 |
| 07/11/12 | SJC | 0008 | Review several communications relating to chambers conference (.3); review and revise case timeline per comments of A. Preis in connection with same (2.3); attend conference call with chambers (.4). | 3.00 |
| 07/13/12 | JFN | 0008 | Email to S. Crow and A. Beane re notice. | 0.10 |
| 07/16/12 | BRK | 0008 | File Notice of Adjournment of August 9 hearing. | 0.60 |
| 07/31/12 | TS | 0008 | Prepare notice of adjournment for ECF filing (.1); ECF file same (.3). | 0.40 |
| 07/31/12 | ARB | 0008 | Prepare notice of adjournment of August 16 hearing (.3, .1) and supervise filing of same (.2). | 0.60 |
| 07/18/12 | SJC | 0009 | Draft inserts for monthly operating report. | 0.90 |
| 07/19/12 | SLS | 0009 | Review and comment on monthly operating report. | 0.40 |
| 07/19/12 | ARB | 0009 | Review and comment on June monthly operating report. | 0.50 |
| 07/19/12 | SJC | 0009 | Review and revise monthly operating report. | 0.40 |
| 07/20/12 | SLS | 0009 | Review final monthly operating report. | 0.20 |
| 07/20/12 | BRK | 0009 | File monthly operating report for June 2012. | 0.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/23/12 | SLS | 0009 | Respond to inquiry regarding monthly operating report. | 0.20 |
| 07/02/12 | MJV | 0010 | Correspondence to R. Testani re proposed DIP agreement. | 0.50 |
| 07/10/12 | JJI | 0010 | Draft closing documents for TSC DIP (1.1); draft resolutions (.6). | 1.70 |
| 07/17/12 | ARB | 0010 | Review proposed amendment to bridge loan. | 0.30 |
| 07/19/12 | SLS | 0010 | Communications with CJ Brown regarding DIP budget (.2).. | 0.20 |
| 07/20/12 | SLS | 0010 | Telephone call with CJ Brown regarding status of DIP budget (.3); review communications from DIP lender regarding same (.2). | 0.50 |
| 07/20/12 | EYP | 0010 | Review of DIP budget. | 0.60 |
| 07/26/12 | JFN | 0010 | Emails to S. Crow re interim DIP order (.1); review same (.2); various emails to A. Preis re same (.2); communication to S. Crow re same (.1, .1); revise DIP interim order (.2, .2); review revised black lined DIP order (.2). | 1.30 |
| 07/26/12 | SJC | 0010 | Draft interim DIP order (2.1); communications with J. Newdeck re same (.1, .1). | 2.30 |
| 07/27/12 | SLS | 0010 | Review and comment on interim DIP order. | 0.50 |
| 07/27/12 | ARB | 0010 | Review and comment on interim DIP order. | 0.60 |
| 07/27/12 | SJC | 0010 | Review and revise interim DIP order (2.2); internal communications re same (.2, .1, .1). | 2.60 |
| 07/29/12 | JLS | 0010 | Review correspondence regarding DIP budget. | 0.30 |
| 07/29/12 | SJC | 0010 | Review several communications among working group and Blackstone re budget analysis (.2, .1, .1); review correspondence re supplemental DIP motion (.2, .1). | 0.70 |
| 07/30/12 | JFN | 0010 | Draft supplemental DIP motion (.4); continue draft and incorporate comments to supplemental DIP motion (1.3, .6, .5); email A. Preis re same (.1); email A. Beane re supplemental DIP motion (.1); emails re DIP reports (.1); review email re DIP forbearance (.1). | 3.20 |
| 07/30/12 | ARB | 0010 | Review and comment on supplemental DIP motion. | 0.30 |
| 07/30/12 | SJC | 0010 | Communications with M. Snyder (.1, .1) and to S. Schultz and A. Preis (.2) re DIP document modification. | 0.40 |
| 07/30/12 | EYP | 0010 | Review and comment on supplemental DIP motion. | 2.00 |
| 07/31/12 | SLS | 0010 | Revise DIP supplement motion. | 1.10 |
| 07/31/12 | JFN | 0010 | Revise supplemental DIP motion (.5); email team re same (.1); revise supplemental DIP motion (.4, 1.0, .6); various emails to A. Preis re DIP motion (.2); review revised DIP order (.1, .1); further revise DIP motion (.2); numerous internal communications re same (1.0). | 4.20 |
| 07/31/12 | MR | 0010 | Review revised second DIP agreement (.5) and discuss with Akin team re same (.2). | 0.70 |
| 07/31/12 | SJC | 0010 | Revise DIP order and review supplemental DIP motion in connection with same. | 2.10 |
| 07/31/12 | EYP | 0010 | Revise DIP motion and order (1.0); review DIP agreement (.5). | 1.50 |
| 07/01/12 | JLS | 0012 | Review and respond to correspondence regarding discovery. | 0.30 |
| 07/02/12 | JLS | 0012 | Work on schedule for claims objection (.3); review privilege log (.4). | 0.70 |
| 07/02/12 | CT | 0012 | Prepare case documents for attorneys' review. | 2.20 |
| 07/02/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3). | 0.60 |
| 07/02/12 | RJP | 0012 | Conference and correspondence with A. Lees re discovery (.3); email to J. Sorkin re discovery (.1); draft and revise sample privilege log (6); correspondence with R. Donohue re hearing and discovery tasks (.3);correspondence to C. Torres re document production (.1). | 6.80 |
| 07/03/12 | JLS | 0012 | Review subpoenas. | 0.20 |
| 07/03/12 | MAG | 0012 | Update eRoom with all pleadings (.5) review database to ensure accuracy of uploads (.5). | 1.00 |
| 07/03/12 | CT | 0012 | Prepare case documents for Attorneys' Review. | 2.40 |
| 07/03/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.2, .3). | 0.50 |
| 07/03/12 | RJP | 0012 | Call to S. Shelley re discovery (.2); correspondence with A. Lees re same (.2); review third party subpoenas (.2); correspondence to Akin team re same (.2); draft timeline of Elektrobit litigation (1); correspondence to C. Anderson (.1). | 1.90 |

TERRESTAR NETWORKS
Invoice Number: 1437181

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 07/05/12 | JLS | 0012 | Review and respond to correspondence regarding Elektrobit (.2); review draft discovery materials (.4); prepare for and meet with Akin Gump attorneys regarding discovery issues (.5). | 1.10 |
| 07/05/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.2, .2, .2); internal conferences regarding same (.2, .3, .3); review and analyze documents (.8); manage and supervise document production (1.2). | 3.50 |
| 07/05/12 | RJP | 0012 | Correspondence to R. Donohue and J. Sorkin re Elektrobit discovery and case management order (1.5); review and revise privilege log (.5). | 2.00 |
| 07/06/12 | JLS | 0012 | Review revised case management order (.3); review and respond to correspondence regarding case (.2); review privilege log (.3). | 0.80 |
| 07/06/12 | LC | 0012 | Prepare documents for attorneys' review. | 0.60 |
| 07/06/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .2); internal conferences regarding same (.1, .3, .3); review and analyze documents (.9); manage and supervise document production efforts (.9). | 2.90 |
| 07/06/12 | RJP | 0012 | Revise privilege log (1.3); draft correspondence to Akin attorneys re same (.2); correspondence to J. Cuatt re assignment (.3); revise case management order and send to J. Sorkin and R. Donohue (.8); conference with R. Donohue re discovery tasks (.2); prepare Blackstone documents for pre-production (1); correspondence with R. Donohue re same (.2). | 4.00 |
| 07/06/12 | JLC | 0012 | Update privilege log with bates numbers. | 1.50 |
| 07/09/12 | JLS | 0012 | Conference with R. Donohue regarding case status and discovery issues (.5); review hearing transcript in connection with same (.5). | 1.00 |
| 07/09/12 | MAG | 0012 | Update hard copy discovery folders for litigation team with all current discovery requests (2.5); revise Privilege Log per R. Presa (2.5). | 5.00 |
| 07/09/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3); call with J. Sorkin re same (.5); review and analyze documents (1.4); manage and supervise document production efforts (1.0). | 3.40 |
| 07/09/12 | EYP | 0012 | Review of transcript from 7-2 TSC hearing re Elektrobit. | 1.00 |
| 07/09/12 | JHB | 0012 | Review transcript of July 2 hearing re Elektrobit. | 0.50 |
| 07/10/12 | JLS | 0012 | Conference with A. Preis regarding discovery (.5); conference with counsel to the preferreds regarding discovery issues (.5); analyze case status and strategy (.4); review and respond to correspondence regarding same (.4). | 1.80 |
| 07/10/12 | MAG | 0012 | Update eRoom with all current discovery requests (2.0); ensure accuracy of database (2.0). | 4.00 |
| 07/10/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3); internal conferences regarding same (.2, .3, .3); review and analyze documents (1.2). | 2.50 |
| 07/10/12 | EYP | 0012 | Correspondence re Elektrobit with J. Sorkin. | 0.50 |
| 07/11/12 | JLS | 0012 | Review and respond to correspondence re discovery issues (1.0); confer with R. Donohue re discovery issues (.7); call with counsel to Elektrobit (.5); work on scheduling issues (.3). | 2.50 |
| 07/11/12 | ARB | 0012 | Revise timeline re Elektrobit claim issues (.2). | 0.20 |
| 07/11/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.2, .2, .2); internal conferences with J. Sorkin regarding same (.2, .3, .3); manage and supervise document production efforts (1.6). | 3.10 |
| 07/11/12 | RJP | 0012 | Conference with R. Donohue re discovery issues (.3); correspondence with Akin attorneys re same (.3). | 0.60 |
| 07/11/12 | EYP | 0012 | Various calls with WLRK and Elektrobit counsel, and related internal follow up (1.5); review of various timelines and other documents relating to claim (1.0). | 2.50 |
| 07/11/12 | JHB | 0012 | Review and circulate timeline (.3); review correspondence with Elektrobit regarding discovery (.3). | 0.60 |
| 07/12/12 | JLS | 0012 | Review documents for production (1.0); review and respond to correspondence re discovery issues (.6); confer with Akin Gump attorneys re document production (.6). | 2.20 |

TERRESTAR NETWORKS
Invoice Number: 1437181

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 07/12/12 | ARB | 0012 | Review revised timeline re Elektrobit discovery and claim/plan litigation (.4); review correspondence with Akin team and Elektrobit re same (.2). | 0.60 |
| 07/12/12 | CT | 0012 | Prepare case documents for Attorneys' Review. | 2.20 |
| 07/12/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .2). | 0.50 |
| 07/12/12 | RJP | 0012 | Revise Elektrobit claim timeline (1.5); correspondence to S. Crow re same (.1); revise sample privilege log (1); numerous correspondence to J. Sorkin and R. Donohue (.4); memo to J. Sorkin re litigation tasks (.5); correspondence with Preferreds' counsel re document production (.2). | 3.70 |
| 07/12/12 | EYP | 0012 | Various calls and correspondence with preferreds, Elektrobit, and with TSC regarding claim and discovery. | 4.00 |
| 07/13/12 | JLS | 0012 | Review and revise correspondence in connection with discovery (.2); prepare for depositions (1.3). | 1.50 |
| 07/13/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3); internal conferences regarding same (.1, .2, .3); review and analyze documents (.9); manage and supervise document production efforts (1.5). | 3.60 |
| 07/16/12 | JLS | 0012 | Review and respond to correspondence regarding discovery case (.5); review and analyze documents (1.0). | 1.50 |
| 07/16/12 | RJP | 0012 | Draft spreadsheet of Elektrobit discovery activities (4); correspondence with litigation team re deposition preparation (.2). | 4.20 |
| 07/16/12 | JHB | 0012 | Email J. Sorkin and R. Donohue regarding deposition preparation. | 0.20 |
| 07/17/12 | JLS | 0012 | Review pleadings and materials regarding Elektrobit claim (1.0); review and respond to correspondence regarding discovery (.5); prepare for depositions (.7); meeting with R. Donohue and R. Presa regarding discovery and depositions (.7); review privilege log (.6). | 3.50 |
| 07/17/12 | DKB | 0012 | Review and organize case file in preparation for archiving. | 1.00 |
| 07/17/12 | ARB | 0012 | Correspondence with Akin team re Elektrobit. | 0.20 |
| 07/17/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.2, .2, .3); internal conferences with J. Sorkin and R. Presa regarding same (.2, .3, .3); correspondence with counsel for the preferred shareholders regarding same (.3); manage and supervise document production efforts (.5). | 2.30 |
| 07/17/12 | RJP | 0012 | Revise Elektrobit discovery chart (1.2); conference with J. Sorkin and R. Donohue re Elektrobit discovery and Matheson deposition preparation (.8); correspondence with support staff re same (.5); draft correspondence to Terrestar email archival vendor re documents (.5). | 3.00 |
| 07/17/12 | EYP | 0012 | Review of facts regarding Elektrobit and analysis re same for team. | 1.10 |
| 07/17/12 | JHB | 0012 | Gather and review materials for Matheson deposition preparation (3.3); correspondence to J. Sorkin and R. Presa re same (.3). | 3.60 |
| 07/18/12 | JLS | 0012 | Review and respond to correspondence regarding discovery and depositions (.8); prepare for depositions (1.4); review privilege log (.4). | 2.60 |
| 07/18/12 | JWM | 0012 | Process documents for attorney review. | 2.10 |
| 07/18/12 | MAG | 0012 | Create Claims Objections Briefing binder in connection with D. Matheson deposition preparation (2.0) Create Claims Objection background documents binder in connection with D. Matheson deposition preparation (4.0). | 6.00 |
| 07/18/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3); internal conferences regarding same (.1, .3, .3); correspondence with counsel for the preferred shareholders regarding same (.6); manage and supervise document production efforts (.8); prepare for deposition of D. Matheson (1.2). | 3.80 |
| 07/18/12 | RJP | 0012 | Correspondence and conference with Akin attorneys re discovery and Matheson deposition preparation (1); correspondence and conference with eDiscovery team re same (1.5); correspondence and conference with email archival vendor re document pull (.8); review documents in preparation for Matheson deposition (2.5). | 5.80 |
| 07/18/12 | PJC | 0012 | Review documents related to Elektrobit discovery and place relevant documents in chronological order. | 2.00 |
| 07/18/12 | DBI | 0012 | Perform searches requested by attorney team and start processing data to | 5.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | Ringtail database format. | |
| 07/19/12 | JLS | 0012 | Conference with Akin Gump attorneys regarding discovery issues (.6); review and respond to correspondence regarding discovery issues (.5); review and analyze documents (1.5). | 2.60 |
| 07/19/12 | JWM | 0012 | Process documents for attorney review. | 3.10 |
| 07/19/12 | MAG | 0012 | Create hard copy binder set of all data room documents re D. Matheson. | 3.00 |
| 07/19/12 | ML | 0012 | Prepare case documents for attorneys' review. | 2.50 |
| 07/19/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.2, .2, .3); correspondence with counsel for the preferred shareholders regarding same (.3, .3). | 1.30 |
| 07/19/12 | RJP | 0012 | Manage and coordinate document review and production to Elektrobit (2); communications to A. Preis (.4) and J. Sorkin (.4) re same; review produced documents and gather materials for deposition preparation (2.5); communications to J. Bell and R. Donohue re deposition preparation (.8). | 6.10 |
| 07/19/12 | EYP | 0012 | Review of documents for discovery (1.2) and calls/correspondence re same (.3). | 1.50 |
| 07/19/12 | JHB | 0012 | Communications with R. Presa regarding outgoing document production in Elektrobit claim litigation. | 0.50 |
| 07/19/12 | DBI | 0012 | Prepare documents for attorney review. | 7.00 |
| 07/19/12 | KJB | 0012 | Prepare electronic data for attorney review per the request of R. Presa. | 1.90 |
| 07/20/12 | JLS | 0012 | Review and respond to correspondence regarding claim (.6); phone call with counsel to Elektrobit regarding discovery (.2); address discovery issues (.3). | 1.10 |
| 07/20/12 | SLS | 0012 | Correspondence to  A. Preis regarding Elektrobit discussions. | 0.30 |
| 07/20/12 | MAG | 0012 | Search Ringtail electronic database re meeting minutes (1.0); create hard copy binders of all Board meeting minutes (3.0); put in chronological order (2.0). | 6.00 |
| 07/20/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3); manage and supervise document production efforts (.5). | 1.10 |
| 07/20/12 | EYP | 0012 | Call with Elektrobit and its counsel and related follow up. | 1.00 |
| 07/20/12 | EYP | 0012 | Various internal calls and analysis re strategy regarding negotiations with Elektrobit. | 1.20 |
| 07/20/12 | JHB | 0012 | Discuss outgoing document production with counsel for preferreds (.2); multiple e-mails with e-discovery personnel regarding finalizing and producing outgoing document production (2.0). | 2.20 |
| 07/20/12 | DBI | 0012 | Compile and burn two copies of the production CD. | 1.00 |
| 07/22/12 | JLS | 0012 | Review correspondence regarding Elektrobit claim (.2); review and analyze documents in preparation for depositions (5). | 0.70 |
| 07/22/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .1, .2). | 0.40 |
| 07/22/12 | RJP | 0012 | Review Terrestar documents for responsiveness to Elektrobit discovery requests. | 1.80 |
| 07/22/12 | RJP | 0012 | Review email from A. Preis. | 0.20 |
| 07/23/12 | JLS | 0012 | Review and respond to correspondence regarding document production in connection with Elektrobit claim (.3); review documents in connection with discovery (.2); conference with Akin Gump attorneys regarding discovery issues (.2); review deposition notice (.2); review correspondence from counsel to the preferreds regarding discovery issues (.2). | 0.90 |
| 07/23/12 | ISD | 0012 | Update re Elektrobit litigation settlement open issues. | 0.60 |
| 07/23/12 | MAG | 0012 | Deposition preparation for D. Matheson: create binders of all documents tagged by R. Presa and circulate to team (10.0); work with E-Discovery re search issues (1.0). | 11.00 |
| 07/23/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .2); internal conferences regarding same (.2, .2, .3); correspondence with counsel for the preferred shareholders regarding same (.3, .3); manage and supervise document production efforts (.9); prepare for deposition of D. Matheson | 4.10 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | (1.5). | |
| 07/23/12 | RJP | 0012 | Review documents in preparation for Matheson deposition (1.5); review Terrestar documents for responsiveness to Elektrobit discovery requests (4); conference and correspondence with Akin attorneys re deposition preparation and document review/production (1); correspondence with M. Gyure re deposition preparation materials (.3); correspondence with D. Iofe re document production (.3); review Solus privilege log (.1). | 7.20 |
| 07/23/12 | JHB | 0012 | Preparation for Matheson deposition (1.5); draft deposition preparation outline for same (2.5). | 4.00 |
| 07/23/12 | DBI | 0012 | Convert and prepare documents for attorney review outside of Ringtail. | 2.00 |
| 07/24/12 | JLS | 0012 | Review and analyze documents (3.0); conference with Akin Gump attorneys regarding case status and discovery issues (1.0); review and respond to correspondence regarding depositions (.3); review privilege log (.2); review deposition transcripts and documents in preparation for depositions (4.5). | 9.00 |
| 07/24/12 | MAG | 0012 | Create binders in preparation for D. Matheson deposition including: Claim Objection Briefing binder (4.0) and all responsive documents from TSC Ringtail database (4.0). | 8.00 |
| 07/24/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3); internal conferences regarding same (.1, .2, .3). | 1.20 |
| 07/24/12 | RJP | 0012 | Review materials in preparation for Matheson deposition (3); communications to J. Bell and J. Sorkin re same (.5); review documents produced by Elektrobit (1.5); correspondence to A. Preis (.3) and J. Sorkin (.3) re document production to Elektrobit (.8); review subpoena to Blackstone and accompanying correspondence (.2). | 6.80 |
| 07/24/12 | EYP | 0012 | Various calls with D. Brandon and Blackstone re Elektrobit settlement and related issues (1.0); review and comment on draft pleadings (1.0). | 2.00 |
| 07/24/12 | JHB | 0012 | Revise Matheson deposition preparation outline (2.0); review and flag additional deposition transcripts (2.0); review deposition exhibits (1.4); review prior discovery responses (.5); review TSC board minutes (1.2). | 7.10 |
| 07/24/12 | DBI | 0012 | Assist the team with searches in Ringtail Database. | 0.50 |
| 07/25/12 | JLS | 0012 | Review and respond to correspondence regarding discovery (.6); review and analyze documents (.5); conference with Akin Gump attorneys regarding case status and discovery issues (.4); review deposition transcripts and documents in preparation for depositions (1.5). | 3.00 |
| 07/25/12 | SLS | 0012 | Telephone call with Blackstone team regarding potential resolution of Elektrobit claim (.3); further communications regarding same (.3) | 0.60 |
| 07/25/12 | ARB | 0012 | Draft 9019 motion re Elektrobit claim (2.8) and research in connection with same (1.9). | 4.70 |
| 07/25/12 | MAG | 0012 | D. Matheson deposition preparation (2.0); create hard copy binders of all board minutes (4.0); put in chronological order re same (1.0). | 7.00 |
| 07/25/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.2, .2, .3); internal conferences regarding same (.2, .3, .3); correspondence with counsel for the preferred shareholders regarding same (.2, .3); manage and supervise document production efforts (1.1); prepare for deposition of D. Matheson (1.7). | 4.80 |
| 07/25/12 | RJP | 0012 | Correspondence to J. Sorkin re deposition preparation (.2); assemble and review deposition preparation materials (1.7); communications to D. Iofe re document production (.2); review correspondence re Elektrobit litigation hold (.3). | 2.50 |
| 07/25/12 | EYP | 0012 | Various calls with Elektrobit and counsel re potential settlement (1.0); call with D. Posner re Elektrobit issues and follow up (.5); calls and correspondence with D. Brandon and CJ Brown re Elektrobit issues (1.3); correspondence re Elektrobit issues and potential settlement (.8); various calls with court re Elektrobit scheduling (.3); calls and correspondence with WLRK re Elektrobit issues (.2); review of draft pleadings (.5). | 4.60 |

TERRESTAR NETWORKS
Invoice Number: 1437181

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 07/25/12 | EYP | 0012 | Correspondence to I. Dizengoff re Elektrobit and other case issues. | 0.40 |
| 07/25/12 | JHB | 0012 | Review subpoena of Blackstone and related correspondence (.3); e-mail M. Gyure re materials for Matheson deposition (.1). | 0.40 |
| 07/25/12 | DBI | 0012 | Prepare the production set of documents and load it to the Ringtail database for final review. | 2.50 |
| 07/26/12 | JFN | 0012 | Emails to A. Preis re Van Vlissingen (.1) and to S. Crow (.1); call with J. Bain re lease issues (.2); follow-up with S. Crow (.1). | 0.50 |
| 07/26/12 | ARB | 0012 | Continue preparing draft 9019 motion. | 6.70 |
| 07/26/12 | EYP | 0012 | Review of Van Vlissingen issues (1.0); review and comment on 9019 motion (3.2). | 4.20 |
| 07/26/12 | JAB | 0012 | Calls and email correspondence with J. Newdeck regarding landlord claims in connection with TSC bankruptcy (.2); review and analysis of file materials in connection with same (.6). | 0.80 |
| 07/27/12 | JLS | 0012 | Phone call with Blackstone regarding discovery (.7); conference with Akin Gump attorneys regarding discovery issues (.5); Work on responding to discovery (.5). | 1.70 |
| 07/27/12 | SLS | 0012 | Communications with Akin and Blackstone team regarding resolution of Elektrobit claim (.6). | 0.60 |
| 07/27/12 | ISD | 0012 | Update re Elektrobit litigation settlement open issues. | 0.60 |
| 07/27/12 | JFN | 0012 | Communication to A. Beane re Elektrobit 9019 motion (.2); research re lease issues (2.0, 1.8); confer with J. Bain re same (.1). | 2.10 |
| 07/27/12 | ARB | 0012 | Revise 9019 motion (3.4) and draft stipulation re same (3., 2.2); correspondence to R. Donohue and R. Presa re same (.1, .1). | 8.60 |
| 07/27/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.2, .2); internal conferences regarding same (.2, .3). | 0.90 |
| 07/27/12 | RJP | 0012 | Provide comments to settlement motion and correspondence to A. Beane re same (1); teleconference with Blackstone re response to Elektrobit subpoena (.3); communication to J. Sorkin re same (.5); correspondence to K. Castaldy re Elektrobit subpoena and deposition notice (.2). | 2.00 |
| 07/27/12 | EYP | 0012 | Various calls and correspondence re settlement. | 0.50 |
| 07/27/12 | JAB | 0012 | Email correspondence and calls with J. Newdeck regarding TSC lease proof of claim matter (.1); review and analysis of file materials in connection with same (.3). | 0.40 |
| 07/28/12 | SLS | 0012 | Communications to A. Preis regarding resolution of Elektrobit claim (.2, .2, .1). | 0.50 |
| 07/28/12 | ARB | 0012 | Revise 9019 motion and related stipulation. | 7.10 |
| 07/28/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3). | 0.50 |
| 07/28/12 | EYP | 0012 | Various calls re settlement (1.0); review and comment on 9019 motion and stipulation (2.0). | 3.00 |
| 07/29/12 | SLS | 0012 | Review 9019 motion (.8); communications to A. Preis regarding same (.3) | 1.10 |
| 07/29/12 | ARB | 0012 | Revise 9019 motion and related stipulation. | 6.10 |
| 07/29/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2). | 0.30 |
| 07/29/12 | SJC | 0012 | Review extensive correspondence from A. Preis regarding a variety of Elektrobit claim issues (.3, .2, .2); research re subrogation (3.9). | 4.60 |
| 07/29/12 | EYP | 0012 | Review and comment on 9019 motion and stipulation. | 2.00 |
| 07/30/12 | JLS | 0012 | Phone call with counsel for Elektrobit regarding claim and settlement (.5); conference with Akin Gump attorneys and Blackstone regarding Elektrobit claim and settlement (1.0); review and revise motion regarding Elektrobit claim (1.5); conference with Akin Gump attorney regarding Elektrobit claim objection (.5). | 3.50 |
| 07/30/12 | SLS | 0012 | Communications with G. Davis regarding resolution of Elektrobit claim (.2, .1, .1, .1); telephone call with Akin and Blackstone team regarding same (.5); telephone call with CJ Brown regarding same (.3); telephone call with S. Charles and M. Snyder regarding structure of settlement (.3); follow-up call with M. Snyder regarding same (.2); review Elektrobit stipulation (.6); review and comment on Elektrobit 9019 motion (1.0). | 3.40 |

TERRESTAR NETWORKS

Invoice Number: 1437181

Page 11

August 17, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 07/30/12 | JFN | 0012 | Research re lease issue on Van Vlissingen claim. | 0.50 |
| 07/30/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .2, .3); internal conferences regarding same (.2, .2, .3, .3); review draft pleadings and related documents (1.8). | 3.40 |
| 07/30/12 | SJC | 0012 | Correspondence to J. Newdeck re Van Vlissingen research (.2). | 0.20 |
| 07/30/12 | RJP | 0012 | Correspondence and conference with J. Kerr (Blackstone) regarding Elektrobit discovery requests and Zelin deposition (.2); communications to R. Donohue and J. Sorkin re same (.2); revise settlement motion and stipulation (2.2). | 2.80 |
| 07/30/12 | EYP | 0012 | Various calls with counsel to preferreds and Elektrobit (.8); review and revise 9019 motion and stipulation (1.5); various correspondence re settlement (.5). | 2.80 |
| 07/30/12 | JAB | 0012 | Review and analysis of TSC lease agreement in connection with Van Vlissingen claim (1.0); prepare audit and response to landlord's proof of claims regarding restoration of premises (.5); email correspondence to J. Newdeck regarding same (.2); research relating to nature of certain improvement items listed in landlord's proof of claim (1.7). | 3.40 |
| 07/31/12 | JLS | 0012 | Review documents and correspondence re settlement of Elektrobit claim (1.0); review and respond to correspondence re same (.3). | 1.30 |
| 07/31/12 | SLS | 0012 | Review preferreds comments to Elektrobit 9019 motion (.2) and stipulation (.2); communication to A. Preis regarding status of settlement agreement (.2); telephone call with S. Charles and M. Snyder regarding same (.3); review revised settlement papers (.3). | 1.20 |
| 07/31/12 | ARB | 0012 | Revise 9019 motion and related stipulation (.2); incorporate WLRK comments to same (.8). | 1.00 |
| 07/31/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.1, .1, .2); internal conferences regarding same (.2, .2, .3); review draft pleadings and related documents (1.1). | 2.10 |
| 07/31/12 | EYP | 0012 | Call with chambers re 9019 motion and related follow up (.5); various correspondence re settlement with all parties (1.0); various calls and correspondence with WLRK (.6); revise 9019 documents (1.0); call with counsel for Elektrobit (.4); review and comment on notice of adjournment (.5). | 3.10 |
| 07/31/12 | JAB | 0012 | Emails and telephone correspondence to J. Newdeck and Terrestar litigation team regarding landlord proof of claim issue (.1); review and analysis of memorandum relating to premises condition issue (.3). | 0.40 |
| 07/03/12 | HBJ | 0018 | Follow-up with Deloitte and Akin teams re timing of restructuring for tax purposes. | 0.10 |
| 07/01/12 | SJC | 0021 | Research re creditor's rights to oppose exclusivity. | 2.50 |
| 07/01/12 | JFN | 0022 | Review indenture. | 0.80 |
| 07/02/12 | JFN | 0022 | Email J. Smith re indenture (.1); follow-up with S. Schultz re indenture (.1); continue review of indenture (.3); emails to J. Smith re indenture (.3); draft email to S. Schultz (.2); email TSC team re indenture and follow-up email (.2). | 1.20 |
| 07/02/12 | RAT | 0022 | Participate in discussions regarding indenture internally. | 0.30 |
| 07/02/12 | SJC | 0022 | Correspondence to A. Beane and GCG re disclosures statement hearing notice (.3). | 0.30 |
| 07/02/12 | JBS | 0022 | Attention to revision of indenture and internal distribution. | 1.50 |
| 07/03/12 | RVT | 0022 | Call re indenture. | 0.40 |
| 07/03/12 | JFN | 0022 | Call re indenture (.3); email S. Schultz re intercreditor agreement (.1). | 0.40 |
| 07/03/12 | ARB | 0022 | Call with Akin credit team re intercreditor issues (.2) and correspondence re same (.1). | 0.40 |
| 07/03/12 | SJC | 0022 | Calls with M. Schlappig re plan and disclosure statement (.2, .2). | 0.40 |
| 07/03/12 | JBS | 0022 | Telephone conference to discuss indenture and next steps. | 0.40 |
| 07/05/12 | SJC | 0022 | Review correspondence from GCG re disclosure statement hearing notice (.1); email to A. Preis re same (.1). | 0.20 |
| 07/09/12 | MJV | 0022 | Analyze drafting issues for indenture. | 0.80 |

TERRESTAR NETWORKS

Invoice Number: 1437181

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 07/09/12 | RVT | 0022 | Review indenture precedents (2.0); review restructuring term sheet (.5); began drafting exit facility agreement (2.5). | 5.00 |
| 07/10/12 | MJV | 0022 | Correspondence to R. Troitsky re draft indenture agreement (.3); review of portions of same (1.2). | 1.50 |
| 07/10/12 | RVT | 0022 | Finalized draft of indenture agreement. | 2.30 |
| 07/10/12 | JFN | 0022 | Various emails re indenture (.2); emails to R. Troitsky re same (.1). | 0.30 |
| 07/10/12 | JBS | 0022 | Coordinate indenture distribution and redline for A. Preis (.2); correspondence related to Blackstone inquiry (.2). | 0.40 |
| 07/11/12 | MJV | 0022 | Review of revisions to draft indenture. | 0.60 |
| 07/11/12 | RVT | 0022 | Review Terrestar Indenture (.6); make additional revisions to intercreditor agreement (3.6). | 4.20 |
| 07/11/12 | SJC | 0022 | Review and revise notice per comments of A. Preis. | 1.10 |
| 07/12/12 | SLS | 0022 | Communication to A. Preis and J. Sorkin regarding upcoming discovery schedule. | 0.20 |
| 07/13/12 | ARB | 0022 | Call with Akin team (.2) and GCG (.2) re adjourning disclosure statement hearing; review and comment on notice of adjournment (.1). | 0.50 |
| 07/17/12 | ARB | 0022 | Correspondence with GCG re revisions to solicitation timeline. | 0.20 |
| 07/20/12 | JFN | 0022 | Email Akin team re indenture (.1); correspondence to A. Beane re same (.1). | 0.20 |
| 07/22/12 | ARB | 0022 | Correspondence to A. Preis re plan and disclosure statement documents (.1); review correspondence from A. Preis in preparation for 7/23 plan status call (.4). | 0.50 |
| 07/23/12 | ISD | 0022 | Analysis of open plan issues. | 0.70 |
| 07/24/12 | ISD | 0022 | Review and analysis of open plan issues. | 0.90 |
| 07/24/12 | EYP | 0022 | Review of draft valuation from Blackstone. | 1.00 |
| 07/25/12 | JBS | 0022 | Attention to follow-up on status of indenture. | 0.10 |
| 07/26/12 | JFN | 0022 | Correspondence to J. Smith re indenture (.1); follow-up emails to A. Preis re same (.2). | 0.30 |
| 07/26/12 | EYP | 0022 | Review and comment on liquidation analysis. | 1.00 |
| 07/27/12 | SLS | 0022 | Review revised disclosure statement exhibits (1.1). | 1.10 |
| 07/28/12 | SLS | 0022 | Review revised disclosure statement exhibits (.3); review communications between Akin and Blackstone team regarding same (.3) | 0.60 |
| 07/30/12 | ARB | 0022 | Review objection to plan filed by Swarts. | 0.50 |
| 07/30/12 | SJC | 0022 | Review Swarts objection to plan. | 0.10 |
| 07/30/12 | ALB | 0022 | Conferences and correspondence with Blackstone re liquidation analysis and TSC/TSN settlements with Sprint and Jefferies (.6); review and revise notes re same (.4); communications re same to S. Crow (.1). | 1.10 |
| 07/31/12 | SLS | 0022 | Correspondence to A. Preis regarding updating plan related documents (.2); communication to A. Beane regarding updated disclosure statement supplement (.2); review Swarts objection (3.1). | 3.50 |
| 07/31/12 | ARB | 0022 | Communication to S. Schultz re revisions to supplement to disclosure statement. | 0.10 |
| 07/01/12 | SLS | 0025 | Travel from Dallas to New York (2.0) (Actual time - 4.0). | 2.00 |
| 07/01/12 | SJC | 0025 | Travel from Dallas to NY (actual time 3.4). | 3.40 |
| 07/02/12 | JLS | 0025 | Travel to/from hearing. (Actual time - 1.2) | 0.60 |
| 07/02/12 | SLS | 0025 | Travel to/from hearing (1.0); travel from New York to Dallas (5.0). (Actual time - 6.0) | 3.00 |
| 07/02/12 | SJC | 0025 | Travel to (.4) and from (.5) hearing; travel from NY to Dallas (5.5). (Actual time - 6.4) | 3.20 |

|  | Total Hours |  | | 549.20 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|------|-------|------|-------|
| H B JACOBSON | 0.10 | at | $755.00 | = | $75.50 |
| M J VOLOW | 3.40 | at | $800.00 | = | $2,720.00 |

TERRESTAR NETWORKS

Invoice Number: 1437181

Page 13

August 17, 2012

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| I S DIZENGOFF | 2.80 | at | $1050.00 | = | $2,940.00 |
| R A TESTANI | 0.30 | at | $925.00 | = | $277.50 |
| J L SORKIN | 49.50 | at | $730.00 | = | $36,135.00 |
| S L SCHULTZ | 35.60 | at | $775.00 | = | $27,590.00 |
| A PREIS | 58.10 | at | $775.00 | = | $45,027.50 |
| R V TROITSKY | 11.90 | at | $650.00 | = | $7,735.00 |
| J F NEWDECK | 17.00 | at | $650.00 | = | $11,050.00 |
| M RU | 1.90 | at | $630.00 | = | $1,197.00 |
| R J DONOHUE | 47.20 | at | $570.00 | = | $26,904.00 |
| A L BLAYLOCK | 1.10 | at | $600.00 | = | $660.00 |
| J B SMITH | 2.40 | at | $600.00 | = | $1,440.00 |
| A R BEANE | 54.50 | at | $450.00 | = | $24,525.00 |
| S J CROW | 65.40 | at | $370.00 | = | $24,198.00 |
| R J PRESA | 61.40 | at | $400.00 | = | $24,560.00 |
| J J IM | 3.20 | at | $575.00 | = | $1,840.00 |
| J H BELL | 19.10 | at | $570.00 | = | $10,887.00 |
| J A BAIN | 5.00 | at | $450.00 | = | $2,250.00 |
| J W MA | 5.20 | at | $240.00 | = | $1,248.00 |
| L CHAU | 0.60 | at | $230.00 | = | $138.00 |
| C TORRES | 6.80 | at | $230.00 | = | $1,564.00 |
| M LEONARD | 2.50 | at | $220.00 | = | $550.00 |
| D B IOFE | 18.50 | at | $225.00 | = | $4,162.50 |
| K J BELL | 1.90 | at | $220.00 | = | $418.00 |
| B R KEMP | 15.50 | at | $215.00 | = | $3,332.50 |
| T SOUTHWELL | 0.40 | at | $235.00 | = | $94.00 |
| D KRASA-BERSTELL | 3.40 | at | $235.00 | = | $799.00 |
| M A GYURE | 51.00 | at | $250.00 | = | $12,750.00 |
| J L CUATT | 1.50 | at | $210.00 | = | $315.00 |
| P J CAMHI | 2.00 | at | $200.00 | = | $400.00 |

Current Fees                                                                $277,782.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $72.00 |
| Computerized Legal Research - Other | $17.15 |
| Computerized Legal Research - Westlaw | $771.42 |
| Courier Service/Messenger Service- Off Site | $423.04 |
| Document Retrieval | $472.80 |
| Duplication - In House | $1,639.20 |
| Meals - Business | $68.36 |
| Meals (100%) | $52.80 |
| Audio and Web Conference Services | $9.82 |
| Travel - Airfare | $4,303.20 |
| Travel - Ground Transportation | $159.81 |
| Travel - Lodging (Hotel, Apt, Other) | $729.91 |
| Travel - Parking | $44.13 |
| Travel - Telephone & Fax | $17.27 |

Current Expenses                                                            $8,780.91

