**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
TERRESTAR CORPORATION, *et al.*,[1]             :    Case No. 11-10612 (SHL)
                                                :
                        Debtors.                :    Jointly Administered
------------------------------------------------------------x

# MASTER SERVICE LIST
**(as of February 5, 2014)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***"); and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and, collectively with the February Debtors, the "***TSC Debtors***").

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN IRA DIZENGOFF<br>ONE BRYANT PARK<br>NEW YORK NY 10036<br>FAX: 212-872-1002<br>email: idizengoff@akingump.com | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN ARIK PREIS<br>ONE BRYANT PARK<br>NEW YORK NY 10036<br>FAX: 212-872-1002<br>email: apreis@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN SARAH LINK SCHULTZ<br>1700 PACIFIC AVENUE<br>SUITE 4100<br>DALLAS TX 75201-4675<br>FAX: 214-969-4343<br>email: sschultz@akingump.com | ARIZONA DEPARTMENT OF REVENUE<br>TAX DIVISION - MAIN OFFICE<br>1600 W. MONROE<br>PHOENIX AZ 85007<br>FAX: 602-542-2072 |
| AT&T SERVICES INC.<br>ATTN JAMES W. GRUDUS<br>LAW GROUP COUNSEL<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER NJ 07921<br>FAX: 832-213-0157<br>email: jg5786@att.com | BALLARD SPAHR LLP<br>ATTN TOBEY M. DALUZ, ESQ.<br>919 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON DE 19801<br>FAX: 302-252-4466<br>email: daluzt@ballardspahr.com |
| BALLARD SPAHR LLP<br>ATTN JOSHUA ZUGERMAN, ESQ.<br>919 NORTH MARKET STREET, 11TH FLOOR<br>WILMINGTON DE 19801<br>FAX: 302-252-4466<br>email: zugermanj@ballardspahr.com | BANKRUPTCY ADMINISTRATION<br>IKON FINANCIAL SERVICES<br>1738 BASS ROAD<br>MACON GA 31208-3708<br>FAX: 678-868-2437<br>email: tommy.farmer@ikonfin.com |
| BANKRUPTCY ADMINISTRATION<br>IKON FINANCIAL SERVICES<br>PO BOX 13708<br>MACON GA 31208-3708 | BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN STEVEN ZELIN<br>345 PARK AVE FL 30<br>NEW YORK NY 10154<br>FAX: 212-583-5712<br>email: zelin@blackstone.com |
| BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN CJ BROWN<br>345 PARK AVE FL 30<br>NEW YORK NY 10154<br>FAX: 212-583-5712<br>email: brownc@blackstone.com | BLACKSTONE ADVISORY PARTNERS L.P.<br>ATTN CRAIG ANDERSON<br>345 PARK AVE FL 30<br>NEW YORK NY 10154<br>FAX: 212-583-5712 |
| BROWN & CONNERY, LLP<br>ATTN DONALD K. LUDMAN, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY NJ 08096<br>FAX: 856-853-9933<br>email: dludman@brownconnery.com | BUCHALTER NEMER, PC<br>ATTN SHAWN M. CHRISTIANSON, ESQ.<br>55 2ND ST STE 1700<br>SAN FRANCISCO CA 94105-3493<br>FAX: 415-227-0770<br>email: schristianson@buchalter.com |

