**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
TERRESTAR CORPORATION, *et al.*,[1]                 :    Case No. 11-10612 (SHL)
                                                    :
                               Debtors.             :    Jointly Administered
---------------------------------------------------------------x

# MASTER SERVICE LIST
**(as of May 7, 2014)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] and TerreStar Holdings Inc. [0778] (collectively, the "***February Debtors***"); and (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the "***Other TSC Debtors***" and, collectively with the February Debtors, the "***TSC Debtors***").

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN IRA DIZENGOFF
ONE BRYANT PARK
NEW YORK NY 10036
FAX: 212-872-1002
email: idizengoff@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ARIK PREIS
ONE BRYANT PARK
NEW YORK NY 10036
FAX: 212-872-1002
email: apreis@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN SARAH LINK SCHULTZ
1700 PACIFIC AVENUE
SUITE 4100
DALLAS TX 75201-4675
FAX: 214-969-4343
email: sschultz@akingump.com

ARIZONA DEPARTMENT OF REVENUE
TAX DIVISION - MAIN OFFICE
1600 W. MONROE
PHOENIX AZ 85007
FAX: 602-542-2072

AT&T SERVICES INC.
ATTN JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER NJ 07921
FAX: 832-213-0157
email: jg5786@att.com

BALLARD SPAHR LLP
ATTN TOBEY M. DALUZ, ESQ.
919 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON DE 19801
FAX: 302-252-4466
email: daluzt@ballardspahr.com

BALLARD SPAHR LLP
ATTN JOSHUA ZUGERMAN, ESQ.
919 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON DE 19801
FAX: 302-252-4466
email: zugermanj@ballardspahr.com

BANKRUPTCY ADMINISTRATION
IKON FINANCIAL SERVICES
1738 BASS ROAD
MACON GA 31208-3708
FAX: 678-868-2437
email: tommy.farmer@ikonfin.com

BANKRUPTCY ADMINISTRATION
IKON FINANCIAL SERVICES
PO BOX 13708
MACON GA 31208-3708

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN STEVEN ZELIN
345 PARK AVE FL 30
NEW YORK NY 10154
FAX: 212-583-5712
email: zelin@blackstone.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CJ BROWN
345 PARK AVE FL 30
NEW YORK NY 10154
FAX: 212-583-5712
email: brownc@blackstone.com

BLACKSTONE ADVISORY PARTNERS L.P.
ATTN CRAIG ANDERSON
345 PARK AVE FL 30
NEW YORK NY 10154
FAX: 212-583-5712

BROWN & CONNERY, LLP
ATTN DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY NJ 08096
FAX: 856-853-9933
email: dludman@brownconnery.com

BUCHALTER NEMER, PC
ATTN SHAWN M. CHRISTIANSON, ESQ.
55 2ND ST STE 1700
SAN FRANCISCO CA 94105-3493
FAX: 415-227-0770
email: schristianson@buchalter.com

CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT INFORMATION GROUP, MIC:29
P.O. BOX 942879
SACRAMENTO CA 94279
FAX: 916-323-3387
email: Victoria.Baker@boe.ca.gov

COMED (AUTOMATIC ACH PAYMENT)
PO BOX 6111
CAROL STREAM IL 60197-6111
FAX: 630-576-8591
email: legalcollections@comed.com

DE STATE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N. FRENCH ST
WILMINGTON DE 19801
FAX: 302-577-6630
email: attorney.general@state.de.us

DELOITTE TAX LLP
ATTN GREGORY ANDERSON
1750 TYSONS BLVD, STE 800
MCLEAN VA 22102
FAX: 703-251-3400
email: granderson@deloitte.com

DEPARTMENT OF REVENUE
104 CARLTON BLDG.
TALLAHASSEE FL 32399
FAX: 850-922-2208

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20220
FAX: 202-622-1974

DEUTSCHE BANK NATIONAL TRUST COMPANY
TRUST & SECURITIES SERVICES
ATTN KATHY COKIC
222 S RIVERSIDE PLAZA
CHICAGO IL 60606-5808
FAX: 312-537-1009

