UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TERRESTAR CORPORATION, *et al.*,[1] | ) Case No. 11-10612 (SHL) |
| | ) |
|         Reorganized Debtors. | ) Jointly Administered |
| | ) |

POST-CONFIRMATION QUARTERLY OPERATING REPORT
FOR THE PERIOD FROM JANUARY 1, 2018 TO MARCH 31, 2018

Debtors' Address:   344 Maple Avenue West, #275
Vienna, VA 22180

Debtors' Counsel:   Ira S. Dizengoff
Arik Preis
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Sarah Link Schultz
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201

The undersigned, having reviewed the attached report and being familiar with the Reorganized Debtors' financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Douglas Brandon
Secretary of Reorganized TSC

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal taxpayer-identification number, are: (a) TerreStar Corporation [6127] (*"TSC"*) and TerreStar Holdings Inc. [0778] (collectively, the *"February Debtors"*); (b) TerreStar New York Inc. [6394]; Motient Communications Inc. [3833]; Motient Holdings Inc. [6634]; Motient License Inc. [2431]; Motient Services Inc. [5106]; Motient Ventures Holding Inc. [6191]; and MVH Holdings Inc. [9756] (collectively, the *"Other TSC Debtors"* and, collectively with the February Debtors, the *"TSC Debtors"*).

114386724 v1

# TERRESTAR CORPORATION, ET AL.

## Debtors-in-Possession

### Schedule of Cash Disbursements by Legal Entity

| Debtor | Case Number | Period From January 1, 2018 to March 31, 2018 Disbursements |
|---|---|---|
| **TSC Debtors** | | |
| TerreStar Corp. | 11-10612 | $351,100.96 |
| TerreStar Holdings Inc. | 11-10613 | - |
| TerreStar New York Inc. | 10-15445 | - |
| Motient Communications Inc. | 10-15452 | - |
| Motient Holdings Inc. | 10-15453 | - |
| Motient License Inc. | 10-15454 | - |
| Motient Services Inc. | 10-15455 | - |
| Motient Ventures Holding Inc. | 10-15458 | - |
| MVH Holdings Inc. | 10-15462 | - |

# TERRESTAR CORPORATION, ET AL.
## Debtors-in-Possession

### Schedule of Payments to Insiders and Professionals

| **Retained Professionals** | **Period From<br>January 1 – March 31<br>Disbursements** |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP | $45,935.00 |
| Lawler Metzger | $4,199.54 |
| **Other Professionals** | |
| Cole Schotz P.C. | $686.00 |
| Jarvinian Advisors | $60,000.00 |
| US Trustee New York NY | $7,475.00 |
| Gibson Dunn | $52,617.07 |
| Wilkinson Barker Knauer LLP | $52,681.00 |
| **Insiders** | |
| John Kneuer Company | $20,000.00 |