**Total Amount of This Invoice**                                      **$286,563.41**



**Akin Gump**
Strauss Hauer & Feld LLP

TERRESTAR NETWORKS
ATTN: DOUGLAS BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA 20190

| | |
|---|---|
| Invoice Number | 1441615 |
| Invoice Date | 09/19/12 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 29.30 | $12,603.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 20.70 | $8,567.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.70 | $809.00 |
| 0006 | Retention of Professionals | 12.30 | $6,438.50 |
| 0008 | Court Hearings | 100.20 | $46,309.00 |
| 0009 | Financial Reports and Analysis | 4.60 | $1,905.50 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 34.20 | $20,416.50 |
| 0012 | General Claims Analysis/Claims Objections | 94.20 | $56,436.00 |
| 0018 | Tax Issues | 7.80 | $5,064.50 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 124.80 | $73,526.50 |
| 0025 | Travel Time | 9.25 | $5,950.00 |
| | TOTAL | 440.05 | $238,026.00 |

TERRESTAR NETWORKS
Invoice Number: 1441615

Page 2
September 19, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| 08/01/12 | BRK | 0002 | Update case calendar. | 0.80 |
| 08/01/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 08/01/12 | SJC | 0002 | Detailed review of case calendar in light of rescheduled hearings. | 0.60 |
| 08/02/12 | SJC | 0002 | Prepare numerous documents for filing including final review of same, supervising filing, and coordinate service. | 1.10 |
| 08/05/12 | EYP | 0002 | Correspondence with D. Brandon regarding case strategy. | 0.30 |
| 08/08/12 | EYP | 0002 | Various communications re confidentiality agreement. | 0.50 |
| 08/09/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 08/09/12 | EYP | 0002 | Efforts re confidentiality agreement. | 0.50 |
| 08/09/12 | JHB | 0002 | Review docket of Perez appeal and e-mail litigation team regarding status. | 0.20 |
| 08/13/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 08/13/12 | DKB | 0002 | Prepare chambers copies of recently filed pleadings (.3); Forward the above to court (.2). | 0.50 |
| 08/14/12 | SJC | 0002 | Review and revise draft notice. | 0.20 |
| 08/14/12 | EYP | 0002 | Communications with J. Swarts re confidentiality agreement. | 0.50 |
| 08/15/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 08/15/12 | ARB | 0002 | Call to chambers re: extension of objection deadline. | 0.10 |
| 08/15/12 | MAG | 0002 | Research re Aldo Perez and change of Judge (2.0). | 2.00 |
| 08/15/12 | SJC | 0002 | Communications re upcoming filings and status. | 0.20 |
| 08/16/12 | JLS | 0002 | Review order and correspondence regarding Perez appeal. | 0.70 |
| 08/16/12 | BRK | 0002 | Update calendar. | 0.30 |
| 08/16/12 | DKB | 0002 | Update transcripts file. | 0.50 |
| 08/16/12 | ARB | 0002 | Correspondence to S. Schultz re: case status (.1); review letter from district court re: Perez appeal (.2) and correspondence with litigation team re: same (.1). | 0.40 |
| 08/16/12 | RJD | 0002 | Internal correspondence regarding Perez appeal (.20, .20, .30); Internal teleconferences regarding same (.10, .20, .20). | 1.20 |
| 08/16/12 | SJC | 0002 | Call with R. Presa re Perez appeal (.3); review order re appeal (.2); internal follow up communications re same (.1, .2). | 0.80 |
| 08/16/12 | RJP | 0002 | Call with S. Crow re Perez appeal (.3); correspondence to R. Donohue re same (.5); research and draft letter to court re same (1.5). | 2.30 |
| 08/17/12 | SLS | 0002 | Review letter regarding Perez appeal (.4); communication with Akin team regarding same (.1). | 0.50 |
| 08/20/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 08/20/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 08/20/12 | BRK | 0002 | Prepare for and file Notice of Filing Documents Submitted by Jeffrey M. Swarts. | 1.00 |
| 08/20/12 | SJC | 0002 | Prepare Swarts documents for filing. | 0.80 |
| 08/21/12 | JLS | 0002 | Review and respond to correspondence regarding Perez appeal. | 0.50 |
| 08/21/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 08/21/12 | RJD | 0002 | Internal correspondence regarding Perez appeal (.20, .20, .30); Internal teleconferences regarding same (.20, .30); Review court order and draft response regarding same (1.30). | 2.50 |
| 08/21/12 | SJC | 0002 | Communications with R. Presa re Perez appeal (.3, .1); follow up research re same (.6). | 1.00 |
| 08/21/12 | RJP | 0002 | Revise letter to district court in Perez appeal (.8); conference with S. Crow re same (.3); correspondence to D. Brandon and G. Davis re letter (.2); conference and correspondence to R. Donohue re same (.2). | 1.50 |
| 08/22/12 | SJC | 0002 | Review and revise several documents for filing and coordinate filing and service of the same. | 0.90 |
| 08/23/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 08/23/12 | SJC | 0002 | Draft confidentiality agreement for Swarts. | 0.60 |
| 08/27/12 | JLS | 0002 | Review correspondence regarding Aldo Perez appeal. | 0.30 |
| 08/27/12 | RJD | 0002 | Internal correspondence regarding Perez appeal (.20, .30, .30); review | 2.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | and revise response regarding same (1.2). | |
| 08/27/12 | RJP | 0002 | Correspondence to Akin attys regarding letter to Judge Abrams (.4); draft certificate of service and coordinate service of letter (1.1). | 1.50 |
| 08/30/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 08/04/12 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 2.00 |
| 08/06/12 | SJC | 0003 | Continue to review and revise prebill with respect to task code and privilege. | 0.60 |
| 08/09/12 | SJC | 0003 | Review and revise prebill with respect to task coding. | 0.50 |
| 08/10/12 | ARB | 0003 | Prepare monthly fee statement. | 0.40 |
| 08/10/12 | SJC | 0003 | Review and revise prebill with respect to task coding. | 1.40 |
| 08/13/12 | SJC | 0003 | Follow up re June monthly fee application. | 0.20 |
| 08/14/12 | ARB | 0003 | Prepare monthly fee statement. | 1.70 |
| 08/14/12 | SJC | 0003 | Communications to A. Beane re monthly fee statement (.2, .2); begin drafting fee statement (.8). | 1.20 |
| 08/15/12 | SJC | 0003 | Draft monthly fee statement. | 2.50 |
| 08/16/12 | ARB | 0003 | Review and revise monthly fee statement. | 1.30 |
| 08/16/12 | SJC | 0003 | Review and revise monthly fee statement. | 0.30 |
| 08/17/12 | SLS | 0003 | Prepare exhibit to monthly fee application (1.1); review and revise same (.6). | 1.70 |
| 08/17/12 | ARB | 0003 | Review and comment on monthly fee statement. | 0.70 |
| 08/17/12 | SJC | 0003 | Review and revise monthly fee statement per comments of A. Beane (.5); further revise per comments of S. Schultz (.9). | 1.40 |
| 08/20/12 | BRK | 0003 | Prepare for and file July 2012 monthly fee application. | 0.70 |
| 08/20/12 | SJC | 0003 | Finalize monthly fee application. | 0.30 |
| 08/30/12 | SJC | 0003 | Begin drafting interim fee application. | 1.30 |
| 08/31/12 | SJC | 0003 | Continue drafting interim fee application. | 2.50 |
| 08/02/12 | BRK | 0004 | File Blackstone monthly fee application. | 0.70 |
| 08/09/12 | SJC | 0004 | Review correspondence from S. Schultz re Quinn invoice. | 0.20 |
| 08/10/12 | BRK | 0004 | Update monthly fee chart. | 0.40 |
| 08/10/12 | SJC | 0004 | Review Quinn invoice. | 0.20 |
| 08/17/12 | ARB | 0004 | Correspondence with Deloitte re: interim fee application. | 0.10 |
| 08/20/12 | SJC | 0004 | Internal correspondence re Blackstone engagement and related expenses. | 0.20 |
| 08/21/12 | BRK | 0004 | Update monthly fee chart. | 0.70 |
| 08/28/12 | SLS | 0004 | Review Wachtell invoice for payment (.2). | 0.20 |
| 08/20/12 | ARB | 0006 | Review SEC filings in connection with motion to appoint CRO (.4); prepare outline of speaking points re: CRO motion (.9). | 1.30 |
| 08/23/12 | JFN | 0006 | Revise CRO order (.2, .3); draft declaration of disinterestedness (.4); emails re same (.1). | 1.00 |
| 08/24/12 | SLS | 0006 | Communications with Akin team (.1); preferreds (.1), G. Davis (.2), D. Brandon (.2) and J. Epstein (.2) regarding employee order. | 0.80 |
| 08/24/12 | JFN | 0006 | Email re declaration of disinterestedness (.1); revise CRO order (.3); revise declaration of disinterestedness (.3, .3); draft email request re same (.2); email S. Schultz re same (.1). | 1.30 |
| 08/24/12 | ARB | 0006 | Revise proposed CRO order per comments of Judge Lane at Aug. 23 hearing. | 0.50 |
| 08/27/12 | SLS | 0006 | Review draft affidavits of disinterestedness (.3). | 0.30 |
| 08/27/12 | JFN | 0006 | Various emails re declaration of disinterestedness. | 0.20 |
| 08/27/12 | ARB | 0006 | Prepare declarations of disinterestedness in accordance with order appointing CRO. | 1.10 |
| 08/28/12 | ARB | 0006 | Prepare list of interested parties in connection with declarations of disinterestedness re: CRO order. | 1.80 |
| 08/28/12 | SJC | 0006 | Review and revise declarations of disinterestedness. | 0.20 |
| 08/29/12 | JFN | 0006 | Review emails re declaration of disinterestedness. | 0.20 |
| 08/29/12 | ARB | 0006 | Revise declarations of disinterestedness of E. Davis (.2), D. Brandon (.2) and J. Epstein (.1). | 0.50 |
| 08/29/12 | EYP | 0006 | Efforts re declarations of disinterestedness. | 0.50 |
| 08/30/12 | BRK | 0006 | File Notice of Filing of Declarations of Disinterestedness. | 0.70 |

TERRESTAR NETWORKS
Invoice Number: 1441615

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 08/30/12 | JFN | 0006 | Review various emails re declaration of disinterestedness. | 0.20 |
| 08/30/12 | ARB | 0006 | Prepare notice of filing declarations of disinterestedness in connection with CRO order (1.1) and correspondence re: same (.1); coordinate filing and service of same (.3). | 1.50 |
| 08/30/12 | SJC | 0006 | Review and respond to correspondence re declarations of disinterestedness. | 0.20 |
| 08/09/12 | BRK | 0008 | Coordinate with Court Call regarding telephonic appearance of S. Woodell at August 23 and 24 hearing. | 0.30 |
| 08/09/12 | SJC | 0008 | Correspondence to B. Kemp re hearing prep. | 0.10 |
| 08/13/12 | BRK | 0008 | Draft Notice of Omnibus Hearing Dates. | 1.00 |
| 08/13/12 | ARB | 0008 | Call chambers re: potential hearing dates. | 0.20 |
| 08/13/12 | SJC | 0008 | Calls with chambers regarding hearing dates (.2, .1); correspondence with working group re same (.2). | 0.50 |
| 08/14/12 | BRK | 0008 | Prepare for and file Notice of Omnibus Hearing Dates (.8); update case calendar (.4). | 1.20 |
| 08/16/12 | BRK | 0008 | Prepare letter to pro se party, Aldo Perez regarding August 23 hearing. | 0.40 |
| 08/17/12 | ARB | 0008 | Review previous hearing transcripts in preparation for August 23 hearing. | 1.60 |
| 08/17/12 | SJC | 0008 | Review documents in preparation for hearing. | 0.80 |
| 08/19/12 | SJC | 0008 | Review filed documents in preparation for hearing. | 1.40 |
| 08/20/12 | BRK | 0008 | Hearing preparation. | 5.00 |
| 08/20/12 | DKB | 0008 | Correspondence to B. Kemp re preparation for hearing (.2); Review materials re matters scheduled for hearing (.5). | 0.70 |
| 08/20/12 | ARB | 0008 | Assist in preparations for Aug. 23 hearing. | 0.50 |
| 08/20/12 | SJC | 0008 | Internal correspondence re hearing preparation (.1, .1); assist with hearing prep (3.2); draft talking points for hearing (1.2). | 4.60 |
| 08/20/12 | EYP | 0008 | Prep for hearing. | 1.00 |
| 08/21/12 | BRK | 0008 | File Agenda regarding August 23 and 24 hearing. | 0.60 |
| 08/21/12 | BRK | 0008 | Hearing preparation. | 4.00 |
| 08/21/12 | DKB | 0008 | Communication to B. Kemp re preparation for August 23 hearing (.1); Review and update hearing materials for Judge Lane (1.2); Forward the hearing materials to court (.3); Confer with attorney re status (.1); Review and organize additional hearing materials (.6). | 2.30 |
| 08/21/12 | SJC | 0008 | Review and respond to internal correspondence re hearing and informal objection status to scheduled matters (.2); prepare materials for hearing (4.1); review and revise agenda and begin draft of amended agenda (.6). | 4.90 |
| 08/22/12 | BRK | 0008 | File Amended Notice of Agenda. | 0.60 |
| 08/22/12 | DKB | 0008 | Communication to S. Crow re preparation for August 23 hearing (.2); Work on logistics thereof (.3); correspondence to B. Kemp re same (.1); Review and organized pleadings in preparation for hearing (1.2); Prepare sets of recently filed pleadings for chambers (1); Forward documents to court (.3); Confer with attorney re status (.1); Review hearing notebooks (.5); Update the above (1). | 4.70 |
| 08/22/12 | ARB | 0008 | Assist in preparations for Aug. 23 hearing. | 1.40 |
| 08/22/12 | SJC | 0008 | Revise amended hearing agenda (.6); assist with preparation for contested hearing (4.6). | 5.20 |
| 08/22/12 | EYP | 0008 | Prep for hearing. | 3.50 |
| 08/23/12 | SLS | 0008 | Prepare for hearing (3.9); participate in same (3.5); communication with parties regarding revisions to orders per court's direction (1.0). | 8.40 |
| 08/23/12 | BRK | 0008 | Coordinate with Court Call regarding telephonic appearance of J. Newdeck for August 23 and 24 hearings. | 0.30 |
| 08/23/12 | BRK | 0008 | File Amended Agenda. | 0.70 |
| 08/23/12 | JFN | 0008 | Communication to S. Crow re orders for hearing (.1); various emails re same (.2); review orders (.2); research related to Elektrobit settlement issues for hearing (2.3); various emails re same (.2); participate in hearing telephonically (2.4). | 5.40 |
| 08/23/12 | DKB | 0008 | Correspondence to S. Schultz re preparation of additional materials for | 4.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | hearing (.2); Prepare set of recently filed pleadings for chambers (.6); Forward the above to court (.2); correspondence to A. Beane re additional hearing materials (.2); Prepare sets thereof (1.4); Review materials for hearing (.5); Update hearing notebooks (.7); Assist attorneys with additional preparation for hearing (.6); Confer with attorneys re status (.1). | |
| 08/23/12 | ARB | 0008 | Prepare revised agenda for Aug. 23 hearing (.6) and supervise filing of same (.1); assist in preparation for hearing (2.6); attend hearing (3.5). | 6.80 |
| 08/23/12 | SJC | 0008 | Research in advance of hearing regarding several contested issues (5); participate in hearing telephonically (3); review and revise orders per comments at hearing (.5). | 8.50 |
| 08/23/12 | EYP | 0008 | Various related follow up to hearing. | 1.00 |
| 08/23/12 | EYP | 0008 | Prep for hearing (review cases, draft script, discuss with various parties, etc.) | 6.50 |
| 08/23/12 | EYP | 0008 | Attend and participate in hearing (3.5) and related follow up (.4). | 3.90 |
| 08/24/12 | JFN | 0008 | Various emails re revised orders from hearing (.2). | 0.20 |
| 08/24/12 | SJC | 0008 | Review and revise several versions of orders per comments at hearing and circulate to chambers (3.7); discussions with chambers re same (.3). | 4.00 |
| 08/24/12 | EYP | 0008 | Various follow up to court hearing regarding finalization of orders and related matters. | 2.00 |
| 08/25/12 | SJC | 0008 | Review and circulate orders entered (.4); draft memo re hearing results and orders (1). | 1.40 |
| 08/30/12 | ARB | 0008 | Correspondence to A. Preis re: hearing transcript. | 0.10 |
| 08/16/12 | ARB | 0009 | Prepare monthly operating report. | 2.70 |
| 08/17/12 | BRK | 0009 | File July 2012 Operating Report. | 0.70 |
| 08/17/12 | ARB | 0009 | Finalize monthly operating report. | 1.20 |
| 08/01/12 | JFN | 0010 | Various emails re Zelin declaration (.1); draft Zelin declaration (.7); review/revise draft DIP declaration (.2); emails with Akin team re same (.1); emails re revisions to Zelin declaration (.1); revise same and follow-up with team (.2); incorporate Wachtell comments to DIP motion (.1) and emails re same (.1); further emails from Wachtell re DIP and follow-up (.1); revise DIP motion and Zelin declaration (.1); revise Zelin declaration (.5); internal communications regarding DIP motion and order (.3); revise DIP motion (.2). | 2.80 |
| 08/01/12 | SJC | 0010 | Numerous communications with Akin team regarding DIP supplement (.4); review and revise DIP agreement and related documents(1.8). | 1.50 |
| 08/01/12 | EYP | 0010 | Review and revise DIP documents. | 1.30 |
| 08/01/12 | EYP | 0010 | Various calls with parties regarding settlement in connection with DIP budget. | 1.70 |
| 08/02/12 | BRK | 0010 | Draft Notice of Hearing on Supplemental DIP motion. | 0.80 |
| 08/02/12 | TS | 0010 | Review docket re DIP motion filings (.1); prepare and ECF file supplemental DIP motion (.4). | 0.50 |
| 08/02/12 | JFN | 0010 | Review Wachtell comments re DIP documents and follow-up with team email re same (.1) revise DIP motion and affidavit (.1); revise DIP order, Zelin Declaration and DIP motion (.4); emails to S. Crow re same (.1); various emails re exhibits to DIP motion (.2); revise same (.1); prepare exhibits (.1); follow-up with Blackstone re Zelin declaration (.1); compare previous versions of DIP motion and DIP order (.2); review A. Preis comments to order and emails re same (.1); incorporate comments from various parties to DIP order, motion and agreement (.4); various emails re same (.2); review and revise DIP notice (.1); review fully compiled DIP documents (.3); further revise DIP notice (.1, .1); finalize documents for filing (.8, .7, .3); numerous internal communications regarding same (.8); emails to paralegal re DIP filing (.1). | 5.30 |
| 08/02/12 | SJC | 0010 | Review and revise several turns of several DIP documents, including incorporating comments of interested parties (6.1). | 6.10 |
| 08/02/12 | EYP | 0010 | Review and comment on DIP documents and comments from preferreds. | 2.10 |

TERRESTAR NETWORKS
Invoice Number: 1441615

Page 6
September 19, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 08/20/12 | JJI | 0010 | Prepare and draft closing deliverables in connection with TSC DIP. | 1.80 |
| 08/21/12 | JFN | 0010 | Review emails re DIP outline (.1); email A. Preis re same (.1); update DIP outline (.1); prepare DIP materials for hearing (.2). | 0.50 |
| 08/22/12 | JJI | 0010 | Correspondence re: TSC DIP (.2); revise closing deliverables (.4). | 0.60 |
| 08/23/12 | JJI | 0010 | Meet with D. Brandon re: signature pages (.2); correspondence re: closing deliverables (.3). | 0.50 |
| 08/24/12 | SLS | 0010 | Communications with Akin team (.2) and preferreds (.2) regarding DIP order; email with G. Davis regarding same (.2). | 0.60 |
| 08/24/12 | ARB | 0010 | Revise proposed DIP order per comments of Judge Lane at Aug. 23 hearing. | 0.30 |
| 08/25/12 | EYP | 0010 | Various correspondence with company team regarding DIP. | 0.50 |
| 08/27/12 | SLS | 0010 | Telephone call with M. Snyder regarding DIP documents (.2)(.3)(.3); communication to J. Im regarding same (.2)(.2). | 1.20 |
| 08/27/12 | EYP | 0010 | Various efforts re finalization of DIP documents and related documentation. | 1.20 |
| 08/27/12 | JJI | 0010 | Prepare and coordinate closing (.5); prepare closing deliverables (.9) and calls with S. Schultz re same (.2, .2); review changes to DIP credit agreement (.3). | 2.10 |
| 08/28/12 | SLS | 0010 | Telephone call with M. Snyder regarding DIP exhibits (.2); review revisions to DIP Credit Agreement (.2); communications with Company team regarding funding of DIP (.2) (.1). | 0.70 |
| 08/28/12 | EYP | 0010 | Follow up and close DIP and related items. | 1.50 |
| 08/28/12 | JJI | 0010 | Review DIP closing documents. | 0.40 |
| 08/29/12 | JJI | 0010 | Call with Blackstone re: TSC DIP. | 0.20 |
| 08/01/12 | JLS | 0012 | Review and respond to correspondence re: discovery and settlement in connection with claim objection (.8); Review draft settlement agreement (.9). | 1.70 |
| 08/01/12 | SLS | 0012 | Review Elektrobit comments to settlement documents (.7); communications to A. Preis (.2), P. Holleman (.2) and D. Posner (.2) regarding same. | 1.30 |
| 08/01/12 | ARB | 0012 | Revise 9019 motion re: Elektrobit settlement (.8); incorporate Wachtell comments to same (.4). | 1.20 |
| 08/01/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.20, .20, .30). | 0.70 |
| 08/01/12 | EYP | 0012 | Review and revise 9019 motion. | 1.80 |
| 08/01/12 | EYP | 0012 | Correspondence regarding settlement provisions and analysis thereof. | 1.20 |
| 08/01/12 | JHB | 0012 | Review correspondence regarding deposition scheduling and settlement proposals (0.2); review 9019 motion (0.3). | 0.50 |
| 08/02/12 | SLS | 0012 | Communications with working group regarding resolution of Elektrobit claim (.2); review pleadings regarding same (.4). | 0.60 |
| 08/02/12 | BRK | 0012 | Draft Notice of Hearing on 9019 motion. | 0.80 |
| 08/02/12 | TS | 0012 | Coordinate filing (.1); prepare and ECF file motion re stipulation with Elektrobit, et al. (.4). | 0.50 |
| 08/02/12 | ARB | 0012 | Continue preparing and revising 9019 motion re: Elektrobit settlement and stipulation (6.9) and supervise preparation and filing of same (.4). | 7.30 |
| 08/02/12 | RJD | 0012 | Internal correspondence regarding Elektrobit claim (.10, .20, .30). | 0.60 |
| 08/02/12 | EYP | 0012 | Correspondence with UST re Elektrobit settlement. | 0.30 |
| 08/02/12 | EYP | 0012 | Correspondence and calls regarding negotiation of settlement. | 2.10 |
| 08/03/12 | EYP | 0012 | Follow up regarding Elektrobit settlement and discussion with D. Brandon re same. | 0.50 |
| 08/06/12 | SLS | 0012 | Review Elektrobit reservation of rights. | 0.20 |
| 08/08/12 | SLS | 0012 | Communications with working group regarding potential resolution of Van Vlissingen claim (.2) | 0.20 |
| 08/08/12 | EYP | 0012 | Various efforts and calls re possible settlement with Van Vlissingen. | 1.30 |
| 08/09/12 | ISD | 0012 | Review and consider issues in connection with Elektrobit settlement. | 0.60 |
| 08/09/12 | EYP | 0012 | Various calls and correspondence re partial Van Vlissingen settlement. | 1.20 |
| 08/10/12 | EYP | 0012 | Call with TSN Liquidating Trustee re TSC issues (.5) and related follow up with Brandon (.3). | 0.80 |

TERRESTAR NETWORKS
Invoice Number: 1441615

Page 7
September 19, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 08/12/12 | EYP | 0012 | Call with D. Posner re Van Vlissingen issues and related team follow up. | 0.50 |
| 08/13/12 | EYP | 0012 | Various calls and correspondence with Van Vlissingen re potential settlement. | 1.00 |
| 08/14/12 | SJC | 0012 | Review several communications among Akin, Blackstone and company re Van Vlissingen claim. | 0.30 |
| 08/14/12 | EYP | 0012 | Various efforts and calls re potential settlement with Van Vlissingen. | 1.00 |
| 08/14/12 | JAB | 0012 | Review of emails regarding status of Van Vlissingen landlord claim (.1); email correspondence to J. Newdeck regarding same (.1). | 0.20 |
| 08/15/12 | SLS | 0012 | Communication to A. Preis regarding Elektrobit settlement (.2); call with working group regarding same (.4). | 0.60 |
| 08/15/12 | ARB | 0012 | Call with counsel for Elektrobit, Van Vlissingen and TSN Liquidating Trust re: Elektrobit 9019 motion. | 0.30 |
| 08/15/12 | EYP | 0012 | Various calls and correspondence with Liquidating Trustee and Otterbourg. | 1.00 |
| 08/15/12 | EYP | 0012 | Various calls and correspondence re potential Van Vlissingen settlement. | 1.00 |
| 08/16/12 | JFN | 0012 | Review update re Van Vlissingen claim. | 0.10 |
| 08/16/12 | RJD | 0012 | Internal correspondence regarding issues in connection with settlement (.20, .20); teleconference with D. Brandon regarding same (.30); Review and analyze documents in connection with same (1.10). | 1.80 |
| 08/16/12 | EYP | 0012 | Various calls and correspondence re potential Van Vlissingen settlement. | 1.00 |
| 08/17/12 | EYP | 0012 | Review of Van Vlissingen and Elektrobit issues (2.0), and calls re same (.6), and correspondence with team re same (.4). | 3.00 |
| 08/18/12 | EYP | 0012 | Correspondence re Van Vlissingen issues. | 0.30 |
| 08/19/12 | SJC | 0012 | Review several internal communications re Elektrobit settlement. | 0.30 |
| 08/19/12 | EYP | 0012 | Correspondence re Van Vlissingen issues. | 0.50 |
| 08/20/12 | JFN | 0012 | Correspondence to A. Beane re response to Van Vlissingen Elektrobit objection (.2); review emails re same (.2). | 0.40 |
| 08/20/12 | ARB | 0012 | Prepare reply to anticipated objection of Van Vlissingen to Elektrobit 9019 motion (2, 1.9, 2.7). | 6.60 |
| 08/20/12 | EYP | 0012 | Efforts re resolving TSN liquidating trust objection to settlement. | 0.50 |
| 08/20/12 | EYP | 0012 | Review documents (.2) and call with client (.5), regarding Elektrobit settlement issues. | 2.50 |
| 08/20/12 | EYP | 0012 | Various efforts re Van Vlissingen claim and objection issues. | 1.00 |
| 08/21/12 | SLS | 0012 | Review VanVilisingen objection to Elektrobit 9019 (.4); communication to A. Preis regarding response to same (.2); review draft reply to same (.7). | 1.30 |
| 08/21/12 | ARB | 0012 | Continue preparing reply to Van Vlissingen objection to 9019 motion (.4, 1.2); revise same (3.5, 2); additional research re: same (3.2). | 10.30 |
| 08/21/12 | SJC | 0012 | Review and respond to internal correspondence re Elektrobit settlement. | 0.30 |
| 08/21/12 | RAC | 0012 | Research in connection with Elektrobit settlement. | 0.20 |
| 08/21/12 | EYP | 0012 | Review and revise response to Van Vlissingen objection. | 4.00 |
| 08/21/12 | EYP | 0012 | Various calls with chambers (.1) (.2), Otterbourg (.1) (.1), Elektrobit (.2) (.1), and Wachtell (.1) (.1) re Van Vlissingen objection. | 1.00 |
| 08/21/12 | EYP | 0012 | Review of Van Vlissingen objection and potential arguments. | 2.50 |
| 08/22/12 | SLS | 0012 | Review revised reply to Van Vlisssingen objection (1.4); review notice of filing of revised Elektrobit order (.2) | 1.60 |
| 08/22/12 | BRK | 0012 | File Reply to Van Vlissingen & Co. objection. | 0.60 |
| 08/22/12 | BRK | 0012 | File Notice of Filing of Revised Proposed Order as to Elektrobit. | 0.60 |
| 08/22/12 | JFN | 0012 | Review response to Van Vlissingen objection (.1); emails re same (.1); communication to A. Beane and S. Crow re same (.2); emails to S Crow re same (.1); review and summarize case law re Van Vlissingen response (2.0, .2); review various emails re Van Vlissingen response (.1). | 2.80 |
| 08/22/12 | ARB | 0012 | Revise reply to Van Vlissingen objection to 9019 motion (3.7); prepare revised 9019 order (.5) and prepare notice of filing re: same (.8); supervise filing of reply (.2) and email chambers re: same (.1); | 8.10 |

TERRESTAR NETWORKS
Invoice Number: 1441615

Page 8
September 19, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | additional research re: 9019 issues (1.8, 1). | |
| 08/22/12 | SJC | 0012 | Substantial internal correspondence re Van Vlissingen response to Elektrobit settlement (.4); research in connection with settlement (2.1). | 2.50 |
| 08/22/12 | EYP | 0012 | Efforts re finalization of response to Van Vlissingen. | 2.50 |
| 08/22/12 | EYP | 0012 | Various phone calls and correspondence re Van Vlissingen objection. | 1.00 |
| 08/23/12 | ARB | 0012 | Additional research in connection with 9019 motion. | 2.20 |
| 08/23/12 | APM | 0012 | Research re: Elektrobit settlement. | 2.10 |
| 08/24/12 | SLS | 0012 | Communications with Elektrobit (.2), TSN Trustee (.1) and preferreds (.1) regarding Elektrobit order; email with G. Davis regarding same (.2). | 0.60 |
| 08/24/12 | ARB | 0012 | Revise 9019 order per comments of Judge Lane at Aug. 23 hearing. | 0.20 |
| 08/27/12 | EYP | 0012 | Various efforts regarding settlement finalization. | 0.50 |
| 08/10/12 | HBJ | 0018 | Review updated valuation and projections for tax question from A. Beane and report back. | 0.40 |
| 08/13/12 | JFN | 0018 | Email S. Schultz re tax correspondence (.1); review same (.1); research re tax letter (1.2); email D. Brandon re same (.1); follow-up call to Grant Thornton (.1); update team re status (.1). | 1.70 |
| 08/13/12 | SLN | 0018 | Review liquidation analysis re tax issues. | 0.70 |
| 08/15/12 | SLS | 0018 | Communications with J. Newdeck (.1) (.2) and A. Preis (.2) (.2) regarding Nevada tax issues. | 0.70 |
| 08/15/12 | JFN | 0018 | Review tax correspondence (.2); update Akin team re same (.2). | 0.40 |
| 08/16/12 | JFN | 0018 | Review Nevada tax documents (.1); emails with D. Brandon (.1) and Akin team (.1) re same; confer with Nevada tax department re tax documents (.2); follow-up summary to Akin team re same (.2); review history of tax filings (.2); review issued permits (.1, .1). | 1.10 |
| 08/20/12 | JFN | 0018 | Email A. Pries and S. Schultz re tax issues (.1); review status of same (.2); follow up with Grant Thornton re same (.1, .1). | 0.50 |
| 08/21/12 | JFN | 0018 | Review status of tax issues (.3); various emails to GT re same (.2); call with A Blaylock re same (.2); research re same (.7). | 1.40 |
| 08/21/12 | ALB | 0018 | Communications with J. Newdeck re tax issue (.2); review files re same (.4). | 0.60 |
| 08/22/12 | JFN | 0018 | Review tax issues (.1); call with J. Water re same (.2). | 0.30 |
| 08/01/12 | SLS | 0022 | Further review of Swarts disclosure statement objection (2.4); review of Swarts valuation brief (1.8). | 3.20 |
| 08/01/12 | ARB | 0022 | Prepare amended disclosure statement supplement. | 4.50 |
| 08/01/12 | SJC | 0022 | Review letter filed by A. Perez re plan. | 0.40 |
| 08/02/12 | ARB | 0022 | Continue preparing amended disclosure statement supplement. | 0.50 |
| 08/02/12 | EYP | 0022 | Review and comment on draft disclosure statement pleadings. | 2.10 |
| 08/02/12 | EYP | 0022 | Correspondence and calls with counsel to interested party and related calls. | 0.70 |
| 08/03/12 | SLS | 0022 | Review and comment on revised disclosure statement supplement (.2); communication to A. Beane regarding same (.1); review comments to revised liquidation analysis (.1). | 0.40 |
| 08/03/12 | JFN | 0022 | Emails re status of exhibits to plan/disclosure statement. | 0.20 |
| 08/03/12 | ARB | 0022 | Continue preparing amended disclosure statement supplement (2.6); revise same per S. Schultz comments (1.5). | 4.10 |
| 08/03/12 | EYP | 0022 | Various efforts re preparation of exhibits to disclosure statement. | 1.00 |
| 08/06/12 | SLS | 0022 | Review revised disclosure statement supplement (1.5); communication to A. Beane regarding same (.2). | 1.70 |
| 08/06/12 | ISD | 0022 | Review and consider strategy regarding objections to disclosure statement. | 1.10 |
| 08/06/12 | JFN | 0022 | Review first supplement to disclosure statement (.1). | 0.10 |
| 08/06/12 | ARB | 0022 | Revise amended disclosure statement supplement (.9) and correspondence to Akin and Blackstone re: same (.1). | 1.00 |
| 08/06/12 | SJC | 0022 | Call equity holder Ken Miller re question about disclosure statement supplement hearing notice. | 0.20 |
| 08/07/12 | EYP | 0022 | Call with counsel to potential bidder and related follow up. | 0.30 |
| 08/08/12 | SLS | 0022 | Finalize update to disclosure statement supplement (1.1); telephone call | 1.30 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | with CJ Brown regarding same (.2). | |
| 08/08/12 | JFN | 0022 | Emails re disclosure statement objection (.1); review correspondence re revised disclosure statement insert (.1). | 0.20 |
| 08/08/12 | ARB | 0022 | Revise amended disclosure statement supplement (.6) and correspondence with Akin and Blackstone (.1), D. Brandon and G. Davis (.1) and counsel for preferred shareholders (.1) re: same; review objections to disclosure statement and prepare chart re: same (3.8). | 4.70 |
| 08/08/12 | EYP | 0022 | Various calls and correspondence regarding plan and supplement. | 1.00 |
| 08/08/12 | EYP | 0022 | Review of amended disclosure statement supplement. | 0.80 |
| 08/09/12 | SLS | 0022 | Review revised valuation exhibit (.9); prepare for disclosure statement hearing (.2). | 1.10 |
| 08/09/12 | ARB | 0022 | Continue preparing chart of disclosure statement objections (1.6); correspondence to A. Preis re: plan and disclosure statement materials (.2); revise amended disclosure statement supplement (1.5). | 3.30 |
| 08/09/12 | EYP | 0022 | Review of disclosure statement documents. | 1.00 |
| 08/09/12 | EYP | 0022 | Calls with Blackstone re disclosure statement documents and related follow-up. | 0.50 |
| 08/10/12 | SLS | 0022 | Review revised liquidation analysis (.5); review revised valuation (.5); review revised financial projections (.4); discussions with Blackstone team regarding plan supplement exhibits (.4)(.2)(.2); telephone call with M. Snyder regarding same (.2); communication to preferreds regarding exhibits to disclosure statement and plan supplement (.2) | 2.60 |
| 08/10/12 | BRK | 0022 | File First Amended Supplement to Second Amended Disclosure Statement. | 0.60 |
| 08/10/12 | BRK | 0022 | Prepare and file notice of Filing Marked Version of First Amended Supplement to Second Amended Disclosure Statement. | 0.70 |
| 08/10/12 | ARB | 0022 | Review amended disclosure statement exhibits (.4, .1); correspondence to H. Jacobson (.2) and S. Schultz (.1) re same; review plan supplement documents (.2); revise disclosure statement supplement (.7, .3, .5) and correspondence with preferred shareholders re: same (.1); prepare draft notice of filing marked version of disclosure statement supplement (.6); prepare draft notice of filing amended disclosure statement supplement (.6); supervise filing of amended disclosure statement supplement and redline (.3) and correspondence with GCG re: same. | 4.10 |
| 08/10/12 | SJC | 0022 | Review communications among Akin and Blackstone teams regarding exhibits to disclosure statement (.2); correspondence to A. Beane re same (.2). | 0.40 |
| 08/10/12 | EYP | 0022 | Call with Blackstone re plan issues. | 0.30 |
| 08/13/12 | SLS | 0022 | Communications with Akin team regarding disclosure statement exhibits (.2); prepare for disclosure statement hearing (.9); telephone call with Blackstone team regarding same (.2) (.1). | 1.40 |
| 08/13/12 | ARB | 0022 | Review exhibits to disclosure statement (.1) and correspondence to S. Naegel re: same (.1). | 0.20 |
| 08/14/12 | EYP | 0022 | Call with Blackstone re plan exhibits (.3); related correspondence (.2). | 0.50 |
| 08/15/12 | SLS | 0022 | Review revised amended disclosure statement exhibits (.2); review notice of filing of same (.1); telephone conferences with M. Snyder regarding same (.2) (.1); telephone call with Blackstone team regarding same (.2)(.1). | 0.90 |
| 08/15/12 | BRK | 0022 | Prepare pro se letters regarding Disclosure Statement motion. | 1.30 |
| 08/15/12 | TS | 0022 | Prepare and ECF file amended exhibits to disclosure statement. | 0.60 |
| 08/15/12 | ARB | 0022 | Prepare notice of filing disclosure statement exhibits (.6); review exhibits (.7); supervise filing of same (.2, .2); draft correspondence to Wachtell re: same (.2); correspondence with GCG re: solicitation process (.3). | 2.20 |
| 08/15/12 | SJC | 0022 | Communications with Blackstone and Akin attorneys re supplemental disclosure statement exhibits (.3, .2, .2); assist with revisions and preparation of documents for filing (1.1). | 1.90 |