| | |
|---|---|
| CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT INFORMATION GROUP, MIC:29<br>P.O. BOX 942879<br>SACRAMENTO CA 94279<br>FAX: 916-323-3387<br>email: Victoria.Baker@boe.ca.gov | COMED (AUTOMATIC ACH PAYMENT)<br>PO BOX 6111<br>CAROL STREAM IL 60197-6111<br>FAX: 630-576-8591<br>email: legalcollections@comed.com |
| DE STATE ATTORNEY GENERAL<br>CARVEL STATE OFFICE BLDG<br>820 N. FRENCH ST<br>WILMINGTON DE 19801<br>FAX: 302-577-6630<br>email: attorney.general@state.de.us | DELOITTE TAX LLP<br>ATTN GREGORY ANDERSON<br>1750 TYSONS BLVD, STE 800<br>MCLEAN VA 22102<br>FAX: 703-251-3400<br>email: granderson@deloitte.com |
| DEPARTMENT OF REVENUE<br>104 CARLTON BLDG.<br>TALLAHASSEE FL 32399<br>FAX: 850-922-2208 | DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20220<br>FAX: 202-622-1974 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>TRUST & SECURITIES SERVICES<br>ATTN KATHY COKIC<br>222 S RIVERSIDE PLAZA<br>CHICAGO IL 60606-5808<br>FAX: 312-537-1009 | DIRECTOR OF ASSESSMENTS & TAXATION<br>301 W. PRESTON ST.<br>BALTIMORE MD 21201<br>FAX: 410-333-5873 |
| ELEKTROBIT INC<br>22745 29TH DRIVE SE<br>SUITE 200<br>BOTHELL WA 98021<br>FAX: 425-686-3102 | ENVIRONMENTAL PROTECTION AGENCY<br>ATTN SCOTT FULTON<br>ARIEL RIOS BUILDING, RM 4000, MAIL 2310A<br>1200 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20460<br>FAX: 202-501-1438 |
| ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 3<br>1650 ARCH STREET (3PM52)<br>PHILADELPHIA PA 19103-2029<br>FAX: 215-814-2604<br>email: r3public@epa.gov | ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604-3507<br>FAX: 312-353-4135<br>email: cohen.eric@epa.gov |
| ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 2<br>290 BROADWAY<br>NEW YORK NY 10007-1866<br>FAX: 212-637-3526<br>email: schaaf.eric@epa.gov | FEDERAL COMMUNICATIONS COMMISSION<br>OFFICE OF THE SECRETARY<br>445 12TH STREET, SW<br>ROOM TW - A325<br>WASHINGTON DC 20554<br>FAX: 202-418-0232<br>email: fccinfo@fcc.gov |

| | |
|---|---|
| FEDERAL COMMUNICATIONS COMMISSION<br>ATTN AUSTIN SCHLICK, GENERAL COUNSEL<br>445 12TH STREET, SW<br>WASHINGTON DC 20554<br>FAX: 202-418-2819<br>email: austin.schlick@fcc.gov | FINANCE SECRETARIAT, TAXATION DEPARTMENT<br>1957 WESTMORELAND ST<br>RICHMOND VA 23230-3225<br>FAX: 804-254-6113<br>email: taxbusquestions@tax.virginia.gov |
| FOLEY & LARDNER LLP<br>ATTN MARK F. HEBBELN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO IL 60654-5313<br>FAX: 312-832-4700<br>email: mhebbeln@foley.com | FOLEY & LARDNER LLP<br>ATTN HAROLD L. KAPLAN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO IL 60654-5313<br>FAX: 312-832-4700<br>email: hkaplan@foley.com |
| FULBRIGHT & JAWORSKI L.L.P.<br>ATTN DAVID A. ROSENZWEIG, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK NY 10103<br>FAX: 212-318-3400<br>email: drosenzweig@fulbright.com | FULBRIGHT & JAWORSKI L.L.P.<br>ATTN MARK C. HAUT, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK NY 10103<br>FAX: 212-318-3400<br>email: mhaut@fulbright.com |
| HAHN LOESER & PARKS LLP<br>ATTN DANIEL A. DEMARCO, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND OH 44114-2316<br>FAX: 216-274-2532<br>email: dademarco@hahnlaw.com | HAHN LOESER & PARKS LLP<br>ATTN CHRISTOPHER B. WICK, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND OH 44114-2316<br>FAX: 216-274-2488<br>email: cbwick@hahnlaw.com |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD.<br>ATTN ANDREW ROSSLEE<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 | HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND, LP<br>ATTN ANDREW ROSSLEE<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD.<br>ATTN FAENA YOUNGQUIST<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 | HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND, L.P.<br>ATTN FAENA YOUNGQUIST<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 |
| HERRICK, FEINSTEIN LLP<br>ATTN STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK NY 10016<br>FAX: 212-545-2313<br>email: sselbst@herrick.com | HERRICK, FEINSTEIN LLP<br>ATTN JUSTIN B. SINGER, ESQ.<br>TWO PARK AVENUE<br>NEW YORK NY 10016<br>FAX: 212-592-1500<br>email: jsinger@herrick.com |