DIRECTOR OF ASSESSMENTS & TAXATION
301 W. PRESTON ST.
BALTIMORE MD 21201
FAX: 410-333-5873

ELEKTROBIT INC
22745 29TH DRIVE SE
SUITE 200
BOTHELL WA 98021
FAX: 425-686-3102

ENVIRONMENTAL PROTECTION AGENCY
ATTN SCOTT FULTON
ARIEL RIOS BUILDING, RM 4000, MAIL 2310A
1200 PENNSYLVANIA AVE, NW
WASHINGTON DC 20460
FAX: 202-501-1438

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 3
1650 ARCH STREET (3PM52)
PHILADELPHIA PA 19103-2029
FAX: 215-814-2604
email: r3public@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO IL 60604-3507
FAX: 312-353-4135
email: cohen.eric@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK NY 10007-1866
FAX: 212-637-3526
email: schaaf.eric@epa.gov

FEDERAL COMMUNICATIONS COMMISSION
OFFICE OF THE SECRETARY
445 12TH STREET, SW
ROOM TW - A325
WASHINGTON DC 20554
FAX: 202-418-0232
email: fccinfo@fcc.gov

| | |
|---|---|
| FEDERAL COMMUNICATIONS COMMISSION<br>ATTN AUSTIN SCHLICK, GENERAL COUNSEL<br>445 12TH STREET, SW<br>WASHINGTON DC 20554<br>FAX: 202-418-2819<br>email: austin.schlick@fcc.gov | FINANCE SECRETARIAT, TAXATION DEPARTMENT<br>1957 WESTMORELAND ST<br>RICHMOND VA 23230-3225<br>FAX: 804-254-6113<br>email: taxbusquestions@tax.virginia.gov |
| FOLEY & LARDNER LLP<br>ATTN MARK F. HEBBELN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO IL 60654-5313<br>FAX: 312-832-4700<br>email: mhebbeln@foley.com | FOLEY & LARDNER LLP<br>ATTN HAROLD L. KAPLAN, ESQ.<br>321 NORTH CLARK STREET, SUITE 2800<br>CHICAGO IL 60654-5313<br>FAX: 312-832-4700<br>email: hkaplan@foley.com |
| FULBRIGHT & JAWORSKI L.L.P.<br>ATTN DAVID A. ROSENZWEIG, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK NY 10103<br>FAX: 212-318-3400<br>email: drosenzweig@fulbright.com | FULBRIGHT & JAWORSKI L.L.P.<br>ATTN MARK C. HAUT, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK NY 10103<br>FAX: 212-318-3400<br>email: mhaut@fulbright.com |
| HAHN LOESER & PARKS LLP<br>ATTN DANIEL A. DEMARCO, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND OH 44114-2316<br>FAX: 216-274-2532<br>email: dademarco@hahnlaw.com | HAHN LOESER & PARKS LLP<br>ATTN CHRISTOPHER B. WICK, ESQ.<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND OH 44114-2316<br>FAX: 216-274-2488<br>email: cbwick@hahnlaw.com |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD.<br>ATTN ANDREW ROSSLEE<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 | HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND, LP<br>ATTN ANDREW ROSSLEE<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I, LTD.<br>ATTN FAENA YOUNGQUIST<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 | HARBINGER CAPITAL PARTNERS<br>SPECIAL SITUATIONS FUND, L.P.<br>ATTN FAENA YOUNGQUIST<br>450 PARK AVE FL 30<br>NEW YORK NY 10022<br>FAX: 212-937-3702 |
| HERRICK, FEINSTEIN LLP<br>ATTN STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK NY 10016<br>FAX: 212-545-2313<br>email: sselbst@herrick.com | HERRICK, FEINSTEIN LLP<br>ATTN JUSTIN B. SINGER, ESQ.<br>TWO PARK AVENUE<br>NEW YORK NY 10016<br>FAX: 212-592-1500<br>email: jsinger@herrick.com |

HIGHLAND CRUSADER HOLDING CORPORATION
C/O HIGHLAND CAPITAL MANAGEMENT, LP
ATTN TREY PARKER
300 CRESCENT CT, SUITE 700
DALLAS TX 75201
FAX: 972-628-4147
email: ileventon@hcmlp.com

IL STATE ATTORNEY GENERAL
CHICAGO MAIN OFFICE
100 WEST RANDOLPH STREET
CHICAGO IL 60601
FAX: 312-814-3806
email: MAILoag@oag.state.va.us