TERRESTAR NETWORKS
Invoice Number: 1441615

Page 10
September 19, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 08/15/12 | EYP | 0022 | Review of plan exhibits. | 0.50 |
| 08/16/12 | SLS | 0022 | Prepare for disclosure statement hearing (3.8); telephone call with Blackstone team regarding same (.3). | 4.10 |
| 08/16/12 | JFN | 0022 | Review emails re disclosure statement hearing preparation. | 0.20 |
| 08/16/12 | ARB | 0022 | Review Swarts filing re: disclosure statement (.6); revise letters to Swarts, Binder and Perez re: appearing at disclosure statement hearing telephonically (.7, .4); revise and update chart of disclosure statement objections (.4, .9) and correspondence to S. Schultz re: same (.1); revise solicitation timeline (.6). | 3.70 |
| 08/16/12 | SJC | 0022 | Review disclosure statement and solicitation timeline (.5); review blacklines of financial exhibits (.3); correspondence to A. Beane and S. Schultz re same (.1, .2); research related to valuation issues (1.5). | 2.60 |
| 08/17/12 | SLS | 0022 | Prepare for disclosure statement hearing (.8); telephone call with Blackstone team regarding same (.4); communication regarding with A. Preis regarding same (.3) | 1.50 |
| 08/17/12 | ARB | 0022 | Revise solicitation timeline (.4); correspondence to GCG re: same (.1); add additional filings to disclosure statement objection chart (2.7). | 3.20 |
| 08/17/12 | ARB | 0022 | Correspondence with Blackstone re: RKF report. | 0.20 |
| 08/17/12 | RJD | 0022 | Internal correspondence regarding objections in connection with confirmation (.20, .30); Review and analyze documents in connection with same (.90); Teleconference with Blackstone regarding same (.50). | 1.90 |
| 08/17/12 | SJC | 0022 | Review draft solicitation timeline (.2); communication to A. Beane re same (.2). | 0.40 |
| 08/18/12 | SJC | 0022 | Review correspondence from Swarts re RKF in connection with supplemental disclosure statement motion. | 0.30 |
| 08/20/12 | SLS | 0022 | Prepare for disclosure statement hearing (5.0); communications regarding disclosure statement order (.2); correspondence to A. Beane regarding same (.2). | 5.40 |
| 08/20/12 | ARB | 0022 | Review and comment on revised plan timeline (.4); revise supplement to disclosure statement (.8). | 1.20 |
| 08/21/12 | SLS | 0022 | Prepare for disclosure statement hearing (3.7); telephone call with D. Brandon regarding same (.3); communication with M. Snyder regarding exit facility term sheet (.2); review same (.5); review Blackstone analysis (.3) | 5.00 |
| 08/21/12 | ARB | 0022 | Revise solicitation timeline (.8) and correspondence with GCG re: same (.1); revise disclosure statement objection chart (.6). | 1.50 |
| 08/22/12 | SLS | 0022 | Call with Blackstone team regarding disclosure statement exhibits (.2); communication with M. Snyder regarding same (.3); prepare for disclosure statement hearing (2.8). | 3.30 |
| 08/22/12 | BRK | 0022 | File Notice of Filing Plan Supplement Document. | 0.60 |
| 08/22/12 | ARB | 0022 | Call with Akin and Blackstone (.2) and follow-up correspondence to J. Im (.1) re: exit term sheet; call with GCG re: solicitation (.2); call with Blackstone re: chart of disclosure statement objections (.2) and correspondence to J. Swarts re: same (.1). | 0.80 |
| 08/22/12 | SJC | 0022 | Communications to A. Beane re plan supplement (.2); draft notice of filing exit facility term sheet (1.5). | 1.70 |
| 08/23/12 | ARB | 0022 | Revise disclosure statement supplement. | 0.40 |
| 08/24/12 | SLS | 0022 | Communications with Akin team (.2) and preferreds (.2) regarding disclosure statement order; email with G. Davis regarding same (.2). | 0.60 |
| 08/24/12 | JFN | 0022 | Various emails re disclosure statement supplement. | 0.30 |
| 08/24/12 | ARB | 0022 | Revise disclosure statement supplement (1.1) and disclosure statement order (.4) per comments of Judge Lane at Aug. 23 hearing; correspondence with GCG re: solicitation process (.2). | 1.70 |
| 08/24/12 | EYP | 0022 | Various correspondence with shareholders re plan issues. | 1.00 |
| 08/26/12 | ARB | 0022 | Correspondence re: notice of marketing assets (.1, .1). | 0.20 |
| 08/26/12 | EYP | 0022 | Correspondence with Akin and Blackstone teams regarding sale process and related items. | 1.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 08/27/12 | SLS | 0022 | Review solicitation version of disclosure statement (1.0); review plan related notice (.5); review revised solicitation version of plan and disclosure statement 1.0). | 2.50 |
| 08/27/12 | ARB | 0022 | Prepare solicitation versions of disclosure statement supplement (1.5), exhibits and ballots (.9) and plan (.6); correspondence with GCG re: solicitation (.2, .1); revise notice of marketing assets (1.3). | 4.60 |
| 08/28/12 | SLS | 0022 | Review plan related notice (.4); coordinate distribution of plan (.5); prepare for call with preferreds regarding implementing plan sale option (.5). | 1.40 |
| 08/28/12 | ARB | 0022 | Finalize solicitation versions of disclosure statement supplement and exhibits (1, .5) and correspondence with GCG re: same (.1, .1); update notice of marketing assets per Blackstone comments (.2); prepare notice of confirmation hearing for publication (.2) and correspondence with Miller Advertising re: same (.2). | 2.30 |
| 08/28/12 | EYP | 0022 | Correspondence with shareholder re plan issues. | 0.50 |
| 08/28/12 | EYP | 0022 | Continued efforts regarding sale process items. | 0.50 |
| 08/29/12 | SLS | 0022 | Participate in call with preferreds and Blackstone regarding plan sale process (.5); communication to A. Beane regarding confirmation publication notice (.2); review proposed modifications to published version of confirmation notice (.3); telephone call with M. Snyder regarding plan related matters (.3). | 1.30 |
| 08/29/12 | ARB | 0022 | Correspondence with GCG re: solicitation process (.2, .1); correspondence with Miller Advertising re: publication of notice of confirmation hearing (.2); call with preferred shareholders and Wachtell re: marketing process (.4) and review Blackstone documents in connection with same (.5). | 1.40 |
| 08/29/12 | SJC | 0022 | Call with Blackstone re exhibits. | 0.40 |
| 08/29/12 | EYP | 0022 | Call re sales process (.5) and related correspondence and calls (.5). | 1.00 |
| 08/29/12 | EYP | 0022 | Correspondence with Shareholder regarding plan. | 0.50 |
| 08/30/12 | ARB | 0022 | Correspondence to D. Brandon re: solicitation. | 0.10 |
| 08/30/12 | SJC | 0022 | Review and respond to several internal communications regarding marketing notice. | 0.60 |
| 08/30/12 | EYP | 0022 | Various efforts re sale process (1.2) and correspondence with Swarts related thereto (.3). | 1.50 |
| 08/31/12 | SLS | 0022 | Telephone call with M. Snyder regarding plan supplement documents (.3); numerous communications with Akin and Blackstone teams regarding disclosure of plan related documents (1.1); email to SEC team regarding indenture (.2). | 1.60 |
| 08/31/12 | BRK | 0022 | File Notice of Marketing of Assets and Potential Sale Thereof. | 0.70 |
| 08/31/12 | BRK | 0022 | Redact July 10, 2012 Market Study by RKF. | 0.50 |
| 08/31/12 | RAT | 0022 | Responding to email from S. Schultz regarding TIA compliance (.2) and researching applicability of exemptions in light of changed facts (.3). | 0.50 |
| 08/31/12 | ARB | 0022 | Finalize notice of marketing assets (.5) and supervise filing of same (.2); prepare publication version of same (.5) and correspondence with Akin team (.1) and Miller Advertising (.1) re: same; communications with B. Kemp re: redacting RKF report (.3). | 2.70 |
| 08/31/12 | SJC | 0022 | Review and respond to numerous communications re marketing notice and publication of same. | 1.50 |
| 08/31/12 | SJC | 0022 | Review correspondence with J. Swarts re meeting and RKF report. | 0.30 |
| 08/31/12 | EYP | 0022 | Various correspondence regarding sales process. | 1.20 |
| 08/31/12 | JBS | 0022 | Correspondence with R. Testani and S. Schultz and related review of TIA exemptions. | 0.80 |
| 08/22/12 | SLS | 0025 | Travel from Dallas to New York (Actual time - 5.0). | 2.50 |
| 08/23/12 | ARB | 0025 | Travel from DC to NY (actual time - 3.5 hours). | 1.75 |
| 08/23/12 | ARB | 0025 | Travel from office to court for hearing (actual time - 0.5 hours). | 0.25 |
| 08/24/12 | SLS | 0025 | Return travel from New York (3.0) (actual time 6.0 hours). | 3.00 |
| 08/24/12 | ARB | 0025 | Travel from NY to DC (actual time - 3.5 hours). | 1.75 |

TERRESTAR NETWORKS
Invoice Number: 1441615

| Date | Tkpr | Task | | | | Hours |
|------|------|------|--|--|--|-------|
| | | Total Hours | | | | 440.05 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|---|-------|
| H B JACOBSON | 0.40 | at | $755.00 | = | $302.00 |
| I S DIZENGOFF | 1.70 | at | $1050.00 | = | $1,785.00 |
| R A TESTANI | 0.50 | at | $925.00 | = | $462.50 |
| J L SORKIN | 3.20 | at | $730.00 | = | $2,336.00 |
| S L SCHULTZ | 66.30 | at | $775.00 | = | $51,382.50 |
| A  PREIS | 78.40 | at | $775.00 | = | $60,760.00 |
| J F NEWDECK | 26.80 | at | $650.00 | = | $17,420.00 |
| R J DONOHUE | 10.70 | at | $570.00 | = | $6,099.00 |
| A L BLAYLOCK | 0.60 | at | $600.00 | = | $360.00 |
| J B SMITH | 0.80 | at | $600.00 | = | $480.00 |
| S L NAEGEL | 0.70 | at | $500.00 | = | $350.00 |
| A R BEANE | 114.75 | at | $450.00 | = | $51,637.50 |
| S J CROW | 74.50 | at | $370.00 | = | $27,565.00 |
| R A COHEN | 0.20 | at | $425.00 | = | $85.00 |
| R J PRESA | 5.30 | at | $400.00 | = | $2,120.00 |
| J J IM | 5.60 | at | $575.00 | = | $3,220.00 |
| J H BELL | 0.70 | at | $570.00 | = | $399.00 |
| J A BAIN | 0.20 | at | $450.00 | = | $90.00 |
| A P MARKS | 2.10 | at | $375.00 | = | $787.50 |
| B R KEMP | 29.80 | at | $215.00 | = | $6,407.00 |
| T  SOUTHWELL | 1.60 | at | $235.00 | = | $376.00 |
| D  KRASA-BERSTELL | 13.20 | at | $235.00 | = | $3,102.00 |
| M A GYURE | 2.00 | at | $250.00 | = | $500.00 |

Current Fees                    $238,026.00

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|--|--|
| Computerized Legal Research - Lexis | $269.10 |
| Computerized Legal Research - Other | $114.25 |
| Computerized Legal Research - Westlaw | $2,958.82 |
| Courier Service/Messenger Service- Off Site | $63.22 |
| Duplication - In House | $228.60 |
| Meals - Business | $10.45 |
| Meals (100%) | $197.12 |
| Postage | $19.20 |
| Audio and Web Conference Services | $398.59 |
| Travel - Ground Transportation | $222.71 |

Current Expenses                    $4,482.06

**Total Amount of This Invoice**                    **$242,508.06**



# Akin Gump
### Strauss Hauer & Feld LLP

TERRESTAR NETWORKS
ATTN: DOUGLAS BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA 20190

| | |
|---|---|
| Invoice Number | 1447477 |
| Invoice Date | 10/22/12 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 14.60 | $6,837.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 29.90 | $13,758.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 13.70 | $5,225.00 |
| 0008 | Court Hearings | 2.60 | $1,001.50 |
| 0009 | Financial Reports and Analysis | 4.60 | $2,165.00 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 3.40 | $1,258.00 |
| 0012 | General Claims Analysis/Claims Objections | 18.00 | $9,748.00 |
| 0018 | Tax Issues | 9.50 | $6,750.50 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 335.40 | $179,212.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.20 | $74.00 |
| 0025 | Travel Time | 3.50 | $1,575.00 |
| | TOTAL | 435.40 | $227,605.00 |

TERRESTAR NETWORKS
Invoice Number: 1447477

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/04/12 | BRK | 0002 | Update case calendar and distribution of same. | 0.70 |
| 09/04/12 | ARB | 0002 | Correspondence to B. Kemp re calendar. | 0.10 |
| 09/05/12 | SLS | 0002 | Communications with M. Snyder re case status (.2); telephone call with S. Shelly re same (.4). | 0.60 |
| 09/05/12 | ARB | 0002 | Update calendar (.2); review and circulate DailyDeal article re Terrestar (.3). | 0.50 |
| 09/06/12 | BRK | 0002 | Monitor docket re Aldo Perez appeal. | 0.30 |
| 09/07/12 | JLS | 0002 | Review correspondence from A. Perez re appeal. | 0.50 |
| 09/07/12 | DKB | 0002 | Review and organize pleadings to be sent to court. | 0.80 |
| 09/10/12 | SLS | 0002 | Telephone call with M. Snyder re case status. | 0.20 |
| 09/11/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 09/11/12 | DKB | 0002 | Review and organize case file. | 0.60 |
| 09/11/12 | ARB | 0002 | Review recent filings in appeal (.5); correspondence to B. Kemp re calendar (.2). | 0.70 |
| 09/11/12 | SJC | 0002 | Communications re pending matters. | 0.50 |
| 09/12/12 | BRK | 0002 | Update case calendar. | 0.40 |
| 09/12/12 | ARB | 0002 | Correspondence to B. Kemp re calendar. | 0.10 |
| 09/13/12 | BRK | 0002 | Monitor docket re Aldo Perez appeal. | 0.30 |
| 09/14/12 | ARB | 0002 | Correspondence to B. Kemp re calendar updates. | 0.20 |
| 09/17/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 09/17/12 | ARB | 0002 | Correspondence with GCG re website updates. | 0.10 |
| 09/19/12 | SLS | 0002 | Lengthy telephone call with common equity holder (.5). | 0.50 |
| 09/19/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 09/20/12 | JLS | 0002 | Review correspondence from court re Perez appeal (.2). | 0.20 |
| 09/20/12 | RJD | 0002 | Internal correspondence re issues in connection with Perez appeal (.1, .2, .3); internal teleconferences re same (.1, .2, .20,). | 1.10 |
| 09/20/12 | SJC | 0002 | Review letters and orders filed on Perez appeal docket. | 1.10 |
| 09/20/12 | RJP | 0002 | Conference and correspondence with Akin attorneys re Perez appeal (.5); review documents filed in connection with same (.2). | 0.70 |
| 09/20/12 | EYP | 0002 | Revise Perez letter. | 1.00 |
| 09/24/12 | BRK | 0002 | Monitor docket re Aldo Perez appeal. | 0.30 |
| 09/27/12 | BRK | 0002 | Monitor docket re Aldo Perez appeal. | 0.30 |
| 09/27/12 | DKB | 0002 | Review and organize case files in preparation for archiving. | 0.70 |
| 09/29/12 | EYP | 0002 | Draft Board update e-mail and related correspondence. | 1.50 |
| 09/03/12 | SJC | 0003 | Review and revise interim fee application. | 3.50 |
| 09/04/12 | ARB | 0003 | Review and comment on interim fee application. | 2.40 |
| 09/04/12 | SJC | 0003 | Review and revise interim fee application. | 0.40 |
| 09/05/12 | SLS | 0003 | Review Akin fee application (2.7). | 2.70 |
| 09/06/12 | SLS | 0003 | Review revised interim fee application. | 0.80 |
| 09/06/12 | ARB | 0003 | Review and comment on interim fee application. | 0.70 |
| 09/06/12 | SJC | 0003 | Review and revise interim fee application. | 0.40 |
| 09/07/12 | BRK | 0003 | File Akin Fourth Interim Fee Application (.4); update fee chart (.6). | 1.00 |
| 09/11/12 | BRK | 0003 | Draft and file Notice of Hearing on Fourth Interim Fee Application. | 1.30 |
| 09/11/12 | ARB | 0003 | Review and comment on notice of hearing on interim fee applications. | 0.60 |
| 09/11/12 | SJC | 0003 | Review and revise notice of hearing on interim fee applications. | 0.30 |
| 09/12/12 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 2.40 |
| 09/13/12 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 3.10 |
| 09/14/12 | ARB | 0003 | Prepare monthly fee statement. | 3.10 |
| 09/17/12 | ARB | 0003 | Prepare monthly fee statement. | 0.30 |
| 09/19/12 | SLS | 0003 | Review exhibit to fee application (1.9); review fee statement (1.0). | 2.90 |
| 09/19/12 | SJC | 0003 | Draft monthly fee statement (2.1); review and revise exhibits to same (.6); revise fee statement per comments of S. Schultz (.2). | 2.90 |
| 09/20/12 | BRK | 0003 | File August monthly fee statement of Akin Gump (.6); update monthly fee chart (.2). | 0.80 |
| 09/20/12 | ARB | 0003 | Correspondence to K. Prater and S. Crow re fee statement (.1); | 0.20 |

TERRESTAR NETWORKS                                                               Page 3
Invoice Number: 1447477                                                   October 22, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | correspondence with GCG re service of same (.1). | |
| 09/20/12 | SJC | 0003 | Review compiled fee application and exhibits. | 0.10 |
| 09/03/12 | SJC | 0004 | Review Deloitte interim fee application. | 0.50 |
| 09/04/12 | ARB | 0004 | Correspondence to S. Crow re GCG invoices (.1) and Deloitte invoices (.6). | 0.70 |
| 09/04/12 | SJC | 0004 | Communications re solicitation invoice from GCG (.1, .1, .1). | 0.30 |
| 09/05/12 | SLS | 0004 | Review Deloitte interim fee application (.3). | 0.30 |
| 09/05/12 | ARB | 0004 | Review and comment on fee chart. | 0.60 |
| 09/05/12 | ARB | 0004 | Calls and correspondence with Blackstone re interim fee application and July monthly fee statement. | 0.20 |
| 09/06/12 | BRK | 0004 | Research last invoices received from Quinn, Weil, and Wachtell for fee chart. | 0.50 |
| 09/06/12 | BRK | 0004 | File Fourth Interim Application for Compensation of Deloitte Tax (.6); update fee chart (.2). | 0.80 |
| 09/06/12 | ARB | 0004 | Review Blackstone interim fee application (.6) and correspondence re same (.1); review and comment on Deloitte interim fee application (.5). | 1.20 |
| 09/06/12 | SJC | 0004 | Review and comment on Deloitte interim fee application (.9); review and comment on Blackstone interim fee application (.8). | 1.70 |
| 09/07/12 | BRK | 0004 | File Fourth Interim Application for Compensation of Blackstone Advisory Partners L.P. (.4); update fee chart (.6). | 1.00 |
| 09/07/12 | ARB | 0004 | Correspondence with Blackstone re interim fee application (.1); correspondence with Blackstone re professional fee chart (.1). | 0.20 |
| 09/07/12 | SJC | 0004 | Review and comment on Blackstone interim fee application. | 1.50 |
| 09/11/12 | SLS | 0004 | Communication to S. Crow re payment of Blackstone fees (.2); telephone call with C. Anderson re timing of payment of holdbacks (.2). | 0.40 |
| 09/11/12 | ARB | 0004 | Correspondence re Blackstone invoices (.2); communications with S. Crow (.3) and S. Schultz and S. Crow (.1) re same. | 0.60 |
| 09/12/12 | ARB | 0004 | Review and comment on Blackstone July fee statement. | 0.30 |
| 09/13/12 | BRK | 0004 | File Fourteenth Monthly Statement of Blackstone Advisory. | 0.70 |
| 09/13/12 | BRK | 0004 | Forward most recent fee chart to J. Tennant. | 0.30 |
| 09/13/12 | ARB | 0004 | Correspondence to B. Kemp re fee chart (.1); review and comment on Blackstone July monthly fee statement (.3). | 0.40 |
| 09/13/12 | SJC | 0004 | Review Deloitte fee statements (.2); correspondence re same (.2). | 0.40 |
| 09/18/12 | SJC | 0004 | Research re bridge lender professional fees. | 0.20 |
| 09/19/12 | ARB | 0004 | Correspondence re Blackstone fee statements. | 0.20 |
| 09/28/12 | ARB | 0004 | Review and comment on Deloitte monthly fee statement. | 0.40 |
| 09/28/12 | SJC | 0004 | Preliminary review of Deloitte invoice. | 0.30 |
| 09/11/12 | JFN | 0008 | Review emails re upcoming hearing date. | 0.10 |
| 09/11/12 | ARB | 0008 | Correspondence with G. Finizio re scheduling of omnibus hearings. | 0.10 |
| 09/12/12 | BRK | 0008 | File Notice of Cancellation and Rescheduling of Certain Omnibus Hearing Dates of the TSC Debtors. | 0.70 |
| 09/12/12 | ARB | 0008 | Call with chambers re hear schedule (.2); correspondence with G. Finizio re same (.1); prepare notice re omnibus hear schedule (.9) and coordinate filing of same (.2). | 1.40 |
| 09/12/12 | SJC | 0008 | Review and respond to communications re upcoming hearings. | 0.30 |
| 09/19/12 | SLS | 0009 | Review monthly operating report (.8). | 0.80 |
| 09/19/12 | ARB | 0009 | Prepare monthly operating report (1.8) and correspondence re same (.1, .1, .1). | 2.10 |
| 09/19/12 | SJC | 0009 | Review and respond to correspondence re monthly operating report. | 0.30 |
| 09/20/12 | BRK | 0009 | File August 2012 monthly operating report. | 0.60 |
| 09/20/12 | ARB | 0009 | Continue preparing monthly operating report (.5); correspondence with D. Brandon re same (.1); coordinate and supervise filing of same (.2). | 0.80 |
| 09/11/12 | SJC | 0010 | Multiple communications and work related to DIP budget and covenants (2.2); draft correspondence related to same (.3). | 2.50 |
| 09/13/12 | SJC | 0010 | Work with Blackstone on DIP budgeting issues. | 0.70 |
| 09/14/12 | SJC | 0010 | Communications with Blackstone re DIP budget and related professional fees. | 0.20 |

TERRESTAR NETWORKS

Invoice Number: 1447477

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/04/12 | RJD | 0012 | Internal correspondence re discovery in connection with Swarts claim (.2, .2, .3); internal teleconferences re same (.2, .3). | 1.20 |
| 09/17/12 | ARB | 0012 | Correspondence with GCG re claims registers (.2) and multiple calls with GCG re same (.3). | 0.50 |
| 09/17/12 | RJD | 0012 | Internal correspondence re discovery and other litigation issues in connection with Swarts claim (.1, .1, .2); internal teleconferences re same (.1, .2, .20,). | 0.90 |
| 09/19/12 | SLS | 0012 | Telephone call to Houlihan re potential claim resolution (.5). | 0.50 |
| 09/24/12 | ARB | 0012 | Review correspondence re maximum claim exposure (.5) and research re same (.3, .5). | 1.30 |
| 09/25/12 | SLS | 0012 | Began review of motion for reconsideration of Swarts claims. | 0.70 |
| 09/25/12 | ARB | 0012 | Review correspondence and pleadings from J. Swarts re claim (1.3); call with court re same (.2); correspondence with team re same (.1); call with K. Zuzolo re same (.2). | 1.80 |
| 09/25/12 | SJC | 0012 | Review Swarts motion for reconsideration. | 0.80 |
| 09/26/12 | SLS | 0012 | Review Swarts motion for reconsideration of claim objection. | 3.60 |
| 09/26/12 | BRK | 0012 | File motion to reconsider, exhibits, and motion to shorten time on behalf of J. Swarts. | 0.60 |
| 09/26/12 | ARB | 0012 | Supervise filing of Swarts documents. | 0.30 |
| 09/26/12 | SJC | 0012 | Substantial communications with Akin working group re Swarts motion for reconsideration (.8); research in connection with the same (2). | 2.80 |
| 09/27/12 | SLS | 0012 | Review claim reconsideration motion. | 1.00 |
| 09/28/12 | SJC | 0012 | Review emails from Swarts re claims (.3); research in connection with motion to reconsider (.3). | 0.60 |
| 09/29/12 | SJC | 0012 | Review and respond to communications re Swarts motion for reconsideration. | 0.20 |
| 09/30/12 | RJD | 0012 | Review correspondence re discovery in connection with Swarts claim (.2, .3). | 0.50 |
| 09/30/12 | SJC | 0012 | Review and respond to several communications re Swarts claims. | 0.70 |
| 09/05/12 | JFN | 0018 | Email S. Schultz and A. Preis re Nevada tax issue (.1); research re status of service in Nevada (.2); emails re same (.2). | 0.50 |
| 09/06/12 | JFN | 0018 | Review Nevada service issue and emails re same. | 0.30 |
| 09/11/12 | SLS | 0018 | Review letter re Nevada alleged tax (.2); communication to J. Newdeck re same (.1). | 0.30 |
| 09/11/12 | HBJ | 0018 | Prepare for and attend meeting with Deloitte team and D. Brandon re 2011 tax returns and discuss 2012 returns. | 1.00 |
| 09/11/12 | HBJ | 0018 | Prepare for meeting with Deloitte team and D. Brandon re 2011 and 2012 returns (.3); research re possible responsible person liability for state taxes (1.1); discussion with J. Newdeck re editing letter to Nevada tax authorities (.2). | 1.60 |
| 09/11/12 | JFN | 0018 | Revise letter to Nevada (.2, .2); review documents re outstanding tax issues (.2); correspondence to H. Jacobson re same (.1, .1); emails with Akin team (.1); further revise letter (.2). | 1.10 |
| 09/12/12 | SLS | 0018 | Review email communication re Nevada tax issue (.3); review letter re same (.2); communications to J. Newdeck re same (.2). | 0.70 |
| 09/12/12 | HBJ | 0018 | Emails with Deloitte re timing of confirmation and effective date for tax purposes. | 0.10 |
| 09/12/12 | JFN | 0018 | Revise tax letter (.4); email to S. Schultz re same (.2); email broader Akin group (.1); incorporate A. Preis comments (.1); emails with D. Brandon re same (.1). | 0.90 |
| 09/12/12 | JFN | 0018 | Email D. Posner re tax letter. | 0.10 |
| 09/12/12 | EYP | 0018 | Research re Nevada tax law issues and claims. | 1.00 |
| 09/13/12 | JFN | 0018 | Emails re tax letter (.1, .1). | 0.20 |
| 09/14/12 | JFN | 0018 | Email A. Preis re tax letter (.1); follow-up with D. Posner re same (.1). | 0.20 |
| 09/17/12 | JFN | 0018 | Follow-up with D. Posner re tax letter (.1); internal emails re same (.1). | 0.20 |
| 09/18/12 | JFN | 0018 | Email D. Posner re tax letter (.1); call with D. Posner re tax letter (.1); revise same (.1); email Akin team (.1) and D. Brandon (.1) re same; | 0.90 |

TERRESTAR NETWORKS                                                                     Page 5
Invoice Number: 1447477                                                        October 22, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | finalize tax letter (.5). | |
| 09/25/12 | HBJ | 0018 | Review and revise Blackstone NOL slide (.3) and emails re NOLs (.1). | 0.40 |
| 09/02/12 | SJC | 0022 | Review discovery request from J. Swarts in connection with plan. | 0.50 |
| 09/02/12 | EYP | 0022 | Correspondence and calls with Perez re meeting. | 1.00 |
| 09/04/12 | JLS | 0022 | Review discovery requests and correspondence from Swarts (.7); prepare for (.4) and participate in (.5). call re discovery requests. | 1.60 |
| 09/04/12 | SLS | 0022 | Communication to Akin team re plan related documents (.5); telephone call with A. Beane re updated plan supplement (.5); telephone call with J. Smith re same (.3); review plan supplement note for preferreds (.2); participate in call with J. Sorkin re response to Swarts discovery requests (.5); telephone call with CJ Brown re plan supplement documents (.3); began review of amended plan supplement (.4). | 2.70 |
| 09/04/12 | JFN | 0022 | Email A. Beane re D&O plan supplement. | 0.10 |
| 09/04/12 | RAT | 0022 | Participate in discussion with J. Smith re TIA exemption. | 0.10 |
| 09/04/12 | ARB | 0022 | Prepare plan supplement documents (2.2); call with S. Schultz re same (.5). | 2.70 |
| 09/04/12 | SJC | 0022 | Communications re amended plan supplement (.2). | 0.20 |
| 09/04/12 | RJP | 0022 | Internal communications re response to Swarts discovery requests. | 0.50 |
| 09/04/12 | JBS | 0022 | Review of TIA exemptions (1.0) and conversation with S. Schultz (.3) and related call and correspondence with R. Testani (.1). | 1.40 |
| 09/05/12 | JLS | 0022 | Review and respond to correspondence re discovery requests. | 0.30 |
| 09/05/12 | SLS | 0022 | Prepare for (.2) and participate in (.2). call with J. Smith and M. Snyder re plan supplement documents; follow-up call with J. Smith re same (.2); communication with M. Snyder re same (.2, .2); follow-up calls with J. Smith and W. Curtis re same (.3, .2, .1); communication with Akin team re same (.3, .2, .3); review revised plan supplement documents (.3). | 2.70 |
| 09/05/12 | CMG | 0022 | Conference with W. Curtis on changing Indenture to secured notes agreement. | 0.40 |
| 09/05/12 | WEC | 0022 | Calls with S. Schultz and J. Smith to discuss second-priority notes and matters related to collateral and govern documents (.3, .2, .1); conference with C. Gores re indenture and collateral questions (.4); begin draft of Note Purchase Agreement (6.3). | 7.30 |
| 09/05/12 | JFN | 0022 | Review emails re insurance policy question for plan supplement (.1); follow-up correspondence to A. Beane re same (.1). | 0.20 |
| 09/05/12 | RAT | 0022 | Participate in numerous internal discussions re request made by Wachtell to change the indenture into a note agreement. | 0.50 |
| 09/05/12 | ARB | 0022 | Correspondence with D. Brandon and G. Davis re plan supplement documents. | 0.20 |
| 09/05/12 | SJC | 0022 | Review and respond to correspondence re publication of confirmation hearing notice (.2); several communications re plan supplement (.3). | 0.50 |
| 09/05/12 | RJP | 0022 | Draft responses and objections to Swarts discovery requests (2.5); correspondence to D. Brandon re same (.2); gather and review documents in response to Swarts requests (.8). | 3.50 |
| 09/05/12 | JBS | 0022 | Calls with S. Schultz, R. Testani and W. Curtis re provide for issuance of notes without an indenture or trustee, include discussion of promissory notes and note exchange agreement and issues inherent in proceed without a collateral trustee or trustee (.3, .2, .1); call and related correspondence with Wachtell and S. Schultz re same (.2); follow-up call with S. Schultz (.2); discussions with W. Curtis re exist indenture and next steps (.1) and research re same (1.1). | 2.20 |
| 09/06/12 | JLS | 0022 | Prepare for (.2) and participate (.6) in phone call with client re discovery requests; work on responses and objections to discovery requests (.5); review correspondence and documents re discovery requests (.5). | 1.80 |
| 09/06/12 | SLS | 0022 | Participate in call with D. Brandon and Akin team re response to Swarts discovery response (.6); communications to W. Curtis re plan supplement (.2, .3, .2, .1); review note agreement (.7). | 2.10 |
| 09/06/12 | BRK | 0022 | Draft Notice of Publication. | 0.60 |

TERRESTAR NETWORKS                                                                               Page 6
Invoice Number: 1447477                                                                  October 22, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/06/12 | WEC | 0022 | Continue to revise Note Agreement (7.8) and calls with S. Schultz re same (.2, .3, .2, .1); telephone calls with R. Testani (.5); revise Note Agreement to reflect comments from Akin team (2.5). | 11.60 |
| 09/06/12 | RAT | 0022 | Review initial draft of note purchase agreement (2.0) and participate in conference with W. Curtis to discuss changes (.5). | 2.50 |
| 09/06/12 | ARB | 0022 | Correspondence with paralegals re filing of plan supplement (.1); revise notice of publication of confirmation hearing notice (.4, .4). communication to B. Kemp re same (.1); correspondence with D. Brandon re same (.1); revise plan supplement documents (1.7); correspondence to M. Snyder re same (.2, .1); internal call re Swarts confirmation discovery responses (.4). | 3.50 |
| 09/06/12 | SJC | 0022 | Communications re plan supplement and coordinate filing of same (.3); several communications re Swarts discovery request (.1, .3); numerous communications re TSC note agreement (.4); review of same (.8). | 1.90 |
| 09/06/12 | RJP | 0022 | Participate in call with client re discovery requests (.6); follow-up correspondence re same (.2); draft and revise responses and objections to Swarts (1.5); collect documents responsive to requests (.9); internal call re same (.4). | 3.60 |
| 09/06/12 | JBS | 0022 | Follow-up on note agreement (.2) and related correspondence to R. Testani, W. Curtis and S. Schultz (.3). | 0.50 |
| 09/07/12 | SLS | 0022 | Respond to inquiries re plan supplement (.2, .1, .1); telephone call with M. Snyder re note agreement (.2, .2, .3); review recently filed plan objections (1.0); review notice of filing of amended plan supplement (.2); finalize plan supplement (2.6). | 4.90 |
| 09/07/12 | BRK | 0022 | File Notice of Filing Amended Plan Supplement. | 0.70 |
| 09/07/12 | WEC | 0022 | Revise draft Note Agreement (1.5); emails with Akin Gump team (.3); emails to R. Testani re agreement provisions (.2); review comments to Note Agreement received from Wachtell (.3); finalize draft of Note Agreement (.7). | 3.00 |
| 09/07/12 | RAT | 0022 | Review revised draft of note purchase agreement (.5); communications to W. Curtis re changes and additional comments in response to comments from Wachtell (.3); related deal matters (.2). | 1.00 |
| 09/07/12 | ARB | 0022 | Prepare draft correspondence to M. Snyder re plan supplement documents (1.2); further correspondence re same (.2); call with M. Snyder re same (.1); prepare notice of filing for same (.7) and revise same (.3); finalize same for filing (1.6; 2.7); supervise filing of same (.5); correspondence re service of same (.1); prepare notice of filing of redline of plan supplement documents (.8). | 8.20 |
| 09/07/12 | ARB | 0022 | Review filing from TSC common shareholder re plan. | 0.30 |
| 09/07/12 | SJC | 0022 | Review communications from TSC shareholders re plan. | 0.30 |
| 09/07/12 | SJC | 0022 | Review and respond to correspondence with client re TSC note agreement (.3); participate in call with M. Snyder re comments to note agreement and incorporate changes to same (1.8); review and revise several plan supplement documents (2.5). | 4.60 |
| 09/07/12 | RJP | 0022 | Prepare responses and objections to Swarts discovery requests (.5); gather and review documents for same (.5). | 1.00 |
| 09/07/12 | JBS | 0022 | Correspondence to W. Curtis on edits to Note Agreement. | 0.30 |
| 09/10/12 | SLS | 0022 | Telephone call with Akin team re next steps for preparing plan closing documents (.4); follow-up communication to R. Testani and J. Smith (.2). | 0.60 |
| 09/10/12 | RVT | 0022 | Call with Akin work group regarding plan closing documents (.4); review of revised note agreement (.4). | 0.80 |
| 09/10/12 | BRK | 0022 | File Notice of Filing marked Version of the Amended Plan Supplement (.6); correspondence to D. Krasa-Berstell re delivery of chamber copy (.2). | 0.80 |
| 09/10/12 | JFN | 0022 | Emails re finance update call (.1); email S. Schultz re intercreditor agreement (.2). | 0.30 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 09/10/12 | RAT | 0022 | Participate in internal conference call with S. Schultz and others re plan timeline and outstanding matters. | 0.50 |
| 09/10/12 | DKB | 0022 | Prepare chambers copies of recently filed plan pleadings (.6); forward documents to court (.3); confer with attorney re status (.1). | 1.00 |
| 09/10/12 | ARB | 0022 | Call with corporate team re outstanding documents (.5); related follow-up (.5); prepare notice of filing re redline of plan supplement documents (1.4) and revise same (.4); prepare documents and exhibits in connection with same (2.3); compile the same for internal and client review (.7); correspondence re same (.3); coordinate and supervise filing of same (1.2); correspondence re service of same (.2). | 7.50 |
| 09/10/12 | ARB | 0022 | Review filing by TSC common shareholder re plan. | 0.30 |
| 09/10/12 | MAG | 0022 | Review previously produced documents to J. Swarts in Ringtail database per R. Presa (2.0). | 2.00 |
| 09/10/12 | SJC | 0022 | Participate in call with corporate team re confirmation issues (.4); draft confirmation checklist for corporate team (1). | 1.40 |
| 09/10/12 | EYP | 0022 | Efforts re plan supplement. | 2.00 |
| 09/10/12 | JJI | 0022 | Call with Akin team re Exit Facility. | 0.50 |
| 09/10/12 | JBS | 0022 | Conference call with Akin team on outstanding documents and next steps (.5); follow-up (.2). | 0.70 |
| 09/11/12 | JLS | 0022 | Review correspondence and documents in connection with discovery requests (.3); work on responses to discovery requests (.8). | 1.10 |
| 09/11/12 | SLS | 0022 | Communication to A. Preis re plan related discovery. | 0.20 |
| 09/11/12 | BRK | 0022 | File Notice of Filing of Solicitation Version of Joint Chapter 11 Plan of the TSC Debtors. | 0.70 |
| 09/11/12 | JFN | 0022 | Communication to A. Beane re status of plan supplement documents (.1, .1); review emails re same (.1). | 0.30 |
| 09/11/12 | ARB | 0022 | Prepare notice of filing of solicitation version of plan (1.3); correspondence re same (.2) and correspondence re service of same (.2). | 1.70 |
| 09/11/12 | RJD | 0022 | Internal correspondence re discovery in connection with Swarts (.1, .2, .2); internal teleconferences re same (.2, .3). | 1.00 |
| 09/11/12 | RJP | 0022 | Prepare responses and objections to Swarts document requests (2); gather and review documents in response to same (.5); correspond with Akin attorneys and litigation support staff re responsive documents (.5); teleconference with C. Anderson (Blackstone) re requests directed at Blackstone (.2); correspondence with D. Brandon re responsive documents (.2); draft email to J. Sorkin re responses and objections (.1). | 3.50 |
| 09/11/12 | EYP | 0022 | Efforts re Swarts discovery issues. | 1.50 |
| 09/11/12 | JBS | 0022 | Conversation with J. Groff at the SEC re withdrawal of T-3 and review precedent requests for withdrawal (.7); draft withdrawal request (1.3). | 2.00 |
| 09/12/12 | JLS | 0022 | Review correspondence and documents in connection with discovery requests (.5); work on responses to discovery requests (.5); conference with Akin Gump attorney re discovery requests (.2). | 1.20 |
| 09/12/12 | SLS | 0022 | Review communications with J. Swarts re plan related discovery (.3); review plan-related documents (.9). | 1.20 |
| 09/12/12 | RAT | 0022 | Discuss deal matters with J. Smith. | 0.50 |
| 09/12/12 | MAG | 0022 | Tag confirmation response documents in Ringtail database to be produced to Swarts per R. Presa (4.0). | 4.00 |
| 09/12/12 | CT | 0022 | Prepare case documents for attorneys' review. | 2.90 |
| 09/12/12 | ML | 0022 | Prepare case documents for attorneys' review and production. | 1.50 |
| 09/12/12 | RJD | 0022 | Internal correspondence re discovery in connection with Swarts (.1, .1, .2); internal teleconferences re same (.2, .2). | 0.80 |
| 09/12/12 | EYP | 0022 | Efforts re Swarts discovery issues. | 1.50 |
| 09/12/12 | JBS | 0022 | Revise draft withdrawal letter for T-3 and related correspondence (.7); discuss with R. Testani (.5). | 1.20 |
| 09/13/12 | JLS | 0022 | Work on responses and objections to discovery requests. | 2.00 |
| 09/13/12 | SLS | 0022 | Communications re plan supplement documents (.2); review notice of publication of confirmation hearing notice (.1); communication to A. | 1.40 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | Beane re same (.1); prepare for confirmation hearing (1.0). | |
| 09/13/12 | BRK | 0022 | File Notice of Publication of confirmation hearing notice. | 0.60 |
| 09/13/12 | JFN | 0022 | Review emails re Swarts discovery (.1); review comments to response (.2, .1); review emails re sale process (.1). | 0.50 |
| 09/13/12 | RAT | 0022 | Discuss T-3 with J. Smith. | 0.20 |
| 09/13/12 | ARB | 0022 | Review responses to Swarts discovery requests (1.2) and correspondence to R. Presa re same (.2); correspondence with Miller Advertising re publication affidavits (.1); review same (.3); revise notice of publication (.8); prepare affidavits for filing (.2) and coordinate filing of same (.2). | 3.00 |
| 09/13/12 | MAG | 0022 | Tag documents in TSC Ringtail database re J. Swarts 2nd document request per R. Presa (7.0). | 7.00 |
| 09/13/12 | ML | 0022 | Prepare case documents for attorneys' review. | 2.50 |
| 09/13/12 | STC | 0022 | Research response to discovery request. | 2.70 |
| 09/13/12 | RJD | 0022 | Internal correspondence re discovery in connection with Swarts (.1, .2, .3); internal teleconferences re same (.2, .3); review draft responses and objections to Swarts discovery requests (.9). | 2.00 |
| 09/13/12 | RJP | 0022 | Communication to J. Sorkin re Swarts discovery requests (.6); draft cover letter to Swarts (.5); revise responses and objections to Swarts requests (1.5); correspondence with Akin attorneys re same (.2); gather and review documents in response to same (.5); correspondence with Akin eDiscovery team (.2). | 3.50 |
| 09/13/12 | EYP | 0022 | Meet with D. Brandon (.5); efforts re plan issues (1.5). | 2.00 |
| 09/13/12 | EYP | 0022 | Review of Swarts discovery requests. | 1.00 |
| 09/13/12 | JBS | 0022 | Revise withdrawal request for Form T-3, including distribution to and call with J. Groff at the SEC, and Edgarized (.5); discuss with R. Testani (.2). | 0.70 |
| 09/14/12 | JLS | 0022 | Work on responses and objections to discovery requests. | 1.00 |
| 09/14/12 | RAT | 0022 | Review T-3 withdrawal request. | 0.10 |
| 09/14/12 | MAG | 0022 | Tag additional documents in Ringtail database per R. Presa in response to Swarts second document request (6.0). | 6.00 |
| 09/14/12 | CT | 0022 | Prepare case documents for production. | 3.10 |
| 09/14/12 | ML | 0022 | Prepare case documents for attorneys' review and production. | 2.50 |
| 09/14/12 | RJD | 0022 | Internal correspondence re discovery in connection with Swarts (.2, .2, .3); internal teleconferences re same (.2, .2); review draft responses and objections to Swarts discovery requests (.6). | 1.70 |
| 09/14/12 | SJC | 0022 | Communications with Blackstone re expert report. | 0.50 |
| 09/14/12 | RJP | 0022 | Review documents and prepare production in response to Swarts discovery requests (1); draft and revise responses and objections to same (1); correspondence with Akin attorneys re production and R&Os (.3); correspondence to C. Torres re production (.2). | 2.50 |
| 09/14/12 | EYP | 0022 | Efforts re plan supplement issues. | 1.00 |
| 09/14/12 | EYP | 0022 | Efforts re Swarts discovery issues. | 2.00 |
| 09/14/12 | JBS | 0022 | Finalize and file withdrawal request for Form T-3. | 0.40 |
| 09/15/12 | SJC | 0022 | Review correspondence from Blackstone re expert report draft. | 0.30 |
| 09/16/12 | SLS | 0022 | Review intercreditor agreement. | 1.00 |
| 09/16/12 | RJD | 0022 | Internal correspondence re discovery in connection with Swarts plan objection (.1, .2, .2). | 0.50 |
| 09/16/12 | SJC | 0022 | Review expert report draft (.3); review correspondence from D. Brandon re same (.2); review correspondence from J. Swarts re discovery (.2). | 0.70 |
| 09/16/12 | EYP | 0022 | Calls and review of documents related to Swarts discovery requests. | 2.00 |
| 09/17/12 | JLS | 0022 | Review correspondence from Swarts re discovery (.2); review filing by Swarts re discovery (.2); review and respond to correspondence re case (.2); conference with Akin Gump attorney re discovery responses (.1). | 0.70 |
| 09/17/12 | SLS | 0022 | Email to working group re intercreditor agreement (.1); review communication from J. Smith re same (.1); correspondence to A. Beane re confirmation order and brief (.3). | 0.50 |
| 09/17/12 | JFN | 0022 | Emails to A. Beane re confirmation order (.1); review emails re | 0.30 |