HIGHLAND CRUSADER HOLDING CORPORATION
C/O HIGHLAND CAPITAL MANAGEMENT, LP
ATTN TREY PARKER
300 CRESCENT CT, SUITE 700
DALLAS TX 75201
FAX: 972-628-4147
email: ileventon@hcmlp.com

IL STATE ATTORNEY GENERAL
CHICAGO MAIN OFFICE
100 WEST RANDOLPH STREET
CHICAGO IL 60601
FAX: 312-814-3806
email: MAILoag@oag.state.va.us

IL STATE DEPT. OF TAXATION AND FINANCE
JAMES R. THOMPSON CENTER - CONCOURSE
100 WEST RANDOLPH STREET
CHICAGO IL 60601-3274
FAX: 312-814-3779
email: kevin.richards@illinois.gov

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346
FAX: 267-941-1015

INTERNAL REVENUE SERVICE
500 N. CAPITOL ST., NW
WASHINGTON DC 20221
FAX: 410-962-9955

IRON MOUNTAIN RECORDS MANAGEMENT
ATTN TODD ROBINSON, C/S ASSOCIATE
8200 PRESTON CT. SUITE ONE
JESSUP MD 20794
FAX: 410-792-0776
email: bankruptcy@ironmountain.com

JEFFERIES & COMPANY, INC
ATTN LEON SZLEZINGER
520 MADISON AVENUE FL 10
NEW YORK NY 10022
FAX: 646-786-5820
email: LSZLEZINGER@jefferies.com

JONES DAY
ATTN LISA G. LAUKITIS
222 EAST 41ST STREET
NEW YORK NY 10017
FAX: 212-755-7306
email: llaukitis@jonesday.com

JONES DAY
ATTN STEVEN C. BENNETT
222 EAST 41ST STREET
NEW YORK NY 10017
FAX: 212-755-7306
email: scbennett@jonesday.com

K&L GATES LLP
ATTN JOHN H. CULVER, III, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202
FAX: 704-353-3153
email: John.Culver@klgates.com

K&L GATES LLP
ATTN FELTON E. PARRISH, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202
FAX: 704-353-3165
email: felton.parrish@klgates.com

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVENUE
NEW YORK NY 10178
FAX: 212-808-7897
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN KRISTIN S. ELLIOTT, ESQ.
101 PARK AVENUE
NEW YORK NY 10178
FAX: 212-808-7897
email: KDWBankruptcyDepartment@kelleydrye.com

KIRKLAND & ELLIS LLP
ATTN CHRISTOPHER T. GRECO, ESQ.
601 LEXINGTON AVENUE
NEW YORK NY 10022
FAX: 212-446-6460
email: christopher.greco@kirkland.com