IL STATE DEPT. OF TAXATION AND FINANCE
JAMES R. THOMPSON CENTER - CONCOURSE
100 WEST RANDOLPH STREET
CHICAGO IL 60601-3274
FAX: 312-814-3779
email: kevin.richards@illinois.gov

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346
FAX: 267-941-1015

INTERNAL REVENUE SERVICE
500 N. CAPITOL ST., NW
WASHINGTON DC 20221
FAX: 410-962-9955

IRON MOUNTAIN RECORDS MANAGEMENT
ATTN TODD ROBINSON, C/S ASSOCIATE
8200 PRESTON CT. SUITE ONE
JESSUP MD 20794
FAX: 410-792-0776
email: bankruptcy@ironmountain.com

JEFFERIES & COMPANY, INC
ATTN LEON SZLEZINGER
520 MADISON AVENUE FL 10
NEW YORK NY 10022
FAX: 646-786-5820
email: LSZLEZINGER@jefferies.com

JONES DAY
ATTN LISA G. LAUKITIS
222 EAST 41ST STREET
NEW YORK NY 10017
FAX: 212-755-7306
email: llaukitis@jonesday.com

JONES DAY
ATTN STEVEN C. BENNETT
222 EAST 41ST STREET
NEW YORK NY 10017
FAX: 212-755-7306
email: scbennett@jonesday.com

K&L GATES LLP
ATTN JOHN H. CULVER, III, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202
FAX: 704-353-3153
email: John.Culver@klgates.com

K&L GATES LLP
ATTN FELTON E. PARRISH, ESQ.
214 N. TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202
FAX: 704-353-3165
email: felton.parrish@klgates.com

KELLEY DRYE & WARREN LLP
ATTN JAMES S. CARR, ESQ.
101 PARK AVENUE
NEW YORK NY 10178
FAX: 212-808-7897
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTN KRISTIN S. ELLIOTT, ESQ.
101 PARK AVENUE
NEW YORK NY 10178
FAX: 212-808-7897
email: KDWBankruptcyDepartment@kelleydrye.com

KIRKLAND & ELLIS LLP
ATTN CHRISTOPHER T. GRECO, ESQ.
601 LEXINGTON AVENUE
NEW YORK NY 10022
FAX: 212-446-6460
email: christopher.greco@kirkland.com

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>ATTN JONATHAN S. HENES, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4611<br>FAX: 212-446-4900<br>email: jhenes@kirkland.com | KIRKLAND & ELLIS LLP<br>ATTN STEPHEN E. HESSLER, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022-4611<br>FAX: 212-446-4900<br>email: stephen.hessler@kirkland.com |
| KIRKLAND & ELLIS LLP<br>ATTN PATRICK J. NASH, JR., ESQ.<br>300 NORTH LASALLE<br>CHICAGO IL 60654<br>FAX: 312-862-2200<br>email: patrick.nash@kirkland.com | KIRKLAND & ELLIS LLP<br>ATTN ARUN KURICHETY, ESQ.<br>300 NORTH LASALLE<br>CHICAGO IL 60654<br>FAX: 312-862-2200 |
| KLESTADT & WINTERS, LLP<br>ATTN IAN R. WINTERS, ESQ.<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK NY 10018 | KLESTADT & WINTERS, LLP<br>ATTN JOSEPH C. CORNEAU, ESQ.<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK NY 10018 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN ELIZABETH WELLER, ESQ.<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS TX 75201<br>FAX: 469-221-5002<br>email: dallas.bankruptcy@publicans.com | LORAL SPACE & COMMUNICATIONS, INC.<br>ATTN AVI KATZ, ESQ.<br>SR. V.P., GENERAL COUNSEL & SECRETARY<br>888 7TH AVE STE 4001<br>NEW YORK NY 10106-4400<br>FAX: 212-338-5320<br>email: avi.katz@hq.loral.com |
| LORAL SPACE & COMMUNICATIONS, INC.<br>ATTN JACKIE MAHON<br>888 7TH AVE, 40TH FLOOR<br>NEW YORK NY 10106 | MEHLMAN CAPITOL STRATEGIES INC.<br>ATTN AMY MEHLMAN<br>1750 K STREET, NW, 3RD FL<br>WASHINGTON DC 20006<br>FAX: 202-457-1971<br>email: evanmoses@mehlmaninc.com |
| MORGAN STANLEY SMITH BARNEY LLC<br>ATTN THOMAS MONCHEK<br>1585 BROADWAY<br>NEW YORK NY 10036<br>FAX: 212-783-2526<br>email: thomas.monchek@morganstanleysmithbarney.com | NEW YORK SECRETARY OF STATE<br>ATTN RUTH COLON<br>1 COMMERCE PLAZA<br>99 WASHINGTON AVENUE<br>ALBANY NY 12231<br>FAX: 518-474-4597<br>email: eric.schneiderman@ag.ny.gov |
| NEXBANK, SSB<br>ATTN JEFF SCOTT<br>2515 MCKINNEY AVE  STE 1100<br>DALLAS TX 75201-1945<br>FAX: 972-934-4790<br>email: jeff.scott@nexbank.com | NEXBANK, SSB<br>ATTN JEFF SCOTT<br>2515 MCKINNEY AVENUE, 11TH FLR<br>DALLAS TX 75201<br>FAX: 972-934-4790<br>email: jeff.scott@nexbank.com |