TERRESTAR NETWORKS

Invoice Number: 1447477

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | comments to intercreditor agreement (.1, .1). | |
| 09/17/12 | ARB | 0022 | Correspondence with lessee re plan supplement document (.1); correspondence with GCG re solicitation process (.2); review intercreditor agreement (.7) and correspondence to R. Troitsky re same (.1); prepare draft of confirmation order (5.2). | 6.30 |
| 09/17/12 | CT | 0022 | Prepare case documents for attorneys' review. | 2.10 |
| 09/17/12 | STC | 0022 | Pull FCC filings responsive to discovery requests. | 3.30 |
| 09/17/12 | SJC | 0022 | Revise confirmation checklist. | 0.20 |
| 09/17/12 | RJP | 0022 | Conference and correspondence with eDiscovery professionals re document production to Swarts (.1); gather and review documents in preparation for additional production (.4); confer with C. Anderson and J. Tennant (Blackstone) re document productions and prepare for meeting with Swarts (.3); review correspondence from Swarts (.1); communication to/with J. Sorkin re same (.1). | 1.00 |
| 09/17/12 | EYP | 0022 | Efforts re plan supplement. | 2.00 |
| 09/17/12 | EYP | 0022 | Review Swarts filing re discovery requests. | 1.50 |
| 09/17/12 | JBS | 0022 | Review and mark-up of Intercreditor Agreement (2.8) and distribute to Akin team (.2). | 3.00 |
| 09/18/12 | JLS | 0022 | Review and respond to correspondence re discovery issues (.3); review draft report (1.0). | 1.30 |
| 09/18/12 | SLS | 0022 | Review marked confidentiality agreement (.2); telephone call with M. Snyder re exit facility (.2); review expert witness report (2.7). | 3.10 |
| 09/18/12 | RVT | 0022 | Telephone correspondence re intercreditor agreement. | 0.20 |
| 09/18/12 | ARB | 0022 | Continue preparing draft of confirmation order. | 2.30 |
| 09/18/12 | CT | 0022 | Prepare case documents for production. | 2.30 |
| 09/18/12 | SJC | 0022 | Review correspondence re Swarts meeting with A. Preis (.3) and follow-up re same (.1). | 0.40 |
| 09/18/12 | RJP | 0022 | Manage and coordinate production of documents to J. Swarts (.5); correspondence to A. Preis re discovery issues (.3); review requests and R&Os in preparation for same (.2). | 1.00 |
| 09/18/12 | EYP | 0022 | Various efforts to prepare for Swarts meeting. | 5.00 |
| 09/18/12 | JBS | 0022 | Review intercreditor agreement. | 1.10 |
| 09/19/12 | JLS | 0022 | Conference with Akin Gump attorney re discovery issues (.3); review and respond to correspondence re discovery issues (.4). | 0.70 |
| 09/19/12 | SLS | 0022 | Review draft redacted expert report in support of confirmation (.8); telephone call with Blackstone re same (.5). | 1.30 |
| 09/19/12 | RVT | 0022 | Review redlined version of Note Agreement and comments (.5); identify additional comments (.6); prepare/circulate mark-up of comments to intercreditor agreement (.2). | 1.80 |
| 09/19/12 | BRK | 0022 | Retrieve solicitation plan, disclosure statement, disclosure statement exhibits, and supplement and prepare for attorney review. | 0.60 |
| 09/19/12 | JFN | 0022 | Review emails re intercreditor agreement. | 0.10 |
| 09/19/12 | JFN | 0022 | Review emails re Perez meeting. | 0.10 |
| 09/19/12 | ARB | 0022 | Prepare draft confirmation order (4.2, .7, .7) and review plan and disclosure statement documents in connection with same (1.1). | 6.70 |
| 09/19/12 | RJP | 0022 | Correspondence to A. Preis re document production to Swarts (.2). | 0.20 |
| 09/19/12 | EYP | 0022 | Prepare for and meet with Swarts (7.5); related follow-up with working group (.5). | 8.00 |
| 09/19/12 | JBS | 0022 | Review of revised intercreditor agreement and related follow-up. | 1.20 |
| 09/20/12 | JLS | 0022 | Phone call with Akin Gump attorneys and advisors re meeting with Swarts (.5); review correspondence re discovery (.4). | 0.90 |
| 09/20/12 | SLS | 0022 | Telephone call with working group re Swarts meeting (.5); review correspondence from Swarts re amended discovery requests (.2). | 0.70 |
| 09/20/12 | RVT | 0022 | Email/telephone correspondence re intercreditor agreement. | 0.40 |
| 09/20/12 | JFN | 0022 | Comments on draft confirmation order (2.3) and emails to A. Beane re same (.2, .2). | 2.70 |
| 09/20/12 | RAT | 0022 | Review issues re intercreditor agreement. | 0.50 |

TERRESTAR NETWORKS
Invoice Number: 1447477

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/20/12 | ARB | 0022 | Continue preparing confirmation order (1.7) and confirmation brief (5.4); internal call re Swarts (.5); begin preparing confirmation chart (.7); correspondence with M. Snyder re intercreditor agreement (.2). | 8.50 |
| 09/20/12 | SJC | 0022 | Participate in call re discussions with Swarts (.5); monitor blogs of common shareholders (1); draft notice of publishing RKF report (.4); review and respond to correspondence re intercreditor agreement (.2). | 2.10 |
| 09/20/12 | RJP | 0022 | Teleconference with Akin attorneys (.2) re meeting with J. Swarts (.3). | 0.50 |
| 09/20/12 | EYP | 0022 | Call with D. Brandon re confirmation strategy. | 1.00 |
| 09/20/12 | EYP | 0022 | Follow-up to Swarts meeting. | 1.00 |
| 09/20/12 | EYP | 0022 | Efforts re inter creditor agreement. | 1.00 |
| 09/20/12 | JBS | 0022 | Finalize Intercreditor Agreement for distribution. | 1.20 |
| 09/21/12 | JLS | 0022 | Review correspondence re discovery issues. | 0.20 |
| 09/21/12 | BRK | 0022 | Redact Appendix D of the RKF report. | 0.50 |
| 09/21/12 | TS | 0022 | Prepare and ECF file notice re report by RKF Engineering Solutions. | 0.40 |
| 09/21/12 | ARB | 0022 | Revise confirmation order per comments of J. Newdeck (2); continue preparing confirmation brief and researching re same (3.6); correspondence to S. Crow and B. Kemp re redacting RKF report (.2); review and comment on notice of filing re same (.5). | 6.30 |
| 09/21/12 | RJD | 0022 | Internal correspondence re discovery in connection with Swarts plan objection (.2, .2, .3); internal teleconferences re same (.2, .3, .1). | 1.30 |
| 09/21/12 | SJC | 0022 | Review and revise notice of RKF report (.3); coordinate redaction of report (.2); coordinate posting with GCG (.3); monitor blog (.4); communications with staff re preparation for confirmation hearing (.2); review revised notice and redacted report for filing (.4); supervise filing and service of notice and correspondence with paralegal re same (.4). | 2.20 |
| 09/21/12 | EYP | 0022 | Various efforts related to redaction and filing of RKF report. | 3.00 |
| 09/23/12 | EYP | 0022 | Correspondence to Blackstone and S. Schultz re plan issues. | 0.50 |
| 09/24/12 | JLS | 0022 | Review and respond to correspondence re discovery issues and analyze production (.6); conference with Akin Gump attorney re discovery issue (1.3). | 0.90 |
| 09/24/12 | JFN | 0022 | Review various emails re issues re Swarts plan objection. | 0.20 |
| 09/24/12 | LC | 0022 | Prepare documents for attorneys' review, including processing production documents. | 1.30 |
| 09/24/12 | ARB | 0022 | Continue preparing confirmation brief (4.2) and research re same (2.6). | 6.80 |
| 09/24/12 | CT | 0022 | Prepare case documents for production. | 1.80 |
| 09/24/12 | SJC | 0022 | Communications to A. Beane re preparation for confirmation hearing (.3); review of claims eligible to receive notes under plan and communication to J. Smith re same (.7). | 1.00 |
| 09/24/12 | RJP | 0022 | Prepare documents for production to J. Swarts (.3); correspondence to A. Preis re same (.2). | 0.50 |
| 09/24/12 | EYP | 0022 | Various efforts re Swarts discovery requests (.7) and call with J. Sorkin re same (1.3). | 2.00 |
| 09/24/12 | JBS | 0022 | Follow-up on timing and status (.2); follow-up with D. Brandon re T-3 (.2); communication with S. Crow re expected noteholders information and process (.2). | 0.60 |
| 09/25/12 | JLS | 0022 | Review correspondence from Swarts (.2); review and respond to correspondence re discovery (.4); conference with Akin Gump attorney re discovery issue (.2). | 0.80 |
| 09/25/12 | ARB | 0022 | Correspondence with GCG re ballots (.2); correspondence with M. Snyder (.1) and G. Finizio (.1) re same; correspondence with Miller re publication affidavits (.1); incorporate S. Schultz comments to confirmation order (1.9); continue preparing and researching in connection with confirmation brief (5.3). | 7.70 |
| 09/25/12 | RJD | 0022 | Internal correspondence re discovery in connection with Swarts plan objection (.1, .2, .2); internal teleconferences re same (.2, .3). | 1.00 |
| 09/25/12 | SJC | 0022 | Communications re ballots and solicitation issues (.4). | 0.40 |
| 09/25/12 | RJP | 0022 | Teleconferences with P. Evans (.2) and A. Ambalavanan (.2) re Swarts | 0.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | email discovery; correspond and confer with Akin attorneys re same (.4). | |
| 09/25/12 | EYP | 0022 | Efforts re confidentiality agreement. | 1.50 |
| 09/25/12 | EYP | 0022 | Prepare for Perez meeting. | 1.00 |
| 09/25/12 | JBS | 0022 | Revise and distribute Note Agreement (.2); draft letter to noteholders (2.0) and related correspondence to S. Crow (.2). | 2.40 |
| 09/26/12 | JLS | 0022 | Review filings by Swarts (.4); review and respond to correspondence re depositions and discovery (.3). | 0.70 |
| 09/26/12 | SLS | 0022 | Telephone call with M. Snyder re confirmation issues (.3); review and comment on notice of cure amounts (.5). | 0.80 |
| 09/26/12 | BRK | 0022 | Research various New York cases re publication of notices of entry of confirmation order and/or occurrence of the effective date. | 0.80 |
| 09/26/12 | JFN | 0022 | Emails re plan affidavits (.2); emails to A. Beane re same (.2). | 0.40 |
| 09/26/12 | ARB | 0022 | Correspondence to S. Crow re notice of cure claim amounts (.2) and review and comment on same (.6); research re notice by publication (.9) and correspondence with GCG (.2) and B. Kemp (.1) re same; review Ray Coburn filing (.6); continue revising confirmation order per comments of S. Schultz (3.8); continue preparing confirmation brief (2.3); correspondence with J. Vargas re executory contract (.2); correspondence to M. Snyder re ballots (.1). | 9.00 |
| 09/26/12 | SJC | 0022 | Communication to A. Beane re solicitation deadlines (.3); draft notice of cure claim amounts (.7). | 1.00 |
| 09/26/12 | EYP | 0022 | Correspondence re confidentiality agreement. | 0.50 |
| 09/27/12 | JLS | 0022 | Review and respond to correspondence re discovery issues in connection with confirmation. | 0.20 |
| 09/27/12 | SLS | 0022 | Communications re Perez meeting (.3); review communications from Swarts re plan confirmation (.3). | 0.60 |
| 09/27/12 | ARB | 0022 | Correspondence with GCG (.1, .1) and M. Snyder (.1) re ballots. | 0.30 |
| 09/27/12 | SJC | 0022 | Substantial communications with GCG re preferred stock ballots. | 0.70 |
| 09/27/12 | EYP | 0022 | Prepare for and meet with Perez. | 4.00 |
| 09/27/12 | EYP | 0022 | Review of transaction proposal. | 1.00 |
| 09/27/12 | EYP | 0022 | Call re confidentiality agreement. | 0.50 |
| 09/27/12 | EYP | 0022 | Review Swarts documents in preparation for confirmation. | 1.50 |
| 09/28/12 | JLS | 0022 | Review and respond to correspondence re discovery issues in connection with confirmation (.3); Analyze discovery issues (.3). | 0.60 |
| 09/28/12 | SLS | 0022 | Prepare for confirmation hearing. | 1.00 |
| 09/28/12 | JFN | 0022 | Review email re status of Swarts objection (.1); review emails re confirmation status (.1). | 0.20 |
| 09/28/12 | ARB | 0022 | Correspondence re confirmation order and brief. | 0.20 |
| 09/28/12 | RJD | 0022 | Internal correspondence re discovery in connection with Swarts plan objection (.1, .2, .3); internal teleconferences re same (.1, .2, .2). | 1.10 |
| 09/28/12 | SJC | 0022 | Review and revise contract counter-party notice and coordinate service of same. | 0.30 |
| 09/28/12 | RJP | 0022 | Review correspondence with J. Swarts re plan. | 0.20 |
| 09/28/12 | EYP | 0022 | Call with Swarts regarding plan related issues and related follow-up. | 2.00 |
| 09/28/12 | EYP | 0022 | Efforts re various confidentiality agreements and review of transaction proposal. | 2.00 |
| 09/29/12 | SLS | 0022 | Prepare for confirmation hearing. | 1.00 |
| 09/29/12 | SJC | 0022 | Communications with Akin team re preparation for confirmation hearing (.3). | 0.30 |
| 09/13/12 | SJC | 0024 | Review correspondence re call log from M. Schlappig. | 0.20 |
| 08/23/12 | ARB | 0025 | Travel from DC to NY (actual time - 7.0 hours). | 3.50 |

|  |  |  | Total Hours | 435.40 |

TERRESTAR NETWORKS                                                          Page 12
Invoice Number: 1447477                                            October 22, 2012

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| H B JACOBSON | 3.10 | at | $755.00 | = | $2,340.50 |
| C M GORES | 0.40 | at | $805.00 | = | $322.00 |
| R A TESTANI | 5.90 | at | $925.00 | = | $5,457.50 |
| J L SORKIN | 16.70 | at | $730.00 | = | $12,191.00 |
| S L SCHULTZ | 41.80 | at | $775.00 | = | $32,395.00 |
| A PREIS | 56.50 | at | $775.00 | = | $43,787.50 |
| R V TROITSKY | 3.20 | at | $650.00 | = | $2,080.00 |
| W E CURTIS | 21.90 | at | $560.00 | = | $12,264.00 |
| J F NEWDECK | 9.90 | at | $650.00 | = | $6,435.00 |
| R J DONOHUE | 13.10 | at | $570.00 | = | $7,467.00 |
| J B SMITH | 18.90 | at | $600.00 | = | $11,340.00 |
| A R BEANE | 107.10 | at | $450.00 | = | $48,195.00 |
| S T CONWAY | 6.00 | at | $380.00 | = | $2,280.00 |
| S J CROW | 48.40 | at | $370.00 | = | $17,908.00 |
| R J PRESA | 23.00 | at | $400.00 | = | $9,200.00 |
| J J IM | 0.50 | at | $575.00 | = | $287.50 |
| L CHAU | 1.30 | at | $230.00 | = | $299.00 |
| C TORRES | 12.20 | at | $230.00 | = | $2,806.00 |
| M LEONARD | 6.50 | at | $220.00 | = | $1,430.00 |
| B R KEMP | 16.50 | at | $215.00 | = | $3,547.50 |
| T SOUTHWELL | 0.40 | at | $235.00 | = | $94.00 |
| D KRASA-BERSTELL | 3.10 | at | $235.00 | = | $728.50 |
| M A GYURE | 19.00 | at | $250.00 | = | $4,750.00 |

Current Fees                                                    $227,605.00


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $282.91 |
| Computerized Legal Research - Westlaw | $292.55 |
| Corporate Service Fees | $1,626.61 |
| Courier Service/Messenger Service- Off Site | $211.31 |
| Court Cost | $107.00 |
| Duplication - In House | $86.60 |
| Meals - Business | $112.64 |
| Audio and Web Conference Services | $6.82 |
| Telephone - Long Distance | $172.00 |
| Transcripts | $2,232.81 |
| Travel - Airfare | $2,188.60 |
| Travel - Ground Transportation | $610.91 |
| Travel - Lodging (Hotel, Apt, Other) | $1,186.77 |

Current Expenses                                                  $9,117.53


**Total Amount of This Invoice**                              **$236,722.53**



# Akin Gump
## Strauss Hauer & Feld LLP

TERRESTAR NETWORKS
ATTN: DOUGLAS BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA 20190

| | |
|---|---|
| Invoice Number | 1454451 |
| Invoice Date | 11/27/12 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 42.70 | $15,734.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 21.00 | $9,637.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 2.50 | $755.00 |
| 0008 | Court Hearings | 104.10 | $42,055.00 |
| 0009 | Financial Reports and Analysis | 3.70 | $1,536.50 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 3.00 | $1,675.00 |
| 0012 | General Claims Analysis/Claims Objections | 28.20 | $16,069.00 |
| 0017 | General Adversary Proceedings/Litigation Matters | 0.20 | $146.00 |
| 0018 | Tax Issues | 8.20 | $4,595.00 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 424.80 | $213,737.00 |
| 0025 | Travel Time | 8.25 | $5,980.50 |
| | TOTAL | 646.65 | $311,920.50 |

TERRESTAR NETWORKS                                                                    Page 2
Invoice Number: 1454451                                                      November 27, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 10/01/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 10/01/12 | DKB | 0002 | Review and organize case file in preparation for archiving. | 0.80 |
| 10/08/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 10/09/12 | RVT | 0002 | Reviewed email correspondence (.3); correspondence intercreditor comments to J. Smith (.4). | 0.70 |
| 10/10/12 | ISD | 0002 | Review CRO retentions. | 0.90 |
| 10/10/12 | ARB | 0002 | Prepare notice of filing re Perez documents (.4); correspondence re website updates (.2). | 0.60 |
| 10/10/12 | SJC | 0002 | Monitor common shareholder blogs (1.1) | 1.10 |
| 10/11/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 10/12/12 | DKB | 0002 | Review, organize and update case file. | 0.60 |
| 10/15/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 10/15/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 10/15/12 | STC | 0002 | Communication with S. Schultz regarding status of bankruptcy (.2); draft emails to A. Beane and S. Crow on same (.2). | 0.40 |
| 10/16/12 | JLS | 0002 | Review and respond to correspondence regarding Perez appeal. | 0.30 |
| 10/16/12 | RJP | 0002 | Research legal issues in connection with Perez appeal (1.5); monitor docket for filings in same (.1); correspondence with Akin Gump attorneys. re appeal (.4). | 2.00 |
| 10/17/12 | RJP | 0002 | Research case law in connection with Perez appeal (1); review correspondence re same (.2). | 1.20 |
| 10/18/12 | JLS | 0002 | Analyze issues regarding Perez appeal (.3); review correspondence regarding Perez appeal (.2). | 0.50 |
| 10/18/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 10/18/12 | DKB | 0002 | Review and organize case file in preparation for archiving. | 1.20 |
| 10/18/12 | RJP | 0002 | Research motion to dismiss for failure to prosecute (2.5); correspondence with Akin attorneys re Perez appeal (.2); confer with J. Sorkin re same (.1). | 2.80 |
| 10/19/12 | JLS | 0002 | Review and respond to correspondence regarding Perez appeal. | 0.20 |
| 10/19/12 | RJP | 0002 | Teleconference with J. Abrams' clerk (.2); correspondence to J. Sorkin re same (.2); review objection filed by Perez (.2); monitor SDNY docket for filings in Perez appeal (.2). | 0.80 |
| 10/22/12 | ARB | 0002 | Review investor blogs re case traffic. | 0.30 |
| 10/22/12 | RJP | 0002 | Monitor SDNY docket for filings in Perez appeal (.1). | 0.10 |
| 10/23/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 10/23/12 | DKB | 0002 | Review and update transcripts file (.5); correspondence to S. Crow re status (.1); review and organize case file in preparation for archiving (1.3). | 1.90 |
| 10/23/12 | RJP | 0002 | Correspondence to J. Sorkin re Perez appeal (.1); confer with S. Crow re same (.1); pull Elektrobit documents and email to S. Crow (.2); monitor SDNY docket for filings in Perez appeal (.1). | 0.50 |
| 10/24/12 | DKB | 0002 | Review and organize case file in preparation for archiving. | 2.60 |
| 10/24/12 | MAG | 0002 | Organize hearing materials per R. Presa and send selected items to outside storage. | 3.00 |
| 10/24/12 | RJP | 0002 | Outline motion to dismiss appeal for failure to prosecute (1); research legal issues in connection with same (3). | 4.00 |
| 10/25/12 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 10/25/12 | DKB | 0002 | Review and update transcripts file (.6); Update the status (.1); review and organize file in preparation for archiving (.7). | 1.40 |
| 10/25/12 | RJP | 0002 | Research legal issues and draft outline for motion to dismiss Perez appeal (2). | 2.00 |
| 10/26/12 | JLS | 0002 | Conference with Akin Gump attorneys regarding motion to dismiss appeal. | 0.50 |
| 10/26/12 | MAG | 0002 | Organize attorney post confirmation hearing files and create index re same (4.5). | 4.50 |

TERRESTAR NETWORKS                                                                    Page 3
Invoice Number: 1454451                                                      November 27, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 10/26/12 | RJP | 0002 | Correspondence to J. Sorkin re Perez appeal motion to dismiss (.3); research and outline legal issues in connection with same (1); correspondence with Akin attorneys re same (.2). | 1.50 |
| 10/29/12 | BRK | 0002 | Update case calendar. | 0.20 |
| 10/29/12 | ARB | 0002 | Correspondence with litigation team re Perez appeal. | 0.20 |
| 10/29/12 | RJP | 0002 | Revise outline of Perez appeal motion to dismiss (1.5); research legal issues in connection with same (.5); draft correspondence to Akin attorneys re outline (.3). | 2.30 |
| 10/30/12 | SLS | 0002 | Review outline for motion to dismiss Perez appeal. | 1.00 |
| 10/30/12 | RJP | 0002 | Correspondence with Akin attorneys re Perez motion to dismiss (.3). | 0.30 |
| 09/11/12 | ARB | 0003 | Review and comment on fee schedule (1.6); prepare monthly fee statement (2.6). | 4.20 |
| 10/07/12 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 2.20 |
| 10/09/12 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 1.30 |
| 10/15/12 | ARB | 0003 | Review and comment on monthly invoice. | 1.70 |
| 10/16/12 | ARB | 0003 | Further review of monthly invoice re task coding and redaction issues (1.5); correspondence to S. Schultz re same (.1). | 1.60 |
| 10/17/12 | ARB | 0003 | Prepare monthly fee statement (2.2, 1.4, 1.3). | 4.90 |
| 10/21/12 | ARB | 0003 | Revise monthly fee statement. | 0.90 |
| 10/22/12 | SLS | 0003 | Review attachment to monthly fee statement (1.5); review monthly fee statement (.5). | 2.00 |
| 10/22/12 | DKB | 0003 | Correspondence to A. Beane re filing of monthly fee statement (.1); review and prepare the above for filing (.3); effect the above (.2); draft status email for attorneys (.1). | 0.70 |
| 10/22/12 | ARB | 0003 | Revise monthly fee statement per comments of S. Schultz (.8) and revise final version of same (.3). | 1.10 |
| 10/22/12 | SJC | 0003 | Review exhibits to monthly fee application. | 0.40 |
| 10/01/12 | ARB | 0004 | Review and comment on Blackstone monthly fee statement. | 0.20 |
| 10/02/12 | SJC | 0004 | Review and comment on Deloitte invoice (.4); review and comment on Blackstone invoice (.4). | 0.80 |
| 10/08/12 | BRK | 0004 | File July fee statement of Deloitte Tax. | 0.60 |
| 10/08/12 | BRK | 0004 | File August fee statement of Blackstone Advisory. | 0.60 |
| 10/08/12 | SJC | 0004 | Coordinate filing and service of Deloitte and Blackstone fee statements. | 0.30 |
| 10/01/12 | ARB | 0008 | Review and comment on agenda for hearing. | 0.30 |
| 10/02/12 | BRK | 0008 | Prepare ebinder regarding October 10 hearing. | 1.70 |
| 10/03/12 | BRK | 0008 | Assist with preparation of hearing materials. | 0.40 |
| 10/04/12 | BRK | 0008 | Coordinate with Court Call regarding telephonic appearance of A. Beane at October 10 hearing. | 0.20 |
| 10/04/12 | BRK | 0008 | Prepare binders for October 10 hearing. | 2.00 |
| 10/05/12 | BRK | 0008 | File Agenda regarding October 10, 2012 hearing. | 0.30 |
| 10/05/12 | DKB | 0008 | Correspondence to S. Crow re preparation for the confirmation hearing (.2); review and update court binders (1.2); prepare notebooks to be sent to court (.5); effect the same (.3); review recently filed related pleadings (.3); prepare sets thereof (.7); assist with preparation of additional hearing materials (1); correspondence to R. Presa re preparation of materials for hearing (.2); Work on same (.9); confer with attorney re status (.1). | 5.40 |
| 10/08/12 | DKB | 0008 | Correspondence to S. Crow re preparation for confirmation hearing (.2); Work on logistics thereof (.3); review and organize additional materials for hearing (1.6); confer with attorneys re status (.2); review additional materials for hearing (.4). | 2.70 |
| 10/08/12 | MAG | 0008 | Create binder of all confirmation hearing exhibits to be used by J. Swarts per R. Presa (5.0); create confirmation hearing review binder for D. Brandon per R. Presa (3.5). | 8.50 |
| 10/09/12 | DKB | 0008 | Review and organize confirmation hearing materials (.7); update hearing notebooks for S. Schultz (1.2); update Swarts hearing notebooks (1.1); review and organize additional materials for hearing (.8); | 4.00 |

TERRESTAR NETWORKS
Invoice Number: 1454451

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | communication to S. Schultz re status and preparation (.2). | |
| 10/09/12 | ARB | 0008 | Correspondence to S. Schultz in connection with preparations for hearing (.5); correspondence to S. Crow, D. Krasa-Berstell and M. Gyure re preparations for hearing (.4). | 0.90 |
| 10/09/12 | MAG | 0008 | Prepare documents for hearing per S. Schultz (4.0); prepare documents for D. Brandon review per R. Presa (4.0); prepare additional documents re Swarts Objection in preparation for Confirmation Hearing (3.0). | 11.00 |
| 10/10/12 | JLS | 0008 | Prepare for and attend confirmation hearing. | 7.40 |
| 10/10/12 | SLS | 0008 | Prepare for (2.0) and attend (4.3) confirmation hearing; related follow-up communications with preferreds (.5). | 6.80 |
| 10/10/12 | JWM | 0008 | Assist attorneys at confirmation hearing. | 2.10 |
| 10/10/12 | JFN | 0008 | Correspondence to A. Beane re confirmation hearing (.2); review emails re same (.1, .1); telephonic participation in confirmation hearing (3.6, .8); follow-up correspondence to A. Beane re same (.2). | 5.00 |
| 10/10/12 | ARB | 0008 | Prepare for (2.5) and participate telephonically in (3.3, .8) confirmation hearing. | 6.60 |
| 10/10/12 | ARB | 0008 | Review and comment on summary of hearing (.3). | 0.30 |
| 10/10/12 | MAG | 0008 | Prepare additional binders for confirmation hearing (3.0); create additional exhibits re same (4.0); Logistics re same (.5). | 7.50 |
| 10/10/12 | SJC | 0008 | Attend hearing telephonically (3.5, .7). | 4.20 |
| 10/10/12 | RJP | 0008 | Prepare for confirmation hearing (1.0); attend same (5.7); follow-up tasks (1.3). | 8.00 |
| 10/10/12 | EYP | 0008 | Prepare for confirmation hearing (2.0); attend confirmation hearing (4.5); related follow-up thereto (.3). | 6.80 |
| 10/19/12 | MAG | 0008 | Organize and index all binders used at hearing and previous depositions (8.5). | 8.50 |
| 10/24/12 | DKB | 0008 | Prepare word version of confirmation hearing transcript for court (.4); confer with attorney re status (.1). | 0.50 |
| 10/25/12 | ARB | 0008 | Call with chambers re omnibus hearing schedule (.2) and correspondence re same (.1). | 0.30 |
| 10/26/12 | BRK | 0008 | Draft Notice of Rescheduled Omnibus Hearing relating to November 14 hearing. | 0.80 |
| 10/29/12 | SLS | 0008 | Review hearing notice (.4). | 0.40 |
| 10/29/12 | BRK | 0008 | File Notice of Rescheduled Omnibus Hearing Date. | 0.60 |
| 10/29/12 | ARB | 0008 | Review and revise draft omnibus hearing notice (.5) and correspondence to B. Kemp (.1) and S. Schultz (.1) re same. | 0.70 |
| 10/29/12 | SJC | 0008 | Coordinate service of notice of rescheduled omnibus hearing. | 0.20 |
| 10/05/12 | BRK | 0009 | Retrieve August 2012 operating report. | 0.30 |
| 10/15/12 | SJC | 0009 | Review correspondence among A. Beane and Blackstone re operating reports. | 0.20 |
| 10/21/12 | ARB | 0009 | Prepare monthly operating report | 1.30 |
| 10/22/12 | SLS | 0009 | Review monthly operating report. | 0.40 |
| 10/22/12 | DKB | 0009 | Correspondence to A. Beane re filing of monthly operating report (.1); review and prepare the above for filing (.3); effect the above (.2); draft status email for attorneys (.2). | 0.80 |
| 10/22/12 | ARB | 0009 | Call with J. Tennant re monthly operating report (.2) and correspondence re same (.1); revise monthly operating report (.2) and correspondence to D. Brandon re same (.1). | 0.60 |
| 10/23/12 | ARB | 0009 | Correspondence with J. Im re monthly operating report. | 0.10 |
| 10/15/12 | ARB | 0010 | Correspondence to J. Im re DIP. | 0.20 |
| 10/17/12 | ARB | 0010 | Correspondence to J. Im re DIP. | 0.20 |
| 10/17/12 | JJI | 0010 | Correspondence re variance report (.4); coordinate execution of certificate (.1). | 0.50 |
| 10/22/12 | JJI | 0010 | Draft TSC bridge payoff letter. | 2.10 |
| 10/01/12 | ARB | 0012 | Call with chambers re Swarts motion to expedite reconsideration of order denying claim (.2) and correspondence to team re same (.1); create timeline in connection with Swarts claim objection and motion for | 0.80 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | reconsideration (.5). | |
| 10/01/12 | SJC | 0012 | Correspondence to A. Beane re Swarts motion to shorten (.2); call with chambers re same (.2); follow-up communications with Akin team (.2). | 0.60 |
| 10/02/12 | BRK | 0012 | File Notice of Filing Documents Submitted by J. Swarts. | 0.60 |
| 10/02/12 | ARB | 0012 | Revise timeline re Swarts claim objection and motion for reconsideration. | 0.50 |
| 10/09/12 | SLS | 0012 | Communications to J. Smith (.2) and M. Snyder (.3) regarding intercreditor agreement; communications with CJ Brown regarding same (.1); review multiple revisions of supplement to S. Zelin affidavit (.1, .2 , .1); preparation for confirmation hearing (6.0); meeting with D. Brandon, regarding confirmation hearing (.5); telephone call with M. Snyder regarding confirmation order (.3); telephone call with M. Snyder regarding insider payments post-effective date (.2); review notice disclosing same (.2); communications with S. Conway regarding FCC application (.2). | 8.40 |
| 10/09/12 | MAG | 0012 | Update Confirmation Hearing binders per S. Schultz (1.0). | 1.00 |
| 10/12/12 | JLS | 0012 | Review and analyze issues and associated correspondence from Swarts. | 0.30 |
| 10/12/12 | BRK | 0012 | Retrieve and forward settlement agreements of Sprint and Jeffries to S. Schultz. | 0.80 |
| 10/12/12 | SJC | 0012 | Review correspondence from J. Swarts re discovery on claim reconsideration (.3); communication to R. Presa re same (.4). | 0.70 |
| 10/12/12 | RJP | 0012 | Review correspondence from J. Swarts (.3); communications with Akin attorneys re same (.7). | 1.00 |
| 10/15/12 | JLS | 0012 | Review and analyze issues in connection with request from Jeff Swarts (.5); prepare for and participate in phone call with Swarts (.5). | 1.00 |
| 10/15/12 | SLS | 0012 | Telephone call with J. Swarts, regarding allegation regarding Jefferies claim and request to reconsider Swarts claim (.3). | 0.30 |
| 10/15/12 | SJC | 0012 | Review correspondence from J. Swarts and A. Preis re motion for reconsideration of claim (.2, .2., .1, .1); communications to A. Beane and S. Schultz re same (.2); communication to litigation team re same (.2). | 1.00 |
| 10/15/12 | RJP | 0012 | Review correspondence from shareholders (.3); review Swarts motion for reconsideration (1); review previous filings and conduct research in preparation to draft response (2); correspondence with Akin attorneys re same (.2). | 3.50 |
| 10/15/12 | EYP | 0012 | Call with Swarts correspondence (.4); correspondence with Swarts (.6). | 1.00 |
| 10/21/12 | SLS | 0012 | Review Swarts revised reconsideration motion. | 0.80 |
| 10/21/12 | ARB | 0012 | Review documents submitted by Swarts re motion for reconsideration of claim (2.1); prepare list of exhibits re same (.9). | 3.00 |
| 10/21/12 | SJC | 0012 | Review numerous communications from J. Swarts re amended motion for reconsideration (.4) and internal communications re same (.2). | 0.60 |
| 10/22/12 | JLS | 0012 | Review correspondence regarding filings by Swarts. | 0.20 |
| 10/22/12 | RJP | 0012 | Review correspondence between J. Swarts and Akin attorneys regarding reconsideration (.3). | 0.30 |
| 10/26/12 | SLS | 0012 | Review Swarts amended motion for reconsideration (1.5). | 1.50 |
| 10/27/12 | JFN | 0012 | Review amended motion to reconsider (.2); circulate same (.1). | 0.30 |
| 10/29/12 | JLS | 0017 | Review and respond to correspondence regarding motion to dismiss appeal. | 0.20 |
| 10/03/12 | HBJ | 0018 | Start considering impact of unified loss regulations on amount of loss to be recognized (.3); email M Schlappig (Blackstone) re same (.1). | 0.40 |
| 10/05/12 | HBJ | 0018 | Follow up on tax loss issues for Blackstone at confirmation and Deloitte revisions/emails (.3); review impact of exchange of claim for interest in Motient Communications, analyze consequences and send email summary to Deloitte for views (.3). | 0.60 |
| 10/05/12 | SLN | 0018 | Correspondence to S. Crow re restructuring tax issue. | 0.10 |
| 10/08/12 | HBJ | 0018 | Follow-up on tax slide with S. Naegel and S. Tarrant. | 0.20 |
| 10/08/12 | SLN | 0018 | Review ownership chart, structuring issues, and powerpoint slides (2.6); | 2.70 |