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>ATTN JONATHAN S. HENES, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4611<br>FAX: 212-446-4900<br>email: jhenes@kirkland.com | KIRKLAND & ELLIS LLP<br>ATTN STEPHEN E. HESSLER, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4611<br>FAX: 212-446-4900<br>email: stephen.hessler@kirkland.com |
| KIRKLAND & ELLIS LLP<br>ATTN PATRICK J. NASH, JR., ESQ.<br>300 NORTH LASALLE<br>CHICAGO IL 60654<br>FAX: 312-862-2200<br>email: patrick.nash@kirkland.com | KIRKLAND & ELLIS LLP<br>ATTN ARUN KURICHETY, ESQ.<br>300 NORTH LASALLE<br>CHICAGO IL 60654<br>FAX: 312-862-2200 |
| KLESTADT & WINTERS, LLP<br>ATTN IAN R. WINTERS, ESQ.<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK NY 10018 | KLESTADT & WINTERS, LLP<br>ATTN JOSEPH C. CORNEAU, ESQ.<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK NY 10018 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN ELIZABETH WELLER, ESQ.<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS TX 75201<br>FAX: 469-221-5002<br>email: dallas.bankruptcy@publicans.com | LORAL SPACE & COMMUNICATIONS, INC.<br>ATTN AVI KATZ, ESQ.<br>SR. V.P., GENERAL COUNSEL & SECRETARY<br>888 7TH AVE STE 4001<br>NEW YORK NY 10106-4400<br>FAX: 212-338-5320<br>email: avi.katz@hq.loral.com |
| LORAL SPACE & COMMUNICATIONS, INC.<br>ATTN JACKIE MAHON<br>888 7TH AVE, 40TH FLOOR<br>NEW YORK NY 10106 | MEHLMAN CAPITOL STRATEGIES INC.<br>ATTN AMY MEHLMAN<br>1750 K STREET, NW, 3RD FL<br>WASHINGTON DC 20006<br>FAX: 202-457-1971<br>email: evanmoses@mehlmaninc.com |
| MORGAN STANLEY SMITH BARNEY LLC<br>ATTN THOMAS MONCHEK<br>1585 BROADWAY<br>NEW YORK NY 10036<br>FAX: 212-783-2526<br>email: thomas.monchek@morganstanleysmithbarney.com | NEW YORK SECRETARY OF STATE<br>ATTN RUTH COLON<br>1 COMMERCE PLAZA<br>99 WASHINGTON AVENUE<br>ALBANY NY 12231<br>FAX: 518-474-4597<br>email: eric.schneiderman@ag.ny.gov |
| NEXBANK, SSB<br>ATTN JEFF SCOTT<br>2515 MCKINNEY AVE  STE 1100<br>DALLAS TX 75201-1945<br>FAX: 972-934-4790<br>email: jeff.scott@nexbank.com | NEXBANK, SSB<br>ATTN JEFF SCOTT<br>2515 MCKINNEY AVENUE, 11TH FLR<br>DALLAS TX 75201<br>FAX: 972-934-4790<br>email: jeff.scott@nexbank.com |

| | |
|---|---|
| NY STATE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY NY 12224-0341<br>FAX: 212-416-8942 | NYC DEPT. OF FINANCE<br>ATTN GABRIELA P. CACUCI<br>TAX & BANKRUPTCY LITIGATION DIVISION<br>100 CHURCH STREET, ROOM 5-223<br>NEW YORK NY 10007<br>FAX: 212-788-0937<br>email: gcacuci@law.nyc.gov |
| NYC DEPT. OF FINANCE<br>ATTN  LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST, 3RD FL<br>BROOKLYN NY 11201<br>FAX: 718-403-4092 | NYS DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300<br>FAX: 518-457-0617<br>email: maura_archambeault@tax.state.ny.us |
| NYS UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY NY 12201<br>FAX: 518-457-8215<br>email: nysdol@labor.ny.gov | OFFICE OF THE STATE TAX COMMISSIONER<br>STATE CAPITOL<br>600 E. BOULEVARD AVENUE<br>BISMARK ND 58505<br>FAX: 701-328-3700<br>email: dklemmer@nd.gov |
| OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN SUSAN GOLDEN<br>201 VARICK STREET, ROOM 1006<br>NEW YORK NY 10014<br>FAX: 212-668-2255 | OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN RICHARD C. MORRISSEY<br>201 VARICK STREET, ROOM 1006<br>NEW YORK NY 10014<br>FAX: 212-668-2255 |
| OFFICE OF THE US ATTORNEY<br>219 S. DEARBORN STREET, FIFTH FLOOR<br>CHICAGO IL 60604<br>FAX: 312-353-2067 | OFFICE OF THE US ATTORNEY<br>2100 JAMIESON AVE<br>ALEXANDRIA VA 22314<br>FAX: 703-299-2584<br>email: usavae.usattys@usdoj.gov |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN SCOTT L. HAZAN, ESQ.<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>FAX: 212-682-6104<br>email: shazan@oshr.com | OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN DAVID M. POSNER, ESQ.<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>FAX: 212-682-6104<br>email: dposner@oshr.com |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN GIANFRANCO FINIZIO, ESQ.<br>230 PARK AVE<br>NEW YORK NY 10169<br>FAX: 212-682-6104<br>email: gfinizio@oshr.com | PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN DANIEL A. LOWENTHAL, ESQ.<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710<br>FAX: 212-336-2222<br>email: dalowenthal@pbwt.com |