| | |
|---|---|
| NY STATE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY NY 12224-0341<br>FAX: 212-416-8942 | NYC DEPT. OF FINANCE<br>ATTN GABRIELA P. CACUCI<br>TAX & BANKRUPTCY LITIGATION DIVISION<br>100 CHURCH STREET, ROOM 5-223<br>NEW YORK NY 10007<br>FAX: 212-788-0937<br>email: gcacuci@law.nyc.gov |
| NYC DEPT. OF FINANCE<br>ATTN  LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST, 3RD FL<br>BROOKLYN NY 11201<br>FAX: 718-403-4092 | NYS DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300<br>FAX: 518-457-0617<br>email: maura_archambeault@tax.state.ny.us |
| NYS UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY NY 12201<br>FAX: 518-457-8215<br>email: nysdol@labor.ny.gov | OFFICE OF THE STATE TAX COMMISSIONER<br>STATE CAPITOL<br>600 E. BOULEVARD AVENUE<br>BISMARK ND 58505<br>FAX: 701-328-3700<br>email: dklemmer@nd.gov |
| OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN SUSAN GOLDEN<br>201 VARICK STREET, ROOM 1006<br>NEW YORK NY 10014<br>FAX: 212-668-2255 | OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN RICHARD C. MORRISSEY<br>201 VARICK STREET, ROOM 1006<br>NEW YORK NY 10014<br>FAX: 212-668-2255 |
| OFFICE OF THE US ATTORNEY<br>219 S. DEARBORN STREET, FIFTH FLOOR<br>CHICAGO IL 60604<br>FAX: 312-353-2067 | OFFICE OF THE US ATTORNEY<br>2100 JAMIESON AVE<br>ALEXANDRIA VA 22314<br>FAX: 703-299-2584<br>email: usavae.usattys@usdoj.gov |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN SCOTT L. HAZAN, ESQ.<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>FAX: 212-682-6104<br>email: shazan@oshr.com | OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN DAVID M. POSNER, ESQ.<br>230 PARK AVENUE<br>NEW YORK NY 10169<br>FAX: 212-682-6104<br>email: dposner@oshr.com |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN<br>ATTN GIANFRANCO FINIZIO, ESQ.<br>230 PARK AVE<br>NEW YORK NY 10169<br>FAX: 212-682-6104<br>email: gfinizio@oshr.com | PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN DANIEL A. LOWENTHAL, ESQ.<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710<br>FAX: 212-336-2222<br>email: dalowenthal@pbwt.com |

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN BRIAN P. GUINEY
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710
FAX: 212-336-2222
email: bguiney@pbwt.com

QUALCOMM INCORPORATED
ATTN DAVID WOOD
5775 MOREHOUSE DRIVE
SAN DIEGO CA 92121-1714
FAX: 858-845-1254

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SUSHEEL KIRPALANI
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: susheelkirpalani@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: scottshelley@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: scottshelley@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVE
NEW YORK NY 10010
FAX: 212-849-7100
email: scottshelley@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN SCOTT C. SHELLEY
51 MADISON AVE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: scottshelley@quinnemanuel.com