TERRESTAR NETWORKS
Invoice Number: 1454451

Page 6
November 27, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | teleconference with I. Rosenblatt re restructuring transactions (.1). | |
| 10/10/12 | HBJ | 0018 | Follow-up emails with Deloitte on finalizing pre-emergence restructuring and tax consequences. | 0.20 |
| 10/10/12 | SJC | 0018 | Review correspondence from Deloitte re restructuring tax issue (.2); follow-up correspondence to S. Schultz (.1), I. Rosenblatt (.1), J. Smith (.1), and A. Beane (.1) re same; follow-up correspondence with Deloitte (.2). | 0.90 |
| 10/11/12 | HBJ | 0018 | Series of emails with Akin and Deloitte teams re tax aspects of restructuring, final adjustments and timing of closing. | 0.40 |
| 10/12/12 | SLN | 0018 | Review restructuring tax issues. | 1.40 |
| 10/15/12 | HBJ | 0018 | Prepare for and call with Deloitte re restructuring timing and issues. | 0.50 |
| 10/15/12 | SLN | 0018 | Teleconference with Deloitte re restructuring tax issues. | 0.70 |
| 10/23/12 | HBJ | 0018 | Telephone L. Horton re filing Form 8918. | 0.10 |
| 10/01/12 | JLS | 0022 | Review and respond to correspondence re issues in connection with confirmation (.7); prepare for depositions (.5); address discovery issues (.6). | 1.80 |
| 10/01/12 | JWM | 0022 | Research regarding Swarts issue. | 2.40 |
| 10/01/12 | JFN | 0022 | Review various emails re status of confirmation documents. | 0.20 |
| 10/01/12 | ARB | 0022 | Calls and correspondence with M. Snyder re ballots (.2); call with GCG re same (.3); review and comment on draft voting certification (.3) and call with GCG re same (.2); prepare Brandon confirmation declaration (.5) and S. Zelin confirmation declaration (3.1); revise proposed confirmation order (2.2); continue preparing confirmation brief (2.9). | 9.70 |
| 10/01/12 | STC | 0022 | Research on ownership in connection with confirmation. | 0.50 |
| 10/01/12 | RJP | 0022 | Review correspondence from Swarts (.3); correspondence with Akin attorneys re same (.3); correspondence with eDiscovery regarding Urchin script (.2); numerous communications with Akin attorneys. (.5). | 1.30 |
| 10/02/12 | JLS | 0022 | Review filing by Swarts re discovery (.8); review and respond to correspondence re discovery issues (1.0); communications with Akin Gump attorneys re discovery issues and confirmation hearing prep (.7); communications with advisors re discovery issues and confirmation hearing prep (.8); confer with Akin Gump attorney re response to Swarts and deposition prep (.5); review correspondence from Perez to court (.4). | 4.20 |
| 10/02/12 | SLS | 0022 | Communication to A. Preis regarding Swarts confirmation objections (.1, .1, .2); begin to review recent Perez objection (.2); communication to J. Sorkin regarding confirmation related issues (.3); telephone call with Akin Gump attorneys regarding same (.5); telephone call with Akin and Blackstone working groups regarding preparation for confirmation hearing (.8); review numerous communications between A. Preis and J. Swarts regarding confirmation related discovery (.5); review confirmation chart (.5); communication to A. Beane regarding same (.1); review S. Zelin confirmation affidavit (.4); communication to A. Beane regarding same (.1). | 3.80 |
| 10/02/12 | HBJ | 0022 | Emails with M. Schlappig, CJ Brown, S. Tarrant and G. Anderson re 2012 NOLs for restructuring. | 0.10 |
| 10/02/12 | BRK | 0022 | File Notice of Filing Plan Supplement. | 0.60 |
| 10/02/12 | ARB | 0022 | Review additional Perez filing in response to confirmation (.4); correspondence with M. Snyder re disclosure of directors of Reorganized TSC in connection with plan supplement (.2); correspondence with M. Snyder re ballots (.2) and calls with GCG re same (.1, .2); revise Brandon confirmation declaration (.6); review and comment on voting certification (.4); call with GCG re same (.2) and internal correspondence re same (.2); continue preparing confirmation brief (.9, 1.7); revise and update chart of responses to confirmation (.9); revise S. Zelin confirmation declaration (.8); review and comment on notice of filing re documents filed by Swarts in connection with confirmation (.2). | 7.00 |

| Date | Tkpr | Task | | Hours |
|------|------|------|-----|-------|
| 10/02/12 | STC | 0022 | Research on future ownership issue with respect to confirmation. | 0.50 |
| 10/02/12 | SJC | 0022 | Prepare materials for contested confirmation hearing (5.5); communications re Blackstone expert report (.3). | 5.80 |
| 10/02/12 | RJP | 0022 | Gather and prepare documents for Swarts deposition (.5); correspondence to M. Gyure re same (.2); correspondence to J. Sorkin to discuss Swarts discovery (.4); draft and revise correspondence to Swarts re same (1.3); correspondence to J. Ma re affidavit (.2). | 2.60 |
| 10/02/12 | EYP | 0022 | Internal call re confirmation issues and preparation. | 0.50 |
| 10/02/12 | EYP | 0022 | Call with Blackstone re confirmation. | 0.80 |
| 10/02/12 | EYP | 0022 | Various correspondence with Swarts re confirmation. | 1.20 |
| 10/02/12 | EYP | 0022 | Various efforts regarding discovery. | 0.80 |
| 10/02/12 | EYP | 0022 | Various discussions with D. Brandon regarding confirmation. | 0.50 |
| 10/02/12 | JBS | 0022 | Follow-up with S. Schultz regarding confirmation. | 0.10 |
| 10/03/12 | JLS | 0022 | Review documents in preparation for deposition (1.5); review and respond to correspondence re case (.7); review and analyze expert report (1.5). | 3.70 |
| 10/03/12 | SLS | 0022 | Communications with working group regarding confirmation related matters (.2, .1, .3, .2); communications to A. Beane regarding voting certification (.2, .2); review and revise confirmation objection chart (1.0); review and revise voting certification (.5); communications to D. Staber regarding same (.5); revise affidavit in support of confirmation (1.5); prepare for confirmation hearing (2.7); telephone call with Blackstone regarding valuation report (.3); review confirmation brief (1.2); communication to A. Beane regarding same (.1). | 9.00 |
| 10/03/12 | SLS | 0022 | Prepare for confirmation hearing (.5). | 0.50 |
| 10/03/12 | JFN | 0022 | Review emails re Spectrum bid. | 0.20 |
| 10/03/12 | JFN | 0022 | Review confirmation hearing documents (.2); review status of same (.1). | 0.30 |
| 10/03/12 | ARB | 0022 | Continue preparing S. Zelin confirmation declaration (6.9); revise and update chart of responses filed to confirmation (.6); coordinate revisions to voting certification (1.9); continue preparing confirmation brief (6.1). | 15.50 |
| 10/03/12 | MAG | 0022 | Create deposition prep binder for S. Zelin deposition (2.0) create searches in Ringtail re Swarts Production and S. Zelin (3.0) Print all documents and put in chronological order re same (2.0). | 7.00 |
| 10/03/12 | CT | 0022 | Prepare case documents for Attorneys' Review. | 2.10 |
| 10/03/12 | SJC | 0022 | Draft chart for 1129 purposes (5.5); prepare documents for confirmation hearing (1.8). | 7.30 |
| 10/03/12 | RJP | 0022 | Communication to J. Sorkin regarding discovery tasks and comments to documents (1); draft and revise correspondence to J. Swarts regarding discovery obligations and document production (4.5); draft and revise J. Ma Declaration (1); correspondence to A. Preis re discovery and comments to documents (.5); numerous teleconferences. with Akin attorneys re discovery and deposition prep (.5); prepare responses and objections to Perez document requests (.5); manage and coordinate productions of documents to Swarts and Perez (.5); review email correspondence with Swarts (.5). | 9.00 |
| 10/04/12 | JLS | 0022 | Review and revise correspondence to Swarts (1.0); confer with Akin Gump attorneys re case and response to Swarts (.8); review and respond to correspondence re case (.3); Work on pleadings in connection with confirmation (1.4); prepare for depositions (.8); Work on response to Perez discovery requests (.8). | 5.10 |
| 10/04/12 | SLS | 0022 | Review and comment on revised affidavit in support of confirmation (.3); communications to A. Beane regarding same (.1); review J. Ma affidavit (.2); communication to R. Presa regarding same (.1); revise confirmation brief (4.0); review revised confirmation order (.2); telephone call with M. Snyder regarding selection of CEO (.2); review comments to confirmation brief (.4); prepare for confirmation hearing (1.9). | 7.40 |

TERRESTAR NETWORKS                                                        Page 8
Invoice Number: 1454451                                          November 27, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 10/04/12 | HBJ | 0022 | Review Blackstone Tax slide re confirmation (.2); call with M. Schlappig regarding same (.1). | 0.30 |
| 10/04/12 | ILR | 0022 | Communications to S. Crow regarding the upcoming confirmation and effectiveness of the plan and related next steps (.4); emails with S. Crow regarding same (.4). | 0.80 |
| 10/04/12 | JFN | 0022 | Review email from Swarts re scheduled deposition and response email (.1); review letter to Swarts re discovery request issues (.2); review follow-up email (.1); review A. Preis comments to Brandon declaration (.1); review voice mails re confirmation hearing (.2). | 0.70 |
| 10/04/12 | ARB | 0022 | Revise S. Zelin confirmation declaration (.8, .4) and correspondence to Blackstone and Akin teams re same (.1, .1); review S. Zelin expert report in connection with preparation of declaration (1.3); revise Brandon confirmation declaration (.8) and correspondence to Blackstone and Akin teams re same (.1, .1); revise confirmation brief (1.2, 2.5, 1.5, .9); revise proposed confirmation order (.4); review J. Ma declaration in connection with confirmation (.2); revise chart of responses to confirmation (1.4); correspondence to B. Kemp re Swarts exhibits (.2). | 12.00 |
| 10/04/12 | MAG | 0022 | Prepare all filings by Swarts on TSC docket in preparation for upcoming confirmation related depositions (6.0); highlight relevant transcripts per R. Presa (2.0). | 8.00 |
| 10/04/12 | CT | 0022 | Prepare case documents for production. | 2.80 |
| 10/04/12 | MSM | 0022 | Correspondence to I. Rosenblatt and S. Crow re post-petition checklist and corporate governance requirements, including corporate documents (.2); review corporate documents submitted with the plan supplement (.3). | 0.50 |
| 10/04/12 | SJC | 0022 | Communications with M. Snyder and internally re new officers (.2, .1); review correspondence re Swarts discovery requests and follow up (.7); prepare materials for contested confirmation hearing, including review of numerous documents and communications re same (4.5); several communications with corporate team re restructuring transactions and closing issues (.2, .2, .1). | 6.00 |
| 10/04/12 | RJP | 0022 | Prepare and send correspondence to J. Swarts (.5); review correspondence between Swarts and Akin attorneys (.3); prepare documents for Swarts depositions (.5); communications to J. Sorkin, A. Preis, and S. Crow re discovery issues (.5); prepare responses and objections to Perez documents requests (1.5); prepare cover letter to Perez (.2); manage and coordinate document production to Perez (1); correspondence to C. Torres re same (.3); revise J. Ma Declaration (.2); correspondence to J. Ma re same (.2). | 5.20 |
| 10/04/12 | EYP | 0022 | Review Brandon affidavit (.5); review S. Zelin affidavit (.5).; review confirmation brief (1.3); Efforts re confirmation litigation (.5); calls with D. Brandon (1.2). | 3.00 |
| 10/04/12 | JJI | 0022 | Draft officer's certificates. | 0.20 |
| 10/04/12 | JBS | 0022 | Communications to S. Crow about status/next steps and related follow-up. | 0.50 |
| 10/05/12 | JLS | 0022 | Review and revise draft confirmation brief (2.0); review and respond to correspondence re case (.4). | 2.40 |
| 10/05/12 | SLS | 0022 | Prepare for confirmation hearing (2.5); review revisions to S. Zelin affidavit (.4, .2); review confirmation order (1.5); telephone call with M. Snyder regarding confirmation brief (.3); review confirmation objection chart (1.0); telephone call with M. Snyder regarding confirmation related issues (.3, .3); telephone call with G. Davis regarding same (.3); telephone call with G. Davis and preferreds regarding same (.2). | 7.00 |
| 10/05/12 | BRK | 0022 | File Memorandum of Law in Support of Confirmation of Third Amended Joint Plan. | 0.30 |
| 10/05/12 | ARB | 0022 | Review confirmation brief (1.7, 2.2, .6); revise S. Zelin confirmation declaration (.7, .8, .3); correspondence with Blackstone re expert report | 9.70 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | in connection with same (.2); revise Brandon confirmation declaration (.5); finalize documents in support of confirmation for filing (.6) and coordinate filing of same (.2); communication to S. Schultz re revisions to proposed confirmation order (.2); revise order (1.1); correspondence to M. Snyder re same (.1); call chambers re Swarts correspondence in connection with confirmation hearing (.2); review and comment on list of Swarts exhibits (.2) and correspondence to Akin team re same (.1). | |
| 10/05/12 | MAG | 0022 | Prepare binder of Swarts documents for upcoming confirmation hearing per R. Presa (2.0). | 2.00 |
| 10/05/12 | SJC | 0022 | Review confirmation brief and several versions of accompanying affidavits (2.1); prepare materials for contested confirmation hearing (1.8); review and revise 1129 summary chart (.5); coordinate with paralegal's re court hearing binders (.3); coordinate with GCG re service of confirmation brief and other documents (.2); draft letter to pro se claimants re confirmation hearing (.3); review and revise cover letter to noteholders (.2); review several communications re expert reports (.1, .1, .1). | 5.70 |
| 10/05/12 | RJP | 0022 | Prepare J. Ma Declaration for filing (.3); prepare document production and responses and objections to Perez discovery requests for delivery to Perez (.2); review Swarts filings in prep. for confirmation hearing. (.5). | 1.00 |
| 10/05/12 | EYP | 0022 | Prepare for confirmation hearing. | 3.00 |
| 10/05/12 | JJI | 0022 | Call with Wachtell (.2); coordinate delivery of various reports and certificates (.3). | 0.50 |
| 10/05/12 | JBS | 0022 | Communication to S. Schultz on plan status. | 0.10 |
| 10/06/12 | RAT | 0022 | Review revised draft of note agreement and providing comments to J. Smith. | 0.80 |
| 10/06/12 | SJC | 0022 | Review and respond to several communications among Akin team and J. Swarts re discovery (.4); review correspondence re comments to confirmation order (.1); review correspondence re expert report from Blackstone (.1). | 0.60 |
| 10/06/12 | EYP | 0022 | Review and comment on draft confirmation order. | 1.00 |
| 10/06/12 | EYP | 0022 | Various correspondence and call re confirmation. | 0.30 |
| 10/07/12 | SJC | 0022 | Review communications re Swarts discovery (.3); review correspondence re potential sale transaction (.1, .2). | 0.60 |
| 10/07/12 | EYP | 0022 | Various calls and correspondence re confirmation. | 1.00 |
| 10/08/12 | JLS | 0022 | Review and respond to correspondence regarding confirmation hearing. | 0.60 |
| 10/08/12 | SLS | 0022 | Review recently submitted Swarts materials (1.5); communication to R. Presa regarding same (.3); preparation for confirmation hearing (3.5 ); call with I. Rosenblatt regarding restructuring transaction (.3 ); review plan modifications (.4 ); correspondence to A. Beane regarding same (.1); correspondence to S. Conway regarding FCC application (.2); follow-up communication to A. Beane regarding same (.1); call with working group regarding comments to intercreditor agreement (.5); calls with M. Snyder regarding confirmation related documents (.3, .2). | 7.40 |
| 10/08/12 | ISD | 0022 | Review and analyze confirmation issues and resolution. | 1.00 |
| 10/08/12 | RVT | 0022 | Reviewed revised draft of intercreditor agreement (1.3); call with Akin attorneys re revisions (.2). | 1.50 |
| 10/08/12 | JWM | 0022 | Prepare equipment for hearing. | 0.60 |
| 10/08/12 | ILR | 0022 | Meetings with M. Miller to discuss background, status and next steps (1.0); several internal phone calls to discuss the various aspects of the plan confirmation and effectiveness (1.2); review and mark up various documents relating to the subsidiary mergers and other internal reorganizations (1.3); emails with M. Miller regarding the reorganizations (.5). | 4.00 |
| 10/08/12 | DFP | 0022 | Analyze closing costs for filings and corporate materials (.7); draft Certificates of Merger, Certificate of Conversion and Certificate of Formation (1.8). | 2.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 10/08/12 | BRK | 0022 | Prepare list and assemble exhibits received from J. Swarts on October 8. | 1.20 |
| 10/08/12 | JFN | 0022 | Review various emails re Swarts objections (.2); review various emails re confirmation (.2); email re preferred holdings (.1); follow-up re same (.1); review emails re confirmation order (.1); review expression of interest (.1) and review email re same (.1). | 0.90 |
| 10/08/12 | RAT | 0022 | Review initial draft of intercreditor agreement. | 0.40 |
| 10/08/12 | ARB | 0022 | Prepare documents for confirmation hearing. | 0.30 |
| 10/08/12 | ARB | 0022 | Revise proposed confirmation order (2.1, 1.4); prepare supplemental S. Zelin confirmation declaration (2.2); revise plan with non-material modifications (2.1); correspondence re same (.1, .1); research re same (.3); review plan supplement documents in connection with same (.2) and correspondence to S. Conway re same (.2). | 8.70 |
| 10/08/12 | CT | 0022 | Prepare case documents for production. | 1.70 |
| 10/08/12 | STC | 0022 | Review and respond to emails from A. Beane and S. Schultz regarding process for filing FCC applications (1.0); review notes on same (3.9); communication to S. Schultz on same (.4); communication to A. Beane on same (.7); review previously submitted FCC applications (1.1). | 7.10 |
| 10/08/12 | MSM | 0022 | Review and revise closing checklist and plan supplements (2.3); confer with I. Rosenblatt re status of case (.4); prepare revised restructuring and organizational chart (.6); calls with I. Rosenblatt (.6); review and analyze corporate governance documents for TSC (1.9); prepare final form of Stockholders Agreement, Registration Rights Agreement, Certificate of Incorporation and Bylaws (2.8); draft LLC Agreement and conversion documents for LLC converting corporation (2.1); draft Agreement and Plan of Merger and Certificate of Merger (.9). | 11.60 |
| 10/08/12 | SJC | 0022 | Review numerous emails from J. Swarts re confirmation hearing (.8); internal correspondence re same (.2); calls with corporate team re confirmation timeline and closing (.2, .2, .2); review emails from J. Swarts re confirmation hearing (.4); review 41 exhibits forwarded by J. Swarts and coordinate preparation of binders for same (4.3); review and revise 1129 summary chart (1); correspondence re revised plan (.2); circulate revised plan to client and to WLRK (.2); call with M. Snyder re comments to plan (.2); follow-up re same (.4); review several communications re potential sale (.3). | 8.60 |
| 10/08/12 | RJP | 0022 | Gather and prepare documents in preparation for Swarts' presentation and cross exams at confirmation hearing (3.5); correspondence to J. Sorkin re same (.2); review Swarts briefing in prep. for same (1). | 4.70 |
| 10/08/12 | EYP | 0022 | Review Intercreditor Agreement (.4); review board email (.3); call re Intercreditor Agreement (.3); call with CJ regarding confirmation (.5); call with bidder counsel (.3); call with M. Snyder regarding confirmation (.6); review bid (.6); correspondence re same (.4); correspondence with Swarts (1.0); internal emails re confirmation (.3);  Correspondence with chambers (.3). | 5.00 |
| 10/08/12 | JBS | 0022 | Attention to follow-up on status and closing issues with S. Crow and I. Rosenblatt (.4); attention to review and mark-up of Intercreditor Agreement (1.0); correspondence with R. Testani (.3); telephone conference with Akin team on Intercreditor Agreement and next steps (.5); attention to preparing revised drafts of the Note Agreement and Intercreditor Agreement for distribution (2.3). | 4.50 |
| 10/09/12 | JLS | 0022 | Prepare for confirmation hearing (5.3); review and respond to correspondence regarding case (1.0). | 6.30 |
| 10/09/12 | ISD | 0022 | Consider alternate sales process and confirmation issues. | 1.50 |
| 10/09/12 | ILR | 0022 | Review and mark up documents related to the subsidiary mergers and reorganizations pre-effectiveness (1.6); emails with M. Miller regarding same (.4); communication to S. Crow, A. Beane and M. Miller regarding the subsidiary mergers and the post-effectiveness capitalization of TSC (.4); communication to S. Kuhn regarding steps to be taken because of | 3.60 |

TERRESTAR NETWORKS                                                                    Page 11
Invoice Number: 1454451                                                    November 27, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | TSC's prior public company status (.3); emails to M. Miller regarding same (.4); emails with D. Brandon regarding the structuring of the subsidiary mergers (.5). | |
| 10/09/12 | BRK | 0022 | File supplemental declaration of S. Zelin in support of confirmation of third amended plan. | 0.60 |
| 10/09/12 | JFN | 0022 | Email S. Schultz re request for new EIN. | 0.10 |
| 10/09/12 | RAT | 0022 | Review intercreditor agreement revised draft. | 0.20 |
| 10/09/12 | ARB | 0022 | Review and comment on plan supplement document re disclosure of officers of Reorganized TSC (.6, .4); revise supplemental S. Zelin confirmation declaration (1.6) and correspondence re same (.1); review correspondence re indication of interest (.3) and revise supplemental S. Zelin confirmation declaration in connection with same (.4); correspondence (.1) and calls (.3) with GCG re voting results; revise plan (.8) and prepare list of modifications (.2); revise chart of responses to confirmation (.6, .5); finalize confirmation support documents for filing (1.6) and coordinate filing of same (.5). | 8.00 |
| 10/09/12 | STC | 0022 | Draft revisions to FCC ownership questionnaire (4.2); draft emails to S. Schultz, A. Beane, A. Preis, J. Newdeck and D. Brandon on same (1.3); draft emails to potential transferees on same (1.1); prepare FCC application (1.7); draft emails to J. Erdman on same (.6). | 8.90 |
| 10/09/12 | MSM | 0022 | Correspond with A. Beane re corporate requirements (.3); revise form of Certificate of Merger, Stockholders Agreement and Registration Rights Agreement (2.5); draft correspondence to Wachtell re revised drafts of documents (.6); correspond with NASDAQ compliance officer re reporting requirements (.9). | 4.30 |
| 10/09/12 | SJC | 0022 | Review correspondence from J. Swarts re confirmation hearing (.2); review and respond to correspondence from S. Schultz re disclosure of officers (.1); review several detailed communications re potential sale and bids (.4); prepare notice of disclosure of new officers (.5); coordinate with paralegals regarding updating hearing materials (.5); review and respond to correspondence re plan objections (.3); assist with preparation for confirmation hearing including revisions to several documents and preparation of hearing materials (5.6); correspondence with paralegal re preparation of final materials for Court (.3). | 7.90 |
| 10/09/12 | RJP | 0022 | Prepare documents for D. Brandon's review in preparation for confirmation hearing (.5); correspondence to J. Sorkin re same (.5); correspondence to S. Schultz and A. Preis re confirmation hearing (.5); research evidentiary issues for Swarts objection (1.5). | 3.00 |
| 10/09/12 | EYP | 0022 | Communications with court (.4); correspondence with Swarts (.5); meet with Blackstone and D. Brandon re hearing (.2); review Intercreditor Agreement (.3); calls and correspondence re indications of interest (1.1); general prep for hearing (3.9); call with Blauner (.3); draft language for confirmation order (.3). | 7.00 |
| 10/09/12 | JBS | 0022 | Attention to Note Agreement and Intercreditor Agreement revisions (2.0) and related calls with M. Snyder (.3). | 2.30 |
| 10/10/12 | HBJ | 0022 | Follow up with Deloitte and Akin team re restructuring. | 0.10 |
| 10/10/12 | ILR | 0022 | Emails to S. Schultz and M. Miller regarding disclosure obligations in connection with the consummation of the plan (.3). | 0.30 |
| 10/10/12 | DFP | 0022 | Coordinate order for corporate kit for TerreStar corporation and Company Book for Motient Communications LLC. | 0.60 |
| 10/10/12 | BRK | 0022 | File Notice of Filing Document of Aldo Perez Related to Objection to the TSC Debtors' Joint Chapter 11 Plan. | 0.60 |
| 10/10/12 | ARB | 0022 | Finalize confirmation order and plan for submission to court following hearing (1, 1.1) and correspondence to court re same (.2). | 2.30 |
| 10/10/12 | STC | 0022 | Communication to J. Erdman regarding preparation of FCC applications (1.1); prepare FCC applications and exhibit on same (8.9); draft emails to S. Schultz and A. Preis on same (.2). | 10.20 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 10/10/12 | MSM | 0022 | Review and analyze the Plan of Reorganization, and review steps for corporate reorganization and LLC conversion (1.7); review requirements and documents needed for share cancellation and re issuance (1.5); draft Form 8K re press release on emergence (.4). | 3.60 |
| 10/10/12 | SJC | 0022 | Research re expert reports in preparation for confirmation hearing (.4); correspondence re hearing logistics (.2); prepare notice of filing Perez documents per request of Court (.3); several internal communications re confirmation order and final plan (.4); draft memo re confirmation hearing (.5); review Perez exhibits (.3). | 2.10 |
| 10/10/12 | JBS | 0022 | Follow-up with S. Crow regarding confirmation. | 0.20 |
| 10/10/12 | JSE | 0022 | Prepare FCC Form 604, FCC Application for Assignments of Authorization of Transfers of Control, to transfer ownership of licenses from TerreStar Corporation debtor-in-possession to TerreStar Corporation, per S. Conway. | 1.70 |
| 10/11/12 | SLS | 0022 | Telephone calls with M. Snyder regarding next steps to effective date (.3); telephone call R. Coburn regarding confirmation hearing (.1); numerous communications with working group regarding next steps to effectiveness (.3, .2, .4); telephone call with Akin working group regarding same (.5); follow-up with A. Preis (.2) and M. Snyder (.1) regarding same. | 2.10 |
| 10/11/12 | ILR | 0022 | Telephone call with Akin team to discuss the pre-emergence restructuring transactions (.5); emails to S. Crow regarding status of the confirmation process (.2); communication to M. Miller to discuss next steps for the restructuring (.4); emails with M. Miller regarding the subsidiary charters (.3). | 1.40 |
| 10/11/12 | ARB | 0022 | Participate in call with TSC corporate team re documentation in connection with going effective (.4) and related follow-up (.3). | 0.70 |
| 10/11/12 | STC | 0022 | Draft emails to K. Harding, A. Preis, D. Brandon, and S. Schultz regarding FCC applications. | 1.20 |
| 10/11/12 | MSM | 0022 | Call with Akin team re status of case, distribution of new shares and corporate documents (.4); review and analyze corporate charters and bylaws of TSC and Debtor Subsidiaries (1.1). | 1.50 |
| 10/11/12 | SJC | 0022 | Several communications with Akin corporate team re restructuring transactions and timing thereof (.2, .3, .2, .3); participate in call with corporate team re same (.5); correspondence and call with GCG to discuss distribution of shareholders agreement to appropriate shareholders (.4); research re subsidiary charters and correspondence to corporate team re same (.3). | 2.20 |
| 10/11/12 | EYP | 0022 | Call re closing items (.4); call re FCC issues (.3); correspondence re FCC issues (.3). | 1.00 |
| 10/11/12 | KKH | 0022 | Teleconferences with Solus re completion of ownership questionnaire (1.0); correspondence to T. Davidson re same (.3). | 1.30 |
| 10/11/12 | JBS | 0022 | Correspondence to S. Crow regarding timing. | 0.10 |
| 10/12/12 | SLS | 0022 | Telephone call with West Face team regarding FCC application (.4); telephone call with M. Snyder regarding next steps to effectiveness (.3). | 0.80 |
| 10/12/12 | ISD | 0022 | Review of closing items. | 0.20 |
| 10/12/12 | ILR | 0022 | Emails to S. Schultz regarding open issues on the plan emergence documents and other items. | 0.30 |
| 10/12/12 | SJC | 0022 | Review correspondence from S. Schultz re restructuring transactions (.1); research re subsidiary charters (.3); correspondence to M. Snyder re charters (.1). | 0.50 |
| 10/12/12 | KKH | 0022 | Teleconference with D. Brandon and N. Snyder re FCC filings. | 0.30 |
| 10/13/12 | SJC | 0022 | Monitor shareholders blogs re confirmation appeal. | 1.00 |
| 10/15/12 | SLS | 0022 | Prepare for and participate in effective date planning call with Deloitte and Akin Gump working groups (1.1); review draft FCC application (.8); communication with S. Conway regarding FCC application (.2). | 2.10 |
| 10/15/12 | ILR | 0022 | Telephone call with the Garden City Group, and Akin attorneys to | 2.60 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | discuss the equity distribution upon or after emergence (.5); communication with M. Miller regarding same (.3); telephone call with Deloitte, and others to discuss the corporate restructuring pre-emergence in addition to other related tax issues (.8); emails to J. Newdeck regarding FINRA bankruptcy emergence questionnaire (.4); emails to M. Miller regarding corporate documents to be prepared for the equity distribution and related transactions (.6). | |
| 10/15/12 | JFN | 0022 | Review various emails re Swarts motion to reconsider (.1); review FINRA email (.1); email S. Schultz re same (.1); email J. Smith re same (.2); call with Garden City re plan effective date (.4); emails to A. Beane and S. Woodell re same (.4); email S. Schultz re same (.1); follow-up re same (.2); emails with corporate re FINRA question (.1). | 1.70 |
| 10/15/12 | ARB | 0022 | Participate in call with GCG and corporate team re issuance of stock pursuant to plan (.4); related communications with S. Crow (.3); correspondence re emails received from FINRA (.3); correspondence to S. Conway re FCC issues (.2). | 1.20 |
| 10/15/12 | MSM | 0022 | Calls with Akin team and Deloitte re Effective Date logistics. | 0.80 |
| 10/15/12 | SJC | 0022 | Correspondence to S. Schultz re call on restructuring transactions (.1); participate in call with Deloitte team, Akin tax team, and corporate team re restructuring transactions (.7); participate in call with GCG and Akin teams re distribution of shareholders agreement and new common stock under plan (.5); follow-up communications to A. Beane and J. Newdeck (.3, .2). | 1.80 |
| 10/15/12 | EYP | 0022 | Various correspondence regarding post-confirmation issues. | 0.50 |
| 10/16/12 | JLS | 0022 | Review correspondence regarding confirmation issues. | 0.20 |
| 10/16/12 | ILR | 0022 | Communications to M. Miller regarding the amended and restated charter to be effective upon emergence (.3); emails to R. Testani regarding the equity issuances upon emergence (.4); correspondence to M. Miller regarding documents to be prepared for the bankruptcy emergence (.6); review and mark up corporate checklist for the emergence (.9); telephone call with D. Brandon and Akin attorneys to discuss the equity distribution and status of other items for emergence (.5). | 2.70 |
| 10/16/12 | JFN | 0022 | Emails internally re FINRA request. | 0.10 |
| 10/16/12 | ARB | 0022 | Call with corporate team and D. Brandon re stock distribution pursuant to plan (.4) and related follow-up (.2, .4); internal correspondence re confirmation order (.2, .2); review and comment on closing checklist (.7). | 2.10 |
| 10/16/12 | MAG | 0022 | Review and retain all relevant files re confirmation (1.5); correspond with records department re proper procedures (.5). | 2.00 |
| 10/16/12 | STC | 0022 | Review draft FCC form 603 and draft revisions to same (.7); draft email to D. Brandon on same (.4). | 1.10 |
| 10/16/12 | MSM | 0022 | Review and analyze certificates of incorporation and bylaws of TSC and subsidiaries for limitations on number of stockholders (1.9); revise closing checklist to include corporate and financial restructuring documents (1.7); call with Akin team and D. Brandon (.5); call with Transfer Agent re share exchange (.2); confer with J. Newdeck re FINRA requirements (.2). | 4.50 |
| 10/16/12 | SJC | 0022 | Call with chambers re confirmation order (.1, .1); call with GCG re same (.1); communications to A. Beane re same (.4); follow-up correspondence to Akin team (.3); participate in call with D. Brandon, and corporate team re stock distribution (.5); follow-up correspondence to Akin team re closing issues (.4). | 1.90 |
| 10/17/12 | ILR | 0022 | Telephone call with Computershare regarding the logistics of the equity distribution (.4); emails with D. Brandon regarding same (.2). | 0.60 |
| 10/17/12 | JFN | 0022 | Various emails re FINRA open questions (.3); review plan re FINRA open question (.5, .7). | 1.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 10/17/12 | RAT | 0022 | Review J. Smith's markup to closing checklist (.1); communication regarding transfer restrictions with I. Rosenblatt (.2). | 0.40 |
| 10/17/12 | ARB | 0022 | Further review and comment on closing checklist. | 0.20 |
| 10/17/12 | STC | 0022 | Draft revisions to FCC form 603 (.8); review emails sent by D. Brandon and FCC staff on same (.1); draft email to same to counter party (.2). | 1.10 |
| 10/17/12 | MSM | 0022 | Revise closing checklist re comments from I. Rosenblatt, J. Im, J. Smith, S. Schultz, S. Crow and A. Beane (1.1); draft notice to shareholders re emergence and share exchange, and draft exhibits to notice (2.8). | 3.90 |
| 10/17/12 | EYP | 0022 | Various correspondence re confirmation items. | 1.00 |
| 10/17/12 | JJI | 0022 | Comment on closing checklist. | 0.50 |
| 10/17/12 | JBS | 0022 | Attention to review and mark-up of closing checklist. | 0.70 |
| 10/18/12 | ILR | 0022 | Emails to M. Miller regarding documents for the equity distribution and the overall status of the transaction. | 0.30 |
| 10/18/12 | JFN | 0022 | Draft FINRA response (1.5, .7); emails re same (.1, .1); correspondence to A. Beane re status of confirmation order (.2); correspondence to M. Bailey re FINRA (.2). | 2.80 |
| 10/18/12 | ARB | 0022 | Internal correspondence re status of confirmation order (.2); communications with S. Crow (.1) and chambers (.1) re same; further correspondence re same (.1); correspondence re FINRA issues (.1). | 0.60 |
| 10/18/12 | MSM | 0022 | Work on notice to shareholders re emergence and share exchange (.8); draft exhibits to notice, including shareholder certification of ownership, election form, and summary of Stockholders Agreement (3.9). | 4.70 |
| 10/18/12 | SJC | 0022 | Communications with chambers and A. Beane re confirmation order (.3); review comments to confirmation order and internal correspondence re same (.8). | 1.10 |
| 10/18/12 | EYP | 0022 | Various correspondence re confirmation items. | 1.00 |
| 10/19/12 | JLS | 0022 | Review correspondence and revisions regarding confirmation order. | 0.40 |
| 10/19/12 | ARB | 0022 | Call with chambers re judge's comments to confirmation order (.5); revise order to incorporate same (1.5); correspondence internally re same (.2); further revise same (.9); further call to chambers re same (.1); call with M. Snyder re same (.2); prepare notice of entry of confirmation order (.8) and notice of occurrence of effective date (.8). | 5.00 |
| 10/19/12 | SJC | 0022 | Brief review of Perez objection to Plan (.2); review correspondence from A. Beane re comments to confirmation order (.1); follow up re same (.1). | 0.50 |
| 10/19/12 | RJP | 0022 | Review correspondence regarding plan confirmation order. | 0.20 |
| 10/22/12 | ILR | 0022 | Call with M. Miller to discuss FINRA reorganization questions. | 0.40 |
| 10/22/12 | JFN | 0022 | Review emails re confirmation order/notice (.1, .1). | 0.20 |
| 10/22/12 | ARB | 0022 | Further revise confirmation order and exhibits to same (1.4) and submit same to court (.2); correspondence with GCG re notices to contract counter parties (.2) and Broadridge report (.2). | 2.00 |
| 10/22/12 | MSM | 0022 | Call with I. Rosenblatt re status of case and information re FINRA questions (.4); review and revise FINRA response questions (1.1). | 1.50 |
| 10/22/12 | SJC | 0022 | Communications to A. Beane re revised confirmation order, contract counter party notice and related issues (.3). | 0.30 |
| 10/22/12 | RJP | 0022 | Review correspondence between Akin attorneys regarding confirmation-related issues (.2). | 0.20 |
| 10/22/12 | EYP | 0022 | Various correspondence re confirmation items. | 2.00 |
| 10/23/12 | JFN | 0022 | Review various emails re status of confidentiality order (.2); review emails re confirmation hearing transcript (.2); review draft FINRA answers and revise same (.5). | 0.90 |
| 10/23/12 | ARB | 0022 | Review and comment on customized notice to contract counter parties (.3); call with chambers re entry of confirmation order (.1) and correspondence internally re same (.1). | 0.50 |
| 10/23/12 | SJC | 0022 | Draft notice of contract rejection and of bar date (1.8); communications re record date and related issues (.3); communications to Akin team and chambers re confirmation transcript (.1, .2); correspondence to GCG re counter party notice (.1). | 2.50 |