| | |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN BRIAN P. GUINEY<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710<br>FAX: 212-336-2222<br>email: bguiney@pbwt.com | QUALCOMM INCORPORATED<br>ATTN DAVID WOOD<br>5775 MOREHOUSE DRIVE<br>SAN DIEGO CA 92121-1714<br>FAX: 858-845-1254 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SUSHEEL KIRPALANI<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: susheelkirpalani@quinnemanuel.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SCOTT C. SHELLEY<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: scottshelley@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SCOTT C. SHELLEY<br>51 MADISON AVE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: scottshelley@quinnemanuel.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SCOTT C. SHELLEY<br>51 MADISON AVE<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: scottshelley@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>ATTN SCOTT C. SHELLEY<br>51 MADISON AVE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: scottshelley@quinnemanuel.com | QUINN, EMANUEL, URQUHART & SULLIVAN LLP<br>ATTN KATHERINE A. SCHERLING, ESQ.<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100 |
| QUINN, EMANUEL, URQUHART & SULLIVAN, LLP<br>ATTN DANIEL S. HOLZMAN<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010<br>FAX: 212-849-7100<br>email: danielholzman@quinnemanuel.com | R4 SERVICES LLC<br>ATTN GREG SMITAS, C/S REPRESENTATIVE<br>1301 W. 35TH STREET<br>CHICAGO IL 60609<br>FAX: 773-843-3910<br>email: service@r4services.com |
| REED SMITH LLP<br>ATTN KURT F. GWYNNE, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>FAX: 302-778-7575<br>email: kgwynne@reedsmith.com | REED SMITH LLP<br>ATTN TIMOTHY P. REILEY, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON DE 19801<br>FAX: 302-778-7575 |
| REED SMITH LLP<br>ATTN DEBRA TURETSKY, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>FAX: 212-521-5450 | REVENUE DEPARTMENT<br>9055 CENTER STREET, NE<br>REVENUE BUILDING<br>SALEM OR 97301<br>FAX: 503-945-8738<br>email: questions.dor@state.or.us |