QUINN, EMANUEL, URQUHART & SULLIVAN LLP
ATTN KATHERINE A. SCHERLING, ESQ.
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
ATTN DANIEL S. HOLZMAN
51 MADISON AVENUE, 22ND FLOOR
NEW YORK NY 10010
FAX: 212-849-7100
email: danielholzman@quinnemanuel.com

R4 SERVICES LLC
ATTN GREG SMITAS, C/S REPRESENTATIVE
1301 W. 35TH STREET
CHICAGO IL 60609
FAX: 773-843-3910
email: service@r4services.com

REED SMITH LLP
ATTN KURT F. GWYNNE, ESQ.
599 LEXINGTON AVENUE
NEW YORK NY 10022
FAX: 302-778-7575
email: kgwynne@reedsmith.com

REED SMITH LLP
ATTN TIMOTHY P. REILEY, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON DE 19801
FAX: 302-778-7575

REED SMITH LLP
ATTN DEBRA TURETSKY, ESQ.
599 LEXINGTON AVENUE
NEW YORK NY 10022
FAX: 212-521-5450

REVENUE DEPARTMENT
9055 CENTER STREET, NE
REVENUE BUILDING
SALEM OR 97301
FAX: 503-945-8738
email: questions.dor@state.or.us

RICHARDS KIBBE & ORBE LLP
ATTN MICHAEL FRIEDMAN, ESQ.
ONE WORLD FINANCIAL CTR
NEW YORK NY 10281
FAX: 212-530-1801
email: mfriedman@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN KEITH N. SAMBUR, ESQ.
ONE WORLD FINANCIAL CTR
NEW YORK NY 10281
FAX: 212-530-1801
email: ksambur@rkollp.com

SCHULTE ROTH & ZABEL LLP
ATTN FREDERIC L. RAGUCCI
919 THIRD AVENUE
NEW YORK NY 10022
FAX: 212-593-5955
email: frederic.ragucci@srz.com

SECURITIES EXCHANGE COMMISSION
NORTHEAST REGIONAL
THE WOOLWORTH BUILDING
233 BROADWAY
NEW YORK NY 10279

SECURITIES EXCHANGE COMMISSION
ATTN GENERAL COUNSEL, SEC HEADQUARTERS
450 FIFTH STREET, NW
WASHINGTON DC 20549
FAX: 202-772-9371
email: chairmanoffice@sec.gov

SECURITIES EXCHANGE COMMISSION
C/O DANIEL M. HAWKE, REGIONAL DIRECTOR
THE MELLON INDEPENDENCE CENTER
701 MARKET STREET, SUITE 2000
PHILADELPHIA PA 19106-1532
FAX: 215-861-9640
email: philadelphia@sec.gov

SECURITIES EXCHANGE COMMISSION
175 W JACKSON BLVD
STE 900
CHICAGO IL 60604
FAX: 202-772-9324
email: chicago@sec.gov

SECURITIES EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK NY 10281-1022
FAX: 212-336-1320
email: NYROBankruptcy@sec.gov

SOLA LTD
C/O SOLUS ALTERNATIVE ASSET MGMT., L.P.
410 PARK AVE
FL 11
NEW YORK NY 10022-9436
FAX: 212-284-4320
email: cchobor@soluslp.com

SPACE SYSTEMS/LORAL, INC.
ATTN JOHN W. RAKOW, ESQ.
SR., V.P., BUSINESS AND LEGAL AFFAIRS
3825 FABIAN WAY
PALO ALTO CA 94303
FAX: 650-852-7912
email: rakowj@ssd.loral.com

STATE OF DELAWARE DIVISION OF REVENUE
CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET
8TH FLOOR
WILMINGTON DE 19801
FAX: 302-661-7268
email: colleen.yegla@state.de.us

SULLIVAN & WORCESTER LLP
ATTN PAMELA SMITH HOLLEMAN, ESQ.
ONE POST OFFICE SQUARE
BOSTON MA 02109
FAX: 617-338-2880
email: pholleman@sandw.com

SULLIVAN & WORCESTER LLP
ATTN MICHAEL J. STUDENT, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104
FAX: 212-660-3001
email: mstudent@sandw.com

TAXATION AND REVENUE DEPARTMENT
P.O. BOX 630
SANTA FE NM 87504
FAX: 505-827-0469
email: poffice@state.nm.us