TERRESTAR NETWORKS
Invoice Number: 1454451

Page 15
November 27, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 10/24/12 | ARB | 0022 | Correspondence re entry of confirmation order (.1, .1, .1); review transcript of confirmation hearing (.7, .4). | 1.40 |
| 10/24/12 | MSM | 0022 | Call with Transfer Agent re requirements of stock cancellation and reissuance. | 0.10 |
| 10/24/12 | SJC | 0022 | Correspondence with chambers (.1, .1) and Akin team (.1, .1) re confirmation transcript. | 0.40 |
| 10/24/12 | EYP | 0022 | Various correspondence re confirmation issues. | 1.00 |
| 10/25/12 | JLS | 0022 | Review correspondence regarding transcript and Perez objection (.2); conference with Akin Gump attorney regarding transcript (.2). | 0.40 |
| 10/25/12 | SLS | 0022 | Review and correct transcript from confirmation hearing (1.7); communication to (.2) and telephone call with (.2) M. Snyder regarding status of closing documents; correspondence to I. Rosenblatt regarding closing mechanics (.2); communications with D. Brandon and G. Davis regarding effective date (.2). | 2.50 |
| 10/25/12 | ILR | 0022 | Telephone call with Computershare and D. Brandon to discuss the equity distribution and related issues (.5); emails to D. Brandon and M. Miller regarding holders of the preferred (.4). | 0.90 |
| 10/25/12 | ARB | 0022 | Prepare service version of notice of entry of confirmation order (.4) and correspondence to GCG re same (.1). | 0.50 |
| 10/25/12 | STC | 0022 | Review information provided by potential new interest holders in client and impact on FCC issues. | 0.90 |
| 10/25/12 | MSM | 0022 | Call with Transfer Agent re requirements of stock cancellation and reissuance (.4); correspond with I. Rosenblatt re logistics of stock cancellation and reissuance (.2); prepare stock cancellation and distribution checklist (.9). | 1.50 |
| 10/26/12 | SLS | 0022 | Complete review of confirmation transcript (2.1). | 2.10 |
| 10/26/12 | RVT | 0022 | Communications (exit facility) to J. lm (.5); cursory review of term sheet (.2). | 0.70 |
| 10/28/12 | SJC | 0022 | Review correspondence re confirmation notice and contract counter party notice (.3). | 0.30 |
| 10/08/12 | SLS | 0025 | Travel from Dallas to New York (actual time = 3.8 hours). | 1.90 |
| 10/10/12 | JLS | 0025 | Travel to/from confirmation hearing (actual time = 1.7 hours). | 0.85 |
| 10/10/12 | SLS | 0025 | Travel from office to courthouse (actual time 1.0); travel from courthouse to office (actual time .5); travel from New York to Dallas (actual time 7.5). | 4.50 |
| 10/10/12 | RJP | 0025 | Travel to/from hearing (actual time = 2.0). | 1.00 |

Total Hours

646.65

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| H B JACOBSON | 2.90 | at | $755.00 | = | $2,189.50 |
| I S DIZENGOFF | 3.60 | at | $1050.00 | = | $3,780.00 |
| R A TESTANI | 1.80 | at | $925.00 | = | $1,665.00 |
| J L SORKIN | 36.55 | at | $730.00 | = | $26,681.50 |
| S L SCHULTZ | 72.70 | at | $775.00 | = | $56,342.50 |
| A  PREIS | 38.40 | at | $775.00 | = | $29,760.00 |
| R V TROITSKY | 2.90 | at | $650.00 | = | $1,885.00 |
| I L ROSENBLATT | 17.90 | at | $665.00 | = | $11,903.50 |
| J F NEWDECK | 14.90 | at | $650.00 | = | $9,685.00 |
| J B SMITH | 8.50 | at | $600.00 | = | $5,100.00 |
| S L NAEGEL | 4.90 | at | $500.00 | = | $2,450.00 |
| A R BEANE | 118.90 | at | $450.00 | = | $53,505.00 |
| S T CONWAY | 31.90 | at | $380.00 | = | $12,122.00 |
| M S MILLER | 38.50 | at | $370.00 | = | $14,245.00 |
| S J CROW | 71.60 | at | $370.00 | = | $26,492.00 |

TERRESTAR NETWORKS

Invoice Number: 1454451

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| R J PRESA | 58.50 | at | $400.00 | = | $23,400.00 |
| J J IM | 3.80 | at | $575.00 | = | $2,185.00 |
| K K HARDING | 1.60 | at | $335.00 | = | $536.00 |
| J W MA | 5.10 | at | $240.00 | = | $1,224.00 |
| C TORRES | 6.60 | at | $230.00 | = | $1,518.00 |
| D F PLUCINSKI | 3.10 | at | $250.00 | = | $775.00 |
| B R KEMP | 14.70 | at | $215.00 | = | $3,160.50 |
| D KRASA-BERSTELL | 22.60 | at | $235.00 | = | $5,311.00 |
| M A GYURE | 63.00 | at | $250.00 | = | $15,750.00 |
| J S ERDMAN | 1.70 | at | $150.00 | = | $255.00 |

Current Fees $311,920.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Bank Fees & Charges | $6.60 |
| Computerized Legal Research - Other | $611.92 |
| Computerized Legal Research - Westlaw | $3,427.51 |
| Corporate Service Fees | $211.63 |
| Courier Service/Messenger Service- Off Site | $448.63 |
| Document Retrieval | $97.20 |
| Duplication - Off Site | $1,708.36 |
| Duplication - In House | $924.00 |
| Meals - Business | $381.60 |
| Meals (100%) | $96.89 |
| Audio and Web Conference Services | $2.68 |
| Transcripts | $1,498.61 |
| Travel - Airfare | $2,861.60 |
| Travel - Ground Transportation | $1,019.54 |
| Travel - Lodging (Hotel, Apt, Other) | $1,010.80 |
| Travel - Parking | $8.00 |

Current Expenses $14,315.57

**Total Amount of This Invoice** **$326,236.07**



TERRESTAR NETWORKS
ATTN: DOUGLAS  BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA  20190

| | |
|---|---|
| Invoice Number | 1457871 |
| Invoice Date | 12/17/12 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 9.30 | $2,586.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 16.00 | $7,037.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 6.40 | $2,141.50 |
| 0008 | Court Hearings | 14.80 | $4,602.00 |
| 0009 | Financial Reports and Analysis | 2.50 | $1,098.00 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 1.40 | $660.50 |
| 0012 | General Claims Analysis/Claims Objections | 0.40 | $148.00 |
| 0017 | General Adversary Proceedings/Litigation Matters | 28.40 | $12,677.00 |
| 0018 | Tax Issues | 0.40 | $302.00 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 50.40 | $23,831.50 |
| | TOTAL | 130.00 | $55,083.50 |

TERRESTAR NETWORKS                                                                    Page 2
Bill Number: 1457871                                                                12/17/12

| Date | Tkpr | | Hours |
|------|------|---|-------|
| 11/01/12 | ARB | Correspondence re DIP variance report and officers' certificate. | 0.10 |
| 11/01/12 | STC | Review information provided by potential interest holders of reorganized TSC (1.1); conference with K. Harding on same (.7); draft and review emails to counsel for potential interest holders on same (.3). | 2.10 |
| 11/01/12 | SJC | Correspondence to A. Beane re variance report (.2); assist with finalizing same and officer's certificate (.2). | 0.40 |
| 11/01/12 | KKH | Conference with S. Conway re preparation of FCC Form 602 Ownership Questionnaire (.7); research re same (1.3); prepare same (1.0); draft correspondence re FCC Registration Numbers (.3). | 3.30 |
| 11/02/12 | ARB | Revise DIP officer certificate (.1) and correspondence to Nexbank re same (.1). | 0.20 |
| 11/02/12 | STC | Telephone conference with counsel for potential interest holders in reorganized TSC. | 0.10 |
| 11/02/12 | KKH | Prepare FCC Form 602 Ownership Report (3.5); teleconference with J. Zinman re same (.3). | 3.80 |
| 11/03/12 | SJC | Correspondence with GCG re service of confirmation notice. | 0.10 |
| 11/04/12 | SJC | Review and comment on Deloitte fee application. | 0.60 |
| 11/05/12 | BRK | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 11/05/12 | DKB | Update transcripts file. | 0.40 |
| 11/06/12 | SLS | Review Deloitte fee application. | 0.30 |
| 11/06/12 | JFN | Review FINRA email (.1); email S. Schultz re FINRA (.1); email D. Brandon re FINRA response (.1); revise same and finalize (.5). | 0.80 |
| 11/06/12 | DKB | Review and organize case file in preparation for archiving. | 1.90 |
| 11/06/12 | ARB | Review and comment on Deloitte monthly fee statement. | 0.30 |
| 11/06/12 | SJC | Review and comment on Deloitte fee application. | 0.30 |
| 11/07/12 | TS | Emails to A. Beane re pro hac vice and order (.1); review procedures (.2); prepare and ECF file application (.5). | 0.80 |
| 11/07/12 | ARB | Prepare pro hac motion (.4); coordinate filing of same (.1); submit order re same (.1). | 0.60 |
| 11/07/12 | SJC | Correspondence internally and with chambers re 11/14 hearing. | 0.40 |
| 11/07/12 | SJC | Correspondence to Deloitte re comments on fee statement. | 0.20 |
| 11/08/12 | DKB | Correspondence to S. Crow re preparation for hearing (.2); draft hearing agenda (.6); review case docket in preparation for hearing (.5); review relevant pleading (.6); prepare court's hearing notebooks (1.0); confer with attorney re status (.1); review additional materials for hearing (.5). | 3.50 |
| 11/08/12 | ARB | Prepare order re interim fee applications (1.0) and correspondence to S. Schultz re same (.1). | 1.10 |
| 11/08/12 | SJC | Review and revise hearing agenda (.3); correspondence with D. Krasa-Berstell re same (.1, .1); communications re hearing materials (.2). | 0.70 |
| 11/08/12 | SJC | Correspondence to S. Schultz (.3) and D. Brandon (.2) re professional fee applications. | 0.50 |
| 11/09/12 | DKB | Confer with S. Crow re preparation for hearing (.2); revise hearing agenda (.3); prepare document to be e-filed (.2); effect the above (.2); prepare set of filed documents for attorneys (.3); review and update court notebooks (1.2); prepare additional materials for hearing (.6); forward notebooks to court (.4); organize court call appearances for A. Beane and A. Preis (.5). | 3.90 |
| 11/09/12 | ARB | Correspondence with chambers (.1) and internally (.1) re fee hearing. | 0.20 |
| 11/09/12 | ARB | Continue preparing omnibus fee order (.2) and correspondence re same (.1). | 0.30 |
| 11/09/12 | SJC | Calls and correspondence internally re upcoming fee hearing (.3); | 0.50 |

TERRESTAR NETWORKS                                                                                          Page 3
Bill Number: 1457871                                                                                       12/17/12

| Date | Tkpr | | Hours |
|------|------|---|-------|
| | | review final hearing agenda and coordinate filing and service of same (.2). | |
| 11/09/12 | SJC | Monitor shareholders blog. | 0.40 |
| 11/10/12 | SJC | Review and revise prebill with respect to task coding and privilege. | 1.50 |
| 11/10/12 | RJP | Research legal issues for Perez motion to dismiss (.9); draft brief in support of same (2.5). | 3.40 |
| 11/11/12 | SJC | Correspondence to A. Beane and B. Kemp re hearing preparation and notices. | 0.30 |
| 11/11/12 | RJP | Research legal issues for motion to dismiss (.4); draft brief in support of same (1.5). | 1.90 |
| 11/12/12 | BRK | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 11/12/12 | BRK | File Seventeenth Monthly Fee Statement of Deloitte Tax. | 0.60 |
| 11/12/12 | BRK | Update case calendar. | 0.20 |
| 11/12/12 | SJC | Draft notice of telephonic hearing (.4); communications with Deloitte and Blackstone re hearing (.2, .1). | 0.70 |
| 11/12/12 | SJC | Coordinate filing and service of Deloitte fee statement. | 0.30 |
| 11/12/12 | RJP | Revise Perez motion to dismiss argument sections (4.0); correspondence to J. Sorkin re same (.2). | 4.20 |
| 11/13/12 | JLS | Review correspondence from shareholder re appeal (.3); correspondence with R. Presa re letter (.3). | 0.60 |
| 11/13/12 | BRK | File Notice of Telephonic Hearing regarding November 14 hearing. | 0.60 |
| 11/13/12 | BRK | Coordinate with CourtCall regarding telephonic appearance of Deloitte and Blackstone. | 0.40 |
| 11/13/12 | DKB | Review and organize case file. | 0.90 |
| 11/13/12 | ARB | Prepare for omnibus hearing (.7, .8). | 1.50 |
| 11/13/12 | SJC | Review appeal filing by Perez. | 0.50 |
| 11/13/12 | SJC | Hearing preparation. | 0.30 |
| 11/13/12 | RJP | Review new document filed by Perez in SDNY appeal (.2); correspondence and conference with Akin attorneys re same (.3); correspondence to J. Sorkin regarding response brief and timing (.5). | 1.00 |
| 11/13/12 | JJI | Correspondence re variance report (.1); review credit agreement re variance report (.1). | 0.20 |
| 11/14/12 | JLS | Meet with R. Presa re responding to appeal by shareholder (.5); review and respond to correspondence re appeal (.2). | 0.70 |
| 11/14/12 | SLS | Participate in working group call with Perez appeal team. | 0.40 |
| 11/14/12 | JFN | Participate in working group call re Perez appeal. | 0.40 |
| 11/14/12 | ARB | Prepare for (1.0) and participate in (.8) hearing. | 1.80 |
| 11/14/12 | ARB | Participate in internal call re Perez appeal. | 0.40 |
| 11/14/12 | RJD | Review document submitted to court by Perez (.9); internal correspondence regarding litigation issues in connection with Perez appeal (.1, .2, .3); internal teleconferences regarding same (.1, .2, .2,). | 2.00 |
| 11/14/12 | SJC | Participate in call with Akin team re Perez appeal strategy. | 0.50 |
| 11/14/12 | SJC | Review and revise prebill with respect to task coding and privilege. | 2.00 |
| 11/14/12 | RJP | Teleconference with Akin attorneys regarding Perez appeal (.4); follow-up communication with J. Sorkin (.1); draft correspondence to A. Perez (.3). | 0.80 |
| 11/14/12 | JJI | Call with Blackstone re variance report (.2); prepare and coordinate execution of officer's certificate in connection with variance report (.1). | 0.30 |
| 11/15/12 | ARB | Correspondence re outstanding fee statements and holdbacks. | 0.20 |
| 11/15/12 | SJC | Review and revise prebill with respect to task coding and privilege. | 0.90 |

TERRESTAR NETWORKS                                                                              Page 4
Bill Number: 1457871                                                                          12/17/12

| Date | Tkpr | | Hours |
|------|------|---|-------|
| 11/16/12 | DKB | Review and update transcripts file (.5); review and organize case file (1.0). | 1.50 |
| 11/16/12 | ARB | Correspondence re outstanding holdbacks. | 0.30 |
| 11/16/12 | RJD | Review docket for documents submitted to court by pro se litigants (1.1); internal correspondence regarding litigation issues in connection with same (.1, .3, .2); internal teleconferences regarding same (.1, .2, .3). | 2.30 |
| 11/16/12 | SJC | Review letters from shareholders re confirmation appeal and circulate to working group. | 0.30 |
| 11/17/12 | ARB | Prepare monthly fee statement. | 1.20 |
| 11/17/12 | SJC | Review correspondence from Blackstone re monthly fee statement. | 0.10 |
| 11/18/12 | SJC | Review correspondence from A. Beane re monthly fee statement. | 0.10 |
| 11/19/12 | JLS | Review correspondence from shareholder regarding appeal. | 0.20 |
| 11/19/12 | ARB | Correspondence re monthly fee statement. | 0.20 |
| 11/19/12 | SJC | Correspondence with working group re Perez appeal. | 0.30 |
| 11/19/12 | RJP | Review correspondence from Perez re appeal (.1); review letter appeals to confirm order (.2); correspondence with Akin attorneys re same (.3). | 0.60 |
| 11/19/12 | JBS | Follow-up with S. Crow regarding exit timing. | 0.10 |
| 11/20/12 | JLS | Conference with R. Presa regarding appeal status and strategy (.3); review and edit correspondence to court (.2). | 0.50 |
| 11/20/12 | ARB | Call with S. Crow re monthly fee statement. | 0.20 |
| 11/20/12 | SJC | Review Perez correspondence and filings re appeal. | 0.30 |
| 11/20/12 | SJC | Draft monthly fee statement (3.3); call with A. Beane regarding same (.2). | 3.50 |
| 11/20/12 | RJP | Draft letter to J. Abrams regarding Perez appeal (1.0); confer with A. Preis (.1) and J. Sorkin (.2) and correspondence to working group (.2) regarding same. | 1.50 |
| 11/21/12 | JLS | Review notice of appeal and related correspondence. | 0.20 |
| 11/21/12 | SLS | Review monthly fee application. | 0.90 |
| 11/21/12 | BRK | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 11/21/12 | ARB | Correspondence re Aldo Perez filing. | 0.20 |
| 11/21/12 | ARB | Review and comment on monthly fee statement. | 0.90 |
| 11/21/12 | ARB | Review exit facility documents (.6) and internal correspondence with corporate team re same (.2). | 0.80 |
| 11/21/12 | SJC | Review and comment on Blackstone fee application. | 0.50 |
| 11/21/12 | JBS | Attention to exit facility document (.3); related correspondence with Akin team (.1). | 0.40 |
| 11/24/12 | JJI | Markup TSC exit credit agreement (2.1); review indenture and intercreditor agreement (1.0). | 3.10 |
| 11/25/12 | JJI | Markup TSC exit credit agreement (1.5); review indenture and intercreditor agreements (1.4). | 2.90 |
| 11/26/12 | JLS | Review and respond to correspondence regarding appeal issues (.3); analyze issues regarding appeal (.3). | 0.60 |
| 11/26/12 | SLS | Review monthly operating report (.3); communications with A. Beane regarding same (.1). | 0.40 |
| 11/26/12 | SLS | Review exhibit to fee application. | 1.10 |
| 11/26/12 | BRK | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 11/26/12 | ARB | Prepare monthly operating report. | 0.70 |
| 11/26/12 | ARB | Prepare fee statement. | 0.60 |
| 11/26/12 | SJC | Review correspondence from Swarts re claim reconsideration (.4). | 0.40 |
| 11/26/12 | SJC | Correspondence with Akin team re Perez appeal (.2, .1). | 0.30 |
| 11/26/12 | SJC | Review correspondence from A. Beane and S. Schultz re monthly operating report. | 0.20 |
| 11/26/12 | RJP | Monitor docket for new order from court in Perez appeal (.3); correspondence with Akin attorneys re appeal (.1, .2, .2); review | 1.00 |

TERRESTAR NETWORKS
Bill Number: 1457871

Page 5
12/17/12

| Date | Tkpr | | Hours |
|------|------|---|-------|
| | | and revise letter to court (.2). | |
| 11/26/12 | JJI | Review indenture and intercreditor agreement (1.5); markup credit agreement (3.0); correspondence re comments (.2). | 4.70 |
| 11/26/12 | JBS | Review credit agreement (.7), revision of Note Agreement (.5). | 1.20 |
| 11/27/12 | HBJ | Review tax comments to exit facility and timing of restructuring before Effective Date. | 0.40 |
| 11/27/12 | BRK | File October 2012 operating report. | 0.60 |
| 11/27/12 | BRK | File Twenty First Monthly Fee Statement of Akin Gump. | 0.60 |
| 11/27/12 | BRK | File Sixteenth Monthly Fee Statement of Blackstone Advisory. | 0.60 |
| 11/27/12 | BRK | File Seventeenth Monthly Fee Statement of Blackstone Advisory. | 0.60 |
| 11/27/12 | RAT | Review comments to the credit agreement and inconsistency with note agreement (.4); follow-up conference with S. Schultz and J. Smith regarding same (.3). | 0.70 |
| 11/27/12 | ARB | Continue preparing monthly operating report (.5) and call with S. Schultz re same (.1). | 0.60 |
| 11/27/12 | SJC | Review and comment on Blackstone fee statement. | 0.40 |
| 11/27/12 | SJC | Review exhibits to monthly fee statement. | 0.40 |
| 11/27/12 | JJI | Markup TSC credit agreement. | 0.80 |
| 11/27/12 | JBS | Review Credit Agreement (1.8); correspondence to R. Testani and S. Schultz for Credit Agreement mark-up (.3); follow-up with Akin team on corporate matters (.2). | 2.30 |
| 11/28/12 | SLS | Telephone call with N. Snyder regarding exit facility documents (.3); follow-up communications regarding same (.2). | 0.50 |
| 11/28/12 | ILR | Correspondence to S. Crow and M. Miller regarding the 1.4 Holdings LLC agreement. | 0.40 |
| 11/28/12 | RAT | Correspondence with J. Smith re exit. | 0.10 |
| 11/28/12 | ARB | Review exit facility documents (.6) and correspondence with corporate team re same (.2). | 0.80 |
| 11/28/12 | ARB | Correspondence re budget variance report. | 0.20 |
| 11/28/12 | STC | Review and draft emails to S. Schultz regarding outstanding information for FCC compliance purposes (.7); correspondence to K. Harding on same (.3). | 1.00 |
| 11/28/12 | SJC | Call with C. Anderson and J. Tennant re case status. | 0.40 |
| 11/28/12 | SJC | Review correspondence among Akin team and WLRK re exit facility. | 0.20 |
| 11/28/12 | JBS | Correspondence to R. Testani and related follow-up on and review of credit agreement mark-up. | 0.50 |
| 11/29/12 | ILR | Emails to M. Miller, S. Crow and others regarding the LLC agreement of 1.4 Holdings LLC (.6); review the LLC agreement (.4). | 1.00 |
| 11/29/12 | ARB | Review Coburn filing and review RKF report in connection with same (.7); correspondence re same (.2). | 0.90 |
| 11/29/12 | ARB | Review spectrum lease in connection with closing documents. | 0.20 |
| 11/29/12 | STC | Prepare FCC filing. | 7.50 |
| 11/29/12 | MSM | Review and analyze TerreStar 1.4 Holdings LLC Agreement for Independent Manager provisions and restrictions to amendment (.8); review lease documents for potential restrictions (.2); draft amendment to TerreStar 1.4 Holdings LLC Agreement (.8); correspondence to I. Rosenblatt re LLC Agreement Amendment (.3). | 3.50 |
| 11/29/12 | SJC | Review and comment on Deloitte fee application. | 0.50 |
| 11/29/12 | SJC | Coordinate with corporate team re exit facility and related LLC agreement. | 0.30 |
| 11/29/12 | JJI | Correspondence re exit facility. | 0.20 |
| 11/30/12 | TWD | Office conference with S. Conway to discuss scope of 10% reporting requirement. | 0.30 |
| 11/30/12 | BRK | Monitor docket regarding Aldo Perez appeal. | 0.30 |

TERRESTAR NETWORKS                                                                              Page 6
Bill Number: 1457871                                                                            12/17/12

| Date | Tkpr | | Hours |
|------|------|---|------|
| 11/30/12 | BRK | File Eighteenth Monthly Fee Statement of Deloitte Tax regarding September 2012. | 0.60 |
| 11/30/12 | BRK | Update case calendar. | 0.40 |
| 11/30/12 | MAG | Assist with retrieval of privileged documents from Ringtail database and create binder re same. | 3.00 |
| 11/30/12 | STC | Prepare FCC filing (5.1); conference with T. Davidson regarding reporting (.3). | 5.40 |
| 11/30/12 | EYP | Review of exit financing mark-up. | 0.50 |
| 11/30/12 | JJI | Review revised draft of exit facility. | 0.50 |

Total Hours    130.00

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| T W DAVIDSON | 0.30 | at | $720.00 | = | $216.00 |
| H B JACOBSON | 0.40 | at | $755.00 | = | $302.00 |
| R A TESTANI | 0.80 | at | $925.00 | = | $740.00 |
| J L SORKIN | 2.80 | at | $730.00 | = | $2,044.00 |
| S L SCHULTZ | 3.60 | at | $775.00 | = | $2,790.00 |
| A PREIS | 0.50 | at | $775.00 | = | $387.50 |
| I L ROSENBLATT | 1.40 | at | $665.00 | = | $931.00 |
| J F NEWDECK | 1.20 | at | $650.00 | = | $780.00 |
| R J DONOHUE | 4.30 | at | $570.00 | = | $2,451.00 |
| J B SMITH | 4.50 | at | $600.00 | = | $2,700.00 |
| A R BEANE | 14.50 | at | $450.00 | = | $6,525.00 |
| S T CONWAY | 16.10 | at | $380.00 | = | $6,118.00 |
| M S MILLER | 3.50 | at | $370.00 | = | $1,295.00 |
| S J CROW | 19.30 | at | $370.00 | = | $7,141.00 |
| R J PRESA | 14.40 | at | $400.00 | = | $5,760.00 |
| J J IM | 12.70 | at | $575.00 | = | $7,302.50 |
| K K HARDING | 7.10 | at | $335.00 | = | $2,378.50 |
| B R KEMP | 6.70 | at | $215.00 | = | $1,440.50 |
| T SOUTHWELL | 0.80 | at | $235.00 | = | $188.00 |
| D KRASA-BERSTELL | 12.10 | at | $235.00 | = | $2,843.50 |
| M A GYURE | 3.00 | at | $250.00 | = | $750.00 |

Current Fees    $55,083.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $99.89 |
| Computerized Legal Research - Westlaw | $1,549.08 |
| Courier Service/Messenger Service- Off Site | $237.00 |
| Court Cost | $149.00 |
| Duplication - In House | $212.80 |
| Telephone - Long Distance | $37.00 |
| Travel - Ground Transportation | $360.13 |

Current Expenses    $2,644.90

TERRESTAR NETWORKS
Bill Number: 1457871

| | |
|---|---|
| **Total Amount of This Invoice** | **$57,728.40** |
| **Prior Balance Due** | $434,526.10 |
| **Total Balance Due Upon Receipt** | $492,254.50 |



TERRESTAR NETWORKS
ATTN: DOUGLAS BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA 20190

| | |
|---|---|
| Invoice Number | 1461132 |
| Invoice Date | 01/17/13 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12 :

<u>MATTER SUMMARY OF TIME BILLED BY TASK</u> :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 27.60 | $10,708.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 7.80 | $3,339.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.30 | $111.00 |
| 0009 | Financial Reports and Analysis | 1.30 | $585.00 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 25.90 | $11,871.00 |
| 0012 | General Claims Analysis/Claims Objections | 22.10 | $9,938.00 |
| 0017 | General Adversary Proceedings/Litigation Matters | 0.90 | $193.50 |
| 0018 | Tax Issues | 5.40 | $3,082.50 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 64.20 | $28,619.50 |
| | TOTAL | 155.50 | $68,448.50 |

TERRESTAR NETWORKS
Bill Number: 1461132

Page 2
01/17/13

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 12/01/12 | STC | 0002 | Prepare FCC filings (.7) and draft email to A. Preis, S. Schultz, and D. Brandon on same (.2). | 0.90 |
| 12/02/12 | STC | 0002 | Draft revisions to FCC filings (.8) and draft email to A. Preis, S. Schultz, and D. Brandon on same (.2). | 1.00 |
| 12/03/12 | STC | 0002 | Draft revisions to FCC filings (1.6) and draft emails on same to A. Preis, S. Schultz, D. Brandon, and counsel to investors (.2). | 1.80 |
| 12/04/12 | SJC | 0002 | Correspondence to A. Beane re case status and undeliverables report. | 0.20 |
| 12/05/12 | STC | 0002 | Review and respond to emails from S. Schultz and D. Brandon on FCC filings. | 1.20 |
| 12/05/12 | SJC | 0002 | Research re TerreStar New York documents (.3); several communications to Akin corporate team re structure and closing tasks (.2, .2). | 0.70 |
| 12/06/12 | STC | 0002 | Review emails from and draft emails to outside counsel to prospective purchaser of reorganized TSC re: FCC filings. | 1.40 |
| 12/07/12 | STC | 0002 | Review and respond to emails sent by counsel to potential purchasers of FCC licensee. | 2.00 |
| 12/10/12 | STC | 0002 | Review and respond to emails drafted by outside counsel to potential purchasers of FCC licensee (.5); prepare and file FCC filings (2.8). | 3.30 |
| 12/10/12 | KKH | 0002 | Review and compare FCC Form 603 assignment applications. | 0.40 |
| 12/11/12 | STC | 0002 | Review and respond to emails from client, A. Preis, and S. Schultz regarding FCC approval process for transfer of control (3.0); research and strategic planning on same (3.0); communications with counsel to potential transferees on same (.9). | 6.90 |
| 12/11/12 | EYP | 0002 | Correspondence re FCC issues (.2); call with WLRK (.2); call with D. Brandon (.2); internal correspondence re various related issues (.4). | 1.00 |
| 12/12/12 | STC | 0002 | Draft email to counsel for potential purchaser of FCC licensee regarding Public Notice of FCC application. | 0.20 |
| 12/13/12 | SJC | 0002 | Call with J. Tennant re case status. | 0.30 |
| 12/18/12 | DKB | 0002 | Review and organize case file in preparation for archiving. | 0.70 |
| 12/19/12 | STC | 0002 | Draft and review emails to D. Brandon and S. Schultz regarding timing of FCC approval of transfer of control application. | 0.80 |
| 12/20/12 | TS | 0002 | Prepare and ECF file operating report and fee statement. | 0.80 |
| 12/21/12 | SJC | 0002 | Review filing by R. Coburn and circulate to working group. | 0.40 |
| 12/25/12 | SLS | 0002 | Communications with M. Snyder regarding recent payments. | 0.20 |
| 12/27/12 | SJC | 0002 | Monitor shareholder blog. | 0.20 |
| 12/28/12 | STC | 0002 | Check FCC's database for status update on FCC transfer of control application and draft emails to S. Schultz, D. Brandon, and A. Preis on same (.8); review FCC releases for same (.5); telephone conference with FCC staff on release of Public Notice and review FCC rules on same (1.5); draft email to counsel for transferees on same (.4). | 3.20 |
| 12/08/12 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 2.50 |
| 12/14/12 | SLS | 0003 | Review exhibit for monthly fee application. | 0.20 |
| 12/14/12 | ARB | 0003 | Prepare monthly fee statement (.3, .7). | 1.00 |
| 12/16/12 | SJC | 0003 | Draft monthly fee statement. | 1.30 |
| 12/18/12 | SJC | 0003 | Review and revise monthly fee application. | 0.50 |
| 12/19/12 | SLS | 0003 | Review monthly fee application. | 0.70 |
| 12/19/12 | SJC | 0003 | Review and revise fee application per comments of S. Schultz. | 0.50 |
| 12/19/12 | RJP | 0003 | Revise fee statement description of Perez appeal (.2); corresp. to S. Crow (.1). | 0.30 |
| 12/20/12 | SJC | 0003 | Coordinate filing and service of monthly fee app. | 0.30 |
| 12/21/12 | SJC | 0003 | Correspondence re interim fee applications. | 0.20 |
| 12/26/12 | SJC | 0003 | Correspondence to S. Schultz regarding payment of professional fees in relation to budget. | 0.30 |
| 12/17/12 | SJC | 0004 | Communications to S. Schultz and D. Brandon re professional invoices. | 0.30 |
| 12/13/12 | ARB | 0009 | Email J. Tennant re MOR. | 0.20 |

TERRESTAR NETWORKS
Bill Number: 1461132

Page 3
01/17/13

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 12/18/12 | ARB | 0009 | Revise November 2012 monthly operating report (.6); email to S. Schultz (.1) and S. Golden (.1) re: same. | 0.80 |
| 12/19/12 | ARB | 0009 | Communications to S. Crow (.1) and Blackstone (.1) re: monthly operating report. | 0.30 |
| 11/26/12 | SLN | 0010 | Communication to J. Im re: exit facility. | 0.10 |
| 11/27/12 | SLN | 0010 | Review exit facility. | 0.90 |
| 12/02/12 | JBS | 0010 | Review of revised exit facility. | 0.40 |
| 12/03/12 | JJI | 0010 | Review/draft closing deliverables. | 0.80 |
| 12/04/12 | SJC | 0010 | Call with J. Im re exit facility schedules (.3); call with M. Miller re closing checklist (.3). | 0.60 |
| 12/04/12 | JJI | 0010 | Meet w/A. Dossick re: closing deliverables. | 0.80 |
| 12/04/12 | JJI | 0010 | Correspondence re closing deliverables (.2); draft schedules (.3). | 0.50 |
| 12/04/12 | JBS | 0010 | Correspondence to J. Im and M. Miller regarding exit. | 0.30 |
| 12/04/12 | ABD | 0010 | Review closing documents (2.5); meeting with J. Im regarding same (.8). | 3.30 |
| 12/05/12 | JJI | 0010 | Draft closing deliverables for TSC exit facility (.5); draft schedules and exit facility (1.1); review credit agreement comments (.3); markup credit agreement (.2); review schedules (.2). | 2.30 |
| 12/05/12 | ABD | 0010 | Review closing documents. | 1.90 |
| 12/06/12 | JJI | 0010 | Review resolution and closing deliverables (1.1); update schedules (.3). | 1.40 |
| 12/06/12 | ABD | 0010 | Review closing documents. | 1.50 |
| 12/07/12 | JJI | 0010 | Revise closing deliverables. | 0.20 |
| 12/10/12 | SLN | 0010 | Review Wachtell tax comments to exit facility. | 1.70 |
| 12/11/12 | ARB | 0010 | Correspondence with corporate team re exit facility (.2); communication to J. Im re same (.2); communication to S. Crow re same (.1); correspondence with client and team re same (.1). | 0.60 |
| 12/11/12 | JJI | 0010 | Revise schedules and closing deliverables (.3); correspondence regarding closing deliverables (.1). | 0.40 |
| 12/11/12 | JBS | 0010 | Follow-up re: closing. | 0.20 |
| 12/14/12 | JJI | 0010 | Draft officer's certificate (.2); coordinate delivery of officer's certificate (.1). | 0.30 |
| 12/19/12 | ARB | 0010 | Call with Blackstone (.1) and correspondence to Akin team (.1) re: DIP reporting requirements. | 0.30 |
| 12/19/12 | JJI | 0010 | Meet with A. Dossick regarding TSC exit facility closing. | 0.30 |
| 12/19/12 | ABD | 0010 | Preparations for closing (.3); meet with J. Im regarding exit facility (.3). | 0.60 |
| 12/20/12 | JJI | 0010 | Markup TSC emergence checklist. | 0.40 |
| 12/20/12 | ABD | 0010 | Preparations for closing. | 0.50 |
| 12/26/12 | ABD | 0010 | Preparations for closing. | 2.50 |
| 12/27/12 | SJC | 0010 | Calls with J. Tennant re variance reporting for DIP (.2, .1); correspondence to J. Im re same (.2). | 0.50 |
| 12/27/12 | ABD | 0010 | Preparations for closing (summarizing reporting requirements). | 1.50 |
| 12/28/12 | SJC | 0010 | Several communications with Blackstone and correspondence to J. Im re variance reporting (.2, .2, .1, .2). | 0.70 |
| 12/28/12 | JJI | 0010 | Draft officer's certificate and notice of default (.3); coordinate delivery of officer's certificate and notice of default (.1). | 0.40 |
| 11/26/12 | RJD | 0012 | Review filings in connection with pro se litigant claims (.8); internal correspondence regarding litigation issues in connection with same (.1, .1, .2). | 1.20 |
| 11/28/12 | RJD | 0012 | Review filings in connection with pro se litigant claims (.6) | 0.60 |
| 12/10/12 | JFN | 0012 | Review emails re Van Vlissingen settlement. | 0.20 |
| 12/10/12 | ARB | 0012 | Correspondence with Akin team re settlement of claim. | 0.30 |
| 12/11/12 | SJC | 0012 | Research re intercompany claims (.3) and correspondence to A. Beane re same (.1). | 0.40 |
| 12/12/12 | JMS | 0012 | Conference about Van Vlissingen settlement and review materials. | 0.90 |
| 12/12/12 | EYP | 0012 | Call with Van Vlissingen counsel (.3).  Attend to settlement issues (.2). | 0.50 |
| 12/13/12 | JMS | 0012 | Draft 9019 and stipulation. | 6.20 |
| 12/13/12 | SJC | 0012 | Correspondence to M. Stull re Van Vlissingen settlement (.1, .1); | 0.40 |