| | |
|---|---|
| RICHARDS KIBBE & ORBE LLP<br>ATTN MICHAEL FRIEDMAN, ESQ.<br>ONE WORLD FINANCIAL CTR<br>NEW YORK NY 10281<br>FAX: 212-530-1801<br>email: mfriedman@rkollp.com | RICHARDS KIBBE & ORBE LLP<br>ATTN KEITH N. SAMBUR, ESQ.<br>ONE WORLD FINANCIAL CTR<br>NEW YORK NY 10281<br>FAX: 212-530-1801<br>email: ksambur@rkollp.com |
| SCHULTE ROTH & ZABEL LLP<br>ATTN FREDERIC L. RAGUCCI<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>FAX: 212-593-5955<br>email: frederic.ragucci@srz.com | SECURITIES EXCHANGE COMMISSION<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BUILDING<br>233 BROADWAY<br>NEW YORK NY 10279 |
| SECURITIES EXCHANGE COMMISSION<br>ATTN GENERAL COUNSEL, SEC HEADQUARTERS<br>450 FIFTH STREET, NW<br>WASHINGTON DC 20549<br>FAX: 202-772-9371<br>email: chairmanoffice@sec.gov | SECURITIES EXCHANGE COMMISSION<br>C/O DANIEL M. HAWKE, REGIONAL DIRECTOR<br>THE MELLON INDEPENDENCE CENTER<br>701 MARKET STREET, SUITE 2000<br>PHILADELPHIA PA 19106-1532<br>FAX: 215-861-9640<br>email: philadelphia@sec.gov |
| SECURITIES EXCHANGE COMMISSION<br>175 W JACKSON BLVD<br>STE 900<br>CHICAGO IL 60604<br>FAX: 202-772-9324<br>email: chicago@sec.gov | SECURITIES EXCHANGE COMMISSION<br>3 WORLD FINANCIAL CENTER<br>STE 400<br>NEW YORK NY 10281-1022<br>FAX: 212-336-1320<br>email: NYROBankruptcy@sec.gov |
| SOLA LTD<br>C/O SOLUS ALTERNATIVE ASSET MGMT., L.P.<br>410 PARK AVE<br>FL 11<br>NEW YORK NY 10022-9436<br>FAX: 212-284-4320<br>email: cchobor@soluslp.com | SPACE SYSTEMS/LORAL, INC.<br>ATTN JOHN W. RAKOW, ESQ.<br>SR., V.P., BUSINESS AND LEGAL AFFAIRS<br>3825 FABIAN WAY<br>PALO ALTO CA 94303<br>FAX: 650-852-7912<br>email: rakowj@ssd.loral.com |
| STATE OF DELAWARE DIVISION OF REVENUE<br>CARVEL STATE OFFICE BUILDING<br>820 NORTH FRENCH STREET<br>8TH FLOOR<br>WILMINGTON DE 19801<br>FAX: 302-661-7268<br>email: colleen.yegla@state.de.us | SULLIVAN & WORCESTER LLP<br>ATTN PAMELA SMITH HOLLEMAN, ESQ.<br>ONE POST OFFICE SQUARE<br>BOSTON MA 02109<br>FAX: 617-338-2880<br>email: pholleman@sandw.com |
| SULLIVAN & WORCESTER LLP<br>ATTN MICHAEL J. STUDENT, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104<br>FAX: 212-660-3001<br>email: mstudent@sandw.com | TAXATION AND REVENUE DEPARTMENT<br>P.O. BOX 630<br>SANTA FE NM 87504<br>FAX: 505-827-0469<br>email: poffice@state.nm.us |

TERRESTAR CORPORATION
ATTN DOUG BRANDON
144 MAPLE AVE W
# 275
VIENNA VA 22180-5612
FAX: 703-476-7143
email: doug.brandon@terrestar.com

THE GARDEN CITY GROUP, INC.
ATTN SARAH BRYAN
190 S. LASALLE STREET
STE 1520
CHICAGO IL 60603
FAX: 631-940-6554
email: tshteam@gardencitygroup.com

THE GARDEN CITY GROUP, INC.
ATTN ISABEL I. BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042
FAX: 631-940-6554
email: isabel.baumgarten@gardencitygroup.com

THE GARDEN CITY GROUP, INC.
ATTN DANIELLA PORZECANSKI
1985 MARCUS AVENUE
LAKE SUCCESS NY 11042
FAX: 312-499-6999
email: tshteam@gardencitygroup.com

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK NY 10007
FAX: 212-637-2685
email: askdoj@usdoj.gov

US DEPARTMENT OF JUSTICE
ATTN TONY WEST, ASST. ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001
FAX: 202-307-6777
email: askdoj@usdoj.gov