TERRESTAR CORPORATION
ATTN DOUG BRANDON
144 MAPLE AVE W
# 275
VIENNA VA 22180-5612
FAX: 703-476-7143
email: doug.brandon@terrestar.com

THE GARDEN CITY GROUP, INC.
ATTN SARAH BRYAN
190 S. LASALLE STREET
STE 1520
CHICAGO IL 60603
FAX: 631-940-6554
email: tshteam@gardencitygroup.com

THE GARDEN CITY GROUP, INC.
ATTN ISABEL I. BAUMGARTEN
1985 MARCUS AVE, STE 200
LAKE SUCCESS NY 11042
FAX: 631-940-6554
email: isabel.baumgarten@gardencitygroup.com

THE GARDEN CITY GROUP, INC.
ATTN DANIELLA PORZECANSKI
1985 MARCUS AVENUE
LAKE SUCCESS NY 11042
FAX: 312-499-6999
email: tshteam@gardencitygroup.com

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK NY 10007
FAX: 212-637-2685
email: askdoj@usdoj.gov

US DEPARTMENT OF JUSTICE
ATTN TONY WEST, ASST. ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001
FAX: 202-307-6777
email: askdoj@usdoj.gov

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84116
FAX: 801-297-6358
email: ryanjensen@utah.gov

VA STATE ATTORNEY GENERAL
900 E MAIN STREET
RICHMOND VA 23219
FAX: 804-786-1991
email: cfleming@oag.state.va.us

VAN VLISSINGEN AND CO
ATTN KAREN KRAUSE
300 KNIGHTSBRIDGE OPERATING CO
ONE OVERLOOK POINT, #100
LINCOLNSHIRE IL 60069
FAX: 847-634-9598
email: klk@vvco.com

WACHTELL, LIPTON, ROSEN & KATZ
ATTN SCOTT K. CHARLES, ESQ.
51 WEST 52ND STREET
NEW YORK NY 10019
FAX: 212-403-2000
email: SKCharles@wlrk.com

WACHTELL, LIPTON, ROSEN & KATZ
ATTN ALEXANDER B. LEES, ESQ.
51 WEST 52ND STREET
NEW YORK NY 10019
FAX: 212-403-2000
email: ABLees@wlrk.com

WACHTELL, LIPTON, ROSEN & KATZ
ATTN NEIL M. SNYDER
51 WEST 52ND STREET
NEW YORK NY 10019
FAX: 212-403-2000
email: nmsnyder@wlrk.com

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK NY 10153
FAX: 212-310-8007
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVENUE
NEW YORK NY 10153
FAX: 212-735-4919
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH, ESQ.
767 FIFTH AVENUE
NEW YORK NY 10153
FAX: 212-310-8007
email: ronit.berkovich@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH, ESQ.
767 FIFTH AVENUE
NEW YORK NY 10153
FAX: 212-310-8007
email: ronit.berkovich@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU
767 FIFTH AVE
NEW YORK NY 10153
FAX: 212-310-8007
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN RONIT J. BERKOVICH
767 FIFTH AVE
NEW YORK NY 10153
FAX: 212-310-8007
email: ronit.berkovich@weil.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN BRENT C. STRICKLAND, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE MD 21202
FAX: 410-752-7092
email: bstrickland@wtplaw.com

WHITEFORD TAYLOR & PRESTON LLP
ATTN DENNIS J. SHAFFER, ESQ.
SEVEN SAINT PAUL STREET
BALTIMORE MD 21202
FAX: 410-752-7092
email: dshaffer@wtplaw.com

WILLKIE FARR & GALLAGHER LLP
ATTN RACHEL C. STRICKLAND, ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
FAX: 212-728-8111
email: rstrickland@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN MATTHEW A. FELDMAN, ESQ.
787 SEVENTH AVENUE
NEW YORK NY 10019
FAX: 212-728-8111
email: mfeldman@willkie.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN PHILIP D. ANKER, ESQ.
250 GREENWICH ST FL 42
NEW YORK NY 10007-2166
FAX: 212-230-8888
email: philip.anker@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR
ATTN GEORGE W. SHUSTER, JR., ESQ.
250 GREENWICH ST FL 42
NEW YORK NY 10007-2166
FAX: 212-230-8888
email: george.shuster@wilmerhale.com