TERRESTAR NETWORKS
Bill Number: 1461132

Page 4
01/17/13

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | research in connection with same (.2). | |
| 12/14/12 | ARB | 0012 | Review and comment on Van Vlissingen motion and stipulation. | 2.00 |
| 12/14/12 | JMS | 0012 | Work on stipulation and 9019 and revisions to same. | 3.20 |
| 12/14/12 | EYP | 0012 | Efforts re Van Vlissingen settlement. | 0.50 |
| 12/16/12 | ARB | 0012 | Correspondence re: Van Vlissingen settlement (.1, .1) and review transcript in connection with same (.1). | 0.30 |
| 12/16/12 | JMS | 0012 | Update 9019, stipulation and motion to shorten (3.0); review court transcripts for same (.5). | 3.50 |
| 12/17/12 | JMS | 0012 | Review and revise stipulations. | 1.00 |
| 12/19/12 | RJD | 0012 | Review filings in connection with pro se litigant claims (.5); internal correspondence regarding same (.2). | 0.70 |
| 12/28/12 | SJC | 0012 | Review correspondence among Akin team and D. Brandon re Mehlman consulting claim and related notes. | 0.20 |
| 12/03/12 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 12/07/12 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 12/10/12 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 12/10/12 | HBJ | 0018 | Review Wachtell tax edits to Senior Secured Term Loan (.3) and communication with S Naegel (.2). | 0.50 |
| 12/11/12 | SLN | 0018 | Review Terrestar New York dissolution issue. | 0.40 |
| 12/12/12 | SLN | 0018 | Review documents re: Bermuda entity. | 3.30 |
| 12/19/12 | HBJ | 0018 | Call with S Tarrant re liquidation issues and internal follow-up. | 0.20 |
| 12/20/12 | SLN | 0018 | Review correspondence re: dissolution of Terrestar New York. | 0.20 |
| 12/26/12 | HBJ | 0018 | Calls and emails with Akin team (.3) and later call with Wachtell re tax issues associated with finalizing plan and pre-effective date mergers (.3); discussion with S Tarrant re tax timing issues (.2). | 0.80 |
| 12/04/12 | SLS | 0022 | Call with team regarding closing on various items related to plan effectiveness. | 0.50 |
| 12/04/12 | MSM | 0022 | Revise closing checklist re comments from Akin team (.7); Calls with members of Akin team re closing (.4); Draft board consent to amendment to LLC Agreement of TerreStar 1.4 Holdings LLC (1.2). | 2.30 |
| 12/05/12 | SLS | 0022 | Review plan closing check list (.7); participate in call regarding same (.8). | 1.50 |
| 12/05/12 | MSM | 0022 | Review subsidiary schedule to credit agreement (.1); Review and analyze organizational documents to verify subsidiary schedule (.4); Call with Wachtell and Akin team regarding closing checklist (.5); Correspondence with I. Rosenblatt and each of J. Im (.3), S. Schultz (.2) regarding closing mechanics and closing documents; Correspondence to I. Rosenblatt re closing mechanics and notice to shareholders (.2); Revise closing checklist based on comments from call (.2); Revise and distribute corporate and re-organization documents to Wachtell (.6); Revise notice of plan confirmation and exchange of stock (.3); Revise Amendment to LLC Agreement of TerreStar 1.4 Holdings and Board consent (.7); Correspond with Transfer Agent (.2). | 3.70 |
| 12/05/12 | JBS | 0022 | Follow-up on closing with corporate team regarding timing. | 0.20 |
| 12/06/12 | SLS | 0022 | Closing correspondence to J. Smith. | 0.60 |
| 12/06/12 | RAT | 0022 | Participating in conference with Akin internal team regarding timing of closing and open matters (.3) and review documents re: same (.2). | 0.50 |
| 12/06/12 | ARB | 0022 | Correspondence with J. Im and S. Crow re restructuring transactions (.1, .1); participate in call with corporate team re same (.3) and correspondence to D. Brandon re same (.1, .1); correspondence to corporate team re same (.1). | 0.80 |
| 12/06/12 | MSM | 0022 | Review Transfer Agent Agreement and Supplement (.8); Correspond with Transfer Agent (.4) and Garden City Group (.4); Call with Debbie at Garden City Group (.2); Call with Transfer Agent re share issuance mechanics (.8); Confer with Akin team re opinion letter required by Transfer Agent (.4); Review opinion letter and other deliverable examples from Transfer Agent (.4). | 3.50 |

TERRESTAR NETWORKS                                                                                         Page 5
Bill Number: 1461132                                                                                       01/17/13

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| 12/06/12 | SJC | 0022 | Research related to TerreStar Global in connection with closing (.5); research related to stock issuance (.4). | 0.40 |
| 12/06/12 | JBS | 0022 | Revise Note Agreement to provide for initial issuance of Notes Post-Effective Date. | 2.10 |
| 12/07/12 | RAT | 0022 | Correspondence to I. Rosenblatt regarding transfer agent opinion request and related closing matters. | 0.30 |
| 12/07/12 | MSM | 0022 | Confer with Akin team re Transfer Agent opinion letter request (.4); Review confirmation order for authority to issue shares (.5); Review additional information from the company and verify information on subsidiary schedule to the credit agreement (.5); Revise Notice of Plan Confirmation and three exhibits re comments from I. Rosenblatt (2.8); Review and summarize Shareholders Agreement (.6); Call with Garden City re share issuance (.4); Review deliverables due to Transfer Agent as required to transfer shares (.6); Correspond with Transfer Agent regarding opinion letter (.2); Revise Amendment to TerreStar 1.4 Holdings LLC Agreement re comments from Doug Brandon (.3). | 6.30 |
| 12/07/12 | SJC | 0022 | Assist M. Miller with bankruptcy aspects of several corporate documents for issuing new common stock (2); participate in call with corporate team and GCG re mechanics of issuing stock (.5). | 2.50 |
| 12/08/12 | ARB | 0022 | Correspondence to S. Schultz and S. Crow re notice of confirmation (.1, .1). | 0.20 |
| 12/08/12 | SJC | 0022 | Review notice of stock distribution to shareholders (.3); correspondence to S. Schultz re same (.1); correspondence to corporate re same (.1). | 0.50 |
| 12/09/12 | ILR | 0022 | Emails with M. Miller and D. Brandon regarding status of open items for emergence (0.4). | 0.40 |
| 12/09/12 | MSM | 0022 | Review and revise resolutions and certificates as requested by the Transfer Agent (1.6); Correspond with Doug Brandon of TerreStar re corporate logo (.1); Review the confirmation order and attached plan for authorization and implementation language (.5). | 2.20 |
| 12/10/12 | ILR | 0022 | Telephone calls and emails to M. Miller regarding open items for emergence, including the transfer agent (0.7). | 0.70 |
| 12/10/12 | MSM | 0022 | Confer with Akin team and revise Transfer Agent deliverables under Transfer Agent Agreement (.5); Review Garden City Group's comments to Transfer Agent deliverables and revise deliverables based on comments (1.6); Revise Transfer Agent Agreement (.3); Revise treasurer certificate, incumbency certificate and resolutions appointing Transfer Agent (.7); Draft Instruction Letter and Letter of Cancellation of Shares (1.1); Revise Form 8K re emergence (.3). | 4.50 |
| 12/11/12 | ILR | 0022 | Emails to A. Beane, M. Miller and others regarding status of the emergence documents and other items (0.3). | 0.30 |
| 12/11/12 | RAT | 0022 | Communication to J. Smith regarding closing. | 0.20 |
| 12/11/12 | MSM | 0022 | Revise and update effective date closing checklist and distribute to Akin team and TerreStar (.8); Review and comment on Transfer Agent Agreement (.5); Review indemnity provisions of previous Transfer Agent Agreements (.3); Apply for CUSIP for new TerreStar common stock (.6); Revise deliverables to Transfer Agent under Transfer Agent Agreement (.5); Review required steps for dissolution of TerreStar New York Inc. and TerreStar Global Ltd. (.4). | 3.10 |
| 12/12/12 | SLS | 0022 | Communications to S. Crow regarding plan restructuring transaction. | 0.40 |
| 12/12/12 | DFP | 0022 | Analyze dissolution of TerreStar New York, Inc. (.4); telephone conference with NY Bureau of Taxation and Finance re same (.3). | 0.70 |
| 12/12/12 | ARB | 0022 | Correspondence to S. Schultz and S. Crow re restructuring transactions (.2); correspondence with D. Brandon (.1) and M. Miller (.1) re same. | 0.40 |
| 12/12/12 | MSM | 0022 | Communications to S. Naegel (.2), I. Rosenblatt (.3), Doug Brandon of TerreStar (.2) and D. Plucinski (.1) re dissolution of TerreStar New York Inc. and TerreStar Global Ltd.; Communications to S. Crow re taxes owed to the state of New York (.2); Contact Bermuda counsel re | 1.30 |

TERRESTAR NETWORKS                                                        Page 6
Bill Number: 1461132                                                      01/17/13

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | dissolution of TerreStar Global Ltd. (.3). | |
| 12/12/12 | SJC | 0022 | Research re restructuring of TSNY (.6); correspondence to S. Schultz, A. Beane, and M. Miller re same (.2). | 0.80 |
| 12/12/12 | JBS | 0022 | Review of closing checklist and note agreement. | 0.50 |
| 12/13/12 | SLS | 0022 | Participate in call with working group regarding restructuring transaction in connection with plan (.5). | 0.50 |
| 12/13/12 | SLN | 0022 | Review liquidation information (.9); call with D. Brandon, and G. Anderson re: liquidation of Terrestar Global (.5). | 1.40 |
| 12/13/12 | MSM | 0022 | Call CUSIP headquarters and request status of CUSIP application (.2); Call Bermuda counsel regarding dissolution of TerreStar Global Ltd. (.3); Call with Akin team, Doug Brandon of TerreStar and Deloitte re dissolution of TerreStar Global Ltd. (.5). | 1.00 |
| 12/13/12 | SJC | 0022 | Correspondence with Deloitte re effective date. | 0.10 |
| 12/14/12 | SLN | 0022 | Correspondence to M . Miller re: Terrestar NY. | 0.10 |
| 12/14/12 | MSM | 0022 | Call New York Secretary of State division of dissolutions and division of reinstatement to determine what steps are necessary to reinstate and then dissolve TerreStar New York Inc. (.9); Communication with S. Naegel re TerreStar New York Inc. dissolution (.1). | 1.00 |
| 12/17/12 | ILR | 0022 | Review revised version of agreement with transfer agent and emails with M. Miller regarding same (0.5). | 0.50 |
| 12/17/12 | DFP | 0022 | Telephone conference with NYS Dept of Taxation and Revenue re dissolution of New York corporation and tax filings. | 0.30 |
| 12/17/12 | MSM | 0022 | Review comments to Transfer Agent Agreement from Transfer Agent (.4); Confer with Doug Brandon of TerreStar and Akin team re dissolution of TerreStar New York Inc. (.3); Review documents from Bermuda counsel re dissolution of TerreStar Global Ltd. (1.0). | 1.70 |
| 12/18/12 | MSM | 0022 | Correspond with CUSIP issuer re CUSIP of new common stock (.2); Prepare draft Certificates of Merger and Plans of Merger for five restructuring transactions (1.2). | 1.40 |
| 12/19/12 | ILR | 0022 | Emails to S. Crow, M. Miller and others regarding FCC approval and gating items for emergence (0.4). | 0.40 |
| 12/19/12 | MSM | 0022 | Call with Transfer Agent re emergence and share issuance (.3); Call CUSIP office re issuance of CUSIP (.2); Confer with Akin team re emergence (.2); Revise emergence date closing checklist (1.4); Call with Akin team re emergence date closing checklist (.7); Correspond with Deloitte re dissolution of TerreStar Global (.4). | 3.20 |
| 12/19/12 | SJC | 0022 | Assist corporate team with closing process. | 1.30 |
| 12/19/12 | JBS | 0022 | Review of revised checklist. | 0.20 |
| 12/20/12 | ARB | 0022 | Prepare list of dates related to exit for transmittal to Wachtell (.9) and correspondence to M. Snyder re: same (.1). | 1.00 |
| 12/20/12 | MSM | 0022 | Correspond with Deloitte re dissolution of TerreStar New York Inc. (.7); Revise emergence date closing checklist (.4); Call with J. Hess at Garden City Group re closing mechanics (.5); Correspondence to A. Dossick re TSC reorganization (.3). | 1.90 |
| 12/20/12 | SJC | 0022 | Several communications with corporate team and to A. Beane re effective date closing items and timing. | 0.60 |
| 12/20/12 | JBS | 0022 | Follow-up with S. Schultz and rest of Akin team on status of notes. | 0.10 |
| 12/26/12 | SLS | 0022 | Telephone call with M. Snyder regarding closing (.2); telephone call with H. Jacobson regarding same (.2); internal closing call (.3); call with M. Snyder regarding timing of closing (.1) participate in call with M. Snyder and Akin team regarding open closing issues (.4); | 1.20 |
| 12/26/12 | ILR | 0022 | Emails to M. Snyder, M. Miller and S. Schultz regarding documents required to effect the emergence and status and timing (0.5). | 0.50 |
| 12/26/12 | MSM | 0022 | Call with Akin team re emergence (.3); Prepare for calls and review status of emergence documents (.2); Review Wachtell comments to emergence documents (.4); Call with Akin team and Wachtell re emergence (.4); Correspond with Wachtell re emergence documents and | 1.80 |

TERRESTAR NETWORKS
Bill Number: 1461132

Page 7
01/17/13

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | comments (.2); Review Delaware law re authority for mergers (.3). | |
| 12/26/12 | SJC | 0022 | Review extensive correspondence among Akin attorneys and counsel for preferreds regarding effective date and closing deliverables. | 0.40 |
| 12/26/12 | EYP | 0022 | Call re closing (.3); call with Posner (.3); review of correspondence (.4). | 1.00 |
| 12/26/12 | JJI | 0022 | Call w/ Akin team (.3), call with WLRK re: closing (.2), review closing checklist (.3) | 0.80 |
| 12/28/12 | ARB | 0022 | Correspondence with D. Brandon (.1, .1) and corporate team (.1, .1) re: going effective and related documents. | 0.40 |

Total Hours     155.50

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| S L SCHULTZ | 5.80 | at | $775.00 | = | $4,495.00 |
| H B JACOBSON | 1.50 | at | $755.00 | = | $1,132.50 |
| R A TESTANI | 1.00 | at | $925.00 | = | $925.00 |
| A PREIS | 3.00 | at | $775.00 | = | $2,325.00 |
| I L ROSENBLATT | 2.80 | at | $665.00 | = | $1,862.00 |
| J F NEWDECK | 0.20 | at | $650.00 | = | $130.00 |
| S L NAEGEL | 8.10 | at | $500.00 | = | $4,050.00 |
| R J DONOHUE | 2.50 | at | $570.00 | = | $1,425.00 |
| J J IM | 8.60 | at | $575.00 | = | $4,945.00 |
| J B SMITH | 4.00 | at | $600.00 | = | $2,400.00 |
| A R BEANE | 8.60 | at | $450.00 | = | $3,870.00 |
| M STULL | 14.80 | at | $410.00 | = | $6,068.00 |
| S T CONWAY | 22.70 | at | $380.00 | = | $8,626.00 |
| M S MILLER | 38.90 | at | $370.00 | = | $14,393.00 |
| S J CROW | 17.10 | at | $370.00 | = | $6,327.00 |
| R J PRESA | 0.30 | at | $400.00 | = | $120.00 |
| K K HARDING | 0.40 | at | $335.00 | = | $134.00 |
| A B DOSSICK | 11.80 | at | $375.00 | = | $4,425.00 |
| D F PLUCINSKI | 1.00 | at | $250.00 | = | $250.00 |
| B R KEMP | 0.90 | at | $215.00 | = | $193.50 |
| T SOUTHWELL | 0.80 | at | $235.00 | = | $188.00 |
| D KRASA-BERSTELL | 0.70 | at | $235.00 | = | $164.50 |

Current Fees     $68,448.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

Meals - Business     $7.84

Current Expenses     $7.84

**Total Amount of This Invoice**     **$68,456.34**

**Prior Balance Due**     $492,254.50

**Total Balance Due Upon Receipt**     $560,710.84



TERRESTAR NETWORKS
ATTN: DOUGLAS  BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA  20190

| | |
|---|---|
| Invoice Number | 1465224 |
| Invoice Date | 02/15/13 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/13 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 10.40 | $5,032.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 4.30 | $2,060.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.10 | $1,372.50 |
| 0009 | Financial Reports and Analysis | 1.80 | $915.00 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 15.00 | $8,373.50 |
| 0018 | Tax Issues | 0.40 | $266.00 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 27.50 | $12,452.00 |
| | TOTAL | 63.50 | $30,471.50 |

TERRESTAR NETWORKS                                                                      Page 2
Bill Number: 1465224                                                                    02/15/13

| Date | Tkpr | Task | | Hours |
|------|------|------|------|------|
| 01/03/13 | SLS | 0002 | Review pleadings filed in Perez appeal (.3); communication to A Preis and J Sorkin regarding same (.3, .2, .1). | 0.90 |
| 01/03/13 | STC | 0002 | Review FCC releases for Public Notice reflecting concerns to transfer of control (.2) and draft emails to M. Snyder, D. Brandon, A. Preis, and S. Schultz on same (.2). | 0.40 |
| 01/03/13 | RJD | 0002 | Review filings in connection with Perez appeal (.5); internal correspondence regarding same (.2). | 0.70 |
| 01/03/13 | SJC | 0002 | Review correspondence from R. Presa re Perez appeal (.2); review motion filed by Perez (.6) and follow up correspondence from R. Presa (.3); review additional correspondence re appeal strategy from Akin team (.2, .1, .1). | 1.50 |
| 01/03/13 | RJP | 0002 | Review brief and motion filed in Perez appeal (.2); draft summary email to team (.5).; correspondence to S. Schultz and other Akin attorneys re Perez appeal (1). | 1.70 |
| 01/04/13 | JLS | 0002 | Review and respond to correspondence regarding Perez appeal. | 0.30 |
| 01/04/13 | RJD | 0002 | Review draft response to filings in connection with Perez appeal (.5); internal correspondence regarding same (.3). | 0.80 |
| 01/04/13 | RJP | 0002 | Draft email to board regarding response to Perez motion for extension (.4). | 0.40 |
| 01/07/13 | RJP | 0002 | Monitor appeal docket (.1). | 0.10 |
| 01/08/13 | RJP | 0002 | Monitor appeal docket (.1); correspondence with Akin attorneys re same (.1). | 0.20 |
| 01/10/13 | RJP | 0002 | Communications with managing clerk's office regarding Perez appeal (.2); monitor docket for same (.1); correspondence to Akin attorneys regarding same (.1). | 0.40 |
| 01/11/13 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 01/17/13 | BRK | 0002 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 01/18/13 | DKB | 0002 | Update transcripts file. | 0.50 |
| 01/22/13 | BRK | 0002 | Update case calendar. | 0.20 |
| 01/23/13 | JLS | 0002 | Review correspondence regarding Perez appeal. | 0.10 |
| 01/23/13 | RJP | 0002 | Monitor docket in Perez appeal (.1); correspondence to Akin attorneys regarding same (.2); update calendars (.1). | 0.40 |
| 01/25/13 | ARB | 0002 | Internal correspondence re contact information for Perez (.1, .1). | 0.20 |
| 01/29/13 | DKB | 0002 | Review and organize case file in preparation for archiving. | 1.00 |
| 01/06/13 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 0.90 |
| 01/16/13 | ARB | 0003 | Revise monthly invoice for redaction and task code issues. | 1.10 |
| 01/17/13 | SLS | 0003 | Review monthly fee application. | 0.10 |
| 01/17/13 | SJC | 0003 | Draft monthly fee statement (1.1); review exhibits (.3). | 1.40 |
| 01/22/13 | BRK | 0003 | File Twenty-Third Monthly Fee Application of Akin Gump. | 0.60 |
| 01/22/13 | SJC | 0003 | Finalize fee application for filing. | 0.20 |
| 01/17/13 | BRK | 0004 | File Nineteenth Monthly Fee Statement of Deloitte Tax for October 2012. | 0.70 |
| 01/17/13 | BRK | 0004 | File Eighteenth Monthly Fee Statement of Blackstone Advisory for November 2012. | 0.70 |
| 01/17/13 | SJC | 0004 | Review Blackstone invoice (.3); review Deloitte invoice (.3). | 0.60 |
| 01/28/13 | BRK | 0004 | File Nineteenth Monthly Fee Statement of Blackstone Advisory. | 0.70 |
| 01/28/13 | SJC | 0004 | Review and comment on Blackstone fee application (.2); work on fee chart of professionals (1.2). | 1.40 |
| 01/11/13 | ARB | 0009 | Correspondence with Blackstone re monthly operating report. | 0.10 |
| 01/22/13 | BRK | 0009 | File December 2012 Monthly Operating Report. | 0.60 |
| 01/22/13 | ARB | 0009 | Prepare monthly operating report (.6); correspondence to S. Schultz (.1) and D. Brandon (.1) re same; revise same (.3). | 1.10 |
| 01/02/13 | SJC | 0010 | Call with J. Tennant re DIP budgeting. | 0.30 |
| 01/03/13 | JJI | 0010 | Correspondence re updated budget (.2); call with Blackstone re updated budget (.1). | 0.30 |

TERRESTAR NETWORKS                                                                          Page 3
Bill Number: 1465224                                                                        02/15/13

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 01/04/13 | JJI | 0010 | Attention to closing deliverables. | 0.20 |
| 01/10/13 | JJI | 0010 | Draft officer's certificate (.2); coordinate delivery of officer's certificate (.1). | 0.30 |
| 01/14/13 | JJI | 0010 | Correspondence re closing (.2); draft summary of reporting covenants (.8). | 1.00 |
| 01/24/13 | SJC | 0010 | Call with J. Tennant re variance reporting. | 0.20 |
| 01/25/13 | JJI | 0010 | Draft officer's certificate and notice of default (.2); coordinate delivery of certificate and notice (.1). | 0.30 |
| 01/28/13 | SLS | 0010 | Telephone call regarding exit facility funding (.2) and related follow-up (.1). | 0.30 |
| 01/28/13 | ARB | 0010 | Participate in call re exit. | 0.20 |
| 01/28/13 | SJC | 0010 | Communication to J. Im re exit facility (.2); follow up call with corporate team re same (.2); call with J. Tennant re financial projections (.2). | 0.60 |
| 01/28/13 | JJI | 0010 | Call with WLRK re closing (.1); call with Blackstone regarding funding (.2); coordinate closing (.2); meet with A. Dossick re closing (.2). | 0.70 |
| 01/28/13 | ABD | 0010 | Attention to preparations for closing (1.5); meet with J. Im regarding same (.2). | 1.70 |
| 01/29/13 | ARB | 0010 | Call with J. Tennant re exit funding (.2); call with C. Anderson and J. Im re same (.3); call with C. Anderson re same (.3); review plan and related documents re same (.3); correspondence internally (.1, .1) and with Blackstone (.1, .1) re same. | 1.50 |
| 01/29/13 | SJC | 0010 | Several communications with Blackstone re forecasting for exit facility draw, including professional fees. | 0.60 |
| 01/29/13 | JJI | 0010 | Review TSC exit facility (.6); correspondence re draw (.2). | 0.80 |
| 01/30/13 | ARB | 0010 | Correspondence internally (.2, .1) and with Blackstone (.2) re exit funding. | 0.50 |
| 01/30/13 | SJC | 0010 | Review exit facility funding estimate from Blackstone (.2); correspondence to A. Beane re same (.1); email to N. Snyder re same (.1); follow-up emails to J. Im (.2, .2). | 0.80 |
| 01/30/13 | JJI | 0010 | Draft funds flow (1.1); correspondence with Blackstone regarding funds flow (.2); review source/uses spreadsheet (.3). | 1.60 |
| 01/31/13 | ARB | 0010 | Review claims register and flow of funds re exit funding (.4) and correspondence to Blackstone (.1, .1) and internally (.1) re same. | 0.70 |
| 01/31/13 | SJC | 0010 | Review correspondence from Deloitte re professional fee estimate for exit funding (.1); email Akin and Blackstone teams re same (.2); follow up with Deloitte and N. Snyder (.5); review claims register in connection with flow of funds (.8); correspondence with Blackstone re funds flow (.3). | 1.90 |
| 01/31/13 | JJI | 0010 | Review funds flow (.2); correspondence re funds flow (.3). | 0.50 |
| 01/09/13 | ILR | 0018 | Communications to M. Miller regarding franchise taxes. | 0.40 |
| 01/02/13 | SLN | 0022 | Review emergence details. | 0.50 |
| 01/08/13 | ILR | 0022 | Emails to M. Miller regarding pre-effectiveness mergers (.3). | 0.30 |
| 01/08/13 | DFP | 0022 | Analyze merger documents and conversion document for pre-clearance in Delaware (.4); telephone conference with service company to confirm fees re same (.2); prepare and send document for pre-clearance (.4). | 1.00 |
| 01/08/13 | MSM | 0022 | Revise merger and conversion documents (.8); submit documents to the Delaware Secretary of State for pre-clearance (.7); communications to D. Plucinski (.2) and S. Schultz (.1) re emergence. | 1.80 |
| 01/09/13 | DFP | 0022 | Telephone conference re merger requirements (.3); telephone conference with service company to confirm same (.3); analyze pre-clearance of documents for filing (1.0). | 1.60 |
| 01/09/13 | MSM | 0022 | Communications to I. Rosenblatt, S. Schultz and D. Brandon re annual reports of merging entities (1.0); revise merger documents and prepare merger documents for execution (1.0). | 2.00 |
| 01/10/13 | MSM | 0022 | Confer with Transfer Agent and Garden City Group re emergence date and logistics (.4); revise Notice of Distribution and exhibits (.3); | 1.20 |

TERRESTAR NETWORKS                                                                                   Page 4
Bill Number: 1465224                                                                                  02/15/13

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | correspondence to I. Rosenblatt and Transfer Agent re number of holders in initial issuance (.2); work on annual reports and merger documents (.3). | |
| 01/11/13 | MSM | 0022 | Work on 2013 annual reports of merging entities (.5). | 0.50 |
| 01/14/13 | MSM | 0022 | Confer with Akin team re emergence checklist (.2); prepare list of open issues for Wachtell (.2). | 0.40 |
| 01/14/13 | SJC | 0022 | Communications to S. Schultz and corporate team re effective date and closing deliverables. | 0.30 |
| 01/17/13 | SJC | 0022 | Calls and emails internally (.2) and to N. Snyder (.2) re effective date. | 0.40 |
| 01/22/13 | MSM | 0022 | Prepare merger and conversion documents for filing (.6); prepare final 2012 and 2013 annual reports of merging entities (.6). | 1.20 |
| 01/22/13 | SJC | 0022 | Follow up with M. Snyder re closing items. | 0.20 |
| 01/24/13 | MSM | 0022 | Revise Stockholders Agreement and Certificate of Incorporation of TerreStar Corporation re comments from Wachtell (.5). | 0.50 |
| 01/25/13 | ILR | 0022 | Communications to M. Miller regarding status of various open items required to go effective on the plan (.4). | 0.40 |
| 01/25/13 | MSM | 0022 | Review and revise transfer agent documents (.5); revise Notice of Distribution and exhibits (.8); discuss emergence date procedure with transfer agent (.3) and the Garden City Group (.3). | 1.90 |
| 01/25/13 | SJC | 0022 | Calls with N. Snyder (.2, .2) and communications to corporate team (.2, .1, .2) re effective date and closing tasks. | 0.90 |
| 01/28/13 | MSM | 0022 | Review and revise Notice of Distribution and exhibits (.6); prepare signature pages of emergence documents for execution (1.9); revise order to issue shares and order to cancel shares (.6); call with Wachtell re emergence (.2); call with the Garden City Group re emergence and the distribution process of the Notice of Distribution (.6); call with Transfer Agent re initial issuance and outstanding documents (.3). | 4.20 |
| 01/29/13 | ILR | 0022 | Review joinder to 1.4 LLC agreement and resolutions regarding the appointment of the independent manager and emails (.6) and communication to M. Miller regarding same (.2). | 0.80 |
| 01/29/13 | MSM | 0022 | Draft resolutions appointing independent manager of TerreStar 1.4 Holdings LLC (1.0); review LLC Agreement of TerreStar 1.4 Holdings LLC for independent manager appointment process (.5); draft joinder to LLC Agreement of TerreStar 1.4 Holdings LLC (.7); call with Transfer Agent re emergence and initial issuance (.5); prepare executed independent manager appointment documents for TerreStar 1.4 Holdings LLC (.4); communication to I. Rosenblatt re appointment of independent manager (.2); update email to S. Schultz re status of emergence documents (.3). | 3.60 |
| 01/30/13 | ILR | 0022 | Communications to S. Crow, M. Miller and others regarding the open items needed to go effective (.4). | 0.40 |
| 01/31/13 | ILR | 0022 | Emails to M. Miller and others regarding the open items required to go effective (.5). | 0.50 |
| 01/31/13 | MSM | 0022 | Prepare executed documents for Transfer Agent (.8); respond to Transfer Agent's request for documents and information (.7); correspond with Securex re SEC filing for TerreStar Corporation (.4); review compiled Notice of Distribution from the Garden City Group (1.0). | 2.90 |

Total Hours                                                                        63.50

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| S L SCHULTZ | 1.30 | at | $850.00 | = | $1,105.00 |
| J L SORKIN | 0.40 | at | $770.00 | = | $308.00 |
| I L ROSENBLATT | 2.80 | at | $665.00 | = | $1,862.00 |
| S L NAEGEL | 0.50 | at | $560.00 | = | $280.00 |

TERRESTAR NETWORKS                                                                          Page 5
Bill Number: 1465224                                                                        02/15/13

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| R J DONOHUE | 1.50 | at | $630.00 | = | $945.00 |
| J J IM | 5.70 | at | $615.00 | = | $3,505.50 |
| A R BEANE | 5.40 | at | $650.00 | = | $3,510.00 |
| S T CONWAY | 0.40 | at | $475.00 | = | $190.00 |
| M S MILLER | 20.20 | at | $450.00 | = | $9,090.00 |
| S J CROW | 12.20 | at | $450.00 | = | $5,490.00 |
| R J PRESA | 3.20 | at | $460.00 | = | $1,472.00 |
| A B DOSSICK | 1.70 | at | $440.00 | = | $748.00 |
| D F PLUCINSKI | 2.60 | at | $260.00 | = | $676.00 |
| B R KEMP | 4.10 | at | $225.00 | = | $922.50 |
| D KRASA-BERSTELL | 1.50 | at | $245.00 | = | $367.50 |

Current Fees                                                                $30,471.50


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Other | $164.84 |
| Corporate Service Fees | $2,470.00 |
| Court Cost | $37.00 |
| Document Retrieval | $392.30 |
| Document Production - Off Site | $154.00 |
| Research | $176.10 |
| Audio and Web Conference Services | $2.07 |

Current Expenses                                                            $3,396.31


**Total Amount of This Invoice**                                           **$33,867.81**

**Prior Balance Due**                                                       $459,232.50

**Total Balance Due Upon Receipt**                                         $493,100.31



TERRESTAR NETWORKS
ATTN: DOUGLAS BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA 20190

| | |
|---|---|
| Invoice Number | 1469925 |
| Invoice Date | 03/15/13 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.80 | $440.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 6.10 | $2,947.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.30 | $427.50 |
| 0009 | Financial Reports and Analysis | 1.10 | $417.50 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 7.10 | $3,951.00 |
| 0017 | General Adversary Proceedings/Litigation Matters | 66.50 | $34,467.00 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 10.20 | $4,165.00 |
| | TOTAL | 93.10 | $46,815.50 |

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| 02/06/13 | ARB | 0002 | Correspondence re NDA (.1, .1) and review files re same (.2). | 0.40 |
| 02/06/13 | SJC | 0002 | Research re NDA. | 0.40 |
| 02/04/13 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 0.70 |
| 02/07/13 | ARB | 0003 | Revise monthly invoice for task coding and redaction purposes. | 0.60 |
| 02/14/13 | SLS | 0003 | Review exhibit to monthly fee statement. | 0.60 |
| 02/14/13 | SJC | 0003 | Correspondence to A. Beane re fee application. | 0.30 |
| 02/18/13 | SJC | 0003 | Draft monthly fee application. | 0.80 |
| 02/19/13 | SJC | 0003 | Continue working on monthly fee application. | 1.50 |
| 02/20/13 | BRK | 0003 | File January Monthly Fee Statement of Akin Gump. | 0.70 |
| 02/20/13 | SJC | 0003 | Work on exhibits to monthly fee application (.5); coordinate filing and service of same (.4). | 0.90 |
| 02/04/13 | SJC | 0004 | Review Deloitte November fee statement. | 0.30 |
| 02/05/13 | BRK | 0004 | File Twentieth Monthly Fee Statement of Deloitte Tax. | 0.70 |
| 02/06/13 | SJC | 0004 | Correspondence to S. Schultz and D. Brandon re professional fees. | 0.20 |
| 02/07/13 | SJC | 0004 | Review correspondence from D. Brandon re professional fees. | 0.10 |
| 02/19/13 | ARB | 0009 | Prepare January monthly operating report. | 0.40 |
| 02/20/13 | BRK | 0009 | File January 2013 Operating Report. | 0.70 |
| 02/01/13 | SJC | 0010 | Correspondence with Blackstone re funds flow. | 0.20 |
| 02/01/13 | JJI | 0010 | Review updated funds flow. | 0.20 |
| 02/07/13 | JJI | 0010 | Call with WLRK re closing (.1); correspondence re closing (.1). | 0.20 |
| 02/08/13 | JJI | 0010 | Draft officer's certificate (.1); coordinate delivery of officer's certificate (.1). | 0.20 |
| 02/21/13 | JJI | 0010 | Draft officer's certificate (.1); coordinate delivery of officer's certificate (.1). | 0.20 |
| 02/26/13 | SJC | 0010 | Call with J. Im re DIP termination (.2); correspondence to S. Schultz re same (.2); follow up communications with Blackstone (.3). | 0.70 |
| 02/26/13 | JJI | 0010 | Draft email re maturity date (.1); call with S. Crow re DIP (.2); correspondence re maturity date (.3); review closing items (.2). | 0.80 |
| 02/27/13 | SLN | 0010 | Review comments to exit facility. | 0.40 |
| 02/27/13 | JJI | 0010 | Correspondence re closing (.5); review revised draft of credit agreement (1.4); coordinate closing deliverables (.4). | 2.30 |
| 02/27/13 | ABD | 0010 | Attention to exit facility closing preparations. | 1.10 |
| 02/28/13 | JJI | 0010 | Correspondence re closing (.2); review/comment on funds flow (.2); review revised draft of credit agreement (.1). | 0.50 |
| 02/28/13 | ABD | 0010 | Prepare for closing. | 0.30 |
| 02/04/13 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 02/04/13 | SJC | 0017 | Correspondence to B. Kemp re Perez appeal. | 0.20 |
| 02/14/13 | JLS | 0017 | Review correspondence regarding Perez appeal. | 0.10 |
| 02/14/13 | RJD | 0017 | Review docket in connection with pro se litigant appeal (.3); internal correspondence regarding same (.2). | 0.50 |
| 02/14/13 | RJP | 0017 | Monitor docket (.1); correspondence with Akin attorneys re Perez appeal (.2); review pleadings drafted in preparation for motion to dismiss (.3). | 0.60 |
| 02/15/13 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 02/19/13 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 02/19/13 | RJP | 0017 | Research re appeal (7.0); correspondence to J. Sorkin re same (.1). | 7.10 |
| 02/20/13 | RJP | 0017 | Research legal issues in connection with Perez appeal (2.8); draft and revise legal argument and factual background of motion to dismiss (4.3). | 7.10 |
| 02/21/13 | RJP | 0017 | Research re appeal (2.9); draft and revise motion to dismiss Perez appeal (3.3); correspondence with Akin attorneys re same (.2). | 6.40 |
| 02/22/13 | JLS | 0017 | Review correspondence re Perez appeal (.2); analyze issues re responding to Perez appeal (.2). | 0.40 |
| 02/22/13 | SLS | 0017 | Review Perez appellate brief (1.0); communications to R. Presa (.2) and M. Snyder (.2) regarding same. | 1.40 |
| 02/22/13 | RJD | 0017 | Review docket and opening brief in connection with pro se litigant appeal (.9); internal communications with R. Presa regarding same (.2, | 2.40 |

TERRESTAR NETWORKS
Bill Number: 1469925

Page 3
03/15/13

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| | | | .3, .3); revise correspondence to court regarding same (.7). | |
| 02/22/13 | SJC | 0017 | Review brief filed by Perez. | 0.30 |
| 02/22/13 | RJP | 0017 | Review opening brief filed by Perez in district court appeal (.5); draft and revise letter to the court regarding same (1.7); communications with S. Schultz (.2), R. Donohue (.2, .3, .3) and client (.3) regarding response; teleconference with district court clerk regarding same (.1). | 3.60 |
| 02/25/13 | SLS | 0017 | Review and comment on letter regarding pending Perez appeal. | 1.20 |
| 02/25/13 | RJD | 0017 | Review opening brief in connection with pro se litigant appeal (.7); internal correspondence regarding same (.3, .3, .3); revise correspondence to court regarding same (.9). | 2.50 |
| 02/25/13 | RJP | 0017 | Revise letter to Judge Abrams regarding Perez appeal (1.3); communications to R. Donohue re same (.2); send letter to judge and prepare for service to Perez (.3). | 1.80 |
| 02/26/13 | JLS | 0017 | Review correspondence regarding Perez appeal. | 0.30 |
| 02/26/13 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 02/26/13 | RJD | 0017 | Review docket and correspondence in connection with pro se litigant appeal (.9); internal correspondence regarding same (.3, .3, .2); draft and revise opposition to pro se litigant appeal (1.1); internal correspondence regarding same (.3, .2, .2). | 3.50 |
| 02/26/13 | SJC | 0017 | Review letter from counsel for Perez (.3); review shareholder blog re appeal (.4). | 0.70 |
| 02/26/13 | RJP | 0017 | Correspondence with Akin attorneys regarding Perez appeal (.2, .1, .2); monitor docket (.1, .1); review letter from Perez to court (.2); correspondence to R. Donohue regarding Perez appeal (.3); review briefing in examiner motions and appeal (.4); outline response to appellate brief (1.4). | 3.00 |
| 02/27/13 | JLS | 0017 | Work on response to Perez appeal. | 0.50 |
| 02/27/13 | SLS | 0017 | Review outline to response to Perez appeal (.2); communications to R. Presa regarding same (.2). | 0.40 |
| 02/27/13 | RJD | 0017 | Review filings in connection with pro se litigant appeal (1.1); internal correspondence regarding same (.3, .2, .2); draft and revise opposition to pro se litigant appeal (1.1); internal correspondence regarding same (.3, .2, .2). | 3.60 |
| 02/27/13 | RJP | 0017 | Research law relevant to appeal of examiner order (1.5); draft appellee brief in same (2.8); correspondence to S. Schultz and other Akin attorneys regarding appellee brief in Perez appeal (.3). | 4.90 |
| 02/28/13 | ARB | 0017 | Communications with R. Presa and S. Crow (.3) and S. Crow (.2) re Perez appeal. | 0.50 |
| 02/28/13 | RJD | 0017 | Review filings in connection with pro se litigant appeal (.5); internal correspondence regarding same (.3, .2, .1); draft and revise opposition to pro se litigant appeal (.5); internal correspondence regarding same (.3, .2, .2). | 2.30 |
| 02/28/13 | SJC | 0017 | Communications to A. Beane and R. Presa re Perez appeal briefing (.5); review litigation outline (.3); work on inserts for brief (.5). | 1.30 |
| 02/28/13 | RJP | 0017 | Research case law for appeal of denial of examiner motion (.8); draft and revise appellee brief (6.9); communications to S. Crow and A. Beane re brief (.4); further correspondence to R. Donohue and S. Crow re same (.1, .2, .1); correspondence with A. Preis re brief (.2). | 8.70 |
| 02/01/13 | DFP | 0022 | Prepare documents re dissolution of TerreStar New York, Inc. | 1.50 |
| 02/01/13 | MSM | 0022 | Review regulations re required documents re dissolution of TerreStar New York Inc. (.4); prepare Certificate of Dissolution, board consent and shareholder consent re dissolution of TerreStar New York Inc. (.7); prepare dissolution documents for execution (.2); prepare service company Power of Attorney (.2). | 1.50 |
| 02/04/13 | DFP | 0022 | Analyze executed dissolution documents for TerreStar New York, Inc. (.9); conference with service company re same (.3). | 1.20 |
| 02/04/13 | MSM | 0022 | Prepare executed copies of dissolution documents for TerreStar New | 1.00 |