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84116
FAX: 801-297-6358
email: ryanjensen@utah.gov

VA STATE ATTORNEY GENERAL
900 E MAIN STREET
RICHMOND VA 23219
FAX: 804-786-1991
email: cfleming@oag.state.va.us

VAN VLISSINGEN AND CO
ATTN KAREN KRAUSE
300 KNIGHTSBRIDGE OPERATING CO
ONE OVERLOOK POINT, #100
LINCOLNSHIRE IL 60069
FAX: 847-634-9598
email: klk@vvco.com

WACHTELL, LIPTON, ROSEN & KATZ
ATTN SCOTT K. CHARLES, ESQ.
51 WEST 52ND STREET
NEW YORK NY 10019
FAX: 212-403-2000
email: SKCharles@wlrk.com

WACHTELL, LIPTON, ROSEN & KATZ
ATTN ALEXANDER B. LEES, ESQ.
51 WEST 52ND STREET
NEW YORK NY 10019
FAX: 212-403-2000
email: ABLees@wlrk.com

WACHTELL, LIPTON, ROSEN & KATZ
ATTN NEIL M. SNYDER
51 WEST 52ND STREET
NEW YORK NY 10019
FAX: 212-403-2000
email: nmsnyder@wlrk.com

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK NY 10153
FAX: 212-310-8007
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK NY 10153
FAX: 212-735-4919
email: debra.dandeneau@weil.com

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>ATTN RONIT J. BERKOVICH, ESQ.<br>767 FIFTH AVENUE<br>NEW YORK NY 10153<br>FAX: 212-310-8007<br>email: ronit.berkovich@weil.com | WEIL, GOTSHAL & MANGES LLP<br>ATTN RONIT J. BERKOVICH, ESQ.<br>767 FIFTH AVENUE<br>NEW YORK NY 10153<br>FAX: 212-310-8007<br>email: ronit.berkovich@weil.com |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN DEBRA A. DANDENEAU<br>767 FIFTH AVE<br>NEW YORK NY 10153<br>FAX: 212-310-8007<br>email: debra.dandeneau@weil.com | WEIL, GOTSHAL & MANGES LLP<br>ATTN RONIT J. BERKOVICH<br>767 FIFTH AVE<br>NEW YORK NY 10153<br>FAX: 212-310-8007<br>email: ronit.berkovich@weil.com |
| WHITEFORD TAYLOR & PRESTON LLP<br>ATTN BRENT C. STRICKLAND, ESQ.<br>SEVEN SAINT PAUL STREET<br>BALTIMORE MD 21202<br>FAX: 410-752-7092<br>email: bstrickland@wtplaw.com | WHITEFORD TAYLOR & PRESTON LLP<br>ATTN DENNIS J. SHAFFER, ESQ.<br>SEVEN SAINT PAUL STREET<br>BALTIMORE MD 21202<br>FAX: 410-752-7092<br>email: dshaffer@wtplaw.com |
| WILLKIE FARR & GALLAGHER LLP<br>ATTN RACHEL C. STRICKLAND, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019<br>FAX: 212-728-8111<br>email: rstrickland@willkie.com | WILLKIE FARR & GALLAGHER LLP<br>ATTN MATTHEW A. FELDMAN, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019<br>FAX: 212-728-8111<br>email: mfeldman@willkie.com |
| WILMER CUTLER PICKERING HALE AND DORR<br>ATTN PHILIP D. ANKER, ESQ.<br>250 GREENWICH ST FL 42<br>NEW YORK NY 10007-2166<br>FAX: 212-230-8888<br>email: philip.anker@wilmerhale.com | WILMER CUTLER PICKERING HALE AND DORR<br>ATTN GEORGE W. SHUSTER, JR., ESQ.<br>250 GREENWICH ST FL 42<br>NEW YORK NY 10007-2166<br>FAX: 212-230-8888<br>email: george.shuster@wilmerhale.com |