TERRESTAR NETWORKS
Bill Number: 1469925

Page 4
03/15/13

| Date | Tkpr | Task | | Hours |
|------|------|------|--|-------|
| | | | York, Inc. | |
| 02/11/13 | MSM | 0022 | Correspond with Wachtell re shareholder agreement. | 0.40 |
| 02/12/13 | DFP | 0022 | Prepare and send Dissolution documents POA, Tax Returns and checks to New York service company for filing re TerreStar New York, Inc. | 1.30 |
| 02/27/13 | SLS | 0022 | Communications with Akin working group regarding plan going effective. | 0.30 |
| 02/27/13 | ILR | 0022 | Communications to S. Schultz, M. Miller, and J. Im regarding status and open items for emergence (.8); emails with M. Snyder regarding same (.2). | 1.00 |
| 02/27/13 | MSM | 0022 | Calls with Akin team re revised emergence date set by Wachtell (.3); revise merger documents of TerreStar Holdings, Motient Venture Holdings, Motient Services and Motient License to reflect new Wachtell timeline (1.5); revise Motient Communications limited liability conversion documents to reflect new Wachtell timeline (.2). | 2.00 |

Total Hours     93.10

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| S L SCHULTZ | 3.90 | at | $850.00 | = | $3,315.00 |
| J L SORKIN | 1.30 | at | $770.00 | = | $1,001.00 |
| I L ROSENBLATT | 1.00 | at | $665.00 | = | $665.00 |
| S L NAEGEL | 0.40 | at | $560.00 | = | $224.00 |
| R J DONOHUE | 14.80 | at | $630.00 | = | $9,324.00 |
| J J IM | 4.40 | at | $615.00 | = | $2,706.00 |
| A R BEANE | 1.90 | at | $650.00 | = | $1,235.00 |
| M S MILLER | 4.90 | at | $450.00 | = | $2,205.00 |
| S J CROW | 8.60 | at | $450.00 | = | $3,870.00 |
| R J PRESA | 43.20 | at | $460.00 | = | $19,872.00 |
| A B DOSSICK | 1.40 | at | $440.00 | = | $616.00 |
| D F PLUCINSKI | 4.00 | at | $260.00 | = | $1,040.00 |
| B R KEMP | 3.30 | at | $225.00 | = | $742.50 |

Current Fees     $46,815.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|--|--|
| Computerized Legal Research - Other | $289.57 |
| Computerized Legal Research - Westlaw | $788.84 |
| Courier Service/Messenger Service- Off Site | $22.02 |
| Postage | $20.31 |
| Audio and Web Conference Services | $8.57 |
| Transcripts | $1,692.36 |

Current Expenses     $2,821.67

**Total Amount of This Invoice**     **$49,637.17**

**Prior Balance Due**     $493,100.31

TERRESTAR NETWORKS
Bill Number: 1469925

**Total Balance Due Upon Receipt**                    $542,737.48



**Akin Gump**
Strauss Hauer & Feld LLP

TERRESTAR NETWORKS
ATTN: DOUGLAS BRANDON
ONE DISCOVERY SQUARE
12010 SUNSET HILLS ROAD
SUITE 600
RESTON, VA 20190

| | |
|---|---|
| Invoice Number | 1475132 |
| Invoice Date | 04/11/13 |
| Client Number | 688669 |
| Matter Number | 0004 |

Re: TSC POSTPETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13 :

<u>MATTER SUMMARY OF TIME BILLED BY TASK</u> :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.80 | $642.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 0.40 | $180.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.10 | $337.50 |
| 0010 | DIP, Cash Collateral Usage and Exit Financing | 15.90 | $8,568.00 |
| 0017 | General Adversary Proceedings/Litigation Matters | 67.30 | $33,162.00 |
| 0022 | Plan/Disclosure Statement/Solicitation and Related Documentation | 32.00 | $14,500.50 |
| | TOTAL | 117.50 | $57,390.50 |

TERRESTAR NETWORKS
Bill Number: 1475132

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 03/05/13 | SLS | 0002 | Prepare agenda for initial board meeting. | 0.70 |
| 03/07/13 | STC | 0002 | Draft email to A. Beane regarding status of FCC applications. | 0.10 |
| 03/06/13 | SJC | 0003 | Review and revise prebill with respect to task coding and privilege. | 0.40 |
| 03/01/13 | SJC | 0004 | Review and comment on Blackstone fee application. | 0.40 |
| 03/04/13 | BRK | 0004 | File Twentieth Monthly Statement of Blackstone Advisory. | 0.70 |
| 03/01/13 | ABD | 0010 | Attention to preparations for closing. | 0.10 |
| 03/04/13 | JJI | 0010 | Coordinate deliverables (.3); review closing deliverables and funds flow (.4); correspondence/calls re closing (.3). | 1.00 |
| 03/04/13 | ABD | 0010 | Attention to preparations for closing. | 1.50 |
| 03/05/13 | JJI | 0010 | Revise funds flow (.3); coordinate closing (1.2). | 1.50 |
| 03/05/13 | ABD | 0010 | Preparations for closing. | 1.20 |
| 03/06/13 | SJC | 0010 | Revise funds flow to include claims detail. | 3.20 |
| 03/06/13 | JJI | 0010 | Coordinate closing (2.3); correspondence re closing (1.2); revise funds flow (.2); revise closing deliverables (.5). | 4.20 |
| 03/06/13 | ABD | 0010 | Preparations for closing. | 0.70 |
| 03/07/13 | JJI | 0010 | Coordinate closing (1.6); calls re closing (.5). | 2.10 |
| 03/07/13 | ABD | 0010 | Attention to preparations for closing. | 0.40 |
| 02/07/13 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 03/01/13 | ARB | 0017 | Review and comment on draft outline re Perez brief (1.2) and research re same (1.5); call with R. Presa re same (.4). | 3.10 |
| 03/01/13 | RJP | 0017 | Research re brief (2.1); draft and revise appellee brief (3.2); correspondence with Akin attorneys re same (.2). | 5.50 |
| 03/03/13 | SJC | 0017 | Draft inserts for Perez appeal brief. | 3.00 |
| 03/04/13 | BRK | 0017 | Monitor docket regarding Aldo Perez appeal. | 0.30 |
| 03/04/13 | SJC | 0017 | Draft inserts for Perez brief. | 3.10 |
| 03/04/13 | RJP | 0017 | Draft and revise appellee brief in Perez appeal (3.6); confer and correspondence with Akin attorneys re same (.6). | 4.20 |
| 03/05/13 | JLS | 0017 | Review and confer with R. Presa regarding case. | 0.20 |
| 03/05/13 | ARB | 0017 | Review and comment on draft brief (.6) and discuss with R. Presa (.4). | 1.00 |
| 03/05/13 | ARB | 0017 | Continue revising brief. | 2.50 |
| 03/05/13 | RJD | 0017 | Review filings in connection with pro se litigant appeal (1.3) and discuss same with R. Presa (.4); review opposition to pro se litigant appeal (1.1); internal correspondence regarding same (.3, .2, .2). | 3.50 |
| 03/05/13 | SJC | 0017 | Review and comment on Perez appeal brief (2.5) and discuss same with R. Presa (.5). | 3.00 |
| 03/05/13 | RJP | 0017 | Revise appellee brief in Perez appeal (6.1); discuss same with S. Crow (.5); R. Donohue (.4); J. Sorkin (.2); and A. Beane (.4) re same. | 7.60 |
| 03/06/13 | ARB | 0017 | Continue reviewing and revising brief (1.8); call with R. Presa re same (.2). | 2.00 |
| 03/06/13 | RJD | 0017 | Review and revise opposition to pro se appeal (1.9) and confer with R. Presa re same (.5). | 2.40 |
| 03/06/13 | SJC | 0017 | Review revised appeal brief. | 0.30 |
| 03/06/13 | RJP | 0017 | Revise Perez appellee brief (4.8); confer with R. Donohue (.5) and A. Beane (.2) re same. | 5.50 |
| 03/07/13 | JLS | 0017 | Review and edit brief in opposition to Perez appeal. | 1.00 |
| 03/07/13 | SLS | 0017 | Review and comment on Perez appellate brief. | 0.90 |
| 03/07/13 | ARB | 0017 | Continue reviewing and commenting on brief. | 0.80 |
| 03/07/13 | MAG | 0017 | Cite check and proofread Appellee's Brief re Aldo Perez (6.0); edit Table of Authorities re same (2.0). | 8.00 |
| 03/07/13 | RJD | 0017 | Review and revise draft opposition to pro se appeal (1.7); correspondence with R. Presa regarding same (.3, .3, .2); prepare for filing (.6). | 3.10 |
| 03/07/13 | RJP | 0017 | Revise and edit Perez appellate brief (3.8); correspondence with R. Donohue re Perez appeals (.7); review motion for extension of time (.2); research deadline for notice of appeal and draft email summarizing same | 6.00 |

TERRESTAR NETWORKS
Bill Number: 1475132

| Date | Tkpr | Task | | Hours |
|------|------|------|------|-------|
| | | | (.6); correspondence with Akin attorneys regarding brief (.7). | |
| 03/01/13 | DFP | 0022 | Conference with M. Miller re merger filings (.3); conference with Delaware service company re same (.5). | 0.80 |
| 03/01/13 | MSM | 0022 | Revise merger documents to reflect revised closing date (1.0); review transaction documents in anticipation of closing (.5); prepare executed versions of transaction and merger documents (.5); correspond with D. Plucinski (.3) and Garden City Group (.3) regarding revised closing date and new timeline; revise Form 8K draft and send to Wachtell for comment (.2). | 2.80 |
| 03/04/13 | ILR | 0022 | Meetings with M. Miller (.4) regarding open items for going effective and research re same (.8).  . | 1.20 |
| 03/04/13 | DFP | 0022 | Prepare Delaware Merger and Conversion filings (1.1); conference with M. Miller re Annual Report for Terrestar (.3); file amended report (.7); send document for pre-clearance (.3). | 2.40 |
| 03/04/13 | MSM | 0022 | Calls with Wachtell (.5), I. Rosenblatt (.4) and D. Plucinski (.3) re merger filings and revise documents based on calls (.5); prepare affidavit re franchise tax and issued shares of TerreStar Holdings Inc. (1.0); prepare, finalize and file merger and conversion documents and annual reports (.4). | 3.10 |
| 03/05/13 | ILR | 0022 | Emails with M. Miller regarding open items for going effective. | 0.40 |
| 03/05/13 | DFP | 0022 | Conference with Delaware Franchise Tax Division re refunded tax payments and amended annual reports (.5) and research re same (2.0). | 2.50 |
| 03/05/13 | MSM | 0022 | Finalize and file revised merger documents reflecting March 4 merger and conversion date (.5); prepare revised executed versions of transaction and merger documents based on new closing date (1.0); correspond with Transfer Agent (.2), Garden City Group (.2) and Akin team (.3) regarding revised closing date and new timeline; revise Notice of Distribution and prepare for distribution by Garden City Group (.6); revise Order to Cancel Outstanding Stock and distribute to Transfer Agent (.4); distribute Transfer Agent documents to Wachtell (.5). | 3.70 |
| 03/06/13 | ILR | 0022 | Telephone call with preferred's counsel regarding open items and status (.3); telephone calls with M. Miller regarding open items to go effective (1.0). | 1.30 |
| 03/06/13 | DFP | 0022 | Prepare and file Ninth Amended and Restated Certificate of Incorporation for TerreStar Corporation in Delaware. | 0.50 |
| 03/06/13 | MSM | 0022 | Calls with Transfer Agent re emergence procedures and fees (1.0); revise and distribute transfer agent documents and Order to Cancel Stock to Transfer Agent (.7); calls with I. Rosenblatt re restrictive legends on certificates, other issuance matters and closing procedures (1.0); revise Certificate of Incorporation regarding comments from the Delaware Secretary of State and file (1.1); revise Transfer Agent Agreement and Fee Schedule re comments from Wachtell and confirm changes with the Transfer Agent (1.5); review information on Delaware annual reports for 2012 (.7); revise LLC Agreement of Motient Communications LLC (.4); revise Notice of Distribution and exhibits and distribute to Garden City Group (1.0). | 7.40 |
| 03/07/13 | SLS | 0022 | Assist with coordinating plan closing. | 0.60 |
| 03/07/13 | ILR | 0022 | Emails with M. Miller and others regarding the closing of the transactions and the effectiveness of the plan. | 1.00 |
| 03/07/13 | JFN | 0022 | Emails with A. Beane re FINRA requests re TSC bankruptcy. | 0.20 |
| 03/07/13 | ARB | 0022 | Communications with team re effective date (.2); revise notice of occurrence of effective date (.4) and email GCG re same (.1). | 0.70 |
| 03/07/13 | MSM | 0022 | Coordinate with Transfer Agent and Garden City Group re closing matters, Notice of Distribution, cancellation of stock and prepare closing set (2.0); distribute closing document to Transfer Agent and Garden City Group (.2); review, finalize and file Form 8K (.8). | 3.00 |
| 03/07/13 | SJC | 0022 | Assist with closing tasks. | 0.40 |

TERRESTAR NETWORKS
Bill Number: 1475132

Page 4
04/11/13

| Date | Tkpr | Task | | Hours |
|------|------|------|---|------|
| | | Total Hours | | 117.50 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| S L SCHULTZ | 2.20 | at | $850.00 | = | $1,870.00 |
| J L SORKIN | 1.20 | at | $770.00 | = | $924.00 |
| I L ROSENBLATT | 3.90 | at | $665.00 | = | $2,593.50 |
| J F NEWDECK | 0.20 | at | $750.00 | = | $150.00 |
| R J DONOHUE | 9.00 | at | $630.00 | = | $5,670.00 |
| J J IM | 8.80 | at | $615.00 | = | $5,412.00 |
| A R BEANE | 10.10 | at | $650.00 | = | $6,565.00 |
| S T CONWAY | 0.10 | at | $475.00 | = | $47.50 |
| M S MILLER | 20.00 | at | $450.00 | = | $9,000.00 |
| S J CROW | 13.80 | at | $450.00 | = | $6,210.00 |
| R J PRESA | 28.80 | at | $460.00 | = | $13,248.00 |
| A B DOSSICK | 3.90 | at | $440.00 | = | $1,716.00 |
| D F PLUCINSKI | 6.20 | at | $260.00 | = | $1,612.00 |
| B R KEMP | 1.30 | at | $225.00 | = | $292.50 |
| M A GYURE | 8.00 | at | $260.00 | = | $2,080.00 |

Current Fees                                                    $57,390.50

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| Computerized Legal Research - Other | $15.51 |
| Computerized Legal Research - Westlaw | $2,659.16 |
| Corporate Service Fees | $6,401.59 |
| Meals (100%) | $20.00 |
| Audio and Web Conference Services | $2.74 |

Current Expenses                                                $9,099.00

**Total Amount of This Invoice**                                **$66,489.50**

**Prior Balance Due**                                           $474,689.90

**Total Balance Due Upon Receipt**                              $541,179.40

## <u>EXHIBIT C</u>

**Hours and Billing Rate Schedule for the
Fifth Interim Period**

| TERRESTAR CORPORATION SUMMARY OF TIMEKEEPERS JULY 1, 2012 THROUGH MARCH 7, 2013 | | | | |
|---|---|---|---|---|
| **PARTNERS** | **2012 HOURLY BILLING RATE** | **2013 HOURLY BILLING RATE** | **TOTAL HOURS** | **TOTAL AMOUNT** |
| Ira S. Dizengoff | $1,050.00 | | 8.10 | $8,505.00 |
| Howard B. Jacobson | $755.00 | | 8.40 | $6,342.00 |
| Arik Preis | $775.00 | | 234.90 | $182,047.50 |
| Sarah Link Schultz | $775.00 | $850.00 | 233.20 | $181,285.00 |
| Joseph L. Sorkin | $730.00 | $770.00 | 111.65 | $81,620.50 |
| Rosa Testani | $925.00 | | 10.30 | $9,527.50 |
| **SENIOR COUNSEL & COUNSEL** | **2012 HOURLY BILLING RATE** | **2013 HOURLY BILLING RATE** | **TOTAL HOURS** | **TOTAL AMOUNT** |
| Wendy Curtis | $560.00 | | 21.90 | $12,264.00 |
| Ryan J. Donohue | $570.00 | $630.00 | 103.10 | $60,285.00 |
| Jaisohn Im | | $615.00 | 18.90 | $11,623.50 |
| Joanna Newdeck | $650.00 | $750.00 | 70.20 | $45,650.00 |
| Ira L. Rosenblatt | $665.00 | $665.00 | 29.80 | $19,817.00 |
| Jeremy B. Smith | $600.00 | | 39.10 | $23,460.00 |
| Roman Troitsky | $650.00 | | 18.00 | $11,700.00 |
| **ASSOCIATES** | **2012 HOURLY BILLING RATE** | **2013 HOURLY BILLING RATE** | **TOTAL HOURS** | **TOTAL AMOUNT** |
| John Bain | $450.00 | | 5.20 | $2,340.00 |
| Ashley R. Beane | $450.00 | $650.00 | 435.75 | $199,567.50 |
| Justin H. Bell | $570.00 | $570.00 | 19.80 | $11,286.00 |
| Sean T. Conway | $380.00 | $475.00 | 77.20 | $29,383.50 |
| Sarah J. Crow | $370.00 | $450.00 | 330.90 | $125,201.00 |

| Alyssa Dossick | $375.00 | $440.00 | 18.80 | $7,505.00 |
| Kimberly K. Harding | $335.00 | | 9.10 | $3,048.50 |
| Jaisohn Im | $575.00 | $575.00 | 34.40 | $19,780.00 |
| Michael S. Miller | $370.00 | $450.00 | 126.00 | $50,228.00 |
| Shannen Naegel | $500.00 | | 13.70 | $6,850.00 |
| Rachel Presa | $400.00 | $460.00 | 238.10 | $99,752.00 |
| Machir Stull | $410.00 | | 14.80 | $6,068.00 |
| **LEGAL ASSISTANTS** | **2012 HOURLY BILLING RATE** | **2013 HOURLY BILLING RATE** | **TOTAL HOURS** | **TOTAL AMOUNT** |
| Melissa Gyure | $250.00 | $260.00 | 146.00 | $36,580.00 |
| Dmitry B. Iofe | $225.00 | | 18.50 | $4,162.50 |
| Brenda R. Kemp | $215.00 | $225.00 | 92.80 | $20,039.00 |
| Dagmara Krasa-Berstell | $235.00 | $245.00 | 56.60 | $13,316.00 |
| Massai Leonard | $220.00 | | 9.00 | $1,980.00 |
| Jim W. Ma | $240.00 | | 10.30 | $2,472.00 |
| Daniel F Plucinski | $250.00 | $260.00 | 16.90 | $4,353.00 |
| Charlie Torres | $230.00 | | 25.60 | $5,888.00 |
| **TOTAL** | | | **2630.90** | **$1,313,543.50** |

# **EXHIBIT D**

**Compensation by Project Category for the
Fifth Interim Period**

I04137877

**TERRESTAR CORPORATION**
**SUMMARY BY TASK**
**JULY 1, 2012 THROUGH MARCH, 2013**

|  | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration | 187.10 | $81,562.00 |
| Akin Gump Fee Application / Monthly Billing Reports | 126.90 | $57,237.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 44.20 | $14,844.00 |
| Retention of Professionals | 13.90 | $7,342.50 |
| Court Hearings | 249.90 | $109,175.00 |
| Financial Reports and Analysis | 22.90 | $10,099.00 |
| DIP, Cash Collateral Usage and Exit Financing | 133.50 | $72,963.00 |
| General Claims Analysis/Claims Objections | 517.10 | $264,541.00 |
| General Adversary Proceedings/Litigation Matters | 163.30 | $80,645.50 |
| Tax Issues | 31.80 | $20,136.00 |
| Exclusivity | 2.50 | $925.00 |
| Plan/Disclosure Statement/ Solicitation and Related Documentation | 1104.40 | $573,739.00 |
| Asset/Stock Transaction / Business Liquidations | 0.20 | $74.00 |
| Travel Time | 33.20 | $20,260.50 |
| **TOTAL** | 2630.90 | $1,313,543.50 |

# EXHIBIT E

**Expenses by Category for the
Fifth Interim Period**

I04137877

**TERRESTAR CORPORATION**
**SUMMARY OF EXPENSES**
**JULY 1, 2012 THROUGH MARCH 7, 2013**

| | |
|---|---|
| Audio and Web Conference Services | $431.29 |
| Computerized Legal Research | $14,384.52 |
| Corporate Service Fees | $10,709.83 |
| Courier Service / Messenger Service - Off Site | $1,405.22 |
| Court Costs | $293.00 |
| Document Retrieval | $962.30 |
| Document Production and Duplication | $4,953.56 |
| Meals | $947.70 |
| Postage | $39.51 |
| Research | $176.10 |
| Telephone - Long Distance | $209.00 |
| Transcripts | $5,430.38 |
| Travel - Airfare | $9,353.40 |
| Travel - Ground Transportation | $2,373.10 |
| Travel - Lodging | $2,927.48 |
| Travel - Parking | $52.13 |
| Travel - Telephone & Fax | $17.27 |
| **TOTAL** | **$54,665.79** |

## **EXHIBIT F**

**Hours and Billing Schedule
for the Final Fee Period**

I04137877

**TERRESTAR CORPORATION**
**SUMMARY OF TIMEKEEPERS**
**FEBRUARY 16, 2011 THROUGH MARCH 7, 2013**

| PARTNERS | DEPARTMENT | STATE OF BAR ADMISSION - YEAR | 2011 HOURLY BILLING RATE | 2012 HOURLY BILLING RATE | 2013 HOURLY BILLING RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| Tom W. Davidson | Communications | District of Columbia - 1991 | $705.00 | $720.00 | | 36.50 | $25,855.50 |
| Ira S. Dizengoff | Financial Restructuring | New York - 1993 | $975.00 | $1,050.00 | | 171.00 | $172,117.50 |
| David J. D'Urso | Corporate | New York - 1997 | $740.00 | | | 10.70 | $7,918.00 |
| Howard B. Jacobson | Tax | District of Columbia - 1979 | $740.00 | $755.00 | | 67.40 | $48,210.00 |
| Arik Preis | Financial Restructuring | New York - 2001 | $700.00 | $775.00 | | 709.20 | $520,160.00 |
| Sarah Link Schultz | Financial Restructuring | Texas - 2001 | $700.00 | $775.00 | $850.00 | 1,247.30 | $875,452.50 |
| Joseph L. Sorkin | Litigation | Texas - 2001 | $650.00 | $730.00 | $770.00 | 604.80 | $416,230.50 |
| Rosa Testani | Corporate | New York - 1988 | $910.00 | $925.00 | | 51.20 | $46,988.00 |
| Zachary Wittenberg | Corporate | District of Columbia - 1999 | $665.00 | $680.00 | | 30.10 | $20,133.50 |
| **SENIOR COUNSEL & COUNSEL** | **DEPARTMENT** | **STATE OF BAR ADMISSION - YEAR** | **2011 HOURLY BILLING RATE** | **2012 HOURLY BILLING RATE** | **2013 HOURLY BILLING RATE** | **TOTAL HOURS** | **TOTAL AMOUNT** |
| Ashleigh Blaylock | Financial Restructuring | New York - 2007 | $550.00 | $600.00 | | 40.70 | $23,305.00 |
| Wendy Curtis | Corporate | Texas - 2005 | | $560.00 | | 21.90 | $12,264.00 |
| Ryan J. Donohue | Litigation | New York - 2007 | $535.00 | $570.00 | $630.00 | 986.20 | $543,570.00 |
| Anthony Hill | Litigation | District of Columbia - 2005 | $520.00 | | | 30.20 | $15,704.00 |

101181567_2.xlsx

| ASSOCIATES | DEPARTMENT | STATE OF BAR ADMISSION - YEAR | 2011 HOURLY BILLING RATE | 2012 HOURLY BILLING RATE | 2013 HOURLY BILLING RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| Jaisohn Im | Corporate | New York - 2008 | $510.00 | $575.00 | $615.00 | 105.70 | $58,683.00 |
| Shannen Naegel | Tax | Virginia - 2007 | $440.00 | $500.00 | $560.00 | 80.90 | $38,158.00 |
| Joanna Newdeck | Financial Restructuring | District of Columbia - 2006 | $625.00 | $650.00 | $750.00 | 584.40 | $363,078.75 |
| Heather Pellegrino | Litigation | District of Columbia - 2001 | $560.00 | | | 23.10 | $12,936.00 |
| Kimberly Reindl | Communications | District of Columbia - 1998 | $560.00 | $575.00 | | 25.80 | $12,637.50 |
| Ira L. Rosenblatt | Corporate | New York - 1999 | $650.00 | $665.00 | $665.00 | 50.80 | $33,543.50 |
| Meng Ru | Corporate | New York - 2005 | $585.00 | $630.00 | | 90.20 | $54,234.00 |
| Jeremy B. Smith | Corporate | New York - 2007 | $535.00 | $600.00 | | 244.60 | $139,421.50 |
| Roman Troitsky | Corporate | New York - 2001 | | $650.00 | | 18.00 | $11,700.00 |
| Jacob J. Waldman | Litigation | New York - 2005 | $585.00 | | | 77.40 | $45,279.00 |
| ASSOCIATES | DEPARTMENT | STATE OF BAR ADMISSION - YEAR | 2011 HOURLY BILLING RATE | 2012 HOURLY BILLING RATE | 2013 HOURLY BILLING RATE | TOTAL HOURS | TOTAL AMOUNT |
| John Bain | Real Estate | Texas - 2007 | | $450.00 | $450.00 | 9.80 | $4,410.00 |
| Joel Bailey | Litigation | Texas - 2009 | | $410.00 | | 31.80 | $13,038.00 |
| Ashley R. Beane | Financial Restructuring | Texas - 2008 | $400.00 | $450.00 | $650.00 | 1,868.00 | $775,427.50 |
| Justin H. Bell | Litigation | New York - 2007 | $535.00 | $570.00 | $570.00 | 603.60 | $332,398.50 |
| John Capehart | Litigation | Texas - 2010 | $335.00 | | | 7.40 | $2,479.00 |
| Andrew Casillas | Litigation | Texas - 2010 | $335.00 | $370.00 | | 34.50 | $12,698.50 |
| Richard Cella | Litigation | Texas - 2011 | | $360.00 | | 47.10 | $16,956.00 |

101181567_2.xlsx

| Name | Department | Bar Admission | Rate 1 | Rate 2 | Rate 3 | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Riana A. Cohen | Financial Restructuring | New York - 2011 | $360.00 | $425.00 | $425.00 | 32.40 | $11,396.00 |
| Sean T. Conway | Communications | New York - 2010 | $350.00 | $380.00 | $475.00 | 134.70 | $49,700.00 |
| Michael K. Cross | Litigation | New York - 2010 | $400.00 | | | 57.40 | $22,960.00 |
| Sarah J. Crow (Woodell) | Financial Restructuring | Texas - 2010 | $335.00 | $370.00 | $450.00 | 1,744.60 | $606,601.25 |
| Alyssa Dossick | Corporate | New Jersey - 2011 | | $375.00 | $440.00 | 14.90 | $5,789.00 |
| Rishikesh Gadhia | Corporate | New York - 2009 | $460.00 | | | 8.00 | $3,680.00 |
| Kimberly K. Harding | Communications | New York - 2012 | | $335.00 | | 9.10 | $3,048.50 |
| Lindsey Harmon | Litigation | Texas - 2009 | | $410.00 | | 52.90 | $21,689.00 |
| Joshua Hedrick | Litigation | Texas - 2007 | $440.00 | | | 13.20 | $5,808.00 |
| William Holtzman | Corporate | | | | | 5.90 | $650.00 |
| Amanda Kane | Litigation | District of Columbia - 2011 | $360.00 | $390.00 | | 67.90 | $25,635.00 |
| David Kazlow | Financial Restructuring | New York - 2008 | $510.00 | $575.00 | | 91.60 | $50,219.50 |
| Clayton Ketter | Financial Restructuring | Texas - 2007 | $440.00 | | | 195.60 | $86,064.00 |
| Ryan McAuliffe* | Litigation | *Not Yet Admitted | | $375.00 | $450.00 | 99.00 | $37,125.00 |
| Michael S. Miller | Corporate | California - 2010 | | $370.00 | $450.00 | 106.00 | $41,228.00 |
| Connor Mullin | Litigation | District of Columbia - 2009 | $360.00 | | | 34.00 | $12,240.00 |
| Andrew Newman | Litigation | Texas - 2007 | $440.00 | | | 33.60 | $14,784.00 |
| Carolyn Perez | Communications | Michigan State Bar - 2009 | $375.00 | | | 10.40 | $3,900.00 |
| Rachel Presa | Litigation | New York - 2011 | $360.00 | $400.00 | $460.00 | 862.10 | $333,744.00 |

101181567_2.xlsx

| | | STATE OF BAR ADMISSION - YEAR | 2011 HOURLY BILLING RATE | 2012 HOURLY BILLING RATE | 2013 HOURLY BILLING RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| Elizabeth Scott | Litigation | Texas - 2007 | | $500.00 | | 41.20 | $20,600.00 |
| Scott Street | Litigation | California - 2008 | $400.00 | | | 23.10 | $9,240.00 |
| Machir Stull | Financial Restructuring | Texas - 2009 | | $410.00 | | 14.80 | $6,068.00 |
| Roxanne Tizravesh | Litigation | New York - 2009 | $460.00 | $520.00 | | 231.40 | $113,176.00 |
| Elizabath Walden | Litigation | District of Columbia - 2009 | $440.00 | | | 29.60 | $13,024.00 |
| Dawn Walker | Litigation | Texas - 2010 | | $370.00 | | 44.10 | $16,317.00 |
| Karen Williams | Litigation | District of Columbia - 2011 | | $390.00 | | 23.90 | $9,321.00 |
| Roderick Wilson | Litigation | Texas - 2006 | $480.00 | | | 18.00 | $8,640.00 |
| Lindsay Zahradka | Financial Restructuring | New York - 2011 | $360.00 | $425.00 | $425.00 | 24.30 | $8,832.50 |
| **SENIOR ATTORNEYS/ STAFF ATTORNEYS** | **DEPARTMENT** | **STATE OF BAR ADMISSION - YEAR** | **2011 HOURLY BILLING RATE** | **2012 HOURLY BILLING RATE** | **2013 HOURLY BILLING RATE** | **TOTAL HOURS** | **TOTAL AMOUNT** |
| Andrew Barnes | Litigation | New York - 2011 | $250.00 | $275.00 | | 233.50 | $63,887.50 |
| Joseph Decker | Litigation | District of Columbia - 2008 | $290.00 | $295.00 | | 58.60 | $17,147.50 |
| L'Shauntee Robertson | Litigation | District of Columbia - 2008 | $250.00 | | | 6.70 | $1,675.00 |
| **LEGAL ASSISTANTS** | **DEPARTMENT** | | **2011 HOURLY BILLING RATE** | **2012 HOURLY BILLING RATE** | **2013 HOURLY BILLING RATE** | **TOTAL HOURS** | **TOTAL AMOUNT** |
| Denzel Cadet | Litigation | | $200.00 | $205.00 | | 28.00 | $5,570.00 |
| Alexandra R. Caleca | Financial Restructuring | | $210.00 | | | 6.70 | $1,197.00 |
| Phillip J. Camhi | Litigation | | $195.00 | $200.00 | | 21.20 | $3,777.50 |

101181567_2.xlsx

| Name | Department | | | Rate | Rate | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| Abby Foley | Financial Restructuring | | | $185.00 | $195.00 | | 30.20 | $5,693.00 |
| Justine Griffin-Churchill | Litigation | | | $195.00 | $200.00 | | 15.10 | $2,966.00 |
| Patricia Gunn | Corporate | | | | $255.00 | | 25.40 | $6,477.00 |
| Melissa Gyure | Litigation | | | $250.00 | $250.00 | $260.00 | 748.50 | $187,125.00 |
| Dmitry B. Iofe | AOT | | | | $225.00 | | 19.00 | $4,162.50 |
| Brenda R. Kemp | Financial Restructuring | | | $210.00 | $215.00 | $225.00 | 333.80 | $71,197.00 |
| Jessica Krane | Litigation | | | $195.00 | $200.00 | | 6.90 | $1,349.50 |
| Dagmara Krasa-Berstell | Financial Restructuring | | | $230.00 | $235.00 | $245.00 | 125.70 | $28,224.50 |
| Leslie Lanphear | Library | | | $215.00 | $220.00 | | 5.20 | $953.00 |
| Massai Leonard | EDiscovery | | | $215.00 | $220.00 | | 20.00 | $4,390.00 |
| Jim W. Ma | EDiscovery | | | $235.00 | $240.00 | | 29.40 | $6,764.00 |
| Daniel F Plucinski | Corporate | | | | $250.00 | $260.00 | 10.70 | $2,741.00 |
| Jenny Rajkowski | Labor | | | $250.00 | | | 17.20 | $4,300.00 |
| Jonathan Samper | Financial Restructuring | | | $210.00 | $215.00 | | 54.60 | $11,582.00 |
| Tracy Southwell | Financial Restructuring | | | | $235.00 | | 14.90 | $3,422.50 |
| Peter J. Sprofera | Financial Restructuring | | | $265.00 | | | 8.80 | $2,093.50 |
| Radu Stancut | EDiscovery | | | $225.00 | $230.00 | | 13.40 | $3,030.50 |
| Gregory Strong | EDiscovery | | | $215.00 | $220.00 | | 19.60 | $4,261.50 |
| James Thompson | EDiscovery | | | $215.00 | $220.00 | | 10.90 | $2,368.00 |

| Charlie Torres | EDiscovery | $225.00 | $230.00 | | 346.00 | $78,859.00 |
|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | **$6,803,458.50** |

*The total includes fees for professionals and paraprofessionals who billed less than five (5) hours to these chapter 11 cases but such fees were excluded from the summary chart.

101181567_2.xlsx

# EXHIBIT G

**Compensation by Project Category
for the Final Fee Period**

104137877

## TERRESTAR CORPORATION
## SUMMARY BY TASK
### FEBRUARY 16, 2011 THROUGH MARCH 7, 2013

|  | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Case Administration | 1144.70 | $566,087.50 |
| Akin Gump Fee Application / Monthly Billing Reports | 516.20 | $213,571.00 |
| Analysis of Other Professionals' Fee Applications/Reports | 174.30 | $59,085.00 |
| Review / Preparation of Schedules, Statements | 37.60 | $17,490.50 |
| Retention of Professionals | 192.30 | $92,739.00 |
| Creditor Committee Matters/Metting (including 341 Meetings) | 23.90 | $9,579.00 |
| Court Hearings | 773.50 | $335,766.00 |
| Financial Reports and Analysis | 73.80 | $30,363.00 |
| DIP, Cash Collateral Usage and Exit Financing | 428.60 | $246,407.00 |
| Executory Contracts / Licensing Agreements | 93.10 | $39,772.00 |
| General Claims Analysis/Claims Objections | 4240.30 | $1,921,450.50 |
| Automatic Stay Issues | 0.20 | $140.00 |
| General Adversary Proceedings/Litigation Matters | 659.60 | $335,498.00 |
| Analysis of Secured Claims/Adequate Protection Issues | 4.50 | $3,462.50 |
| Tax Issues | 208.10 | $121,682.00 |
| Labor Issues/Employee Benefits | 78.70 | $35,565.50 |
| Real Estate Issues/Leases | 27.50 | $17,592.00 |
| Exclusivity | 88.10 | $38,079.00 |
| Plan/Disclosure Statement/ Solicitation and Related Documentation | 5179.50 | $2,617,625.00 |

| | | |
|---|---|---|
| Asset/Stock Transaction / Business Liquidations | 4.20 | $3,330.50 |
| Travel Time | 146.60 | $86,257.50 |
| General Corporate Matters | 18.40 | $9,255.00 |
| Intercompany Claims | 1.60 | $702.00 |
| Critical Vendor Issues | 1.50 | $600.00 |
| Environmental | 1.80 | $1,359.00 |
| **TOTAL** | 14118.60 | $6,803,458.50 |

## <u>EXHIBIT H</u>

**Expenses by Category
for the Final Fee Period**

104137877

**TERRESTAR CORPORATION**
**SUMMARY OF EXPENSES**
**FEBRUARY 16, 2011 THROUGH MARCH 7, 2013**

| | |
|---|---|
| Attorney Contract Labor | $15,872.75 |
| Audio and Web Conference Services | $789.15 |
| Bank Fees & Charges | $6.60 |
| Computerized Legal Research | $49,455.55 |
| Corporate Service Fees | $11,771.57 |
| Courier Service / Messenger Service - Off Site | $3,426.39 |
| Court Costs | $323.00 |
| Document Retrieval | $1,106.14 |
| Document Production and Duplication | $48,127.16 |
| Filing fees | $200.00 |
| Meals | $6,181.71 |
| Postage | $60.65 |
| Professional Fees - Translation Services | $1,000.00 |
| Research | $176.10 |
| Telephone - Calling Card | $81.00 |
| Telephone - Long Distance/Conference Calls | $751.28 |
| Telephone - Video Conferencing | $2,045.00 |
| Transcripts | $12,747.94 |
| Travel - Airfare | $52,698.60 |
| Travel - Ground Transportation | $12,323.81 |
| Travel - Lodging | $17,018.09 |

| | |
|---|---|
| Travel - Parking | $611.82 |
| Travel - Other | $295.87 |
| Travel - Telephone & Fax | $79.86 |
| Travel - Train Fare | $192.25 |
| **TOTAL** | $237,342.29 |

101181932_1.xlsx